| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Original Mowbray's Tree Service, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## AMENDED

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amtrust Financial Services, Inc.<br>903 Nw 65Th St. Ste 300<br>Boca Raton, FL 33487 | 877-528-7878 | | Contingent<br>Unliquidated<br>Disputed | | | $277,531.00 |
| First Insurance Funding Corporation<br>450 Skokie Blvd Ste 1000<br>Northbrook, IL 60062-7917 | csr@firstinsurancefunding.com<br>800-837-2511 | | | | | $145,985.00 |
| Premium Assignment Corporation dba IPFS<br>P.O. Box 412086<br>Kansas City, KA 64141-2086 | 855-212-6850 | | | | | $133,671.46 |
| Peerless Network<br>P.O. Box 76112<br>Cleveland, OH 44101-4755 | enterprisecare@peerlessnetwork.com<br>800-440-9440 | | Contingent<br>Unliquidated<br>Disputed | | | $38,597.46 |
| The Goodyear Tire And Rubber Co.<br>P.O. Box 277808<br>Atlanta, GA 30384-7808 | 330-796-5052 | | | | | $34,134.82 |
| Burtronics Business Systems<br>P.O. Box 11529<br>San Bernardino, CA 92423 | 909-885-7576 x.106 | | Contingent<br>Unliquidated<br>Disputed | | | $7,915.86 |
| Mobile Mini - William Scotsman<br>PO Box 91975<br>Chicago, IL 60693-1975 | 661-321-0137 | | Contingent<br>Unliquidated<br>Disputed | | | $6,260.61 |
| Marlin Lease Servicing/Peac<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 | 800-440-9440 | | Contingent<br>Unliquidated<br>Disputed | | | $4,308.81 |

Debtor **The Original Mowbray's Tree Service, Inc.**      Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vestis<br>2680 Palumbo Dr<br>Lexington, KY 40509 | VestisCares@Vestis.com<br>866-837-8471 | | Contingent<br>Unliquidated<br>Disputed | | | $3,170.54 |
| Pape Machinery<br>P.O. Box 35144<br>Seattle, WA 98124-5144 | 559-268-4344 | | | | | $2,780.05 |
| The Toll Roads<br>Violatins Department<br>Irvine, CA 92619 | 949-727-4800 | | Contingent<br>Unliquidated<br>Disputed | | | $1,589.32 |
| Oklahoma Turnpike Authority<br>Plate-Pay<br>PO Box 11255<br>Oklahoma City, OK 73136 | platepayhelp@pikepass.com<br>866-784-2622 | | Contingent<br>Unliquidated<br>Disputed | | | $1,394.50 |
| Fastrak Violation Processing Dept<br>PO Box 26925<br>San Francisco, CA 94126 | 877-229-8655 | | Contingent<br>Unliquidated<br>Disputed | | | $1,371.15 |
| Velocity Truck Center<br>Los Angeles Truck Centers, LLC<br>Pasadena, CA 91189-1284 | 909-510-4000 | | | | | $1,237.44 |
| Grainger<br>Dept. 887538815<br>Palatine, IL 60038-0001 | financialservices@grainger.com<br>888-800-1051 | | | | | $734.73 |
| Linebarger Goggan Blair & Sampson<br>4828 Loop Central Drive<br>Suite 600<br>Houston, TX 77081 | 713-844-3400 | | Contingent<br>Unliquidated<br>Disputed | | | $360.30 |
| Kansas Turnpike Authority<br>PO Box 802746<br>Kansas City, MO 64180 | ktag@ksturnpike.com<br>316-652-2650 | | Contingent<br>Unliquidated<br>Disputed | | | $343.00 |
| Florida Dept of Transportation<br>PO Box 31241<br>Tampa, FL 33631 | 888-865-5352 | | Contingent<br>Unliquidated<br>Disputed | | | $292.13 |
| City of Los Angeles<br>Parking Violations Bureau<br>PO Box 30420<br>Los Angeles, CA 90030 | 866-561-9742 | | Contingent<br>Unliquidated<br>Disputed | | | $238.00 |
| North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266 | 909-818-6882 | | Contingent<br>Unliquidated<br>Disputed | | | $177.20 |