**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Proposed Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

FILED & ENTERED

OCT 21 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No: 8:24-bk-12674-TA |
| THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER SETTING HEARINGS ON SHORTENED NOTICE ON:** <br><br> **(1) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING CONTINUED USE OF DEBTOR'S BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM TO THE EXTENT SET FORTH HEREIN;** <br><br> **(2) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL;** <br><br> **(3) DEBTOR'S DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING PAYMENT OF CERTAIN PRE-PETITION EMPLOYEE-RELATED CLAIMS AND GRANTING RELATED RELIEF;** <br><br> **(4) DEBTOR'S EMERGENCY MOTION FOR ORDER: (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (B) DEEMING UTILITIES ADEQUATELY** |

ASSURED OF FUTURE PERFORMANCE; AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER 11 U.S.C. § 366; AND

**(5) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO CONTINUE INSURANCE PROGRAMS, HONOR TERMS OF PREMIUM FINANCING AGREEMENTS, SATISFY RELATED PREPETITION OBLIGATIONS AND GRANTING RELATED RELIEF.**

**Hearing Information via Zoom.gov:**
Date:    October 22, 2024
Time:    11:00 a.m.
Ctrm.:   5B
         411 West Fourth Street
         Santa Ana, CA 92701

On October 18, 2024, pursuant to Local Bankruptcy Rule 9075-1, The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), requested hearings on the following "first-day" motions (collectively, the "**Motions**"): (1) *Debtor's Emergency Motion for Order Authorizing Continued Use of Debtor's Bank Accounts and Cash Management System to the Extent Set Forth Herein*; (2) *Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral*; (3) *Debtor's Emergency Motion for Entry of Order Authorizing Payment of Certain Pre-Petition Employee-Related Claims and Granting Related Relief*; (4) *Debtor's Emergency Motion for Order: (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures For Determining Adequate Assurance of Payment Under 11 U.S.C. § 366*; and (5) *Debtor's Emergency Motion for Order Authorizing Debtor to Continue Insurance Programs, Honor Terms of Premium Financing Agreements, Satisfy Related Prepetition Obligations and Granting Related Relief.*

The Court, having considered the Debtor's request for hearings on the Motions, and good cause appearing therefor, **HEREBY ORDERS** as follows:

1. The Motions shall be heard on shortened notice on **Tuesday, October 22, 2024, at 11:00 a.m.** (collectively, the "**Hearings**").  The Hearings will take place via ZoomGov.

2. The Debtor shall, by 12:00 p.m. (PST) on October 21, 2024, give notice of the Hearings by telephone or email to each of the following: (a) any creditor holding a security interest in assets of the Debtor; and (b) the United States Trustee.

3. The Debtor shall, by 5:00 p.m. (PST) on October 21, 2024, give notice of the Hearings by telephone or email to each the creditors holding the 20 largest unsecured claims as listed on the Debtor's petition.

4. Any opposition to the Motions, written or oral, may be presented to the Court at the time of the Hearings.

5. The ZoomGov connection information for the hearings is:

    Video/audio web address:    https://cacb.zoomgov.com/j/1618806095

    ZoomGov meeting number:    161 880 6095

    Password:    744676

    Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666

**IT IS SO ORDERED.**

###

Date: October 21, 2024

Theodor C. Albert
United States Bankruptcy Judge