**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:   (310) 440-4100
Facsimile:   (310) 499-4877

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**FILED & ENTERED**

**DEC 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>    Debtor and Debtor-in-Possession. | Case No: 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>**Status Conference (via Zoom for Government):**<br>Date:   December 4, 2024<br>Time:   10:00 a.m.<br>Place:  Courtroom 5B<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

On December 4, 2024, at 10:00 a.m., the above-captioned Court held a case status conference in the above-captioned chapter 11 case of The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession (the "**Debtor**"). Appearances were as noted on the record.

As set forth on the record at the status conference,

**IS IT HEREBY ORDERED** that:

1. The deadline for all creditors to file a proof of claim in the Debtor's case is 60 days following service of notice to creditors of the deadline to file a proof of claim (the "**Claims Bar Date**").

2. The Debtor shall give notice of the Claims Bar Date to all creditors by no later than December 23, 2024.

1

SCHEDULING ORDER

10424307.1

3. The Debtor's deadline to file a plan and disclosure statement is March 1, 2025, without prejudice to the Debtor's right to request an extension of such deadline.

4. The status conference is continued to March 13, 2025, at 10:00 a.m.

5. The Debtor shall file a status report on or before February 27, 2025.

### 

Date: December 9, 2024

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

2
SCHEDULING ORDER

10424307.1