**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for The Original Mowbray's Tree Service,
Inc., Debtor and Debtor-In-Possession

> **FILED & ENTERED**
>
> **DEC 11 2024**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA  - SANTA ANA DIVISION

In re

THE ORIGINAL MOWBRAY'S TREE
SERVICE, INC., a Delaware corporation

                    Debtor and
            Debtor-in-Possession.

Case No. 8:24-bk-12674-TA

Chapter 11

**ORDER APPROVING STIPULATION TO CONTINUE DECEMBER 11, 2024, FINAL HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

**Prior Hearing (via Zoom for Government):**
**Date:**   December 11, 2024
**Time:**   10:00 a.m.
**Place:**  Courtroom 5B
            411 West Fourth Street
            Santa Ana, CA 92701

**Continued Hearing (via Zoom for Government):**
**Date:**   January 8, 2025
**Time:**   10:00 a.m.
**Place:**  Courtroom 5B
            411 West Fourth Street
            Santa Ana, CA 92701

1

ORDER

10403513.1

The Court, having read and considered the *Stipulation to Continue December 11, 2024, Final Hearing on Debtor's Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 209] (the "**Stipulation**")[1] and with good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Stipulation is approved in its entirety;

2.    The Final Hearing on the Motion is continued from December 11, 2024, at 10:00 a.m., to January 8, 2025, at 10:00 a.m. (the "**Continued Final Hearing**");

3.    Objections to the Motion, if any, shall be filed by no later than December 26, 2024;

4.    Any reply to any objection to the Motion shall be filed by no later than January 2, 2025; and

5.    The Debtor is authorized to continue to use cash collateral on an interim basis on the same terms as set forth in the Order through and including the Continued Final Hearing.

###

Date: December 11, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

---

[1]    Capitalized terms not defined herein shall have the same meanings ascribed to them in the Stipulation.

2

10403513.1