**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for The Original Mowbray's Tree Service,
Inc., Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-12674-TA |
| THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DEBTOR'S SUPPLEMENT TO THE EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL** |
| | <u>**Hearing (via Zoom for Government):**</u><br>**Date:**    January 14, 2025<br>**Time:**    10:00 a.m.<br>**Place:**   Courtroom 5B<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), hereby files this supplement to its *Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* (the "**Motion**").[1]

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

On October 18, 2024, the Debtor filed the Motion, requesting authorization to use cash collateral on an emergency basis. (*See* Docket No. 5.) The Motion was supported by the Sainos Declaration and the Weiss Declaration. The Motion was not opposed. On October 24, 2024, the Court entered the *Order Granting, on an Interim Basis, Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 72] (the "**Order**"). By the Order, the Court authorized the interim use of cash collateral through and including November 19, 2024, pursuant to the budget attached to the Motion as **Exhibit 1** (the "**Current Budget**"), and the Court set a continued hearing on the use of cash collateral on a final basis on that same date. (*See* Docket No. 72.)

The Debtor and PNC Bank ("**PNC**") entered into three stipulations to continue the hearing on the Motion pending their negotiations concerning consensual terms for final use of cash collateral. On January 7, 2025, the Court entered an order approving the most recent of those three stipulations, continuing the hearing on the Motion from January 8, 2025, to January 14, 2025. The Current Budget ends on January 17, 2025.

The discussions between PNC and the Debtor are ongoing. The Debtor will file any stipulation reached with PNC as soon as possible. In the meantime, attached hereto as **Exhibit 1** (the "**New Budget**") is the Debtor's next 13-week cash collateral budget (for the week ending January 24, 2025, through the week ending April 18, 2025). Absent a stipulation between the Debtor and PNC, the Debtor requests that the Court order the continued use of cash collateral pursuant to the New Budget on the same terms as set forth in the Order on an interim basis pending a final hearing to be set by the Court and, thereafter, on a final basis.

DATED: Janaury 9, 2025               RAINES FELDMAN LITTRELL, LLP

                                     By:    */s/ Robert S. Marticello*
                                            ROBERT S. MARTICELLO
                                            Counsel for the Debtor and Debtor-In-Possession

