**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:     (310) 440-4100
Facsimile:      (310) 499-4877

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

FILED & ENTERED

JAN 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>     Debtor and Debtor-in-Possession. | Case No: 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND APPROVING STIPULATION AUTHORIZING USE OF CASH COLLATERAL ON A FINAL BASIS**<br><br>**Continued Hearing (via ZoomGov):**<br>**Date:**  January 21, 2025<br>**Time:**  10:30 a.m.<br>**Place:**  Courtroom 5B<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

On January 21, 2025, at 10:30 a.m., a continued hearing was held on the *Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 5] (the "**Motion**") filed by The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**").  Appearances were as noted on the record.

1

ORDER

10455949.1

The Court, having read and considered the Motion, all papers submitted in support of thereof and in opposition thereto, the Debtor's supplement to the Motion [Docket No. 249], and the *Stipulation Authorizing Use of Cash Collateral* [Docket No. 255] (the "**Stipulation**")[1] between the ("**Debtor**"), on the one hand, and secured creditor PNC Bank, N.A., on the other hand, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Debtor's authorization to use cash collateral through and including January 17, 2025 pursuant to the budget attached hereto as **Exhibit 1** and **Exhibit 2**, as provided in the Court's prior orders [Docket Nos. 72, 162, 211, 244, and 256] is approved on a final basis.

2. The Stipulation is approved in its entirety.

3. The budget attached hereto as **Exhibit 2** is the Initial Budget (as such term is defined in the Stipulation).

4. The Debtor is authorized to use cash collateral in accordance with the budget attached hereto as **Exhibit 2** on a final basis pursuant to and on the terms and conditions of the Stipulation.

###

Date: January 24, 2025

Theodor C. Albert
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Stipulation.

