Ahren A. Tiller, Esq. [SBN 250608]
BLC Law Center, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Telephone No. (619) 894-8831
Facsimile No. (866) 444-7026
Email: ahren.tiller@blc-sd.com

Attorneys for Creditors / Movants
JAIME RODRIGUEZ, and
ANA LIDIA GOMEZ

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation<br><br>Debtor and<br>Debtor-in-Possession, | BK Case No.: 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**NOTICE OF HEARING AND MOTION OF JAIME RODRIGUEZ AND ANA LIDIA GOMEZ'S TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. 1104(a); AND MOTION TO SUBSTANTIVELY CONSOLIDATE PINO TREE SERVICES, INC., MOWBRAY WATERMAN PROPERTY, LLC, AND PHOENIX TRAFFIC MANAGEMENT, INC. WITH THE DEBTOR'S BANKRUPTCY CASE**<br><br>Date:   March 5, 2025<br>Time:   10:00am<br>Location: 411 West Fourth St. Ctrm 5B<br>       Santa Ana, CA 92701<br><br>Hon. Theodor C. Albert |

**TO: THE HONORABLE THE HONORABLE THEODOR C. ALBERT, THE DEBTOR, THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., PINO TREE SERVICES, INC., MOWBRAY WATERMAN PROPERTY, LLC, PHOENIX TRAFFIC MANAGEMENT, INC. AND ALL INTERESTED PARTIES:**

# I.

# NOTICE OF HEARING AND MOTION

**PLEASE TAKE NOTICE THAT** on March 5, 2025 at 10:00 a.m. before the Honorable Theodor C. Albert, United States Bankruptcy Court Judge, located at 411 West Fourth St., Ctrm 4B, Santa Ana, CA 92701, Movants and Creditors JAMIE RODRIGUEZ and ANA LIDIA GOMEZ (hereinafter referred to as "Movants"), by and through their undersigned Counsel, will be Moving for (1) an Order Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. 1104(A); and (2) an Order Substantively Consolidating Pino Tree Services, Inc., Mowbray Waterman Property, LLC, And Phoenix Traffic Management, Inc. With The Debtor in Debtor's Bankruptcy Case.

**YOU ARE FURTHER NOTIFIED THAT:**

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

**Deadline for Opposition Papers**: This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movants' attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. Pursuant to Local Bankruptcy Rule 9013-1(h), papers not timely filed and served may be deemed by the court to be consent to the granting or denial of the motion, as the case may be.

## II.

## MOTION

Movants and Creditors JAMIE RODRIGUEZ and ANA LIDIA GOMEZ (hereinafter as "Movants"), by and through their undersigned Counsel, herein Move this Court for an Order (1) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. 1104(a); and (2) an Order Substantively Consolidating Pino Tree Services, Inc., Mowbray Waterman Property, LLC, And Phoenix Traffic Management, Inc. With The Debtor in the Debtor's Bankruptcy Case nunc pro tunc back to the Petition filing date.

This Motion is based on good cause and the concurrently filed Memorandum of Points and Authorities in Support, the Declaration of Ahren Tiller, the Declaration of Ronnie Jordan, and the attached Request for Judicial Notice, as well as the attached Exhibits 1-21, all filed concurrently with this Notice of Hearing and Notice of Motion.

Dated: February 7, 2025,   Submitted by: */s/ Ahren A. Tiller, Esq.*
                                          Ahren A. Tiller, Esq.
                                          Bankruptcy Law Center, APC
                                          Attorneys for Movants
                                          JAIME RODRIGUEZ and
                                          ANA LIDIA GOMEZ

# PROOF OF SERVICE

I <u>Michaela Brown</u>, am over the age of eighteen (18) years and not a part to this bankruptcy case. I am employed in the office of an attorney licensed to practice in the State of California and admitted to practice in this district. My business address is 1230 Columbia St., Ste. 1100 San Diego, CA 92101. If called to testify hereto, I could and would do so as follows:

On <u>February 7, 2025</u>, a true and correct copy of the foregoing documents entitled:

