Ahren A. Tiller, Esq. [SBN 250608]
BLC LAW CENTER, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Telephone No. (619) 894-8831
Facsimile No. (866) 444-7026
Email: ahren.tiller@blc-sd.com

Attorneys for Creditors
JAIME RODRIGUEZ, and
ANA LIDIA GOMEZ

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation<br><br>Debtor and<br>Debtor-in-Possession, | BK Case No.: 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**DECLARATION OF AHREN A. TILLER IN SUPPORT OF MOTION TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. 1104(a); AND MOTION TO SUBSTANTIVELY CONSOLIDATE PINO TREE SERVICES, INC., MOWBRAY WATERMAN PROPERTY, LLC, AND PHOENIX TRAFFIC MANAGEMENT, INC. WITH THE DEBTOR IN THIS BANKRUPTCY CASE**<br><br>Date:   March 5, 2025<br>Time:   10:00am<br>Location: 411 West Fourth St. Ctrm 5B<br>           Santa Ana, CA 92701<br><br>Hon. Theodor C. Albert |

## DECLARATION OF AHREN TILLER

I, AHREN A. TILLER, am the attorney of record for JAMIE RODRIGUEZ and ANA LIDIA GOMEZ (hereinafter referred to as "Movants") in the above-referenced case.  I offer this declaration in support of Movants' Motion to Appoint A Chapter 11 Trustee Pursuant to 11 U.S.C.

- 1 -
*Declaration of Ahren Tiller in Support of Motion*

1104(A); And Motion To Substantively Consolidate Pino Tree Services, Inc., Mowbray Waterman Property, LLC, And Phoenix Traffic Management, Inc. With the Debtor's Bankruptcy Case (hereinafter referred to as the "Motion"). I am over the age of 18 years of age, and I am admitted to practice law in the United States District Court for the Central District of California as well as the United States Bankruptcy Court for the Central District of California. I possess personal knowledge regarding the facts contained within this Declaration, and I am thus competent to testify hereto as follows. I do hereby Declare as follows:

1. I am readily familiar with our office's routine business practices and record-keeping in the ordinary course of business. I offer this declaration in support of Movants Motion.

2. Attached and marked for identification purposes as "**Exhibit 1,**" filed concurrently with the Motion is a Transcript of the first 341(a) Meeting of Creditors in this Bankruptcy Case, held on December 6, 2024, at 10:00 am. It was transcribed by Holly Steinhauer of Briggs Reporting Company, Inc. Exhibit 1 is a true, correct and unaltered copy of the 341(a) Transcript by Ms. Steinhauer, which she complied from the audio recordings provided by the United States Trustee's Office.

3. Attached and marked for identification purposes as: "**Exhibit 2**," filed concurrently with the Motion is a true, correct and unaltered copy of the December 20, 2024, Letter drafted by Robert Marticello, Counsel for the Debtor. The December 20, 2024, Letter was sent to the Office of the United States Trustee as well as myself and other attorneys for creditors of the Debtor in response to questions stemming from the initial 341(a) Meeting of Creditors. Mr. Marticello began the letter stating that it contained "(1) a description of the efforts of The Original Mowbray's Tree Service, Inc. (the "Debtor"), ***to downsize its operations within the one-year period prior to the October 18, 2024 petition date (the "Petition Date"); and (2) a summary of the loans between the Debtor and certain affiliates*** listed in the Debtor's Schedule A/B [Docket No. 170] at 15 of 166, Part 11, No. 71." At the continued 341(a) Meeting of Creditors held on January 3, 2025, Brian Weiss the CRO for the Debtor testified in response to questions by Kenneth Misken, Esq. of the United States Trustee's Office that Mr. Weiss had reviewed the December 20, 2024 Letter written by Mr. Marticello, and stated

under oath, under penalty of perjury, that the letter marked as "**Exhibit 2**" along with its attachments, was true and correct, and adopted said letter as Mr. Weiss's testimony at the continued 341(a) Meeting. Mr. Weiss had no changes to the December 20, 2024 Letter (See Ex. 3 – Continued 341(a) Transcript, pp. 4, lns. 1-9).

4. Attached and marked for identification purposes as: "**Exhibit 3**," filed concurrently with the Motion is a Transcript of the continued 341(a) Meeting of Creditors in this Bankruptcy Case, held on January 3, 2025, at 10:00 am. It was transcribed by Holly Steinhauer of Briggs Reporting Company, Inc. It is a true, correct and unaltered copy of the continued 341(a) Transcript by Ms. Steinhauer, which she transcribed from a true and correct audio recording provided to my office by the United States Trustee's Office.

