# Exhibit 7

| Secretary of State<br>**Articles of Organization**<br>Limited Liability Company (LLC) | LLC-1 | **201721910272** |
|---|---|---|

| | |
|---|---|
| **IMPORTANT — Read Instructions before completing this form.**<br>Filing Fee – $70.00<br>Copy Fees – First page $1.00; each attachment page $0.50; Certification Fee - $5.00<br>*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*. | **FILED**<br>Secretary of State<br>State of California<br>**AUG 0 7 2017**<br>This Space For Office Use Only |

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Mowbray Waterman Property, LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 215 North D Street, First Floor | San Bernardino | CA | 92401 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| 215 North D Street, First Floor | San Bernardino | CA | 92401 |

**3. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Craig | E. | Wilson | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 215 North D Street, First Floor | San Bernardino | CA | 92401 |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

**4. Management** (Select only one box)

| The LLC will be managed by: |
|---|
| [✓] One Manager    [ ] More than One Manager    [ ] All LLC Member(s) |

**5. Purpose Statement** (Do not alter Purpose Statement)

| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. |
|---|

**6.** The information contained herein, including in any attachments, is true and correct.

_____      Craig E. Wilson
Organizer sign here            Print your name here

LLC-1 (REV 04/2017)                                    2017 California Secretary of State
                                                       www.sos.ca.gov/business/be



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20241600603 |
| Date Filed: 9/5/2024 |

| Entity Details | |
|---|---|
| Limited Liability Company Name | MOWBRAY WATERMAN PROPERTY, LLC |
| Entity No. | 201721910272 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 686 E. MILL STREET<br>FLOOR 2<br>SAN BERNARDINO, CA 92408 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 686 E. MILL STREET<br>FLOOR 2<br>SAN BERNARDINO, CA 92408 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 686 E. MILL STREET<br>FLOOR 2<br>SAN BERNARDINO, CA 92408 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| ROBIN MOWBRAY | 686 E. MILL STREET<br>FLOOR 2<br>SAN BERNARDINO, CA 92408 |

| Agent for Service of Process | |
|---|---|
| Agent Name | CRAIG E. WILSON |
| Agent Address | 215 NORTH D STREET<br>FIRST FLOOR<br>SAN BERNARDINO, CA 92401 |

| Type of Business | |
|---|---|
| Type of Business | REAL ESTATE DEVELOPMENT |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*RUBEN SAINOS*  
Signature

*09/05/2024*  
Date

B3019-8034 09/05/2024 12:10 PM Received by California Secretary of State