# Exhibit 9











DataTree by First American

DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center ? AHREN TILLER

Search By: Owner

CA | San Bernardi...

Find by Name and/or Business Name

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

Reference ID

Order

Privacy Policy (https://www.firstam.com/privacy-policy/)

DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center ? AHREN TILLER

Search By: Owner

CA | San Bernardi...

Find by Name and/or Business Name

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

SEARCHES PORTAL

Less Map

Report a map error (https://www.google.com/maps/@34.1001965,-117.278282,18z/data=!3m1!1e3!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

Privacy Policy (https://www.firstam.com/privacy-policy/)

Reference ID

Order

DataTree
HOME
SAVED
ORDER
FLEXSEARCH
ADMIN
MARKETPLACE
Insights Center
AHREN TILLER
Search By:
Owner
CA
San Bernardi...
MOWBRAY WATERMAN PROPERTY
Advanced Search
My Favorites
Legal & Vesting Chain
Property Data Reports
Property Detail Report
Enhanced Transaction History
Transaction History Report
Sales Comparables
Instant Recordable Legal
Rapid Legal & Vesting
Legal & Vesting Chain
Document Images
Reference ID
Order
Less Map
3D
E King St
N Waterman Ave
E Rialto
Rialto Ave
MOWBRAY WATERMAN PROPERTY LLC
WATERMAN AVE
SAN BERNARDINO, CA 92408
APN : 0136-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
0 SQ FT BED 0/0 BATH
VIEW PROPERTY
S Waterman Ave
San Felipe Rd
San Felipe
Norton Science and Language Academy
Report a map error (https://www.google.com/maps/@34.0999198,-117.278282,18z/data=!3m1!1e3!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)
Road
Terrain
Privacy Policy (https://www.firstam.com/privacy-policy/)

DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center AHREN TILLER

Search By: Owner

CA | San Bernardi...

ORIGINAL MOWBRAYS TREE SERVI

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

SEARCHES PORTAL

Less Map

Report a map error (https://www.google.com/maps/@34.0998104,-117.2781099,19z/data=!3m1!1e3!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

Road

Terrain

Privacy Policy (https://www.firstam.com/privacy-policy/)

Reference ID

Order

DataTree
HOME
SAVED
ORDER
FLEXSEARCH
ADMIN
MARKETPLACE
Insights Center
AHREN TILLER
Search By: Owner
CA
San Bernardi...
ORIGINAL MOWBRAYS TREE SERVI
Advanced Search
My Favorites
Legal & Vesting Chain
Property Data Reports
Property Detail Report
Enhanced Transaction History
Transaction History Report
Sales Comparables
Instant Recordable Legal
Rapid Legal & Vesting
Legal & Vesting Chain
Document Images
Reference ID
Order
SEARCHES
PORTAL
Less Map
3D
E Rialto Ave
E Rialto Ave
San Felipe Rd
San Felipe Rd
San Felipe Rd
ORIGINAL MOWBRAYS TREE SERVICE
SAN FELIPE RD
SAN BERNARDINO, CA 92408
APN : 0136-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
0 SQ FT BED 0/0 BATH
VIEW PROPERTY
372
376
380
369
175
179
21351
Report a map error (https://www.google.com/maps/@34.1001253,-117.2778452,19z/data=!3m1!1e3!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)
Road
Terrain
Privacy Policy (https://www.firstam.com/privacy-policy/)

1/31/25, 9:40 AM

Case 8:24-bk-12674-TA    Doc 286-13    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 9 - Map & Title Documents for Debtor & MWPs Adjacent Lots    Page 7 of 43









DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center ? AHREN TILLER

Search By: Owner

CA | San Bernardi...

MOWBRAY JOHN W MOWBRAY GL(

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

SEARCHES PORTAL

Less Map >

3D

Report a map error (https://www.google.com/maps/@34.0997619,-117.2780827,19z/data=!3m1!1e3!10m1!1e1!12b1?source=apiv3&rapsrc=apiv3)

Road

Terrain

Reference ID

Order

Privacy Policy (https://www.firstam.com/privacy-policy/)

DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center AHREN TILLER

SEARCHES PORTAL

Search By: Owner

CA San Bernardi...

Find by Name and/or Business Name

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

Less Map

Privacy Policy (https://www.firstam.com/privacy-policy/)

Reference ID

Order

DataTree by First American

DataTree

HOME SAVED ORDER FLEXSEARCH ADMIN MARKETPLACE Insights Center AHREN TILLER

Search By: Owner

CA San Bernardi...

Find by Name and/or Business Name

Advanced Search

**My Favorites**

- Legal & Vesting Chain

**Property Data Reports**

- Property Detail Report
- Enhanced Transaction History
- Transaction History Report
- Sales Comparables
- Instant Recordable Legal
- Rapid Legal & Vesting
- Legal & Vesting Chain

**Document Images**

Reference ID

Order

SEARCHES PORTAL

Less Map

Privacy Policy (https://www.firstam.com/privacy-policy/)

# Transaction History Report

Waterman, San Bernardino, CA 92408
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

## Current Owner: Mowbray Gloria D / Mowbray John W

Vesting:
2004 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 11/24/2004 | Deed Transfer | $295,000 | | | Mowbray Gloria D / Mowbray John W | Waller, Phillip H & Margaret E |
| | Sale Date: 11/17/2004<br>Title: First American Title | | Doc Type: Deed Transfer | | Doc #: 2004.869276 | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.



