# Exhibit 12

# Transaction History Report

**1515 Lucas Ln, Redlands, CA 92374-2758**
APN: 0168-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

San Bernardino County Data as of: 01/15/2025

## Current Owner: Probst Family Revocable Living / Probst Timothy A
Vesting: Living Trust
2024 - Present

| Date | Type | Amount | Borrower(s) | Lender | Buyer | Seller |
|------|------|--------|-------------|--------|-------|--------|
| 05/01/2024 | Deed Transfer | $985,000 | | | Probst Family Revocable Living / Probst Timothy A | 1515 Lucas Lane-Redlands LLC |
| | Sale Date: 04/16/2024 | | Doc Type: Deed Transfer | | Doc #: 2024.101560 | |
| | Title: Lawyers Title | | | | | |
| 01/19/2024 | Deed Transfer | | | | 1515 Lucas Lane-Redlands LLC | Jordan Ronnie |
| | Sale Date: 01/19/2024 | | Doc Type: Deed Transfer | | Doc #: 2024.15442 | |
| | Title: None Listed On Document | | | | | |
| 01/19/2024 | Deed Transfer | | | | Jordan Ronnie | Jordan Phyllis |
| | Sale Date: 01/19/2024 | | Doc Type: Deed Transfer | | Doc #: 2024.15441 | |
| | Title: None Listed On Document | | | | | |
| 01/19/2024 | Deed Transfer | $950,000 | | | Jordan Ronnie | Mowbray Waterman Property LLC |
| | Sale Date: 01/19/2024 | | Doc Type: Deed Transfer | | Doc #: 2024.15440 | |
| | Title: None Listed On Document | | | | | |
| 05/10/2019 | Deed Transfer | | | | Mowbray Waterman Property LLC | Sunstreet Energy Group LLC |
| | Sale Date: 05/08/2019 | | Doc Type: Deed Transfer | | Doc #: 2019.151326 | |
| | Title: Ticor Title Company Of Ca | | | | | |
| 05/10/2019 | Deed Transfer | $691,500 | | | Mowbray Waterman Property LLC | Redlands Poineer LLC |
| | Sale Date: 05/06/2019 | | Doc Type: Deed Transfer | | Doc #: 2019.151325 | |
| | Title: Fidelity National Title Co | | | | | |



**Disclaimer:** This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo ( ) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

Electronically Recorded in Official Records, County of San Bernardino



**BOB DUTTON**
ASSESSOR - RECORDER - CLERK

**688  Fidelity National Title MA**

5/10/2019
01:49 PM
ALS

Doc# **2019-0151326**



| | | |
|---|---|---|
| Titles  1 | | Pages  4 |
| Fees | | 23.00 |
| Taxes | | .00 |
| CA SB2 Fee | | .00 |
| Others | | .00 |
| Paid | | 23.00 |

**RECORDING REQUESTED BY:**
Ticor Title Company of California

**Escrow No.:** 00601225-005-SM5
**Title No.:** 00601225

**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**
Sunstreet Energy Group, LLC
730 NW 107 Avenue
Miami, FL 33172
Attn. Elizabeth Gherardi

**APN:** 0168-071-62-0-000

SPACE ABOVE THIS LINE FOR RECORDER'S USE

The undersigned declares exemption under the following:

Exempt from fee per GC 27388.1 (a) (2); recorded in connection with a transfer subject to the imposition of documentary transfer tax

\ Concurrently herewith \

# QUITCLAM DEED
### DOCUMENT TITLE

.

.

