# Exhibit 13

**California**
*Secretary of State*

Business    UCC    Login

Home
Search
Forms
Help

## UCC Search    Print

*UCC Documents have been processed through: 01/08/2025*

***Disclaimer:*** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

Phoenix Traffic Management

Advanced ⌄



No results were found for "Phoenix Traffic Management"

Try your search again with different filters or a different search term.

© 2025 CA Secretary of State

## California
*Secretary of State*

Business    **UCC**    Login

Home

Search

Forms

Help

# UCC Search    Print

UCC Documents have been processed through: 02/02/2025

***Disclaimer:*** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

Mowbray Waterman Property, LLC 

Advanced ⌄



## No results were found for "Mowbray Waterman Property, LLC"

Try your search again with different filters or a different search term.

© 2025 CA Secretary of State