# Exhibit 14

## California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# UCC Search

Print

*UCC Documents have been processed through: 01/27/2025*

**Disclaimer:** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

Pino Tree Service 🔍

Advanced ⌄

1

Results: 5

| UCC Type ⌃⌄ | | Debtor Information ⌃⌄ | File Number ⌃⌄ | Secured Party Info ⌃⌄ | Status ⌃⌄ | Filing Date ⌃⌄ | Lapse Date ⌃⌄ |
|---|---|---|---|---|---|---|---|
| UCC | › | PINO TREE SERVICE, INC. - IDYLLWILD, CA | U230020208823 | MERCHANTS BANK, NATIONAL ASSOCIATION - EDINA, MN | Active | 03/24/2023 | 03/24/2028 |
| UCC | › | PINO TREE SERVICE, INC. - IDYLLWILD, CA | U230031424934 | CATERPILLAR FINANCIAL SERVICES CORPORATION - NASHVILLE, TN | Active | 05/03/2023 | 05/03/2028 |
| UCC | › | PINO TREE SERVICE, INC. - IDYLLWILD, CA | U240060331620 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE - SPRINGFIELD, IL | Terminated | 07/26/2024 | 07/26/2029 |
| UCC | › | PINO TREE SERVICE, INC. - IDYLLWILD, CA | U240064972936 | CULAIN CAPITAL FUNDING LLC - BUFFALO, NY | Terminated | 08/14/2024 | 08/14/2029 |
| UCC | › | PINO TREE SERVICE, INC. - IDYLLWILD, CA | U220236953640 | DE LAGE LANDEN FINANCIAL SERVICES, INC. - WAYNE, PA | Active | 10/19/2022 | 10/19/2027 |

1




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: U230020208823 |
| Date Filed: 3/24/2023 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| PINO TREE SERVICE, INC. | 54960 PINE CREST AVE, SUITE 5 IDYLLWILD, CA 92549 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| MERCHANTS BANK, NATIONAL ASSOCIATION | 4550 WEST 77TH STREET SUITE 140 EDINA, MN 554352033 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
(1) 2023 Vermeer SC70TX Stump Cutter - Serial Number: 1VRK1203HP1004166, Together with all attachments including any replacements thereof or accessions thereto.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
92039513

B1618-0997  03/24/2023  6:42 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230031424934

Date Filed: 5/3/2023

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| PINO TREE SERVICE, INC. | 54860 PINE CREST AVE<br>IDYLLWILD, CA 92549 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE<br>NASHVILLE, TN 37203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
ONE(1) Caterpillar 299D3XE Compact Track Loader S/N:BX906410 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
92748766

B1724-6494  05/03/2023  12:09 PM Received by California Secretary of State

Page 1 of 1





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**

File No.: U220236953640

Date Filed: 10/19/2022

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| PINO TREE SERVICE, INC. | 54960 PINE CREST AVE STE 5 IDYLLWILD, CA 92549 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
(1) ONE VERMEER SC70TX STUMP CUTTER S/N 1VRK1203AP1004097, together with all components, additions, upgrades, attachments, accessions, substitutions, replacements and proceeds of the foregoing.  This filing relates only to the aforementioned collateral, and is not intended to create or perfect a lien on all of the debtor's assets.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2421 51102