# Exhibit 15




## General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | Phoenix Traffic Management Inc. |
| Entity (File) Number: | C4717822 |
| File Date: | 03/30/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

### Detailed Filing Information

1. **Corporate Name:** Phoenix Traffic Management Inc.
2. **Business Addresses:**
   - a. Initial Street Address of Corporation: 960 Sunset Hills Lane
     Redlands, California, 92373
     United States of America
   - b. Initial Mailing Address of Corporation: 960 Sunset Hills Lane
     Redlands, California, 92373
     United States of America
3. **Agent for Service of Process:**
   Individual Agent: M. Stephen Cho
   9531 Pittsburgh Ave.
   Rancho Cucamonga, California, 91730
   United States of America
4. **Shares:** 100000
5. **Purpose Statement:** The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: Michael Kim

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20230481882
Date Filed: 3/21/2023

| Entity Details | |
|---|---|
| Corporation Name | PHOENIX TRAFFIC MANAGEMENT INC. |
| Entity No. | 4717822 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 25745 BARTON ROAD SUITE 210<br>LOMA LINDA, CA 92354 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| RICHARD MOWBRAY | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 | Chief Executive Officer |
| Robin Mowbray | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 | Secretary |
| Alan Phang | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Robin Mowbray | 386 S ALLEN STREET<br>SAN BERNARDINO, CA 92408 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | M STEPHEN CHO |
| Agent Address | 9531 PITTSBURGH AVE<br>RANCHO CUCAMONGA, CA 91730 |

| Type of Business | |
|---|---|
| Type of Business | TRAFFIC MANAGEMENT |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Leticia Aguayo*                                                             *03/21/2023*

Signature                                                                           Date

B1605-9447 03/21/2023 12:45 PM Received by California Secretary of State