# EXHIBIT "1"

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 1/24/2025 | Week 2 Ended 1/31/2025 | Week 3 Ended 2/7/2025 | Week 4 Ended 2/14/2025 | Week 5 Ended 2/21/2025 | Week 6 Ended 2/28/2025 | Week 7 Ended 3/7/2025 | Week 8 Ended 3/14/2025 | Week 9 Ended 3/21/2025 | Week 10 Ended 3/28/2025 | Week 11 Ended 4/4/2025 | Week 12 Ended 4/11/2025 | Week 13 Ended 4/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Collections | 337,253 | 322,254 | 267,254 | 237,255 | 235,005 | 214,006 | 214,006 | 214,007 | 214,007 | 214,008 | 214,008 | 214,009 | 214,009 | 3,111,081 |
| Pino/Phoenix Mgmt. Fees, Interest Income, Leases | 155,560 | 155,560 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 2,436,870 |
| Pino Line of Credit | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 780,000 |
| **Total Receipts** | **552,813** | **537,814** | **520,504** | **490,505** | **488,255** | **467,256** | **467,256** | **467,257** | **467,257** | **467,258** | **467,258** | **467,259** | **467,259** | **6,327,951** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 168,881 | 169,074 | 169,118 | 169,259 | 169,152 | 169,387 | 169,648 | 169,751 | 169,881 | 169,212 | 169,459 | 169,389 | 169,380 | 2,201,592 |
| Health Insurance | - | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | - | - | - | 254,865 |
| Worker's Comp | - | - | - | 110,760 | - | - | - | 81,120 | - | - | - | 71,760 | - | 263,640 |
| Union Dues | - | - | - | 94,000 | - | - | - | 35,000 | - | - | - | 35,000 | - | 164,000 |
| Occupancy | - | 17,244 | - | - | - | 10,248 | - | - | - | 10,252 | - | - | - | 37,744 |
| Insurance | 1,077,233 | 96,698 | 267,250 | - | - | 96,698 | 267,250 | - | - | 96,698 | 267,250 | - | - | 2,169,078 |
| Utilities | 4,104 | 3,530 | 5,699 | 10,895 | 5,126 | 3,940 | 5,089 | 10,044 | 4,238 | 4,461 | 5,471 | 10,242 | 4,270 | 77,108 |
| Repair and Maintenance | 8,573 | 8,699 | 9,320 | 9,986 | 10,090 | 8,813 | 9,116 | 9,768 | 10,200 | 10,381 | 8,489 | 9,083 | 9,178 | 121,695 |
| Office Supplies | 5,545 | 5,615 | 5,979 | 5,784 | 5,783 | 5,799 | 6,060 | 5,668 | 5,690 | 5,666 | 5,887 | 5,693 | 5,690 | 74,860 |
| Vehicles Expenses | 50,036 | 50,289 | 43,545 | 42,602 | 42,946 | 42,792 | 43,066 | 37,012 | 37,041 | 37,343 | 37,556 | 37,692 | 37,717 | 539,637 |
| OC Professionals | 13,986 | 9,293 | 9,623 | 9,880 | 10,255 | 10,265 | 10,670 | 11,074 | 11,391 | 11,457 | 9,966 | 10,064 | 10,153 | 138,078 |
| Tools and Supplies | 49,381 | 50,125 | 45,438 | 45,621 | 44,655 | 44,831 | 44,593 | 44,764 | 44,788 | 44,827 | 45,006 | 45,195 | 45,163 | 594,389 |
| Property Taxes - Real | - | - | - | - | - | - | - | - | - | 39,000 | - | - | - | 39,000 |
| Bank Expenses | - | - | 4,000 | - | - | - | 4,000 | - | - | - | 4,000 | - | - | 12,000 |
| Other | 7,275 | 7,244 | 7,199 | 7,146 | 7,012 | 6,950 | 6,943 | 6,957 | 6,906 | 6,927 | 6,978 | 7,108 | 7,089 | 91,734 |
| **Total Operating Disbursements** | **1,385,014** | **502,767** | **567,172** | **505,933** | **295,019** | **484,679** | **566,434** | **411,159** | **290,135** | **521,180** | **560,062** | **401,226** | **288,639** | **6,779,420** |
| **Operating Cash Flow** | **(832,201)** | **35,047** | **(46,668)** | **(15,428)** | **193,236** | **(17,423)** | **(99,178)** | **56,098** | **177,122** | **(53,922)** | **(92,804)** | **66,033** | **178,620** | **(451,469)** |
| **Cumulative Operating Cash Flow** | **(832,201)** | **(797,154)** | **(843,822)** | **(859,251)** | **(666,015)** | **(683,438)** | **(782,616)** | **(726,518)** | **(549,396)** | **(603,318)** | **(696,122)** | **(630,089)** | **(451,469)** | **(451,469)** |
| *Financing* | | | | | | | | | | | | | | |
| PNC Adequate Protection | - | - | 100,000 | - | - | - | 100,000 | - | - | - | 100,000 | - | - | 300,000 |
| Equipment Loans | 452,654 | 26,599 | 107,648 | 53,232 | 60,468 | 15,104 | 124,484 | 53,185 | 25,444 | 14,522 | 116,373 | 26,414 | 53,523 | 1,129,650 |
| Equipment Rentals | - | - | 84,059 | - | - | - | 84,059 | - | - | - | 84,059 | - | - | 252,176 |
| **Total Financing** | **452,654** | **26,599** | **291,706** | **53,232** | **60,468** | **15,104** | **308,543** | **53,185** | **25,444** | **14,522** | **300,431** | **26,414** | **53,523** | **1,681,826** |
| **Cash Flow After Financing** | **(1,284,855)** | **8,448** | **(338,375)** | **(68,661)** | **132,768** | **(32,527)** | **(407,721)** | **2,914** | **151,678** | **(68,444)** | **(393,235)** | **39,619** | **125,097** | **(2,133,295)** |
| **Cumulative Cash Flow After Financing** | **(1,284,855)** | **(1,276,407)** | **(1,614,782)** | **(1,683,442)** | **(1,550,674)** | **(1,583,201)** | **(1,990,922)** | **(1,988,008)** | **(1,836,331)** | **(1,904,775)** | **(2,298,010)** | **(2,258,392)** | **(2,133,295)** | **(2,133,295)** |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Force Ten Partners (CRO) | 120,000 | - | 60,000 | - | - | - | 60,000 | - | - | - | 60,000 | - | - | 300,000 |
| Raines Feldman (Debtor's Counsel) | 150,000 | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 375,000 |
| Grobstein Teeple | 20,000 | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 50,000 |
| United States Trustee | 48,261 | - | - | - | - | - | - | - | - | - | - | - | 76,469 | 124,730 |
| **Total Restructuring Disbursements** | **338,261** | **-** | **145,000** | **-** | **-** | **-** | **145,000** | **-** | **-** | **-** | **145,000** | **-** | **76,469** | **849,730** |
| Beginning Cash Balance | 12,204,559 | 10,581,443 | 10,589,891 | 10,106,516 | 10,037,856 | 10,170,624 | 10,138,097 | 9,585,376 | 9,588,290 | 9,739,967 | 9,671,523 | 9,133,288 | 9,172,906 | 12,204,559 |
| Net Change in Cash | (1,623,117) | 8,448 | (483,375) | (68,661) | 132,768 | (32,527) | (552,721) | 2,914 | 151,678 | (68,444) | (538,235) | 39,619 | 48,628 | (2,983,025) |
| **Ending Cash Balance** | **10,581,443** | **10,589,891** | **10,106,516** | **10,037,856** | **10,170,624** | **10,138,097** | **9,585,376** | **9,588,290** | **9,739,967** | **9,671,523** | **9,133,288** | **9,172,906** | **9,221,535** | **9,221,535** |