10455949.1

# EXHIBIT "1"

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 10/25/2024 | Week 2 Ended 11/1/2024 | Week 3 Ended 11/8/2024 | Week 4 Ended 11/15/2024 | Week 5 Ended 11/22/2024 | Week 6 Ended 11/29/2024 | Week 7 Ended 12/6/2024 | Week 8 Ended 12/13/2024 | Week 9 Ended 12/20/2024 | Week 10 Ended 12/27/2024 | Week 11 Ended 1/3/2025 | Week 12 Ended 1/10/2025 | Week 13 Ended 1/17/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Collections | 673,000 | 923,000 | 573,000 | 573,000 | 573,000 | 573,000 | 576,000 | 576,000 | 576,000 | 576,000 | 573,000 | 573,000 | 573,000 | 7,911,000 |
| Pino Mgmt. Fees / Lease / Loan | 233,747 | 155,600 | 155,600 | 235,600 | 155,600 | 180,600 | 188,250 | 188,250 | 263,250 | 213,250 | 155,600 | 155,600 | 155,600 | 2,436,547 |
| **Total Receipts** | **906,747** | **1,078,600** | **728,600** | **808,600** | **728,600** | **753,600** | **764,250** | **764,250** | **839,250** | **789,250** | **728,600** | **728,600** | **728,600** | **10,347,547** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 297,517 | 297,664 | 297,412 | 295,719 | 291,509 | 289,564 | 289,870 | 290,961 | 295,131 | 296,272 | 297,768 | 295,512 | 294,959 | 3,829,857 |
| Health Insurance | 66,081 | - | - | - | - | 66,081 | - | - | - | 66,081 | - | - | - | 198,243 |
| Worker's Comp | - | - | - | 241,130 | - | - | - | 185,575 | - | - | - | - | 185,833 | 612,538 |
| Union Dues | - | - | - | 417,383 | - | - | - | 321,219 | - | - | - | - | 321,667 | 1,060,269 |
| Occupancy | 5,821 | 2,661 | 3,261 | 2,345 | 2,513 | 5,936 | 3,250 | 2,339 | 2,506 | 5,929 | 3,944 | 2,267 | 2,429 | 45,202 |
| Insurance | 103,463 | 66,836 | - | - | - | - | 548,836 | - | - | - | 223,462 | - | - | 942,596 |
| Utilities | 10,285 | 9,834 | 8,797 | 8,761 | 9,265 | 9,629 | 10,099 | 10,717 | 9,395 | 8,875 | 9,399 | 9,905 | 9,332 | 124,293 |
| Repair and Maintenance | 9,103 | 8,844 | 9,269 | 8,882 | 9,018 | 7,868 | 8,170 | 7,654 | 7,659 | 8,206 | 7,612 | 7,547 | 8,086 | 107,917 |
| Office Supplies | 6,679 | 6,938 | 6,540 | 6,568 | 6,647 | 6,339 | 6,726 | 6,577 | 6,420 | 6,382 | 6,783 | 6,589 | 6,454 | 85,642 |
| Vehicles Expenses | 58,728 | 59,383 | 62,179 | 60,330 | 62,425 | 58,744 | 58,500 | 56,067 | 57,263 | 57,617 | 57,548 | 58,185 | 56,325 | 763,294 |
| OC Professionals | 5,318 | 5,398 | 5,763 | 6,206 | 3,439 | 3,367 | 3,252 | 3,502 | 3,771 | 4,061 | 3,994 | 4,245 | 4,412 | 56,726 |
| Tools and Supplies | 51,667 | 51,846 | 52,436 | 53,178 | 53,510 | 53,641 | 54,018 | 54,783 | 55,722 | 56,123 | 56,586 | 54,786 | 54,869 | 703,166 |
| Property Taxes - Real | - | - | - | - | - | - | - | 51,193 | - | - | - | - | - | 51,193 |
| Bank Expenses | - | 8,000 | - | - | - | - | 8,000 | - | - | - | 8,000 | - | - | 24,000 |
| Other | 4,895 | 4,970 | 5,065 | 5,017 | 5,172 | 5,336 | 5,198 | 4,846 | 4,870 | 4,960 | 4,772 | 4,812 | 4,878 | 64,792 |