☒ Notice of Hearing and Motion

☒ Memorandum of Points and Authorities in Support of Creditor, Jaime Rodriguez and Ana Lidia Gomez's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. 1104(A); And Motion to Substantively Consolidate Pino Tree Services, Inc., Mowbray Waterman Property, LLC, and Phoenix Traffic Management, Inc. With The Debtor's Bankruptcy Case

☒ Declarations of Ahren A. Tiller and Ronnie Jordan in Support of Motion

☒ Request for Judicial Notice in Support of Motion

☒ Exhibits 1 – 21 in Support of Motion

were served on the following parties via the following methods:

☒ See attached service list

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: February 7, 2025,    By: _____
Michaela Brown
Paralegal
BLC Law Center, APC

**ATTACHED SERVICE LIST**

**1. SERVED BY UNITED STATES POSTAL SERVICE CERTIFIED MAIL**:

Pursuant to F.R.B.P. 7004 and/or controlling LBR, on <u>February 7, 2025</u>, I served the following persons and/or entities by certified U.S. Mail as follows:

<u>For Pino Tree Service, Inc</u>:

☒ Pino Tree Service, Inc.
c/o Agent Anjie Parker
54960 Pine Crest Ave. Ste. 5
Idyllwild, CA 92549

*CA Secretary of State designated agent for service of process for Pino Tree Service, Inc. – F.R.B.P. 7004(b)(3)(A)*

☒ Jacobius DePino
686 E. Mill St. Floor 2
San Bernardino, CA 92408

*Managing member of Pino Tree Service, Inc. – F.R.B.P. 7004(b)(3)(A)*

☒ Robert S. Marticello, Esq.
Raines, Feldman Littrell, LLP
3200 Park Center Dr., Ste. 250
Costa Mesa, CA 92626

*Attorney for Pino Tree Service, Inc. identified by Debtor at 1/3/25 continued 341(a) Meeting – F.R.B.P. 7004(b)(3)(B)*

<u>For Mowbray Waterman Property, LLC</u>:

☒ Mowbray Waterman Property, LLC
c/o Robin Mowbray
215 North D. Street
First Floor
San Bernardino, CA 92401

*Managing member of Mowbray Waterman Property, LLC – F.R.B.P. 7004(b)(3)(A)*

☒ Mowbray Waterman Property, LLC
c/o Agent Craig E. Wilson
215 North D. St.
First Floor
San Bernardino, CA 92401

*CA Secretary of State designated agent for service of process for Pino Tree Service, Inc. – F.R.B.P. 7004(b)(3)(A)*

☒ Roy Zur, Esq.
Elkins Kalt Weintraub Reuben Gartside, LLP
10345 W. Olympic Blvd
Los Angeles, CA 90064

*Attorney for Mowbray Waterman Property, LLC identified by Debtor at 1/3/25 continued 341(a) Meeting – F.R.B.P. 7004(b)(3)(B)*

For the Debtor:

☒ Robert S. Marticello, Esq.
Raines, Feldman Littrell, LLP
3200 Park Center Dr., Ste. 250
Costa Mesa, CA 92626

*Attorney for The Original Mowbray's Tree Service, Inc. – F.R.B.P. 7004(b)(3)(B)*

For UCC Secured Creditors of Pino Tree Service, Inc:

☒ Merchant's Bank, National Association
Attn: Greg Evans CEO
210 S. Main Ave
Rugby, ND 58368

*CEO of National Banking Association, served at primary business address designated with FDIC – F.R.B.P. 7004(b)(3)(A)*

☒ Caterpillar Financial Services Corporation
c/o agent CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr
Sacramento, CA 95833

*CA Secretary of State designated agent for service of process for Caterpillar Financial Services Corporation. – F.R.B.P. 7004(b)(3)(A)*

☒ Culain Capital Funding, LLC
c/o agent Steven N. Kurtz
15303 Ventura Blvd., Ste. 1560
Sherman Oaks, CA 91403

*CA Secretary of State designated agent for service of process for Culain Capital Funding, LLC. – F.R.B.P. 7004(b)(3)(A)*