5. Attached and marked for identification purposes as: "**Exhibit 4**," filed concurrently with the Motion is a true, correct, and unaltered copy of the 2024 Management Fee Agreement between Pino Tree Service Inc. and The Original Mowbray's Tree Service, Inc, dated January 1, 2024. This document was included as "Exhibit B" to the December 20, 2024, Letter by Robert Marticello referenced above.

6. Attached and marked for identification purposes as: "**Exhibit 5**," filed concurrently with the Motion is a true, correct, and unaltered copy of the Line of Credit Agreement between Pino Tree Service, Inc. and The Original Mowbray's Tree Service, Inc, dated January 1, 2024. This document was included as "Exhibit A" to the December 20, 2024, Letter by Robert Marticello referenced above.

7. Attached and marked for identification purposes as: "**Exhibit 6**," filed concurrently with the Motion is a true, correct, and unaltered copy of the Guaranty and Suretyship Agreement between Mowbray Waterman Property, LLC, and PNC Bank, National Association. This document was turned over in discovery by the Debtor during the course of litigation, in the *Ronnie D. Jordan v. The Original Mowbray's Tree Service, Inc.,* No. CIVSB2201281, filed in the Superior Court of California for the County of San Bernardino.

8. Attached and marked for identification purposes as: "**Exhibit 7**," filed concurrently with the Motion is a true, correct, and unaltered copy of the LLC-1 and Statement of Information on

file with the California Secretary of State for Mowbray Waterman Property, LLC. I retrieved this document on January 24, 2025 via the public available CA Secretary of State web portal (https://bizfileonline.sos.ca.gov/search/business). This document is publicly available and readily verifiable.

9. Attached and marked for identification purposes as: "**Exhibit 8**," filed concurrently with the Motion is a true, correct, and unaltered copy of publicly available Title Records of real estate currently owned by Mowbray Waterman Property, LLC. I retrieved the documents from First American Title on January 16, 2025. Included with the search are Transaction History Reports and Grant Deeds for the real estate parcels currently owned by Mowbray Waterman Property, LLC. The following documents and records contained in the Exhibit are publicly available and readily verifiable records, which have been publicly recorded at the San Bernardino County and Sacramento County Recorder's Offices.

10. Attached and marked for identification purposes as: "**Exhibit 9**," filed concurrently with the Motion is a true, correct, and unaltered copy of a series of parcel maps obtained through First American Title for records of real estate tracts and parcels adjacent to one another and owned by Mowbray Waterman Property, LLC, Original Mowbray's Tree Service, and the John W. Mowbray and Gloria D. Mowbray, along with the accompanying Grant Deeds. I retrieved the documents from First American Title on January 31, 2025. The documents contained in the Exhibit are publicly available and readily verifiable records, which have been publicly recorded at the San Bernardino County Recorder's Offices.

11. Attached and marked for identification purposes as: "**Exhibit 10**," filed concurrently with the Motion is a true, correct, and unaltered copy of the Loan Agreement between The Original Mowbray's Tree Service, Inc, and Mowbray Waterman Property, LLC, dated December 31, 2020. This document was included as "Exhibit E" to the December 20, 2024, Letter by Robert Marticello referenced above.

12. Attached and marked for identification purposes as: "**Exhibit 11**," filed concurrently with the Motion is a true, correct, and unaltered copy of a Transaction History Report for real estate parcels with APN 0136-251-29-000 and 066-0010-032-000. The Exhibit additionally

contains a copy of the Deed of Trust and Security Agreement recorded by PNC Bank on the real estate, recorded on July 18, 2024. I obtained the documents from First American Title on January 15, 2025. These documents are publicly available and readily verifiable records, which have been publicly recorded at the San Bernardino County Recorder's Offices.

13. Attached and marked for identification purposes as: "**Exhibit 12**," filed concurrently with the Motion is a true, correct, and unaltered copy of a Transaction History Report for a real estate parcels with APN 0168-071-062-0000. The Exhibit additionally contains copies of the recorded Quit Claim Deeds and Deeds of Trust for the Parcel. I obtained the documents from First American Title on January 16, 2025. These documents are publicly available and readily verifiable records, which have been publicly recorded at the San Bernardino County Recorder's Offices.

14. Attached and marked for identification purposes as: "**Exhibit 13**," filed concurrently with the Motion is a true, correct, and unaltered copy of search reports of the California Secretary of State's Uniform Commercial Code database (https://bizfileonline.sos.ca.gov/search/ucc) for Phoenix Traffic Management, and Mowbray Waterman Properties. I obtained these documents on January 16, 2025. The results shown are all publicly available and readily verifiable publicly filed UCC-1 records recorded with the California Secretary of State's Office.