**LARRY WALKER**
Auditor/Controller — Recorder

701 First American — CF

11/24/2004
8:00 AM
EF

Doc#:  **2004—0869276**

| | | | |
|---|---|---|---|
| Titles: | 1 | Pages: | 2 |

| Fees | 9.00 |
|---|---|
| Taxes | 324.50 |
| Other | 0.00 |
| PAID | $333.50 |

RECORDING REQUESTED BY:

First American Title Company

AND WHEN RECORDED MAIL TO:

Mr. and Mrs. John W. Mowbray
171 South Waterman Avenue
San Bernardino, CA  92408

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: 1597951

Escrow No.: 005314-GH

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $324.50**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of San Bernardino **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Phillip H. Waller and Margaret E. Waller, Husband and Wife as Joint Tenants**

hereby GRANT(s) to:

**John W. Mowbray and Gloria D. Mowbray, Husband and Wife as Community Property**

the real property in the City of San Bernardino, County of San Bernardino, State of California, described as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

Also Known as:  171 South Waterman Avenue, San Bernardino, CA  92408
AP#: 0136-311-30 & 0136-311-03

DATED November 8, 2004
STATE OF CALIFORNIA
COUNTY OF _San Bernardino_
On _November 21, 2004_
Before me, _Xenia M. Tan_
A Notary Public in and for said State, personally appeared
_Phillip H. Waller and Margaret E._
_Waller_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
**WITNESS** my hand and official seal.

Signature _____

Phillip H. Waller

Margaret E. Waller

XENIA M. TAN
Comm. # 1344592
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires Feb. 25, 2006

(This area for official notarial seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

# EXHIBIT "A"

PARCEL A:

PARCEL 1 OF PARCEL MAP NO. 1725, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 15 OF PARCEL MAPS, PAGE 7, RECORDS OF SAID COUNTY.

PARCEL B:

THAT PORTION OF LOT 21, BLOCK 45, RANCHO SAN BERNARDINO, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 7 OF MAPS, PAGE 2, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE WEST LINE OF SAID LOT 21, 697.15 FEET SOUTH OF THE NORTHWEST CORNER OF LOT 21; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT, 144.2 FEET; THENCE EAST TO THE WESTERLY RIGHT OF WAY LINE OF THE SAN BERNARDINO VALLEY TRACTION COMPANY; THENCE NORTHWESTERLY ALONG SAID WEST LINE OF SAID RIGHT OF WAY TO A POINT DUE EAST OF THE POINT OF BEGINNING; THENCE WEST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE NORTH 50 FEET OF THE WEST 150 FEET THEREOF.

ALSO EXCEPTING THE WESTERLY 8.75 FEET AS CONVEYED TO THE CITY OF SAN BERNARDINO, BY DEED RECORDED JANUARY 16, 1968 IN BOOK 6959, PAGE 169, OFFICIAL RECORDS.

136-311-30
136-311-03

# Transaction History Report

**S Waterman Ave, San Bernardino, CA 92408**
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

## Current Owner: Mowbray Gloria D / Mowbray John W

Vesting:
2004 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 12/09/2004 | Deed Transfer | $25,000 | | | Mowbray Gloria D / Mowbray John W | Smith, Aurora |
| | Sale Date: 12/02/2004 | | Doc Type: Deed Transfer | | Doc #: 2004.908107 | |
| | Title: First American Title | | | | | |
| 12/09/2004 | Deed Transfer | | | | Smith, Aurora | Salazar, Victoria S |
| | Sale Date: 12/02/2004 | | Doc Type: Deed Transfer | | Doc #: 2004.908106 | |
| | Title: First American Title | | | | | |
| 09/25/1996 | Deed Transfer | $31,000 | | | Salazar, Victoria S | Huang, Ching T & Yu-Ying C |
| | Sale Date: 09/18/1996 | | Doc Type: Deed Transfer | | Doc #: 1996.354404 | |
| | Title: Fidelity National Title | | | | | |
| 10/03/1995 | Deed Transfer | | | | Huang, Ching T Etux | Quan, Benjamin H Etal |
| | Sale Date: 09/26/1995 | | Doc Type: Deed Transfer | | Doc #: 1995.342786 | |
| | Title: Unknown | | | | | |
| 06/26/1990 | Deed Transfer | $46,000 | | | Quan Benjamin H | Salazar Victoria |
| | Sale Date: 06/19/1990 | | Doc Type: Deed Transfer | | Doc #: 1990.248929 | |
| | Title: Continental Land Title | | | | | |
| 06/26/1990 | Trust Deed/Mortgage | $31,000 | Quan Benjamin H | Seller | | |
| | Loan Type: Conventional | | Doc Type: Trust Deed/Mortgage | | Doc #: | |
| | Rate Type: | | Rate: 1067 | | Term: | |



© 2025 First American Financial Corporation and/or its affiliates. All rights reserved. NYSE: FAF

**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (☑verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

RECORDING REQUESTED BY:
Old Republic Title

# FIRST AMERICAN TITLE

AND WHEN RECORDED, MAIL TO:

John W. Mowbray
P.O. 3892
San Bernardino, CA
92413

Recorded in Official Records, County of San Bernardino



**LARRY WALKER**
Auditor/Controller – Recorder

701 First American – CF

12/09/2004
8:00 AM
AR

Doc#: **2004–0908107**

| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| Fees | | | 9.00 |
| Taxes | | | 27.50 |
| Other | | | 0.00 |
| PAID | | | $36.50 |

THIS SPACE FOR RECORDER'S USE ONLY

# GRANT DEED

ASSESSOR'S PARCEL NO.: 0136-311-04
TITLE ORDER NO.: 2807013647
ESCROW NO.: 1649-DJ

The undersigned Grantor(s) declare that the **DOCUMENT TRANSFER TAX IS:**
$ 27.50

XX computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at
the time of sale.