SEPARATE PAGE - PURSUANT TO GOVERNMENT CODE 27361.6

**RECORDING REQUESTED BY:**

NORTH AMERICAN TITLE INSURANCE
COMPANY

**WHEN RECORDED MAIL TO:**

SunStreet Energy Group, LLC
730 NW 107 Avenue
Miami, Fl 33172
Attn: Elizabeth Gherardi

*SPACE ABOVE THIS LINE FOR RECORDER'S USE*

# QUITCLAIM DEED
## AFFECTING GRANT OF EASEMENTS FOR SOLAR ENERGY EQUIPMENT

For valuable consideration, receipt of which is acknowledged, SunStreet Energy Group, LLC, a Delaware limited liability company (*"Grantor"*) remises, releases and quitclaims to Mowbray Waterman Property, LLC (*"Grantee"*), being the owner(s) of the real property 1515 Lucas Lane, Redlands, CA 92374 (*"Property"*) in San Bernardino County, California described on **Exhibit A** attached to and incorporated in this Quitclaim Deed, any and all right, title and interest in the easement rights and all other rights reserved by Grantor in the <u>Grant of Easements for Solar Energy Equipment</u> (*"Solar Easement"*) recorded against the Property described in the Solar Easement on December 19, 2017 at Reception No. 2017-0540231 in the Records of said County. This Quitclaim Deed is intended to fully but solely release Grantee and the Property from the encumbrance and affect of the Solar Easement. This Quitclaim Deed does not release, quitclaim or affect any other real property interests encumbered by the Solar Easement.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged, before me, Jennifer Reyes, Notary Public, on May 8, 2019, by Julia Herdocia, as Authorized Signatory for SunStreet Energy Group, LLC.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Personally known____✓_____
OR Produced Identification_____
Type of Identification Produced_____

**GRANTOR:**
**SUNSTREET ENERGY GROUP, LLC,**
a Delaware limited liability company

By: _____

Print Name: Julia Herdocia

Title: Authorized Signatory

Notary Public State of Florida
Jennifer Reyes
My Commission FF 914146
Expires 08/30/2019

Community North Ranch Signature Series        Phase        Homesite 46        Tract 18979        Cost Center: 3018979000046

**EXHIBIT A**
**TO**
**QUITCLAIM DEED**
AFFECTING GRANT OF EASEMENTS FOR SOLAR ENERGY EQUIPMENT

## LEGAL DESCRIPTION OF PROPERTY

[insert legal description below or attach additional page]

# EXHIBIT "A"

**LOT 46 OF TRACT NO. 18979, IN THE CITY OF REDLANDS, AS SHOWN ON MAP FILED IN BOOK 347, PAGES 1 THROUGH 5, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN BERNARDINO COUNTY, CALIFORNIA.**

**APN:** 0168-071-62-0-000

Electronically Recorded in Official Records, County of San Bernardino

**5/10/2019**
**01:49 PM**
ALS



**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
688  Fidelity National Title MA

Doc# **2019-0151325**



| Titles  1 | Pages  11 |
|---|---|
| Fees | 44.00 |
| Taxes | 760.65 |
| CA SB2 Fee | .00 |
| Others | .00 |
| Paid | 804.65 |

**RECORDING REQUESTED BY:**
Fidelity National Title Company

Escrow No.: 00601225-005-SM5
**Title No.:**  992-30006979-A-KC6

**WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:**
Gloria Mowbray
1515 Lucas Lane
Redlands, CA 92374

**APN:** 0168-071-62-0-000

SPACE ABOVE THIS LINE FOR RECORDER'S USE

The undersigned declares exemption under the following:

Exempt from fee per GC 27388.1 (a) (2); recorded in connection
with a transfer subject to the imposition of documentary transfer tax
'Concurrently herewith'

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ _____760.65_____  CITY TAX $ _0.00_
☒ computed on full value of interest or property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area   ☒ City of _Redlands_____ , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

 **Redlands Pioneer, LLC, a Delaware limited liability company**

hereby GRANT(s) to
 Mowbray Waterman Property, LLC, A California limited liabilty
 company
 ~~Gloria Mowbray~~

the following real property in the County of **San Bernardino**, State of California:

**Legal Description exhibit A, attached hereto and made a part hereof.**

**Addendum to Grant Deed attached hereto and made a part hereof.**

Document Date: May 6, 2019

**GRANTOR**
**Redlands Pioneer, LLC, a Delaware limited liability company**

By: Diversified Pacific Communities, LLC,
a Delaware limited liabilty company
its Managing Member