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 1/24/2025 | Week 2 Ended 1/31/2025 | Week 3 Ended 2/7/2025 | Week 4 Ended 2/14/2025 | Week 5 Ended 2/21/2025 | Week 6 Ended 2/28/2025 | Week 7 Ended 3/7/2025 | Week 8 Ended 3/14/2025 | Week 9 Ended 3/21/2025 | Week 10 Ended 3/28/2025 | Week 11 Ended 4/4/2025 | Week 12 Ended 4/11/2025 | Week 13 Ended 4/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***PNC Debt*** | | | | | | | | | | | | | | |
| Beginning | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 |
| (+) Interest Principal | - | - | 100,000 | - | - | - | 100,000 | - | - | - | 100,000 | - | - | 300,000 |
| (-) Payments | - | - | (100,000) | - | - | - | (100,000) | - | - | - | (100,000) | - | - | (300,000) |
| **Ending Balance** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** |
| ***Accounts Receivable Roll Forward*** | | | | | | | | | | | | | | |
| **Accounts Receivable - Beginning Balance** | **2,836,996** | **2,719,746** | **2,617,496** | **2,570,246** | **2,552,996** | **2,537,996** | **2,543,996** | **2,549,996** | **2,555,996** | **2,561,996** | **2,567,996** | **2,573,996** | **2,579,996** | **2,836,996** |
| (+) Sales | 374,563 | 374,564 | 412,004 | 412,005 | 412,005 | 412,006 | 412,006 | 412,007 | 412,007 | 412,008 | 412,008 | 412,009 | 412,009 | 5,281,201 |
| (-) Collections | (491,813) | (476,814) | (459,254) | (429,255) | (427,005) | (406,006) | (406,006) | (406,007) | (406,007) | (406,008) | (406,008) | (406,009) | (406,009) | (5,532,201) |
| **Accounts Receivable - Ending Balance** | **2,719,746** | **2,617,496** | **2,570,246** | **2,552,996** | **2,537,996** | **2,543,996** | **2,549,996** | **2,555,996** | **2,561,996** | **2,567,996** | **2,573,996** | **2,579,996** | **2,585,996** | **2,585,996** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S SUPPLEMENT TO THE EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/9/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/9/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/9/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **1/9/2025** | Ja'Nita Fisher | */s/ Ja'Nita Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
    - **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
    - **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
    - **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
    - **Raffi Khatchadourian**    raffi@hemar-rousso.com
    - **James MacLeod**    jmacleod@dunninglaw.com, nancy@dunninglaw.com
    - **Robert S Marticello**    rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
    - **David W. Meadows**    david@davidwmeadowslaw.com
    - **Queenie K Ng**    queenie.k.ng@usdoj.gov
    - **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
    - **Amitkumar Sharma**    amit.sharma@aisinfo.com
    - **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
    - **Ahren A Tiller**    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
    - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
    - **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
    - **Roye Zur**    rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**