| **Total Operating Disbursements** | **619,558** | **522,374** | **450,723** | **1,105,521** | **443,498** | **506,505** | **995,917** | **995,432** | **442,735** | **514,507** | **679,868** | **443,847** | **949,244** | **8,669,729** |
| **Operating Cash Flow** | **287,189** | **556,226** | **277,877** | **(296,921)** | **285,102** | **247,095** | **(231,667)** | **(231,182)** | **396,515** | **274,743** | **48,732** | **284,753** | **(220,644)** | **1,677,818** |
| **Cumulative Operating Cash Flow** | **287,189** | **843,415** | **1,121,292** | **824,371** | **1,109,473** | **1,356,568** | **1,124,901** | **893,719** | **1,290,233** | **1,564,977** | **1,613,709** | **1,898,462** | **1,677,818** | **1,677,818** |
| *Financing* | | | | | | | | | | | | | | |
| PNC Interest Payments | - | - | 67,940 | - | - | - | - | 67,940 | - | - | - | 67,940 | - | 203,819 |
| Equipment Loans | 17,535 | 158,424 | 26,826 | 41,348 | 14,959 | 21,638 | 153,733 | 49,227 | 21,060 | 12,987 | 158,559 | 25,127 | 43,062 | 744,487 |
| Equipment Rentals | - | 44,603 | - | - | - | - | 44,603 | - | - | - | 44,603 | - | - | 133,809 |
| **Total Financing** | **17,535** | **203,027** | **94,766** | **41,348** | **14,959** | **21,638** | **198,336** | **117,167** | **21,060** | **12,987** | **203,162** | **93,067** | **43,062** | **1,082,115** |
| **Cash Flow After Financing** | **269,654** | **353,199** | **183,111** | **(338,269)** | **270,143** | **225,456** | **(430,004)** | **(348,349)** | **375,454** | **261,756** | **(154,430)** | **191,686** | **(263,706)** | **595,703** |
| **Cumulative Cash Flow After Financing** | **269,654** | **622,853** | **805,964** | **467,696** | **737,839** | **963,295** | **533,291** | **184,943** | **560,397** | **822,153** | **667,722** | **859,408** | **595,703** | **595,703** |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Utility Deposits | - | - | - | - | - | 115,023 | - | - | - | - | - | - | - | 115,023 |
| Force Ten Partners (CRO) | - | - | - | - | - | - | 60,000 | - | - | - | 60,000 | - | - | 120,000 |
| Raines Feldman (Debtor's Counsel) | - | - | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 150,000 |
| Grobstein Teeple | - | - | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 20,000 |
| **Total Restructuring Disbursements** | **-** | **-** | **-** | **-** | **-** | **115,023** | **145,000** | **-** | **-** | **-** | **145,000** | **-** | **-** | **405,023** |
| **Beginning Cash Balance** | 4,479,479 | 4,749,133 | 5,102,333 | 5,285,444 | 4,947,175 | 5,217,318 | 5,327,751 | 4,752,748 | 4,404,399 | 4,779,853 | 5,041,609 | 4,742,178 | 4,933,865 | 4,479,479 |
| Net Change in Cash | 269,654 | 353,199 | 183,111 | (338,269) | 270,143 | 110,433 | (575,004) | (348,349) | 375,454 | 261,756 | (299,430) | 191,686 | (263,706) | 190,680 |
| **Ending Cash Balance** | **4,749,133** | **5,102,333** | **5,285,444** | **4,947,175** | **5,217,318** | **5,327,751** | **4,752,748** | **4,404,399** | **4,779,853** | **5,041,609** | **4,742,178** | **4,933,865** | **4,670,159** | **4,670,159** |