☒ De Lage Landen Financial Services, Inc.
c/o agent Corporation Service Company
2595 Interstate Dr. Ste. 103
Harrisbug, PA 17110

*PA Secretary of State designated agent for service of process for De Lage Landed Financial Services, Inc. – F.R.B.P. 7004(b)(3)(A)*

☒ Corporation Service Company, as Representative
c/o agent CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr
Sacramento, CA 95833

*CA Secretary of State designated agent for service of process for Corporation Service Company. – F.R.B.P. 7004(b)(3)(A)*

2. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing documents will be served by the court via NEF and hyperlink to the document. On February 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Kenneth J Catanzarite - kcatanzarite@catanzarite.com
☒ Marshall F Goldberg - mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
☒ Alan Craig Hochheiser - ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
☒ Raffi Khatchadourian - raffi@hemar-rousso.com
☒ Valery Loumber - valloumlegal@gmail.com
☒ James MacLeod - jmacleod@dunninglaw.com, nancy@dunninglaw.com
☒ Robert S Marticello -rmarticello@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
☒ David W. Meadows - david@davidwmeadowslaw.com
☒ Queenie K Ng (UST) - queenie.k.ng@usdoj.gov
☒ Estela O Pino - epino@epinolaw.com, staff@epinolaw.com; clerk@epinolaw.com
☒ Amitkumar Sharma - amit.sharma@aisinfo.com
☒ Thomas E Shuck - tshuck@pmcos.com, efilings@pmcos.com
☒ Michael Simon - msimon@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
☒ United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov
☒ Sharon Z. Weiss - sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
☒ Mandy Youngblood - csbk@gmfinancial.com
☒ Roye Zur - rzur@elkinskalt.com, lwageman@elkinskalt.com; 1648609420@filings.docketbird.com; rzur@ecf.courtdrive.com

3. **SERVED BY UNITED STATES MAIL:** On February 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed

-7-

envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed:

Judge: (*via overnight mail*)

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

20 Largest creditors: (via First Class US Mail)

Amtrust Financial Services, Inc.
903 Nw 65Th St. Ste 300
Boca Raton, FL 33487

First Insurance Funding Corporation
450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

Premium Assignment Corporation dba IPFS
P.O. Box 412086
Kansas City, KA 64141-2086

Peerless Network
433 W. Van Buren Suite 410
Chicago, IL 60607

The Goodyear Tire And Rubber Co.
P.O. Box 277808
Atlanta, GA 30384-7808

Burtronics Business Systems
P.O. Box 11529
San Bernardino, CA 92423

Mobile Mini -William Scotsman
PO Box 91975
Chicago, IL 60693-1975

Marlin Lease Servicing/Peac
P.O. Box 13604
Philadelphia, PA 19101-3604

Vestis
2680 Palumbo Dr
Lexington, KY 40509

Pape Machinery
P.O. Box 35144
Seattle, WA 98124-5144

1  The Toll Roads
   Violations Department
2  Irvine, CA 92619

3  Oklahoma Turnpike Authority
   Plate-Pay
4  PO Box 11255
   Oklahoma City, OK 73136
5
   Fastrak Violation Processing Dept
6  PO Box 26925
   San Francisco, CA 94126
7
   Velocity Truck Center
8  Los Angeles Truck Centers, LLC
   Pasadena, CA 91189-1284
9
   Grainger
10 Dept. 887538815
   Palatine, IL 60038-0001
11
   Linebarger Goggan Blair & Sampson
12 4828 Loop Central Drive Suite 600
   Houston, TX 77081
13
   Kansas Turnpike Authority
14 PO Box 802746
   Kansas City, MO 64180
15
   Florida Dept of Transportation
16 PO Box 31241
   Tampa, FL 33631
17
   City of Los Angeles
18 Parking Violations Bureau
   PO Box 30420
19 Los Angeles, CA 90030

20 North Texas Tollway Authority
   PO Box 660244
21 Dallas, TX 75266

22

23

24

25

26

27

28

-9-

In Re The Original Mowbray's Tree Service, Inc.  8:24-bk-12674-TA
Notice of Hearing and Motion