15. Attached and marked for identification purposes as: "**Exhibit 14**," filed concurrently with the Motion is a true, correct, and unaltered copy of search reports of the California Secretary of State's Uniform Commercial Code database (https://bizfileonline.sos.ca.gov/search/ucc) for Pino Tree Service, Inc.. I obtained these documents on January 30, 2025. The results shown are all three (3) of publicly available and readily verifiable publicly filed UCC-1 records recorded with the California Secretary of State's Office against Pino Tree Services, Inc, which I attached to the search results on page one of Exhibit 14, as pages 2-4.

16. Attached and marked for identification purposes as: "**Exhibit 15**," filed concurrently with the Motion is a true, correct, and unaltered copy of California Secretary of State's records for Phoenix Traffic Management, bearing entity No C4717822. I obtained the documents

from the California Secretary of State web portal (https://bizfileonline.sos.ca.gov/search/business). The documents containing the UCC-1 Lien Search, and resulting three (3) UCC-1 Liens are included in Exhibit 14, and are publicly available and readily verifiable records, which have been publicly recorded at the California Secretary of State's Office.

17. Attached and marked for identification purposes as: "**Exhibit 16**," filed concurrently with the Motion is a true, correct, and unaltered copy of a Transcript of the May 30, 2023, Deposition of Robin Mowbray taken during the litigation of *Ronnie D. Jordan v. The Original Mowbray's Tree Service, Inc.,* No. CIVSB2201281, filed in the Superior Court of California for the County of San Bernardino. The testimony contained in the transcript by Robin Mowbray was taken under the penalty of perjury of the laws of the State of California. The Transcript was compiled by Kieu Pham, CSR No 13667.

18. Attached and marked for identification purposes as: "**Exhibit 17**," filed concurrently with the Motion is a true, correct, and unaltered copy of the Buyer's Final Settlement Statement dated July 8, 2020, for the real estate commonly known as 686 East Mill St San Bernardino, CA 92408. This document was included as "Exhibit M" to the December 20, 2024, Letter by Robert Marticello referenced above.

19. Attached and marked for identification purposes as: "**Exhibit 18**," filed concurrently with the Motion is a true, correct, and unaltered copy of the October 18, 2024 Declaration of Ruben Sainos, who is the Chief Financial Officer (CFO) of the Debtor, Pino Tree Service, Inc., Phoenix Traffic Management, Inc. and Mowbray Waterman Property, LLC. Exhibit 18 was filed on this Court's docket as ECF Docket No. 3 on October 18, 2024 in this Bankruptcy Case: 8:24-bk-12674-TA. This document is easily ascertainable and verifiable via a search of this Court's own docket on www.pacer.gov. In said declaration, Mr. Sainos stated, "**The intercompany transactions discussed herein are an essential component of the Debtor's operations and cash flow**. As reflected in the Budget, the Debtor is paid weekly by PTS for the services discussed above and in repayment of the line of credit by the Debtor to PTS. ***To the extent that such intercompany transactions are to continue post-***

*petition in the ordinary course, they are included in the Budget and are being paid for in cash.*" (Ex. 18, ¶ 22 [emphasis added]).

20. Attached and marked for identification purposes as: "**Exhibit 19**," filed concurrently with the Motion is a true, correct copy of the Debtor's Schedule A/B. Exhibit 19 was filed on this Court's docket as ECF Docket No. 170 on October 18, 2024 in this Bankruptcy Case: 8:24-bk-12674-TA, pages 10-17 of pages 166. I highlighted the references to the Debtor's Bank Acccount balances on page 10 and 17, and the outstanding loans owed to the Affiliates listed on Line. 71. Pages 15 of 166.

21. Attached and marked for identification purposes as: "**Exhibit 20**," filed concurrently with the Motion is a true, correct copy of the Debtor's Statement of Financial Affairs, pages 160-161. Exhibit 20 was filed on this Court's docket as ECF Docket No. 170 on October 18, 2024 in this Bankruptcy Case: 8:24-bk-12674-TA, pages 160-161 of pages 166.

22. Attached and marked for identification purposes as: "**Exhibit 21**," filed concurrently with the Motion is a true, correct copy of the Debtor's Rule 2015.3 Report (Official Form 426) "Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest for Pino Tree Services, Inc." filed regarding Pino Tree Services, Inc., on December 19, 2024, on this Court's docket as ECF Docket No. 224 in this Bankruptcy Case: 8:24-bk-12674-TA, pages 1-21.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 7, 2025,

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Creditors / Movants
JAIMIE RODRIGUEZ, and
ANA LIDIA GOMEZ