___ OR transfer is EXEMPT from tax for the following reason:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Aurora Smith, Executor

hereby GRANT(S) to    John W. Mowbray and Gloria D. Mowbray, husband and wife as joint tenatns

all that real property situated in the City of San Bernardino, County of **San Bernardino**, State of **CA**, described as: ~~Lot , of Tract , as recorded in miscellaneous maps, in Book on Page(s) in the Office of the County Recorder of said County.~~

*See attached Exhibit "A"*

Dated September 21, 2004

State of California }
County of San Bernardino }
On September 29th, 2004, Before me Kristin Maclaren
Personally appeared
Aurora Smith ——————

Personally known to me (or provided to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_____
Signature

*Aurora Smith*
Aurora Smith, Executor



(This area for official notary seal)

MAIL TAX STATEMENTS TO:
Syed Shahid Ahmed Naqvi
11889 Roja St.
Moreno Valley, CA 92557

Title Order Number:

File Number:        0623-1703795

## Exhibit "A"

Real property in the City of San Bernardino, County of San Bernardino, State of California, described as follows:

THE NORTH 50 FEET OF THE WEST 150 FEET OF THAT PORTION OF LOT 21, BLOCK 45, OF RANCHO SAN BERNARDINO, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7 OF MAPS, PAGE 2, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCING AT A POINT ON THE WEST LINE OF SAID LOT 21, 697.15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 21; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT, 144.2 FEET; THENCE EAST TO THE WESTERLY RIGHT OF WAY LINE OF THE SAN BERNARDINO VALLEY TRACTION COMPANY; THENCE NORTHWESTERLY ALONG SAID WEST LINE OF SAID RIGHT OF WAY TO THE POINT DUE EAST OF THE POINT OF BEGINNING; THENCE WEST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WESTERLY 8.75 FEET AS CONVEYED TO THE CITY OF SAN BERNARDINO, BY DEED RECORDED MAY 8, 1968, IN BOOK 7022, PAGE 877, OFFICIAL RECORDS.

APN: 0136-311-04-0-000

# Transaction History Report

**S Waterman Ave, San Bernardino, CA 92408**
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

## Current Owner: Mowbray Gloria D / Mowbray John W

Vesting:
2004 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 12/09/2004 | Deed Transfer | $25,000 | | | Mowbray Gloria D / Mowbray John W | Smith, Aurora |
| | Sale Date: 12/02/2004 | | Doc Type: Deed Transfer | | Doc #: 2004.908107 | |
| | Title: First American Title | | | | | |
| 12/09/2004 | Deed Transfer | | | | Smith, Aurora | Salazar, Victoria S |
| | Sale Date: 12/02/2004 | | Doc Type: Deed Transfer | | Doc #: 2004.908106 | |
| | Title: First American Title | | | | | |
| 09/25/1996 | Deed Transfer | $31,000 | | | Salazar, Victoria S | Huang, Ching T & Yu-Ying C |
| | Sale Date: 09/18/1996 | | Doc Type: Deed Transfer | | Doc #: 1996.354404 | |
| | Title: Fidelity National Title | | | | | |
| 10/03/1995 | Deed Transfer | | | | Huang, Ching T Etux | Quan, Benjamin H Etal |
| | Sale Date: 09/26/1995 | | Doc Type: Deed Transfer | | Doc #: 1995.342786 | |
| | Title: Unknown | | | | | |
| 06/26/1990 | Deed Transfer | $46,000 | | | Quan Benjamin H | Salazar Victoria |
| | Sale Date: 06/19/1990 | | Doc Type: Deed Transfer | | Doc #: 1990.248929 | |
| | Title: Continental Land Title | | | | | |
| 06/26/1990 | Trust Deed/Mortgage | $31,000 | Quan Benjamin H | Seller | | |
| | Loan Type: Conventional | | Doc Type: Trust Deed/Mortgage | | Doc #: | |
| | Rate Type: | | Rate: 1067 | | Term: | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

RECORDING REQUESTED BY:
Old Republic Title

**FIRST AMERICAN TITLE**

AND WHEN RECORDED, MAIL TO:

John W. Mowbray
P.O. 3892
San Bernardino, CA
92413

Recorded in Official Records, County of San Bernardino



**LARRY WALKER**
Auditor/Controller – Recorder

701 First American – CF

12/09/2004
8:00 AM
AR

Doc#: **2004-0908107** | Titles: 1 | Pages: 2

| Fees | 9.00 |
| Taxes | 27.50 |
| Other | 0.00 |
| PAID | $36.50 |

THIS SPACE FOR RECORDER'S USE ONLY

# GRANT DEED

ASSESSOR'S PARCEL NO.: 0136-311-04
TITLE ORDER NO.: 2807013647
ESCROW NO.: 1649-DJ

The undersigned Grantor(s) declare that the **DOCUMENT TRANSFER TAX IS:**
$ 27.50

XX computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
___ OR transfer is EXEMPT from tax for the following reason:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Aurora Smith, Executor

hereby GRANT(S) to   John W. Mowbray and Gloria D. Mowbray, husband and wife as joint tenatns

all that real property situated in the City of San Bernardino, County of **San Bernardino**, State of **CA**, described as: ~~Lot , of Tract , as recorded in miscellaneous maps, in Book on Page(s) in the Office of the County Recorder of said County.~~

See attached Exhibit "A"

Dated September 21, 2004

State of California }
County of San Bernardino }
On September 24th, 2004, Before me Kristin Maclaren
Personally appeared
Aurora Smith

Personally known to me (or provided to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_Kristin Maclaren_
Signature

_Aurora Smith_
Aurora Smith, Executor

**KRISTIN MAC LAREN**
Commission # 1410994
Notary Public - California
San Bernardino County
My Comm. Expires May 24, 2007

(This area for official notary seal)

MAIL TAX STATEMENTS TO:
Syed Shahid Ahmed Naqvi
11889 Roja St.
Moreno Valley, CA 92557

Title Order Number:

File Number:        0623-1703795

**Exhibit "A"**

Real property in the City of San Bernardino, County of San Bernardino, State of California, described as follows:

THE NORTH 50 FEET OF THE WEST 150 FEET OF THAT PORTION OF LOT 21, BLOCK 45, OF RANCHO SAN BERNARDINO, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7 OF MAPS, PAGE 2, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCING AT A POINT ON THE WEST LINE OF SAID LOT 21, 697.15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 21; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT, 144.2 FEET; THENCE EAST TO THE WESTERLY RIGHT OF WAY LINE OF THE SAN BERNARDINO VALLEY TRACTION COMPANY; THENCE NORTHWESTERLY ALONG SAID WEST LINE OF SAID RIGHT OF WAY TO THE POINT DUE EAST OF THE POINT OF BEGINNING; THENCE WEST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WESTERLY 8.75 FEET AS CONVEYED TO THE CITY OF SAN BERNARDINO, BY DEED RECORDED MAY 8, 1968, IN BOOK 7022, PAGE 877, OFFICIAL RECORDS.

APN: 0136-311-04-0-000

# Transaction History Report

**Waterman Ave, San Bernardino, CA 92408**
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

**Current Owner: Mowbray Waterman Property LLC**
Vesting: Lifetime Couple
2017 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 09/05/2017 | Deed Transfer | $100,000 | | | Mowbray Waterman Property LLC | Tallackson Aurora |
| | Sale Date: 09/05/2017 Title: Chicago Title Company | | Doc Type: Deed Transfer | | Doc #: 2017.363181 | |
| 09/05/2017 | Deed Transfer | | | | Acosta Aurora / Chacon Magdalena | Albanez Trinidad |
| | Sale Date: 08/15/2017 Title: Chicago Title Inland Empire | | Doc Type: Deed Transfer | | Doc #: 2017.363179 | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

RECORDED AT THE REQUEST OF
CHICAGO TITLE - INLAND EMPIRE

**RECORDING REQUESTED BY**

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO:

Name
Street   MOWBRAY WATERMAN PROPERTY, LLC., A
Address  CALIFORNIA LIMITED LIABILITY COMPANY &
City     1845 BUSINESS CENTER DR STE 215
State    SAN BERNARDINO, CA 92408
Zip

Electronically Recorded in Official Records, County of San Bernardino

9/05/2017
04:24 PM
NC



**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
607  Chicago Title Company

Doc #: **2017-0363181**



| Titles: | 1 | Pages: | 4 |
|---|---|---|---|
| Fees | | | 44.00 |
| Taxes | | | 110.00 |
| Other | | | .00 |
| PAID | | | 154.00 |

ORDER NO.   ~~711742920~~  *7/0/71.2326*
ESCROW NO.  7631-JB

**RECORDERS USE ONLY**

TAX PARCEL NO. 0136-301-01-0-000

**GRANT DEED**

The undersigned grantor declares that the documentary transfer tax is   $110.00   and is

___X___  computed on the full value of the interest of the property conveyed, or is

_____  computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.

The land, tenements or realty is located in

_____ unincorporated area   ___X___ city   San Bernardino _____   and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

AURORA TALLACKSON, a Widow, and MAGDELENA CHACON, a Married Woman, and THERESA RAMOS,
a Married Woman as Joint Tenants   *AKA: Magdalena Chacon*
                                 * who aquired title as Aurora Acosta

hereby GRANT(S) to

MOWBRAY WATERMAN PROPERTY, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY

The following described real property in the City of San Bernardino, County of San Bernardino, State of California:

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF EXHIBIT A.

Dated   08/30/2017 _____

> A notary public or other officer completing this certificate verifies only the
> identity of the individual who signed the document to which this certificate
> is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,                    )
COUNTY OF San Bernardino                )
On  August 30, 2017 _____   before me,
    M. Strong _____ , Notary Public
personally appeared  Aurora Tallackson and Theresa Ramos

who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) ~~is/~~are subscribed to the within instrument and acknowledged to me that
~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(ies), and that by
~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ , Notary Public

*Aurora Tallackson*
AURORA TALLACKSON

*Magdelena Chacon*   AKA: Magdalena Chacon
MAGDELENA CHACON

*Theresa Ramos*
THERESA RAMOS

> **M. STRONG**
> Commission # 2123789
> Notary Public - California
> San Bernardino County
> My Comm. Expires Sep 12, 2019

(Notary Seal)

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW:   IF NO PARTY SO SHOWN, MAIL AS DIRECTED ABOVE.

SAME AS ABOVE
_____ _____ _____
Name                Street Address           City & State

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )
County of _San BernArdina_ )

On _Aug 30, 2017_ before me, __M. Strong - Notary Public__,
        *Date*                    *Here Insert Name and Title of the Officer*

personally appeared _MAgdAlenA Chacon_
                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> **M. STRONG**
> Commission # 2123789
> Notary Public - California
> San Bernardino County
> My Comm. Expires Sep 12, 2019

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
        *Signature of Notary Public*

        *Place Notary Seal Above*
────────────────── **OPTIONAL** ──────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## ILLEGIBLE NOTARY SEAL DECLARATION

**GOVERNMENT CODE 27361.7**
**I certify under penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:**

**Name of Notary:  M. STRONG**

**Notary Identification Number: 2123789**

**County Where Bond Is Filed:  SAN BERNARDINO**

**Date Commission Exp:   SEP 12, 2019**

**Vender Identification Number: NNA1**

**Place of Execution: San Bernardino**          Synrgo, as agent

**DATE:   09/05/2017**                          _____
                                               **Signature**

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN BERNARDINO, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF LOT 21, BLOCK 45, RANCHO SAN BERNARDINO, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 7 OF MAPS, PAGE 2, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID LOT 21, 454.15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 21; THENCE SOUTH ALONG SAID WEST LINE OF SAID LOT 21, 100 FEET; THENCE EAST TO THE WEST BOUNDARY OF THE RIGHT OF WAY OF THE SAN BERNARDINO VALLEY TRACTION COMPANY; THENCE NORTHWESTERLY ALONG THE WEST BOUNDARY OF SAID RIGHT OF WAY TO A POINT DUE EAST OF THE POINT OF BEGINNING; THENCE DUE WEST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WEST 8.75 FEET THEREOF CONVEYED TO THE SAN BERNARDINO, A MUNICIPAL CORPORATION, BY DEED DATED JULY 9, 1968 AND RECORDED AS DOCUMENT NO. 390 ON JULY 25, 1968, IN BOOK 7065, PAGE 877, RECORDS OF SAID COUNTY.