By: Kristinna Sellers
**Authorized Signer**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____California_____ )
                                    ) SS:
County of _San Bernardino_         )

On _May 6, 2019_ before me, _Kim A. Maenza_

a Notary Public, personally appeared _Kristinna Selfers_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

KIM A. MAENZA
Notary Public – California
San Bernardino County
Commission # 2193146
My Comm. Expires Apr 22, 2021

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED  REDLANDS, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 46 OF TRACT NO. 18979, IN THE CITY OF REDLANDS, AS SHOWN ON MAP FILED IN BOOK 347, PAGES 1 THROUGH 5, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN BERNARDINO COUNTY, CALIFORNIA.

# ADDENDUM TO GRANT DEED
## RE SB 800

Fit and Finish Limited One Year Warranty. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, Grantor's Fit and Finish One Year Limited Warranty. Grantee shall cause a copy of such Fit and Finish One Year Limited Warranty to be provided to any subsequent purchaser of the subject property who acquires the property on or before the first anniversary of the date of the recordation of this Grant Deed in the official records of the county in which the subject property is located.

Maintenance and Preventive Maintenance Recommendations. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, all maintenance and preventive maintenance recommendations that pertain to the subject property as of the date such information was compiled by Grantor. Notwithstanding the foregoing, Grantor and Grantee acknowledge that as of the date hereof, all such relevant information may not be available and, therefore, Grantor shall have the right, by written notice to Grantee, to supplement and/or amend such maintenance and preventive maintenance recommendations from time to time. Nothing in the maintenance and preventive maintenance recommendations provided by Grantor to Grantee is intended to constitute, or shall be interpreted to constitute, "enhanced protection agreement" as defined in Section 901 of the California Civil Code. Grantee agrees that Grantee shall faithfully follow all such maintenance and preventive maintenance recommendations and Grantee shall cause any tenant of Grantee to follow all such recommendations. Grantee agrees that Grantee shall provide all such maintenance and preventive maintenance recommendations to any subsequent purchaser of the subject property from Grantee.

Products Maintenance, Preventive Maintenance and Limited Warranty Information. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, all manufactured product maintenance, preventive maintenance and limited warranty information that pertain to the subject property as of the date such information was compiled by Grantor. Notwithstanding the foregoing, Grantor and Grantee acknowledge that as of the date hereof, all such relevant information may not be available and, therefore, Grantor shall have the right, by written notice to Grantee, to supplement and/or amend such manufactured product maintenance, preventive maintenance and limited warranty information from time to time. Nothing in the products maintenance, preventive maintenance and limited warranty information provided by Grantor to Grantee is intended to constitute, or shall be interpreted to constitute, "enhanced protection agreement" as defined in Section 901 of the California Civil Code. Grantee agrees that Grantee shall faithfully follow all such maintenance recommendations contained in all such manufactured product maintenance, preventive maintenance and limited warranty information and Grantee shall cause any tenant of Grantee to follow all such recommendations. Grantee agrees that Grantee shall provide all such manufactured

1

Initials ___    Initials ___

product maintenance, preventive maintenance and limited warranty information to any subsequent purchaser of the subject property from Grantee.

SB 800 Procedures. Grantor hereby notifies Grantee of the existence of the pre-litigation procedures as set forth in Chapter 4 of Title 7 (commencing with Section 910) of Part 2 of Division 2 of the California Civil Code and further notifies Grantee that such procedures impact the legal rights of Grantee. Grantee acknowledges that Grantor has provided to Grantee a written copy of Title 7 of Part 2 (commencing with Section 895) of Division 2 of the California Civil Code. Grantee hereby acknowledges and agrees that Grantee shall provide such documents to any subsequent purchaser of the subject property from Grantee.

Indemnity of Grantor by Grantee. Grantee hereby agrees to indemnify, defend and hold Grantor harmless for any loss, costs or damages arising from Grantee's failure to carry out Grantee's obligations under the terms of this Addendum to Grant Deed re SB 800.