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 10/25/2024 | Week 2 Ended 11/1/2024 | Week 3 Ended 11/8/2024 | Week 4 Ended 11/15/2024 | Week 5 Ended 11/22/2024 | Week 6 Ended 11/29/2024 | Week 7 Ended 12/6/2024 | Week 8 Ended 12/13/2024 | Week 9 Ended 12/20/2024 | Week 10 Ended 12/27/2024 | Week 11 Ended 1/3/2025 | Week 12 Ended 1/10/2025 | Week 13 Ended 1/17/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Collateral Package* | | | | | | | | | | | | | | |
| Cash | 4,749,133 | 5,102,333 | 5,285,444 | 4,947,175 | 5,217,318 | 5,327,751 | 4,752,748 | 4,404,399 | 4,779,853 | 5,041,609 | 4,742,178 | 4,933,865 | 4,670,159 | 4,670,159 |
| Accounts Receivable | 5,725,659 | 5,675,659 | 5,625,659 | 5,575,659 | 5,525,659 | 5,475,659 | 5,425,659 | 5,375,659 | 5,325,659 | 5,275,659 | 5,225,659 | 5,175,659 | 5,125,659 | 5,125,659 |
| FF&E (Net Book Value) | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 |
| Pledged Allen Street Property (net, non debtor) | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 |
| Pledged Sacramento Property (net, non debtor) | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| | 14,071,636 | 14,374,835 | 14,507,946 | 14,119,678 | 14,339,821 | 14,400,254 | 13,775,250 | 13,376,901 | 13,702,356 | 13,914,112 | 13,564,681 | 13,706,367 | 13,392,662 | 13,392,662 |
| *PNC Debt* | | | | | | | | | | | | | | |
| Beginning | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 |
| (+) Interest Accrual | - | - | 67,940 | - | - | - | - | 67,940 | - | - | - | 67,940 | - | 203,819 |
| (-) Payments | - | - | (67,940) | - | - | - | - | (67,940) | - | - | - | (67,940) | - | (203,819) |
| **Ending Balance** | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 | 7,041,686 |
| **Equity Cushion (Deficiency)** | | 2.00x | 2.04x | 2.06x | 2.01x | 2.04x | 2.05x | 1.96x | 1.90x | 1.95x | 1.98x | 1.93x | 1.95x | 1.90x | 1.90x |
| **Equity Cushion (Deficiency) in $** | | 7,029,950 | 7,333,149 | 7,466,260 | 7,077,991 | 7,298,135 | 7,358,568 | 6,733,564 | 6,335,215 | 6,660,669 | 6,872,426 | 6,522,995 | 6,664,681 | 6,350,976 | 6,350,976 |
| *Accounts Receivable Roll Forward* | | | | | | | | | | | | | | |
| **Accounts Receivable - Beginning Balance** | 5,775,659 | 5,725,659 | 5,675,659 | 5,625,659 | 5,575,659 | 5,525,659 | 5,475,659 | 5,425,659 | 5,375,659 | 5,325,659 | 5,275,659 | 5,225,659 | 5,175,659 | 5,775,659 |
| (+) Sales | 856,747 | 1,028,600 | 678,600 | 758,600 | 678,600 | 703,600 | 714,250 | 714,250 | 789,250 | 739,250 | 678,600 | 678,600 | 678,600 | 9,697,547 |
| (-) Collections | (906,747) | (1,078,600) | (728,600) | (808,600) | (728,600) | (753,600) | (764,250) | (764,250) | (839,250) | (789,250) | (728,600) | (728,600) | (728,600) | (10,347,547) |
| **Accounts Receivable - Ending Balance** | 5,725,659 | 5,675,659 | 5,625,659 | 5,575,659 | 5,525,659 | 5,475,659 | 5,425,659 | 5,375,659 | 5,325,659 | 5,275,659 | 5,225,659 | 5,175,659 | 5,125,659 | 5,125,659 |