APN: 0136-301-01-0-000

# Transaction History Report

E Rialto Ave, San Bernardino, CA 92408
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

## Current Owner: Mowbray Waterman Property LLC

Vesting: A Limited Liability Company
2021 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 06/23/2021 | Deed Transfer | $70,000 | | | Mowbray Waterman Property LLC | Van Johnson Rikke |
| | Sale Date: 06/17/2021 | | Doc Type: Deed Transfer | | Doc #: 2021.284743 | |
| | Title: First American Title | | | | | |
| 06/23/2021 | Deed Transfer | | | | Johnson Rikke Van | Johnson Sharon Louse |
| | Sale Date: 06/17/2021 | | Doc Type: Deed Transfer | | Doc #: 2021.284742 | |
| | Title: First American Title | | | | | |
| 06/19/2017 | Deed Transfer | | | | Van Johnson Rikke | Johnson Bonnie S |
| | Sale Date: 06/17/2017 | | Doc Type: Deed Transfer | | Doc #: 2017.249091 | |
| | Title: None Available | | | | | |
| 12/18/2012 | Deed Transfer | | | | Johnson Bonnie S | Global World Trust |
| | Sale Date: 12/17/2012 | | Doc Type: Deed Transfer | | Doc #: 2012.538585 | |
| | Title: Orange Coast Title Co. | | | | | |
| 09/10/2012 | Deed Transfer | | | | Global World Trust | Johnson Bonnie S |
| | Sale Date: 09/06/2012 | | Doc Type: Deed Transfer | | Doc #: 2012.370781 | |
| | Title: | | | | | |
| 04/05/1996 | Deed Transfer | $36,837 | | | Johnson, Bonnie | |
| | Sale Date: 03/29/1996 | | Doc Type: Deed Transfer | | Doc #: 1996.118046 | |
| | Title: | | | | | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

Recording Requested By:
First American Title Insurance Company
National Commercial Services, Ontario, CA



**Electronically**
**Recorded in Official Records**
**County of San Bernardino**
Bob Dutton
**Assessor-Recorder-County Clerk**

**DOC# 2021-0284743**

**RECORDING REQUESTED BY:**
First American Title Insurance Company National
Commercial Services

**MAIL TAX STATEMENT**
**AND WHEN RECORDED MAIL DOCUMENT TO:**
Robin Mowbray
686 East Mill Street, 2nd Floor
San Bernardino, CA 92408

NCS-1063534-ONT1

| 06/23/2021 03:02 PM SAN | Titles: 1 | Pages: 4 |
|---|---|---|
| | Fees | $33.00 |
| | Taxes | $77.00 |
| 14311 | CA SB2 Fee | $0.00 |
| | Total | $110.00 |

Space Above This Line for Recorder's Use Only

A.P.N.: 0136-301-17                                    File No.: NCS-1063534-ONT1 (PC)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX **$77.00**; CITY TRANSFER TAX **$0.00**;
SURVEY MONUMENT FEE **$0.00**

[ **X** ]   computed on the consideration or full value of property conveyed, OR
[ ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ ]   unincorporated area;  [ **X** ]  City of **San Bernardino**, and
EXEMPT FROM BUILDING HOMES AND JOBS ACTS FEE PER GOVERNMENT CODE 27388.1(a)(2)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Rikke Van Johnson, a married man as his sole and separate property**

hereby GRANTS to **Mowbray Waterman Property, LLC, a California limited liability company**

the following described property in the City of **San Bernardino**, County of **San Bernardino**, State of **California**:

**PARCEL 1 :**

**THOSE PORTIONS OF LOT 21, BLOCK 45, RANCHO SAN BERNARDINO, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 2 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, INCLUDED WITHIN THE BOUNDARIES OF THAT CERTAIN STRIP OF LAND, 60 FEET IN WIDTH, AS DESCRIBED IN THAT CERTAIN INDENTURE TO THE SAN BERNARDINO VALLEY TRACTION COMPANY, RECORDED ON MARCH 31, 1910 IN BOOK 355, PAGE 233 OF DEEDS, IN THE OFFICE OF SAID COUNTY RECORDER AND THAT CERTAIN PARCEL OF LAND DESCRIBED IN THE GRANT DEED TO THE PACIFIC ELECTRIC RAILWAY COMPANY, RECORDED ON NOVEMBER 10, 1943 IN BOOK 1642, PAGE 174 OF OFFICIAL RECORDS, IN SAID RECORDER'S OFFICE.**

**EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN THE BOUNDARIES OF THAT CERTAIN PARCEL OF LAND, AS DESCRIBED IN THAT CERTAIN GRANT DEED TO THE CITY OF SAN BERNARDINO, DATED APRIL 15, 1969 AND RECORDED JUNE 16, 1969 IN BOOK 7250 PAGE 387 OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT ON THE WEST LINE OF SAID LOT 21, WHICH IS 304.15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 21;**

**THENCE NORTH 89° 42' 42" EAST TO A POINT ON A LINE THAT IS PARALLEL WITH AND 50.00 FEET EAST OF, MEASURED AT RIGHT ANGLES FROM THE CENTER LINE OF WATERMAN AVENUE;**