Covenants to Run With the Land. The subject property shall be held, conveyed, hypothecated, encumbered, leased, rented, used and occupied subject to the covenants, conditions, restrictions and other limitations set forth in this Addendum to Grant Deed re SB 800 (collectively, the **"Restrictions"**). The Restrictions are intended and shall be construed as covenants and conditions running with and binding the subject property and equitable servitudes upon the subject property, and every part thereof, and all and each of the Restrictions shall be binding upon and burden all persons having or acquiring any right, title or interest in the subject property (during their ownership of such interest), or any part thereof, and their successors and assigns. Restrictions shall inure to the benefit of Grantor and its successors and assigns. The Restrictions shall terminate and be of no further force or effect upon the first to occur of (a) the expiration of all applicable statutes of limitations for the filing of a complaint or suit or other legal remedies against Grantor in any way relating to or arising out of the development, construction and sale of the subject property by Grantor, or (b) the date fifteen (15) years from the date of the recordation of this Grant Deed in the Official Records of the county in which the subject property is located.

Rights of Mortgagees. Notwithstanding any other provision of this Addendum to Grant Deed, no violation of any of the covenants, conditions or restrictions contained herein shall defeat or render invalid, affect or impair the lien or charge of any mortgage or deed of trust on the subject property made in good faith and for value, but such covenants, conditions and restrictions shall be binding upon and effective against any owner of the subject property, or any portion thereof, whose title thereto is acquired by foreclosure, trustee sale or otherwise under such mortgage or deed of trust.

Affiliated Contractor. In the event any "affiliated contractor" (defined in Civil Code Section 911) is utilized in the construction of any of the improvements to the Property, the provisions of this Addendum shall apply to such contractor and the delivery of all SB 800-related notices, documentation and materials described above shall be



Initials        Initials

deemed given or delivered on behalf of such contractor.  The parties intend and agree that any entity that falls within the definition of "affiliated contractor" is an intended third party beneficiary of the provisions of this Addendum.

**SELLER:**

Redlands Pioneer, LLC
a Delaware limited liability company

By:   DIVERSIFIED PACIFIC
COMMUNITIES, LLC.
a Delaware limited liability company,
Its: Managing Member

By: _____

Kristinna Sellers
Its: Authorized Representative

**BUYER(S):** MowBray Waterman Property, LLC

Gloria Mowbray,                     4-28-19
Managing Member                     4-28-19

3

Initials   Initials

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Bernardino_

On _May 6, 2019_ before me, _Kim A. Maenza, Notary Public_
         *Date*                         *Here Insert Name and Title of the Officer*

personally appeared _Kristinna Sellers_
                        *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



KIM A. MAENZA
Notary Public – California
San Bernardino County
Commission # 2193146
My Comm. Expires Apr 22, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Place Notary Seal and/or Stamp Above*                    *Signature of Notary Public*

———————————————— **OPTIONAL** ————————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer – Title(s): _____   ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General            ☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact     ☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian of Conservator   ☐ Trustee          ☐ Guardian of Conservator
☐ Other: _____          ☐ Other: _____
Signer is Representing: _____        Signer is Representing: _____

©2017 National Notary Association

# ADDENDUM TO GRANT DEED
## RE SB 800

Fit and Finish Limited One Year Warranty. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, Grantor's Fit and Finish One Year Limited Warranty. Grantee shall cause a copy of such Fit and Finish One Year Limited Warranty to be provided to any subsequent purchaser of the subject property who acquires the property on or before the first anniversary of the date of the recordation of this Grant Deed in the official records of the county in which the subject property is located.