# EXHIBIT "2"

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 1/24/2025 | Week 2 Ended 1/31/2025 | Week 3 Ended 2/7/2025 | Week 4 Ended 2/14/2025 | Week 5 Ended 2/21/2025 | Week 6 Ended 2/28/2025 | Week 7 Ended 3/7/2025 | Week 8 Ended 3/14/2025 | Week 9 Ended 3/21/2025 | Week 10 Ended 3/28/2025 | Week 11 Ended 4/4/2025 | Week 12 Ended 4/11/2025 | Week 13 Ended 4/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Collections | 337,253 | 322,254 | 267,254 | 237,255 | 235,005 | 214,006 | 214,006 | 214,007 | 214,007 | 214,008 | 214,008 | 214,009 | 214,009 | 3,111,081 |
| Pino/Phoenix Mgmt. Fees, Interest Income, Leases | 155,560 | 155,560 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 193,250 | 2,436,870 |
| Pino Line of Credit | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 780,000 |
| **Total Receipts** | 552,813 | 537,814 | 520,504 | 490,505 | 488,255 | 467,256 | 467,256 | 467,257 | 467,257 | 467,258 | 467,258 | 467,259 | 467,259 | 6,327,951 |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 168,881 | 169,074 | 169,118 | 169,259 | 169,152 | 169,387 | 169,648 | 169,751 | 169,881 | 169,212 | 169,459 | 169,389 | 169,380 | 2,201,592 |
| Health Insurance | - | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | - | - | - | 254,865 |
| Worker's Comp | - | - | - | 110,760 | - | - | - | 81,120 | - | - | - | 71,760 | - | 263,640 |
| Union Dues | - | - | - | 94,000 | - | - | - | 35,000 | - | - | - | 35,000 | - | 164,000 |
| Occupancy | - | 17,244 | - | - | - | 10,248 | - | - | - | 10,252 | - | - | - | 37,744 |
| Insurance | 1,077,233 | 96,698 | 267,250 | - | - | 96,698 | 267,250 | - | - | 96,698 | 267,250 | - | - | 2,169,078 |
| Utilities | 4,104 | 3,530 | 5,699 | 10,895 | 5,126 | 3,940 | 5,089 | 10,044 | 4,238 | 4,461 | 5,471 | 10,242 | 4,270 | 77,108 |
| Repair and Maintenance | 8,573 | 8,699 | 9,320 | 9,986 | 10,090 | 8,813 | 9,116 | 9,768 | 10,200 | 10,381 | 8,489 | 9,083 | 9,178 | 121,695 |
| Office Supplies | 5,545 | 5,615 | 5,979 | 5,784 | 5,783 | 5,799 | 6,060 | 5,668 | 5,690 | 5,666 | 5,887 | 5,693 | 5,690 | 74,860 |
| Vehicles Expenses | 50,036 | 50,289 | 43,545 | 42,602 | 42,946 | 42,792 | 43,066 | 37,012 | 37,041 | 37,343 | 37,556 | 37,692 | 37,717 | 539,637 |
| OC Professionals | 13,986 | 9,293 | 9,623 | 9,880 | 10,255 | 10,265 | 10,670 | 11,074 | 11,391 | 11,457 | 9,966 | 10,064 | 10,153 | 138,078 |
| Tools and Supplies | 49,381 | 50,125 | 45,438 | 45,621 | 44,655 | 44,831 | 44,593 | 44,764 | 44,788 | 44,827 | 45,006 | 45,195 | 45,163 | 594,389 |
| Property Taxes - Real | - | - | - | - | - | - | - | - | - | 39,000 | - | - | - | 39,000 |
| Bank Expenses | - | - | 4,000 | - | - | - | 4,000 | - | - | - | 4,000 | - | - | 12,000 |
| Other | 7,275 | 7,244 | 7,199 | 7,146 | 7,012 | 6,950 | 6,943 | 6,957 | 6,906 | 6,927 | 6,978 | 7,108 | 7,089 | 91,734 |
| **Total Operating Disbursements** | 1,385,014 | 502,767 | 567,172 | 505,933 | 295,019 | 484,679 | 566,434 | 411,159 | 290,135 | 521,180 | 560,062 | 401,226 | 288,639 | 6,779,420 |
| **Operating Cash Flow** | (832,201) | 35,047 | (46,668) | (15,428) | 193,236 | (17,423) | (99,178) | 56,098 | 177,122 | (53,922) | (92,804) | 66,033 | 178,620 | (451,469) |
| **Cumulative Operating Cash Flow** | (832,201) | (797,154) | (843,822) | (859,251) | (666,015) | (683,438) | (782,616) | (726,518) | (549,396) | (603,318) | (696,122) | (630,089) | (451,469) | (451,469) |
| *Financing* | | | | | | | | | | | | | | |
| PNC Adequate Protection | - | - | 150,000 | - | - | - | 150,000 | - | - | - | 150,000 | - | - | 450,000 |
| Equipment Loans | 452,654 | 26,599 | 107,648 | 53,232 | 60,468 | 15,104 | 124,484 | 53,185 | 25,444 | 14,522 | 116,373 | 26,414 | 53,523 | 1,129,650 |
| Equipment Rentals | - | - | 84,059 | - | - | - | 84,059 | - | - | - | 84,059 | - | - | 252,176 |
| **Total Financing** | 452,654 | 26,599 | 341,706 | 53,232 | 60,468 | 15,104 | 358,543 | 53,185 | 25,444 | 14,522 | 350,431 | 26,414 | 53,523 | 1,831,826 |
| **Cash Flow After Financing** | (1,284,855) | 8,448 | (388,375) | (68,661) | 132,768 | (32,527) | (457,721) | 2,914 | 151,678 | (68,444) | (443,235) | 39,619 | 125,097 | (2,283,295) |
| **Cumulative Cash Flow After Financing** | (1,284,855) | (1,276,407) | (1,664,782) | (1,733,442) | (1,600,674) | (1,633,201) | (2,090,922) | (2,088,008) | (1,936,331) | (2,004,775) | (2,448,010) | (2,408,392) | (2,283,295) | (2,283,295) |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Force Ten Partners (CRO) | 120,000 | - | 60,000 | - | - | - | 60,000 | - | - | - | 60,000 | - | - | 300,000 |
| Raines Feldman (Debtor's Counsel) | 150,000 | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 375,000 |
| Grobstein Teeple | 20,000 | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 50,000 |
| United States Trustee | 48,261 | - | - | - | - | - | - | - | - | - | - | - | 77,269 | 125,530 |
| **Total Restructuring Disbursements** | 338,261 | - | 145,000 | - | - | - | 145,000 | - | - | - | 145,000 | - | 77,269 | 850,530 |
| **Beginning Cash Balance** | 12,204,559 | 10,581,443 | 10,589,891 | 10,056,516 | 9,987,856 | 10,120,624 | 10,088,097 | 9,485,376 | 9,488,290 | 9,639,967 | 9,571,523 | 8,983,288 | 9,022,906 | 12,204,559 |
| Net Change in Cash | (1,623,117) | 8,448 | (533,375) | (68,661) | 132,768 | (32,527) | (602,721) | 2,914 | 151,678 | (68,444) | (588,235) | 39,619 | 47,828 | (3,133,825) |
| **Ending Cash Balance** | 10,581,443 | 10,589,891 | 10,056,516 | 9,987,856 | 10,120,624 | 10,088,097 | 9,485,376 | 9,488,290 | 9,639,967 | 9,571,523 | 8,983,288 | 9,022,906 | 9,070,735 | 9,070,735 |