Mail Tax Statements To:  **SAME AS ABOVE**

--------------------------------------------------------------------------------

Grant Deed - continued

Date:  **06/17/2021**

THENCE NORTH ALONG SAID PARALLEL LINE, A DISTANCE OF 32.49 FEET TO THE
BEGINNING OF A TANGENT CURVE CONCAVE TO THE SOUTHEAST, HAVING A RADIUS OF
20.00 FEET;

THENCE NORTHEASTERLY AND EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE
OF 90°, A DISTANCE OF 31.42 FEET;

THENCE NORTH 89° 33' 50" EAST 5.00 FEET TO THE BEGINNING OF A TANGENT CURVE
CONCAVE TO THE NORTH, HAVING A RADIUS OF 344.00 FEET;

THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 14° 28' 47", A
DISTANCE OF 86.94 FEET TO THE BEGINNING OF A REVERSE CURVE, CONCAVE TO THE
SOUTH, HAVING A RADIUS OF 20.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 78° 24' 31",
A DISTANCE OF 27.37 FEET TO A POINT OF TANGENCY ON THE EASTERLY LINE OF THAT
CERTAIN PARCEL CONVEYED TO THE SAN BERNARDINO VALLEY TRACTION COMPANY BY
DEED RECORDED MARCH 31, 1910 IN BOOK 355, PAGE 233 OF DEEDS, RECORDS OF SAID
COUNTY;

THENCE NORTH 26° 30' 26" WEST ALONG THE NORTHEASTERLY LINE OF SAID TRACTION
COMPANY PROPERTY, A DISTANCE OF 280.00 FEET MORE OR LESS TO THE NORTH LINE OF
SAID LOT 21;

THENCE WEST ALONG SAID NORTH LINE OF LOT 21, 20.00 FEET MORE OR LESS TO THE
NORTHWEST CORNER OF LOT 21, SAID POINT BEING ON THE EAST LINE OF SAID
WATERMAN AVENUE;

THENCE SOUTH ALONG SAID WEST LINE TO LOT 21 AND THE EAST LINE OF SAID
WATERMAN AVENUE A DISTANCE OF 96.15 FEET TO THE SOUTHWESTERLY LINE OF SAID
TRACTION COMPANY PROPERTY;

THENCE SOUTHEASTERLY ALONG SAID TRACTION COMPANY PROPERTY, A DISTANCE OF
120.00 FEET MORE OR LESS TO A POINT THAT IS DUE EAST OF A POINT, WHICH IS 204.15
FEET SOUTH OF THE NORTHWEST CORNER OF SAID LOT 21;

THENCE DUE WEST A DISTANCE OF 52.84 FEET MORE OR LESS TO THE EAST LINE OF SAID
WATERMAN AVENUE, SAID POINT ALSO BEING THE WEST LINE OF SAID LOT 21;

THENCE DUE SOUTH ALONG SAID WEST LINE A DISTANCE OF 100.00 FEET TO THE POINT OF
BEGINNING.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING SOUTHERLY OF THE
EASTERLY PROLONGATION OF THE SOUTH LINE OF THAT CERTAIN PARCEL OF LAND AS
DESCRIBED IN THAT CERTAIN GRANT DEED TO BONNIE S. JOHNSON, RECORDED ON
NOVEMBER 29, 1994, AS INSTRUMENT NO. 94472327, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

ALSO EXCEPTING THEREFROM ALL MINERALS AND MINERAL RIGHTS, INTERESTS, AND
ROYALTIES, INCLUDING, WITHOUT LIMITING, THE GENERALITY THEREOF, OIL, GAS AND
OTHER HYDROCARBON SUBSTANCES, AS WELL AS METALLIC OR OTHER SOLID MINERALS,
IN AND UNDER THE PROPERTY; HOWEVER, GRANTOR OR ITS SUCCESSORS AND ASSIGNS,
SHALL NOT HAVE THE RIGHT FOR ANY PURPOSE WHATSOEVER TO ENTER UPON, INTO OR
THROUGH THE SURFACE OF THE PROPERTY IN CONNECTION THEREWITH, AS RESERVED BY
SOUTHEAST PACIFIC TRANSPORTATION COMPANY IN THE DEED RECORDED APRIL 5, 1996

Grant Deed - continued

Date: **06/17/2021**

AS INSTRUMENT NO. 96-118046 OFFICIAL RECORDS.

PARCEL 2:

THAT PORTION OF LOT 21, BLOCK 45, RANCHO SAN BERNARDINO, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 2 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, INCLUDED WITHIN THE BOUNDARIES OF THAT CERTAIN PARCEL OF LAND, AS DESCRIBED IN THAT CERTAIN GRANT DEED TO THE PACIFIC ELECTRIC RAILWAY COMPANY, RECORDED ON NOVEMBER 10, 1943 IN BOOK 1642, PAGE 175 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL MINERALS AND MINERAL RIGHTS, INTERESTS, AND ROYALTIES, INCLUDING, WITHOUT LIMITING, THE GENERALITY THEREOF, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS WELL AS METALLIC OR OTHER SOLID MINERALS, IN AND UNDER THE PROPERTY; HOWEVER, GRANTOR OR ITS SUCCESSORS AND ASSIGNS, SHALL NOT HAVE THE RIGHT FOR ANY PURPOSE WHATSOEVER TO ENTER UPON, INTO OR THROUGH THE SURFACE OF THE PROPERTY IN CONNECTION THEREWITH, AS RESERVED BY SOUTHEAST PACIFIC TRANSPORTATION COMPANY IN THE DEED RECORDED APRIL 5, 1996 AS INSTRUMENT NO. 96-118046 OFFICIAL RECORDS.