Maintenance and Preventive Maintenance Recommendations. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, all maintenance and preventive maintenance recommendations that pertain to the subject property as of the date such information was compiled by Grantor. Notwithstanding the foregoing, Grantor and Grantee acknowledge that as of the date hereof, all such relevant information may not be available and, therefore, Grantor shall have the right, by written notice to Grantee, to supplement and/or amend such maintenance and preventive maintenance recommendations from time to time. Nothing in the maintenance and preventive maintenance recommendations provided by Grantor to Grantee is intended to constitute, or shall be interpreted to constitute, "enhanced protection agreement" as defined in Section 901 of the California Civil Code. Grantee agrees that Grantee shall faithfully follow all such maintenance and preventive maintenance recommendations and Grantee shall cause any tenant of Grantee to follow all such recommendations. Grantee agrees that Grantee shall provide all such maintenance and preventive maintenance recommendations to any subsequent purchaser of the subject property from Grantor.

Products Maintenance, Preventive Maintenance and Limited Warranty Information. Grantee, by accepting title to the subject property, hereby acknowledges that Grantor has provided, and Buyer has received, all manufactured product maintenance, preventive maintenance and limited warranty information that pertain to the subject property as of the date such information was compiled by Grantor. Notwithstanding the foregoing, Grantor and Grantee acknowledge that as of the date hereof, all such relevant information may not be available and, therefore, Grantor shall have the right, by written notice to Grantee, to supplement and/or amend such manufactured product maintenance, preventive maintenance and limited warranty information from time to time. Nothing in the products maintenance, preventive maintenance and limited warranty information provided by Grantor to Grantee is intended to constitute, or shall be interpreted to constitute, "enhanced protection agreement" as defined in Section 901 of the California Civil Code. Grantee agrees that Grantee shall faithfully follow all such maintenance recommendations contained in all such manufactured product maintenance, preventive maintenance and limited warranty information and Grantee shall cause any tenant of Grantee to follow all such recommendations. Grantee agrees that Grantee shall provide all such manufactured

1


Initials     Initials

product maintenance, preventive maintenance and limited warranty information to any subsequent purchaser of the subject property from Grantee.

SB 800 Procedures.  Grantor hereby notifies Grantee of the existence of the pre-litigation procedures as set forth in Chapter 4 of Title 7 (commencing with Section 910) of Part 2 of Division 2 of the California Civil Code and further notifies Grantee that such procedures impact the legal rights of Grantee.  Grantee acknowledges that Grantor has provided to Grantee a written copy of Title 7 of Part 2 (commencing with Section 895) of Division 2 of the California Civil Code.  Grantee hereby acknowledges and agrees that Grantee shall provide such documents to any subsequent purchaser of the subject property from Grantee.

Indemnity of Grantor by Grantee.  Grantee hereby agrees to indemnify, defend and hold Grantor harmless for any loss, costs or damages arising from Grantee's failure to carry out Grantee's obligations under the terms of this Addendum to Grant Deed re SB 800.

Covenants to Run With the Land.  The subject property shall be held, conveyed, hypothecated, encumbered, leased, rented, used and occupied subject to the covenants, conditions, restrictions and other limitations set forth in this Addendum to Grant Deed re SB 800 (collectively, the "**Restrictions**").  The Restrictions are intended and shall be construed as covenants and conditions running with and binding the subject property and equitable servitudes upon the subject property, and every part thereof, and all and each of the Restrictions shall be binding upon and burden all persons having or acquiring any right, title or interest in the subject property (during their ownership of such interest), or any part thereof, and their successors and assigns.  Restrictions shall inure to the benefit of Grantor and its successors and assigns.  The Restrictions shall terminate and be of no further force or effect upon the first to occur of (a) the expiration of all applicable statutes of limitations for the filing of a complaint or suit or other legal remedies against Grantor in any way relating to or arising out of the development, construction and sale of the subject property by Grantor, or (b) the date fifteen (15) years from the date of the recordation of this Grant Deed in the Official Records of the county in which the subject property is located.

Rights of Mortgagees.  Notwithstanding any other provision of this Addendum to Grant Deed, no violation of any of the covenants, conditions or restrictions contained herein shall defeat or render invalid, affect or impair the lien or charge of any mortgage or deed of trust on the subject property made in good faith and for value, but such covenants, conditions and restrictions shall be binding upon and effective against any owner of the subject property, or any portion thereof, whose title thereto is acquired by foreclosure, trustee sale or otherwise under such mortgage or deed of trust.