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 1/24/2025 | Week 2 Ended 1/31/2025 | Week 3 Ended 2/7/2025 | Week 4 Ended 2/14/2025 | Week 5 Ended 2/21/2025 | Week 6 Ended 2/28/2025 | Week 7 Ended 3/7/2025 | Week 8 Ended 3/14/2025 | Week 9 Ended 3/21/2025 | Week 10 Ended 3/28/2025 | Week 11 Ended 4/4/2025 | Week 12 Ended 4/11/2025 | Week 13 Ended 4/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *PNC Debt* | | | | | | | | | | | | | | |
| Beginning | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 |
| (+) Interest Principal | - | - | 150,000 | - | - | - | 150,000 | - | - | - | 150,000 | - | - | 450,000 |
| (-) Payments | - | - | (150,000) | - | - | - | (150,000) | - | - | - | (150,000) | - | - | (450,000) |
| **Ending Balance** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** |
| *Accounts Receivable Roll Forward* | | | | | | | | | | | | | | |
| Accounts Receivable - Beginning Balance | 2,836,996 | 2,719,746 | 2,617,496 | 2,570,246 | 2,552,996 | 2,537,996 | 2,543,996 | 2,549,996 | 2,555,996 | 2,561,996 | 2,567,996 | 2,573,996 | 2,579,996 | 2,836,996 |
| (+) Sales | 374,563 | 374,564 | 412,004 | 412,005 | 412,005 | 412,006 | 412,006 | 412,007 | 412,007 | 412,008 | 412,008 | 412,009 | 412,009 | 5,281,201 |
| (-) Collections | (491,813) | (476,814) | (459,254) | (429,255) | (427,005) | (406,006) | (406,006) | (406,007) | (406,007) | (406,008) | (406,008) | (406,009) | (406,009) | (5,532,201) |
| **Accounts Receivable - Ending Balance** | **2,719,746** | **2,617,496** | **2,570,246** | **2,552,996** | **2,537,996** | **2,543,996** | **2,549,996** | **2,555,996** | **2,561,996** | **2,567,996** | **2,573,996** | **2,579,996** | **2,585,996** | **2,585,996** |