Grant Deed - continued

Date: **06/17/2021**

A.P.N.: 0136-301-17

File No.: NCS-1063534-ONT1 (PC)

Dated: June 18, 2021

*Rikke Van Johnson*

Rikke Van Johnson

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF _California_ )SS

COUNTY OF _San Bernardino_

On _6-18-2021_ before me, _N. Scales_ , Notary Public, personally appeared _Rikke Van Johnson_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*This area for official notarial seal.*

Notary Signature

N. SCALES
Commission No. 2268541
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires DECEMBER 23, 2022

# Transaction History Report

### San Felipe Rd, San Bernardino, CA 92410
APN: 0136-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

San Bernardino County Data as of: 01/21/2025

## Current Owner: Mowbray Waterman Property LLC
Vesting: Lifetime Couple
2017 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 12/21/2017 | Deed Transfer | $150,500 | | | Mowbray Waterman Property LLC | Union Pacific Railroad Company |
| | Sale Date: 12/18/2017 Title: Chicago Title Company | | Doc Type: Deed Transfer | | Doc #: 2017.543270 | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.



**CHICAGO TITLE COMPANY
COMMERCIAL DIVISION**

00082401-992-IEZ

**RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:**

Mowbray Waterman Property, LLC
1845 Business Center Drive, Suite 215
San Bernardino, CA 92408

**MAIL TAX STATEMENTS TO:**

Mowbray Waterman Property, LLC
1845 Business Center Drive, Suite 215
San Bernardino, CA 92408

Electronically Recorded in Official Records, County of San Bernardino



**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
771 Document Processing Solutions

12/21/2017
11:10 AM
SG

Doc #: **2017-0543270**

| | | |
|---|---|---|
| Titles: | 1 | Pages: 7 |

| Fees | 33.00 |
|---|---|
| Taxes | 165.55 |
| Other | .00 |
| **PAID** | 198.55 |

---

*(Space above line for Recorder's use only)*

APN 0136-311-33

DOCUMENTARY TRANSFER TAX $165.55
__X__ Computed on the full value of the property conveyed
_____ Computed on the full value less liens and
         encumbrances remaining at the time of sale
_____ Not a sale ( Rev. & Tax. Code Section 11927(a))

_____
Signature of Declarant or Agent Determining Tax

TRA: 001-007
City of San Bernardino
County of San Bernardino

3059-62

## GRANT DEED

        FOR VALUE RECEIVED, **UNION PACIFIC RAILROAD COMPANY**, a Delaware corporation (formerly known as Southern Pacific Transportation Company, a Delaware corporation) ("Grantor"), grants to **MOWBRAY WATERMAN PROPERTY, LLC**, a California limited liability company ("Grantee"), all of Grantor's rights, title, and interest in and to that certain real property ("Property") situated in the City and County of San Bernardino, State of California, described in **Exhibit A**, attached hereto and made a part hereof.

        EXCEPTING from this grant and RESERVING unto Grantor, its successors and assigns, forever, all minerals and all mineral rights of every kind and character now known to exist or hereafter discovered, including, without limiting the generality of the foregoing, oil and gas and rights thereto, together with the sole, exclusive and perpetual right to explore for, remove and dispose of said minerals by any means or methods suitable to Grantor, its successors and assigns, but without entering upon or using the surface of the Property, and in such manner as not to damage the surface of said lands or to interfere with the use thereof by Grantee, its successors or assigns.

THE PROPERTY IS CONVEYED TO GRANTEE SUBJECT TO:

A.    All liens, encumbrances, easements, covenants, conditions and restrictions of record;

B.    All matters which would be revealed or disclosed in an accurate survey of the Property;

C.    All matters which would be revealed or disclosed by a physical inspection of the Property;

D.    A lien not yet delinquent for taxes for real property and personal property, and any general or special assessments against the Property;

E.    Zoning ordinances and regulations and any other notices, orders, laws, ordinances, and governmental regulations and restrictions regulating the use, occupancy or enjoyment of the Property, and amendments and additions thereto, now or hereafter in force or effect; and

F.    Existing licenses and other existing rights to use the Property and renewals thereof ("Use Rights"), regardless of whether visible, open and obvious, recorded or unrecorded, or for public streets, rights of way or utilities.

The Property is conveyed by Grantor subject to the following covenants, conditions and restrictions which Grantee, by the acceptance of this Grant Deed, covenants for itself, its successors and assigns, faithfully to keep, observe and perform:

(a)    Restriction on Use.  Grantee, its successors and assigns, may use the Property for industrial, office, and retail-oriented commercial business (for example, shopping center, filling station, restaurant) purposes, only, and for no other purposes whatsoever.  Without limitation of the foregoing, the Property must not be used for any of the following purposes: (i) residential; (ii) lodgings or accommodations (including, without limitation, hotels, motels, boarding houses, dormitories, hospitals, nursing homes, or retirement centers); or (iii) cultural, educational, recreational or child-care facilities (including, without limitation, schools, kindergartens, day-care centers, gymnasiums, athletic fields, picnic grounds or parks).

(b)    Environmental.

(i)    "As Is" Sale.  Grantee, for itself, its successors and assigns, including any successor owner of any interest in the Property, acknowledges and agrees that the Property has been sold and conveyed by Grantor in an "AS IS" condition, with all faults, and Grantee acknowledges that the Property may have been used for railroad and/or industrial purposes, among other uses. Grantor does not make any representations or warranties of any kind whatsoever, either express or implied, with respect to the Property; in particular, without limitation, Grantor

2

makes no representations or warranties with respect to the use, condition, title, occupation or management of the Property, or compliance with applicable statutes, laws, codes, ordinances, regulations, requirements (collectively, "Condition of the Property"). Grantee acknowledges and agrees that the Property has been sold and conveyed on the basis of Grantee's own independent investigation of the physical and environmental conditions of the Property. Grantee assumes the risk that adverse physical and environmental conditions may not have been revealed by its investigation.