Affiliated Contractor.  In the event any "affiliated contractor" (defined in Civil Code Section 911) is utilized in the construction of any of the improvements to the Property, the provisions of this Addendum shall apply to such contractor and the delivery of all SB 800-related notices, documentation and materials described above shall be

2



Initials                Initials

deemed given or delivered on behalf of such contractor. The parties intend and agree that any entity that falls within the definition of "affiliated contractor" is an intended third party beneficiary of the provisions of this Addendum.

**SELLER:**

Redlands Pioneer, LLC
a Delaware limited liability company

By:    DIVERSIFIED PACIFIC
       COMMUNITIES, LLC.
       a Delaware limited liability company,
       Its: Managing Member

By: _____
       Kristinna Sellers
Its: Authorized Representative
_____

**BUYER(S):** MowBray Waterman Property, LLC

_____  4-28-19
   Gloria Mowbray,
   Managing Member        4-28-19

3

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of *SAN BERNARDINO*

On *MAY 09, 2019* before me, *GEORGE RUIZ, NOTARY PUBLIC,*
(here insert name and title of the officer)

personally appeared *GLORIA MOWBRAY*
,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

> **GEORGE RUIZ**
> COMM. #2167357
> Notary Public - California
> San Bernardino County
> My Comm. Expires Nov. 6, 2020

WITNESS my hand and official seal.

Signature _____                                    (Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of *ADDENDUM TO GRANT DEED RE SB 800*
,

containing *03* pages, and dated _____.

The signer(s) capacity or authority is/are as:

☐ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____
                         Title(s)

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
             Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

**Method of Signer Identification**

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
    Page # _____    Entry # _____

Notary contact: _____

**Other**
☐ Additional Signer(s)    ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007-2016 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

Recording Requested by:

Ronnie Jordan

WHEN RECORDED MAIL TO:

CATANZARITE LAW CORPORATION

c/o Kenneth J. Catanzarite

2331 West Lincoln Avenue

Anaheim, CA 92801



**Recorded in Official Records**
**San Bernardino County**

**Assessor-Recorder-County Clerk**

## DOC# 2024-0015440

| 01/19/2024 04:04 PM | Titles: 1 | Pages: 4 |
|---|---|---|
| SAN | Fees | $23.00 |
| | Taxes | $1045.00 |
| J6748 | CA SB2 Fee | $0.00 |
| | Total | $1068.00 |

---

APN: 0168-071-62-0-000                  SPACE ABOVE THIS LINE FOR RECORDER'S USE

DOCUMENTARY TRANSFER TAX $ 1,045.00

Exempt: n/a    *City of Redlands*

..X..Computed on the consideration or value of property conveyed; OR

.....Computed on the consideration or value less liens or encumbrances
remaining at time of sale.                  _____
                                           Signature of Declarant or Agent determining tax - Firm Name

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Mowbray Waterman Property, LLC, a California limited liability company**

does hereby GRANT to

**Ronnie Jordan, a married man as his sole and separate property**

the real property in the City of Redlands, County of San Bernardino, State of California, described as

### LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

### Commonly Known as: 1515 Lucas Lane, Redlands, CA 92374

Dated: January 19 , 2024

_____
Robin Mowbray, Its Manager and Member

*Mowbray Waterman Properties, LLC*

**MAIL TAX STATEMENTS TO:** SAME AS ABOVE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of San Bernardino          )

On _Jan 19, 2024_ before me, _Patricia A. Malone_ , Notary Public personally appeared _Robin Elaine Mowbray_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Patricia A Malone_                                    (Seal)



PATRICIA A. MALONE
Notary Public - California
San Bernardino County
Commission # 2464398
My Comm. Expires Sep 26, 2027

**Exhibit A**

# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED  REDLANDS, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 46 OF TRACT NO. 18979, IN THE CITY OF REDLANDS, AS SHOWN ON MAP FILED IN BOOK 347, PAGES 1 THROUGH 5, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN BERNARDINO COUNTY, CALIFORNIA.