(ii) <u>Release and Indemnity</u>. GRANTEE, FOR ITS ITSELF, ITS SUCESSORS AND ASSIGNS, INCLUDING ANY SUCCESSOR OWNER OF ANY INTEREST IN THE PROPERTY, HEREBY RELEASES GRANTOR, AND, TO THE MAXIMUM EXTENT PERMITTED BY LAW, INDEMNIFIES, DEFENDS AND SAVES HARMLESS GRANTOR, ITS AFFILIATES, THEIR EMPLOYEES, AGENTS, OFFICERS, SUCCESSORS AND ASSIGNS, FROM AND AGAINST ANY AND ALL SUITS, ACTIONS, CAUSES OF ACTION, LEGAL OR ADMINISTRATIVE PROCEEDINGS, CLAIMS, DEMANDS, FINES, PUNITIVE DAMAGES, LOSSES, COSTS, LIABILITIES AND EXPENSES, INCLUDING ATTORNEYS' FEES, IN ANY WAY ARISING OUT OF OR CONNECTED WITH THE KNOWN OR UNKNOWN CONDITION OF THE PROPERTY (INCLUDING, WITHOUT LIMITATION, ANY CONTAMINATION IN, ON, UNDER OR ADJACENT TO THE PROPERTY BY ANY HAZARDOUS OR TOXIC SUBSTANCE OR MATERIAL), OR ANY FEDERAL, STATE OR LOCAL LAW, ORDINANCE, RULE OR REGULATION APPLICABLE THERETO, INCLUDING, WITHOUT LIMITATION, THE TOXIC SUBSTANCES CONTROL ACT, THE COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION AND LIABILITY ACT, AND THE RESOURCE CONSERVATION AND RECOVERY ACT. THE FOREGOING WILL APPLY REGARDLESS OF ANY NEGLIGENCE OR STRICT LIABILITY OF GRANTOR, ITS AFFILIATES, OR THEIR EMPLOYEES, AGENTS OR OFFICERS. WITH RESPECT TO THE FOREGOING, GRANTEE EXPRESSLY WAIVES THE BENEFITS AND PROTECTIONS OF SECTION 1542 OF THE CIVIL CODE OF THE STATE OF CALIFORNIA, WHICH READS AS FOLLOWS:

> 1542. Certain Claims Not Affected by General Release. A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Except as may be otherwise provided in a written assignment or other written agreement between Grantor and Grantee, Grantor reserves all income (including, without limitation, rentals, license fees and royalties) from any Use Rights granted by Grantor or Grantor's predecessors in interest. Grantee agrees that if Grantee receives any such income, Grantee will promptly forward the income to Grantor.

IN WITNESS WHEREOF, the undersigned has executed this Grant Deed as of
_December 18_____, 2017.

**Attest:**

_____
Assistant Secretary

(Seal)

**UNION PACIFIC RAILROAD COMPANY,**
**a Delaware corporation**

By: _____
Title: _____
Vice President - Real Estate

Tony K. Love

**STATE OF NEBRASKA    )**
                                              **) ss.**
**COUNTY OF DOUGLAS   )**

On _December 18_, 2017, before me, _Susan Hronek_____,
Notary Public in and for said County and State, personally appeared
_Tony K. Love_____ and _B. J. Kubat_____, who are
the _Vice President - Real Estate_____ and the Assistant Secretary, respectively, of
UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, and who are personally
known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose
names are subscribed to in the within instrument, and acknowledged to me that they executed the
same in their authorized capacities, and that by their signatures on the instrument the persons, or
the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

(Seal)

GENERAL NOTARY - State of Nebraska
SUSAN HRONEK
My Comm. Exp. July 28, 2019

4

Grantee hereby accepts this Grant Deed and agrees for itself, its successors and assigns, to be bound by the covenants set forth herein.

Dated this _20_ day of _December_ , 2017.

**MOWBRAY WATERMAN PROPERTY, LLC,**
**a California limited liability company**

By: _Robin E. Mowbray_
Its: _Corp. Sec._
Robin Elaine Mowbray

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF SAN BERNARDINO** )

On _December 20, 2017_ , 2017, before me, _Emily Jones_ , Notary Public, personally appeared _Robin Elaine Mowbray_ , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public

(Seal)

EMILY JONES
COMM. 2071273
NOTARY PUBLIC • CALIFORNIA
SAN BERNARDINO COUNTY
Commission Expires JUNE 13, 2018

5

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino          )

On _December 20, 2017_ before me, _Emily Jones notary public_
(insert name and title of the officer)

personally appeared _Robin Elaine Mowbray_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

> EMILY JONES
> COMM. 2071273
> NOTARY PUBLIC • CALIFORNIA
> SAN BERNARDINO COUNTY
> Commission Expires JUNE 13, 2018

**EXHIBIT "A"**

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN BERNARDINO, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
THAT PORTION OF LOT 21, BLOCK 45, RANCHO SAN BERNARDINO AS PER PLAT THEREOF FILED IN BOOK 7, PAGE 2 OF MAPS, SAN BERNARDINO COUNTY RECORDS, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, BEING A PORTION OF A 60 FOOT WIDE STRIP OF LAND AS CONVEYED TO THE SAN BERNARDINO VALLEY TRACTION BY DEED RECORDED MARCH 31, 1910 IN BOOK 355, PAGE 233 OF DEEDS, RECORDS OF SAID COUNTY, BEING THAT PORTION OF SAID STRIP OF LAND LYING SOUTHERLY OF THE SOUTH LINE OF THE LAND AS CONVEYED TO DONA RECCHIA, TRUSTEE OF THE BUENA VISTA FAMILY TRUST DATED JANUARY 1, 2002 BY DEED RECORDED MAY 5, 2005 AS INSTRUMENT NO. 320809 OF OFFICIAL RECORDS.

APN(s): 0136-311-33-0-000