# Exhibit 1

# Exhibit 1

# Exhibit 1

IN THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO


| | |
|---|---|
| RONNIE D. JORDAN, an individual, | ) |
| | ) CASE NO. CIVSB2201281 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE ORIGINAL MOWBRAY'S TREE SERVICE, INCORPORATED, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |


REMOTE VIDEOTAPED DEPOSITION OF

ROBIN MOWBRAY


May 30, 2023

9:02 a.m.



Kieu Pham, CSR NO. 13667




Page 2

```
 1              APPEARANCES OF COUNSEL
 2
 3  On Behalf of the Plaintiff:
 4      CATANZARITE LAW CORPORATION
        Kenneth J. Catanzarite, Esq.
 5      2331 West Lincoln Avenue
        Anaheim, California 92801
 6      (714) 520-5544
        Kcatanzarite@catanzarite.com
 7
 8  On Behalf of the Defendants:
 9      CKB VIENNA, LLP
        Stephen Cho, Esq.
10      9531 Pittsburgh Avenue
        Rancho Cucamonga, CA 91730
11      (909) 980-1040
        Scho@ckbvienna.com
12
13  Also Present:
14      Elizabeth Prado, Videographer
15      Ronnie Jordan
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX OF EXAMINATION
 2
 3  WITNESS:  ROBIN MOWBRAY
 4
    EXAMINATION                              PAGE
 5
        BY MR. CATANZARITE                     5
 6
 7
 8
 9
10              INDEX TO EXHIBITS
    PLAINTIFF'S                              PAGE
11
    2    Monthly Payment Summary              62
12
    4    5/28/18 Letter re: Employment        42
13       Contract Between Ronnie Jordan and
         The Original Mowbray's Tree Service,
14       Inc., Bates Plaintiff Jordan's PODs 48
15  6    Memo to All Mowbray's Employees,      86
         Bates Plaintiff Jordan's PODs 45-47
16
17  7    4/24/20 E-mail re: Mowbrays - Ronnie  78
         Jordan Employment Agreement, Bates
         TOMTS 3241-3243
18
19  8    9/7/22 Pino Statement of Information  96
         Corporation
20  9    4/20/23 Pino Statement of Information 96
         Corporation
21
    H    Balance Sheet as of December 31, 2018, 67
22       Bates TOMTS 3224-3240
23  I    Employment Agreement                  76
24
25
```

Page 4

```
 1              DEPOSITION OF ROBIN MOWBRAY
 2                     May 30, 2023
 3
 4
 5          THE VIDEOGRAPHER:  We are now on the video
 6  record.  This is the video deposition of Robin
 7  Mowbray taken by the plaintiff in the matter of
 8  Ronnie D. Jordan versus The Original Mowbray's Tree
 9  Service, Incorporated, et al. filed in the Superior
10  Court of California for the County of San
11  Bernardino, case number CIVSB2201281 held via web
12  videoconference on May 30, 2023, at 9:02 a.m.
13  Pacific time.
14          I am Elizabeth Prado, the videographer.  The
15  court reporter is Kieu Pham.  We are from the firm
16  AdvancedONE.
17          Would counsel on the conference please
18  identify yourselves and state whom you represent
19  beginning with the questioning attorney.
20          MR. CATANZARITE:  Good morning, all.  Ken
21  Catanzarite appearing for Ronnie Jordan, plaintiff.
22          MR. CHO:  Good morning.  Stephen Cho for
23  Robin Mowbray and the Mowbray defendant.
24          THE VIDEOGRAPHER:  Thank you.  The court
25  reporter will now swear in the witness.
```

Page 5

```
 1          THE REPORTER:  If you raise your right hand,
 2  please.  You do solemnly swear that the testimony
 3  you are about to give in this deposition proceeding
 4  will be the truth, the whole truth, and nothing but
 5  the truth.
 6          THE WITNESS:  I do.
 7
 8                      EXAMINATION
 9  BY MR. CATANZARITE:
10      Q   Good morning, Ms. Mowbray.  How are you?
11      A   I'm good.  How are you?
12      Q   I'm great.  Thank you for asking.  Have you
13  ever had your deposition taken before?
14      A   Yes.
15      Q   On how many occasions?
16      A   Oh, three.
17      Q   When was the last one?
18      A   I'd say it probably was a few months ago.
19      Q   Okay.  And in that deposition, you were a
20  party or a -- simply a witness?
21      A   A party.  I was a party.
22      Q   All right.  So I'm going to go over the
23  admonitions about your testimony here today, and
24  I'll be brief since you recently gave your
25  deposition.
```



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 6..9
Robin Mowbray, 05/30/2023

Page 6

1     Q   Do you understand the oath is -- you took is
2   the same as you'll take at the time of trial?
3     A   Yes.
4     Q   You understand I'm entitled to your best
5   estimate today without guessing or speculating.  Do
6   you understand that?
7     A   Yes.
8     Q   Do you understand the difference between a
9   guess and speculation and testimony that gives me
10  your best estimate of testimony?
11    A   Yes.
12    Q   Okay.  For purposes of your deposition here
13  today, have you reviewed any documents?
14    A   A few, yes.
15    Q   Okay.  Do you recall what documents you
16  reviewed?
17    A   I think it was just a declaration, some text
18  messages, yeah.
19    Q   When you say declaration, what declaration
20  do you recall referring to?
21    A   I don't recall exactly what it is.  Just
22  our -- I forgot what it's called.  That we filed our
23  response to the lawsuit.
24    Q   Okay.  Fair enough.  Did you review the
25  sworn statement of your brother, Rick Mowbray?

Page 7

1     A   Yes.
2     Q   Okay.  Did you review that in anticipation
3   of your testimony here today?
4     A   Yes.
5     Q   Other than discussions with your counsel,
6   did you discuss his sworn statement with anyone
7   else?
8     A   No.
9     Q   Okay.  You understand that when the
10  deposition concludes, you'll be given a copy of the
11  transcript and entitled to make corrections to it.
12    A   Yes.
13    Q   Okay.  You understand, however, that should
14  you change your response substantively, that I may
15  comment upon it adversely at the time of trial.
16    A   Yes.
17    Q   In other words, I may take the position that
18  you're not telling the truth at the time of trial
19  and you were telling the truth in your deposition or
20  vice versa.
21        Do you understand?
22    A   Yes.
23    Q   Okay.  Is there any reason you can't give me
24  your best testimony today?
25    A   No.

Page 8

1     Q   Okay.  I'd like to first understand what
2   your education is since high school.  When did you
3   graduate from high school?
4     A   In 1992.
5     Q   And did you have any further education
6   beyond high school?
7     A   I went to nursing school but did not
8   complete it.
9     Q   Okay.  And what years did you go to nursing
10  school?
11    A   It had to be probably around 1993.
12    Q   Okay.
13    A   Or '92.
14    Q   Did you pursue any other formal education
15  following your efforts at nursing school?
16    A   No.
17    Q   Okay.  Have you taken any courses or
18  training courses on accounting?
19    A   No.
20    Q   How about finance?
21    A   No.
22    Q   Have you had any training in the tree
23  service industry?
24    A   No.
25    Q   Do you hold any licenses as a contractor?

Page 9

1     A   No.
2     Q   Do you know whether or not Mowbray's -- and
3   we'll call The Original Mowbray's Tree Service, if
4   it's okay with you all, refer to that as MTS.  Is
5   that okay?
6     A   Sure.  Yes.
7     Q   And there's also another company called
8   Mowbray Waterman Property, LLC.  If I refer to that
9   as MWP, is that okay with you?
10    A   Yes.
11    Q   Okay.  Very good.  So -- so do you
12  understand that MTS has licenses?
13    A   Yes.
14    Q   Okay.  Do you know who the responsible
15  managing officer is for those licensed activities?
16    A   Ricky Mowbray.
17    Q   Okay.  How long -- and forgive me.  Who is
18  Ricky Mowbray?
19    A   He's the current CEO of MTS, and he's also
20  my nephew.
21    Q   And when did Ricky Mowbray become the
22  responsible managing officer of Mowbray -- of MTS?
23    A   For the contractor's license, I don't recall
24  the exact date, but a few years, I'm sure.
25    Q   Okay.  Do you know who the -- if I use the



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 10..13
Robin Mowbray, 05/30/2023

Page 10

1  word -- the abbreviation RMO for reasonable managing
2  officer, will you understand that's what I'm
3  referring to?
4      A   Yes.
5      Q   Okay.  Who was the RMO of MTS before Ricky
6  Mowbray?
7      A   It was Rhonda Ramirez.
8      Q   Is Roger [sic] Ramirez still employed by
9  MTS?
10     A   I'm sorry.  The name was Rhonda Ramirez.
11     Q   Okay.  Is she related to you?
12     A   Yes.  She's my sister.
13     Q   Okay.  So she was the RMO before Ricky;
14  correct?
15     A   Yes, uh-huh.
16     Q   And is she employed by MTS today?
17     A   Yes.
18     Q   Okay.  Is her husband, Mr. Ramirez, employed
19  by MTS today?
20     A   Yes.
21     Q   All right.  And Ricky's employed by MTS
22  today; correct?
23     A   Yes.
24     Q   Okay.  So prior to Rhonda becoming RMO, who
25  was RMO before Rhonda?

Page 11

1      A   Nobody.  She was the original one.
2      Q   Okay.  And what is your date of birth?
3      A   January 6, 1974.
4      Q   And if I understand my research team, you're
5  the youngest of the Mowbray children of Gloria
6  Mowbray?
7      A   Yes.
8      Q   And who -- who -- give me, if you can, the
9  names of the children of Gloria and their
10  approximate ages today.
11     A   Richard Mowbray -- Rick Mowbray, he's --
12  God, he's -- sorry.  He's ten years older than me.
13  He's 59.
14     Q   Okay.
15     A   And then it's Rhonda Ramirez.  She's 56.
16  I'm sorry.  I'm bad about their exact ages.  And
17  then my brother, Randall Mowbray, he's about 52, 53.
18  And then it's me, and I'm 49.
19     Q   Thank you for that.  Okay.  Now, with
20  respect to Mowbray's Tree Service, I note that the
21  company was incorporated years earlier.  Do you
22  recall the year Mowbray's or MTS was incorporated?
23     A   I believe it was in 2002.
24     Q   Okay.  And who were the shareholders of
25  Mowbray's at the time it was incorporated?

Page 12

1      A   Just Gloria Mowbray, my mom.
2      Q   Okay.  And when did Gloria pass?
3      A   April 1st, 2021.
4      Q   Okay.  And did Gloria -- may I refer to her
5  as Gloria?
6      A   Yes.
7      Q   May I refer to Richard Mowbray as Rick?
8      A   Yes.
9      Q   And may I refer to Rhonda Ramirez as Rhonda?
10     A   Yes.
11     Q   Thank you.  Did Gloria Mowbray transfer any
12  of her stock before her death?
13     A   Yes.  She -- no.  Actually, no.  Not her
14  stock, no.
15     Q   Not her stock?
16     A   No.
17     Q   So -- and I'm referring to the common stock
18  of -- of MTS.
19     A   Yes.
20     Q   Your testimony is she did not transfer any
21  shares to anyone before she died on April 1st, 2021;
22  is that correct?
23     A   Correct.
24     Q   Have you ever reported to anybody that you
25  were a shareholder of MTS prior to your mother's

Page 13

1  passing?
2      A   No.
3      Q   Okay.  And when she passed, how did her
4  shares transfer?
5      A   100 percent to me.
6      Q   To you individually or you in trust?  Any
7  type of restrictions on your transfer?
8      A   I believe it is a trust.  Yeah, it's in her
9  trust.
10     Q   Okay.  So in other words, your belief is
11  that at Gloria Mowbray's death, her interest in MTS
12  passed into a trust over which you are the trustee?
13     A   Yes.
14     Q   Did she have something called a revocable
15  trust?
16     A   I'm not sure.
17     Q   Okay.  Were the shares held in trust by you
18  as trustee at the time of her passing?
19     A   After -- yes, after passing, yes.
20     Q   Okay.  And -- are you the sole trustee
21  of the Gloria Mowbray trust?
22     A   Yes.
23     Q   Okay.  And who are the beneficiaries of the
24  Gloria Mowbray trust?
25     A   I believe just me.



Page 14

1    Q    Okay.  The corporation Mowbray -- MTS, is it
2  a subchapter S corporation?
3    A    Yes.
4    Q    Do you understand what that means?
5    A    Yes.
6    Q    What does it mean?
7    A    The single 100 percent owner of the
8  corporation.
9    Q    100 percent what?
10   A    Sole owner of a corporation.
11   Q    Okay.
12   A    Single -- yeah.
13   Q    So you're the sole owner of the corporation
14  at this point, and Gloria was the sole owner before;
15  correct?
16   A    Yes.
17   Q    And do I understand that Gloria was the
18  owner so that she -- she received some benefit as a
19  minority -- women's minority enterprise owner?
20   A    I think there was more than just that reason
21  why she was the owner.  Her and my dad started this
22  company, so --
23   Q    I understand your father was -- was injured
24  in a very serious accident and has not been active
25  for years; is that correct?

Page 15

1    A    Yes.
2    Q    When -- when did the accident occur?
3    A    In 1993.
4    Q    And I understand he did not recover from
5  that accident.  He's disabled today?
6    A    Yes.
7    Q    Okay.  So prior to her death on April 1st,
8  2021, what officer status, if any, did Gloria
9  Mowbray have in MTS?
10   A    The owner, I believe.  The president.
11   Q    Okay.  Was she a director of the company?
12   A    Yes.
13   Q    How many other directors were there, if any?
14   A    I don't remember at that time.  There
15  might -- I recall maybe three.
16   Q    Okay.  When you say at that time, you mean
17  at the time of her death?
18   A    No.  Before.  Before.
19   Q    All right.  So the company's incorporated in
20  2002.  Your mother is the sole shareholder of the
21  common stock of the company.
22       And you understand from that point on, that
23  is from 2002, she was the president of the company;
24  is that correct?
25   A    I think -- yeah, but that was changed when

Page 16

1  Ronnie was hired.  I think he was made the president
2  CEO, and she was just the owner.
3    Q    Okay.  Fair enough.  So there's at least one
4  change you've told me about when Ronnie Jordan was
5  hired.  Ronnie became the president and, I believe,
6  chief executive officer; is that correct?
7    A    Yes.
8    Q    Okay.  Now, when Ronnie is hired, do you
9  recall when that is?
10   A    Oh, so sorry.  I don't know the exact date.
11  I think it was around 2018.
12   Q    Around 2018?
13   A    Yes.
14   Q    Okay.  Do you know why he was hired?
15   A    I think that he -- well, he was known in
16  this industry, and so my brother, Rick, was -- was
17  talking to about hiring him with my mother and just
18  that -- you know, he was very well-known in the
19  industry, so decided to hire him.
20   Q    Okay.  So I'd like to go back.  Tell me when
21  this hiring is occurring, what is your knowledge of
22  the hiring?  And by hiring, I mean of Ronnie Jordan
23  who we'll refer to as Ronnie.
24   A    Just that my -- like I said, my brother,
25  Rick, worked with him and knew him prior.  I believe

Page 17

1  my mom knew of him, too.  And so -- yeah, so they
2  decided to hire him to be the CEO and help us.
3    Q    All right.  So your brother, Rick, knew of
4  him.  Are you familiar with something called the
5  bark beetle project?
6    A    Yes.
7    Q    And MTS -- were you aware of Ronnie Jordan
8  at the time of the bark beetle project?
9    A    I think I heard about him after that.
10   Q    Okay.  Did MTS work for the company that
11  Ronnie Jordan was then at for the bark beetle
12  project?
13   A    You know, I'm not sure.  I know Rick's
14  company did, but I don't know if we -- yeah, I
15  believe we did.  I believe we did.
16   Q    Okay.  So -- and you said Rick's company.
17  What company was Rick's company?
18   A    His company was Mowbray's Tree Company.
19   Q    Okay.  And how long did that company
20  operate?
21   A    I believe until he went to prison.  I think
22  it was around 2008, 2007.  I'm sorry.  I don't
23  recall the exact time.
24   Q    That's okay.  Do you recall when he got out
25  of prison?



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                     Pages 18..21
Robin Mowbray, 05/30/2023

Page 18

1    A   I believe it was around 2011.
2    Q   Okay.  Did you visit him in prison?
3    A   No.
4    Q   Was he married at the time he was
5    incarcerated?
6    A   Yes.
7    Q   Who was he married to?
8    A   Denise Mowbray.
9    Q   Okay.  Was Denise also working at Mowbray's
10   Tree Company?
11   A   Yes.
12   Q   Did she -- was she also incarcerated?
13   A   Yes.
14   Q   Did they both go in about the same time,
15   2007 or 8?
16   A   I believe she went in after him, but I don't
17   know -- I -- I think maybe it was, like, months
18   after he went.
19   Q   Okay.  And through -- do you know when
20   Denise got out of prison?
21   A   She was there, I think, three and a half,
22   so -- oh, gosh.  I want to say -- gosh, I'm so
23   sorry.  I'd say maybe around 2010.
24   Q   Okay.  After Rick got out of prison, did he
25   go to work for Mowbray's?

Page 19

1    A   No right away, no.
2    Q   Okay.  Do you know when he first went to
3    work for Mowbray's?  Sorry.  Bad question.  Do you
4    know when Rick first went to work for Mowbray's
5    after he got out of prison?
6    A   Oh, gosh.  So he was in there for five
7    years.  Let me see.  2000 -- I would say maybe 2013.
8    Q   Okay.  And was he continuously employed at
9    Mowbray's Tree Service from 2013 until discharge
10   sometime in January 2020?
11   A   I believe so, yes.
12   Q   Okay.  What was his position and function --
13   that is Rick's position and function starting in
14   2013?
15   A   I believe he was the operation manager.
16   That was his title.
17   Q   What did that entail, if you know?
18   A   I think he would just organize maybe, like,
19   work.
20   Q   And --
21   A   I want to say that.  Yeah, I -- yeah, he --
22   yeah, I don't know.  He was more involved with the
23   guys in the field, I'd say.
24   Q   All right.  Is it fair to say that most of
25   what Mowbray's did to generate its money would

Page 20

1    involve, as you termed it, guys in the field?
2    A   It probably was more aspects to that.
3    Contracts -- getting contracts.  You know, I think
4    it entailed maybe part of it, yes.
5    Q   Yeah.  In other words, what I mean to say is
6    the guys in the field are cutting down and trimming
7    trees which generates revenue that the company
8    receives; correct?
9    A   Yes.
10   Q   The people who are in the main office of the
11   company, their administrative function is to support
12   the guys in the field.  That is to schedule, pay
13   them, get insurance, enter contracts, and bill and
14   receive money and administer the operations of the
15   company; correct?
16   A   Yes.
17   Q   Okay.  So -- so Rick is out in the field.
18   Is he in -- is he the guy who's -- who's operations
19   manager during that entire time period, 2013 to
20   2020?
21   A   I'd say we'd have other people, too.  We'd
22   have, you know, Ignacio Huerta was one, Marcos
23   Rodriquez.  So I'd say there was other ones, also.
24   Excuse me.
25   Q   Uh-huh.  Okay.  Who reported to Rick, then?

Page 21

1    A   I guess you could say Ignacio, maybe.  I
2    don't -- I don't really I don't know if he would
3    report to him.  I guess they were kind of even
4    because they're all kind of, like, area managers.
5    So I guess I would say the guys in the field.
6    Q   Well, you -- you began by saying that
7    Ignacio reported to Rick.  Isn't it fair to say that
8    the guys in the field, including those who are also
9    operating groups of people in the field, reported to
10   Rick?
11   A   Yes.  Yeah.
12   Q   Okay.  Now, you say that you believed that
13   Rick spoke with Gloria about the availability of
14   Ronnie; is that correct?
15   A   Yes.
16   Q   I understand you're a very close family and
17   that you take care of your mother and father -- or
18   took care of your father with your mother; is that
19   correct?
20   A   Yes.
21   Q   Okay.  And that you lived close to one
22   another, is that correct, physically?
23   A   Yes.
24   Q   All right.  So the family gets together.
25   Did Rick get together with Gloria in your presence



Page 22

1   and discuss the availability of hiring Ronnie?
2      A   I believe -- yes.
3      Q   Okay.  What did he say about why he wanted
4   to hire Ronnie?
5      A   Just that he's very knowledgeable, he knows
6   a lot, and he's been around this industry for a
7   while and that -- yeah.
8      Q   Tell me your role at the company at the time
9   these conversations are ongoing.  Do you have any
10  responsibility for general ledger input, for
11  example?
12     A   Um, yeah, I'm sure I had some.
13     Q   When you say you had some, what general
14  ledger accounts did you have responsibility for?
15     A   You mean, like, my duties?  I think one of
16  the major ones were, like, payroll.  I was a
17  corporate secretary.
18     Q   Were you a director of the company?
19     A   No.
20     Q   So you were a corporate secretary, a formal
21  title; correct?
22     A   Yes.
23     Q   And your mom was president, a formal title;
24  correct?
25     A   Yes.

Page 23

1      Q   Who were the other officers, if any, at the
2   time this discussion about hiring Ronnie occurs?
3      A   I think just my mom was the president, and I
4   was the corporate secretary.
5      Q   Okay.
6      A   I believe that's all that -- yeah, around
7   that time.
8      Q   Okay.  So to your knowledge, there was no
9   vice presidents --
10     A   No.
11     Q   -- is that correct?
12     A   No.
13     Q   Was there a treasurer?
14     A   It could have been my mom, but I'm not -- I
15  don't recall.
16     Q   Who signed the checks in May of 2018?
17     A   My mom.
18     Q   She signed all the checks?
19     A   Yes.
20     Q   In other words, payroll for, let's say,
21  hundreds of people, she would always sign all
22  checks?
23     A   Yes, her signature was on them, yes.
24     Q   Well, I know signature could be on them, but
25  was the signature a -- a -- a image that was affixed

Page 24

1   to the check through a payroll service?
2      A   On payroll, yes.
3      Q   Okay.  So on payroll, your mother's
4   signature would be affixed through the -- some
5   application in the software system; is that correct?
6      A   I believe so, yes.
7      Q   But she would manually sign various other
8   checks?
9      A   Yes.
10     Q   Who else had signature authority over the
11  bank accounts in May of 2018?
12     A   I believe I might have.  I think I was one.
13     Q   Okay.  Did you ever sign any checks in May
14  of 2018?
15     A   I don't think so, no.
16     Q   Okay.  So where -- did you have an
17  understanding as -- as these first discussions
18  occurred with Rick and Gloria that you understood
19  were occurring, did you have an understanding where
20  Ronnie was living?
21     A   I believe he was working for another company
22  in Northern California, I believe.
23     Q   Which company was that?
24     A   MLU.
25     Q   I'm sorry?

Page 25

1      A   MLU.
2      Q   MLU?
3      A   Uh-huh.
4      Q   Where was he living while he was working for
5   MLU?
6      A   I believe it was Northern California.
7      Q   Did you ever hear any reference to Ronnie
8   living in Florida in May of 2018?
9      A   I believe he was, um, going to, I think,
10  move there.
11     Q   When you say Northern California, what city
12  in Northern California did you have an understanding
13  he was living in?
14     A   You know, I don't -- I don't know the exact
15  city.  Sorry.
16     Q   Was it Sacramento?
17     A   No, I don't believe it was Sacramento.
18     Q   San Francisco?
19     A   No.
20     Q   Okay.
21     A   I don't know if it was Roseville, Rocklin.
22  I'm so sorry.  I don't remember.
23     Q   That's okay.  Roseville.  So that's -- is
24  that -- what county is that?  Do you recall the
25  county?


AdvancedONE LEGAL    is now    LEXITAS™

Page 26

1    A   Oh, no.

2    Q   Okay.

3    A   I just remember they lived in an apartment,
4  I want to say.

5    Q   Okay.  Had you ever met Ronnie prior to May
6  of 2018?

7    A   No.

8    Q   Had you ever spoken with him on the phone
9  prior to May of 2018?

10   A   No.

11   Q   Did you ever speak with him in the presence
12 of your mother while she was on the phone with
13 Ronnie prior to May of 2018?

14   A   No.

15   Q   Did you ever speak with her where you were
16 in the presence of your brother, Rick, when he spoke
17 with Ronnie prior to May of 2018?

18   A   No.

19   Q   Okay.  Now, at some point, did you learn
20 that your brother had hired Ronnie?

21   A   Yes.

22   Q   When did you learn that he had hired Ronnie?

23   A   Probably sometime around 2018 when he was
24 hired.

25   Q   If I give you a date of, say, May of 2018,

Page 27

1  does that sound familiar to you?

2    A   It might have.  I don't remember the exact
3  date.  I'm sorry.

4    Q   Okay.  Was your -- was your brother, Rick,
5  excited about the hiring of Ronnie?

6    A   Um, yeah.

7    Q   Was your mother, Gloria, excited about the
8  hiring of Ronnie?

9    A   Um, I think she was, yeah, good with it.

10   Q   Were you excited about the hiring of Ronnie?

11   A   Yeah --

12   Q   Why?

13   A   -- I would say.  Just that, you know, he had
14 a lot of -- like I said, he's been around the
15 business for a while.  Um, yeah, he was just known
16 in the industry.

17   Q   All right.  And I don't want to put words in
18 your mouth, but when you say he's known in the
19 industry, did he have a good reputation in the
20 industry?

21   A   I believe so, yes.

22   Q   Okay.  All right.  What what's your
23 understanding in May of 2018 as this excitement with
24 respect to his hiring by Rick is occurring?  What is
25 your understanding of Ronnie's reputation in the

Page 28

1  industry?

2    A   Like I said, I didn't know very much.  Just
3  that he's been around in the industry.  He had, I
4  think, a family business, I think, in --
5  (unintelligible_

6        THE REPORTER:  I'm sorry.  Repeat that last
7  part.

8        THE WITNESS:  I think it's called Disaster
9  Recovery.  He was part of -- he was part of bark
10 beetle.

11 BY MR. CATANZARITE:

12   Q   Do you recall meeting Ronnie when he came to
13 work at Mowbray's after being hired by Rick?

14   A   Yes.

15   Q   And how did that first encounter go, so to
16 speak?

17   A   You know, I don't remember the first
18 encounter.  Yeah, I can't -- I don't recall exactly.

19   Q   Did -- did Ronnie -- did Ronnie join
20 Mowbray's with his wife, Phyllis?

21   A   Yes.

22   Q   Did you meet her, as well?

23   A   Yes.

24   Q   Okay.  Now, I want to take you back to that
25 timing.  So let's say early 2018 before this -- the

Page 29

1  discussion of Ronnie is occurring, do you have an
2  understanding what the financial condition was of
3  Mowbray's at that time?  I'm sorry.  I said
4  Mowbray's.  Let me rephrase the question.

5        Do you have an understanding of what the
6  financial condition of MTS was in April of 2018?

7    A   I don't recall exactly, you know, how much,
8  you know, we had, but yeah.  I don't recall.

9    Q   Prior to April of 2018, did you routinely
10 receive financial statements from anyone concerning
11 MTS's activity?

12   A   I would never really receive them.  Our
13 accountant would take care of all that.

14   Q   Okay.  So I want to be clear.  Between 2002
15 and 2018, you don't have a recollection of looking
16 at financial statements from -- for MTS?

17   A   I might have looked at them, but I don't
18 remember -- I can't recall what they were.

19   Q   And do you know what financial statements
20 are?

21   A   Yes.

22   Q   Okay.  What are they?

23   A   They're just, like, to show your profit,
24 your loss, or how much money you have.

25   Q   Uh-huh.  Okay.  So are you familiar with



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 12 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 30..33
Robin Mowbray, 05/30/2023

Page 30

1  something called an income statement which would
2  show the revenues and expenses for the period?
3      A  Yes.
4      Q  Okay.  Are you familiar with something
5  called a balance sheet which would show your assets
6  and your liabilities and your equity during --
7      A  Yes, I've seen those, yes.
8      Q  You've seen those.
9      A  Yes.
10     Q  Okay.  So when I ask what you recall about
11 the financial condition of Mowbray's in 2018, do you
12 know what the profit and loss was year-to-date April
13 of 2018?
14     A  You know, I'm so sorry.  I couldn't recall
15 offhand what it was.
16     Q  Okay.  Do you know what the balance sheet
17 condition was as of 12/31/2017?
18     A  No, I don't.  I don't recall what that was.
19     Q  Okay.  And at that -- and at that point in
20 2018, your mom is the sole shareholder, if I
21 understand your testimony, of MTS?
22     A  Yes.
23     Q  Okay.  All right.  Did anyone say in any
24 fashion that MTS was having financial difficulty in
25 the first quarter of 2018?

Page 31

1      A  I don't recall.  I don't -- I don't believe
2  so.
3      Q  Do you recall if anyone reported to you or
4  to your mother or to Rick or to others in your
5  presence what the financial condition was of MTS in
6  May of 2018?
7      A  Yeah, I don't recall.
8      Q  When you say you don't recall, does that
9  mean someone may have said something, you recall
10 something being said, but you just can't place it or
11 provide any specifics?
12     A  Yeah, I might have -- yeah, I just don't --
13     Q  Fair enough.  Fair enough.  With respect to
14 that, is there a gentleman named Alan Phaing?  Does
15 he work for MTS?
16     A  Yes.
17     Q  What is -- in April of 2018, what was
18 Mr. Phaing's duties and responsibilities?
19     A  He was our controller, our accountant.  He
20 took care of all our financials and --
21     Q  Okay.  And was Alan at the tip of that
22 pyramid of the accounting function?  In other words,
23 he was the guy who would have assembled a collective
24 data from accounts receivable, accounts payable, and
25 payroll and come up with the financial statements?

Page 32

1  Is that the gentleman?
2      A  Yeah, he would, and then we had our CPA.
3      Q  Okay.  Who were the CPAs at that time?
4      A  It was Soren McAdam.  Soren McAdam, yeah.
5      Q  Okay.  And what city are they in?
6      A  I believe it's Redlands.
7      Q  Okay.  So Alan Phaing would handle the
8  internal function which would include preparation of
9  profit and loss statements and balance sheets and
10 other accounting functions and work with the
11 accounting firm -- the CPAs in Redlands in
12 generating final financial statements; is that
13 correct?
14     A  Yes.
15     Q  Okay.  Now, with -- with respect to Alan's
16 role, did Alan say to you or anyone in your presence
17 that in 2017 what's your break-even analysis
18 required in terms of collections?
19     A  You know, I'm so sorry.  I don't recall.  I
20 don't -- yeah.
21     Q  Okay.  Did -- did Alan or did anyone -- did
22 anyone relate to you -- whether or not it was Alan,
23 did anyone relate to you what the break-even
24 requirements were for collections into the company
25 to pay its bills in 2017 on a monthly basis?

Page 33

1      A  You know, I'm so sorry.  I didn't take care
2  of all that, so I --
3      Q  Okay.  Fair enough.  You can only tell me
4  what you know.
5      A  I know.  Sorry.
6      Q  That's okay.  Well, we have -- we have a
7  deposition of -- of Ricky who I gather will go
8  through a number of these things, but I want to get
9  your background and your knowledge; okay?
10     A  Okay.
11     Q  Now, with respect to early 2018, did anyone
12 say to you in your presence -- or did you overhear
13 discussions about what the break-even analysis was
14 of MTS in 2018?
15     A  You know, I don't remember.  I don't recall.
16     Q  Do you have any recollection that in 2018 at
17 the time that Rick hires Ronnie Jordan that the
18 break-even analysis reported by Alan Phaing was $6
19 million per month?
20     A  I would agree with that if that's what was
21 testified, yes.
22     Q  Okay.  Well, I'm not -- I'm not putting
23 words in your mouth.  I want to understand what --
24 you heard that number because I don't want you to
25 simply adopt what I question you on because, you



Page 34

1  know, if it's not accurate -- you either heard it or
2  you didn't hear it.
3       A   I know.  Okay.  You know, I'm so sorry.
4  Yeah, I don't recall what -- I didn't know what --
5  no, I don't -- I don't recall.
6       Q   Okay.  So -- so what I'm coming to now is
7  was the purpose of -- of Rick and Gloria deciding to
8  hire Ronnie Jordan to help the company grow so that
9  it could cover its operating expenses?
10      A   That was one of them, yes.
11      Q   Okay.  What were the others -- other
12 reasons?
13      A   Well, we did have a CEO that was Mike Neal.
14 I think that he lived in Arizona, and he would --
15 she wasn't living in California, so there was an
16 issue there.  So I believe we were having some
17 issues when he was the then-CEO at that time.
18      Q   I see.  So Mike Neal.  And did you -- had
19 you ever, shall we say, gotten together with Mike
20 Neal?  Did you -- did you know who he was and talked
21 with him --
22      A   Yes.
23      Q   -- at the time?
24      A   Yes.
25      Q   Okay.  Who was getting the business?  In

Page 35

1  other words, like any business, someone's gotta
2  bring in the business; right?  And your business is
3  selling your tree service functions to utilities;
4  correct?
5       A   Right.
6       Q   Okay.
7       A   We always had our contract for Edison.  We
8  received that in -- yeah, we had that prior years.
9  Still have it.  I believe we were doing work for
10 PG&E, but I don't think we had a direct contract
11 with them.
12          So I just think our main -- our main
13 contract at that time -- oh, I think we had some
14 Sacramento SMUD.  So we already had those contracts
15 in place.
16      Q   Okay.  How familiar are you with the process
17 of generating revenue by MTS's workers in the field?
18 In other words, how did they generate revenue?  Are
19 you familiar with the billing and how it -- sort of
20 how it comes together?
21      A   I mean, they trim trees.  It could be a unit
22 lump sum, and then we invoiced it, but I really
23 wasn't involved in the invoicing.
24      Q   Okay.
25      A   But yeah.

Page 36

1       Q   So -- so you could appreciate -- everyone
2  can appreciate that if people are trimming or
3  cutting trees, that how fast you do that in a safe
4  manner --
5       A   Yes.
6       Q   -- will affect your profitability and your
7  revenue; correct?
8       A   Definitely, yes.
9       Q   Okay.  So who was -- who was -- is it fair
10 to say that up to the time Ronnie's brought on
11 board, that Rick, your brother, is responsible for
12 making certain that the trees -- that the tree
13 process of cutting and cleanup and everything else
14 with utilities is handled properly?
15      A   No, I wouldn't say he was the only one in
16 charge.  There was other ones.  But I wouldn't say
17 he was the only one specifically in charge of that,
18 no.
19      Q   Okay.  And the other two gentlemen you told
20 me about was Ignacio and Marcos; correct?
21      A   Yeah.  I think there was also Jesus
22 Velasquez in Sacramento.
23      Q   Okay.  Any others any others?
24      A   Not that I can recall offhand, but those
25 were the main ones.

Page 37

1       Q   Okay.  And Ignacio, can I have the spelling
2  of Ignacio's last name, please?
3       A   It's Huerta, H-U-E-R-T-A.
4       Q   And how about Marcos's last name, please?
5  Spell it.
6       A   Rodriguez, R-O-D-I-G-U-E-Z [sic].
7       Q   Thank you.  Okay.  Now, with respect to
8  Ronnie's hire by Rick, are you familiar with the
9  compensation package?
10      A   His?
11      Q   Ronnie's.
12      A   I wasn't aware of it until later on.
13      Q   Okay.  Okay.  You say I wasn't aware of it
14 until later on.  How much later?
15      A   I don't recall exactly what it was, but it
16 was probably when I was given the contract to have
17 my mom sign.
18      Q   Okay.  Contract to have your mom sign.  When
19 was your mom given a contract to sign?  Do you
20 recall?
21      A   I know they had brought it to me a few times
22 to have her sign it, and I let -- I just let them
23 know that her attorneys would have to look that
24 over.
25      Q   Okay.  Her attorneys would have to look that



Page 38

1    over?
2       A    Yes.
3       Q    Which attorneys were those?
4       A    Stephen Cho and Michael Kim.
5       Q    Okay.  All right.  So you're familiar with
6    the contract that is being -- it's a typed up
7    contract; right?
8       A    Yes.
9       Q    Given to your mother that you brought to
10   your mother to sign, prepare --
11      A    They brought it to me a few times and asked
12   for me to have her sign, and, like, I would let them
13   know that it would have to be looked over by her
14   attorneys.
15      Q    Okay.  All right.  And the -- and her
16   attorneys meaning your -- Gloria's attorneys were
17   Stephen Cho, who happens to be with us today, and
18   Michael Kim; correct?
19      A    Yes.
20      Q    All right.  They were also the company MTS's
21   attorneys or at least some of the main attorneys;
22   correct?
23      A    Yes.
24      Q    Okay.  Now, do you -- can you place the year
25   that that contract is presented to your mother to

Page 39

1    sign?
2       A    You know, I don't remember the exact time.
3    I believe we were in the building that we were in
4    before we moved to this one.  I really can't recall
5    the exact year.
6       Q    Can you give me a range or estimate?
7       A    I don't know if it was 2019.
8       Q    Okay.
9       A    I think it might have been -- I don't know
10   if it was before COVID.  I don't remember.  Sorry.
11      Q    Okay.  If I -- if I tell you that the
12   contract -- that contract isn't signed until late
13   2020, does that refresh your recollection?
14      A    I don't believe it was that one that was
15   signed.
16      Q    Okay.  Now, prior to that contract that you
17   saw that you know is signed, what was the contract
18   arrangement for compensation of Ronnie that was
19   agreed to by Rick and Gloria?
20      A    You know, I really don't remember exactly
21   what was on -- I don't remember the -- all of it.
22   Like I said, it was a one page, and it -- they --
23   like I said, they kept on asking me to have my mom
24   -- my mother sign it.
25      Q    Okay.  It was one page, and they kept asking

Page 40

1    your mother to sign it?
2       A    Yes.
3       Q    Okay.  So someone's bringing -- let me see
4    if I can -- let me see if I can -- are you able --
5    where are you talking to me from?  Are you from home
6    or --
7       A    You know, I'm so sorry.  I'm from home
8    because I've been sick this weekend, so I'm just on
9    this laptop.  I'm so sorry.
10      Q    Oh, well, you have -- so you need me to show
11   you a document before you can tell me about it or
12   can I send it to you and --
13      A    Sure, yeah.  You can send it to my e-mail.
14      Q    Okay.  Well, let me do that.  I'll send it
15   to you, and I'll send it to Mr. Cho at the same
16   time.
17           MR. CATANZARITE:  Stephen, is that okay with
18   you rather than sending it through chat?
19           MR. CHO:  That's fine.  Any way you can
20   share it on the -- on the board or --
21           MR. CATANZARITE:  I can share it on the
22   screen.  Let me try share screen.  You know,
23   sometimes it's harder and the witness says well, I'd
24   like to see more of the document.  Let me -- let me
25   show you a document and see if this is the document

Page 41

1    you're referring to.
2    BY MR. CATANZARITE:
3       Q    Can you see that document?
4       A    Yes.
5       Q    Okay.  Is that the document that you were
6    describing as a one-page document that your mother
7    was being asked to sign?
8       A    Yes.
9       Q    All right.  Who was asking your mother to
10   sign that document?
11      A    I -- I believe that maybe Ronnie gave it to
12   me, maybe Phyllis, and also their son-in-law,
13   Josh -- oh, my goodness.  I forgot his last name.
14   Gosh.  I'm so sorry.  I forgot his last name.
15      Q    That's okay.  So his son-in-law, Josh; is
16   that correct?
17      A    Yes.
18      Q    Okay.  And Josh was working for the -- for
19   MTS, also; correct?
20      A    Yes.
21      Q    He was safety -- in charge of safety?
22      A    Yes.
23      Q    Okay.  So these -- or one or more of these
24   folks were asking -- were tendering this document to
25   you to ask you to have Gloria sign it; correct?



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                Pages 42..45
Robin Mowbray, 05/30/2023

Page 42

1    A   Yes.
2    Q   All right.  Did you read it when you
3  received it?
4    A   I don't believe I really did look at it.  To
5  be honest, I really didn't.
6    Q   Okay.  Can you tell me did Rick give this
7  document to you, as well?
8    A   No, never.
9    Q   I'm going to mark this as Exhibit 4.
10        (Whereupon Exhibit 4 was marked for
11        identification.)
12        MR. CATANZARITE:  And, Kieu, I'll send this
13  to you as a separate document; okay?  So we'll call
14  this Exhibit 4.  It is identified as the one page
15  May 28, 2018, typewritten agreement with a signature
16  line for Ronnie and Phyllis Jordan and Mowbray's
17  authorized signatures one and two.
18  BY MR. CATANZARITE:
19    Q   Okay.  So can you place the year in which
20  you received this document?
21    A   I -- it probably was -- I don't -- I don't
22  think it was 2018.  I'm thinking -- you know, I
23  don't really know.  I could see what office we were
24  in, but I don't really recall the exact date.  I'm
25  sorry.

Page 43

1    Q   When you say you can see what office you
2  were in, does that mean you have a recollection of
3  receiving this when you were in the office before
4  you moved?
5    A   Yes.
6    Q   Okay.  And when did you -- when did the
7  company, MTS, move into its new office?
8    A   I believe it was in 20 -- 2019.
9    Q   Okay.
10   A   2020.
11   Q   Well, whenever --
12   A   I'm so sorry.
13   Q   Yeah, whenever the operations changed to the
14  new location, you have a recollection of having
15  received this document from Ronnie and/or Phyllis
16  and/or Josh prior to that move; is that correct?
17   A   Yes.
18   Q   How much time prior to the move do you
19  recall first seeing this document?
20   A   I really -- I can't recall the year.  I
21  can't remember the exact date.
22   Q   You can't remember an exact date, but your
23  best estimate is approximately one year before the
24  move into the new offices, you received -- first
25  received Exhibit 4, the May 28th typewritten page

Page 44

1  from Ronnie and/or Phyllis and/or Josh; correct?
2    A   Well, I can't really say the exact date.
3  I'm sorry.  I can't.  I just remember where I was at
4  and when they would bring it to me and ask me for my
5  mother to sign.  I can't even tell you what the date
6  was.
7    Q   Yeah, I'm not asking you for the date.  I
8  understand that you can't do that.  I'm trying to
9  place it.  If we say the move is on a date that
10  we'll be able to identify by talking to others,
11  perhaps, or we'll see another document, you
12  estimated that approximately one year prior to that
13  move, you had seen this document; correct?
14   A   I don't know if it was a year or -- like I
15  said, I can't remember the year.  I'm sorry.
16   Q   Can you give me a range or estimate?  Six to
17  nine months, six months to a year before the move?
18   A   Could be.
19   Q   Okay.  So we -- are you saying could be as
20  an estimate -- a best estimate?
21   A   Yeah, I'd say best estimate, yes.
22   Q   Thank you so much.
23   Q   Did you hand the document to Gloria?
24   A   Yes, I believe on occasion I did.
25   Q   Okay.

Page 45

1    A   I might have sent it to her lawyers --
2    Q   Okay.
3    A   -- first, and then my mom was aware that --
4  that's what she wanted me to do.
5    Q   Okay.  So your recollection is that you
6  handed this document, Exhibit 4, to your lawyers,
7  Mr. Kim and/or Mr. Cho for review, and you may have
8  handed it to your mother at the same -- at or about
9  the same time; is that correct?
10   A   Yes.
11   Q   All right.  And what did your mother say
12  about the document when she reviewed it?
13   A   I don't recall exactly what she said, just
14  that she had to talk to, like I said, her lawyers
15  about it.
16   Q   Okay.  So you have a recollection, I take
17  it, that you smoke with your mother about the
18  one-page agreement, that she had reviewed it, and
19  said she had to talk to her lawyers; is that
20  correct?
21   A   Yes.
22   Q   Did she say anything else?  Did she say
23  anything about the terms that are contained in the
24  document?
25   A   Um, at that time, I really -- I don't know



Page 46

1  if she had some issues with it, but I can't recall
2  exactly, yeah, what they were.
3      Q   Your best recollection is your mother may
4  have had some issues with it, but you can't recall
5  exactly what they were; correct?
6      A   Yes.
7      Q   Okay.  How would you characterize your
8  mother in this time period, 2018?  What type of a
9  lady was she?
10     A   She was a very strong lady, she was tough.
11     Q   Yeah.  All right.  Well, I imagine she was.
12  Your father was injured in 1993 and never recovered.
13  She was taking care of him, I understand, in the
14  house contrary of nurses, correct, and doctors?
15     A   Yes.
16     Q   And that's a difficult thing to do to take
17  care of a loved one, her husband, in the house,
18  correct?
19     A   Yeah.
20     Q   In other words, your mom was so tough, she
21  wouldn't put him into any nursing home or anything.
22  She was going to take care of him; correct?
23     A   Yes.
24     Q   Okay.  And -- at the same time, she's
25  president of the business -- a successful business,

Page 47

1  MTS; correct?
2      A   Yes.
3      Q   She was also owner of multiple pieces of
4  real estate; correct?
5      A   Yes.
6      Q   Okay.  Fair to say she's handling millions
7  of dollars; correct?
8      A   Yeah.  Yes.
9      Q   And did you -- was your mother -- by your
10  observation, was your mother savvy?  In other words,
11  she knew what was going on, she knew what the fiscal
12  cash flows and business operations were, and what
13  she could spend when she could spend money and when
14  she couldn't spend money.  Would that be fair to
15  say?
16     A   Yeah, when she would have, yeah,
17  conversations with Alan, yes.
18     Q   Okay.  Did she ever have any conversations
19  with Alan in your presence?
20     A   Um, might have.
21     Q   Okay.  Did she ever say to you or report to
22  you conversations that she had had with Alan -- Alan
23  Phaing?
24     A   Yeah, I'm sure she has, yes.
25     Q   Okay.  Do you recall any of them?  Do any of

Page 48

1  them stand out in your mind?  In other words,
2  witnesses can have a recollection of hearing certain
3  things, but sometimes something will stand out in
4  their mind.
5      Do any of the conversations that your mother
6  reported to you about her communication with Alan
7  stand out in your mind?
8      A   Um, no, not that I recall.  Like I said,
9  she -- I can't -- no, not at this time.  I can't
10  really recall.  They might have talked about --
11  yeah, I really don't recall exactly.
12     Q   I want to come back now to your mother's
13  reaction to the one-page agreement that appears in
14  Exhibit 4 --
15     A   Yeah.
16     Q   -- the May 28, 2018 one page typewritten
17  document.  Your mother -- you've told us that your
18  mother's strong-willed; correct?
19     A   Uh-huh.
20     Q   You'll have to answer audibly yes or no,
21  please.
22     A   Yes.
23     Q   Okay.  Your mother is savvy about what's
24  going on in the business, the revenue and expenses,
25  having talked with her comptroller; correct?

Page 49

1      A   Yeah.
2      Q   And she would not -- if she disagreed with
3  something, she would tell you about it; correct?
4      A   Yes.
5      Q   And she didn't say anything specifically
6  about this one-page document that she disagreed
7  with, did she?
8      A   Um, I don't know if she said anything
9  about -- she might have said that, yeah, she wasn't
10  okay with some of the things.  That's why she had to
11  talk to her lawyers.
12      She wasn't okay with -- I don't know the
13  specifics, but -- I don't know if she was okay with
14  the vehicles, the -- I don't know -- the houses.
15  She just -- yeah, I mean, I really don't know.  She
16  just had issues with it.  That's why she had to talk
17  to her lawyers.
18     Q   Okay.  I understand that, and I got that.  I
19  gleaned that from your earlier reporting to us of
20  what your mother said.  I'm searching for if there
21  is anything that she said no way, no how I didn't
22  agree to that.
23     A   Um, I think for sure she wasn't probably
24  okay with the ten percent --
25     Q   Okay.



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 17 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 50..53
Robin Mowbray, 05/30/2023

Page 50

1    A  -- or the -- I think that was discussed
2  later.  Maybe the -- the vehicles, the -- but then,
3  yeah, I think there was a few things that she wasn't
4  okay with.
5    Q  Okay.  And when you say I think she said,
6  are you saying -- do you have a specific
7  recollection of the words she used to convey to you
8  what you just said?
9    A  Yes, I think she had more conversations,
10  like I said, with our lawyers about that --
11    Q  Fair enough.
12    A  -- when they talked about it and then they
13  had came to the agreement of the contract which
14  Ronnie signed.  So I feel like she had those
15  conversations.
16    Q  Okay.
17    A  Like I said --
18       (Technical glitch.  Inaudible.)
19       THE REPORTER:  I'm sorry.  My audio cut out
20  for a second.  I didn't hear the last part of the
21  question -- I mean answer.
22       THE WITNESS:  I believe that she just was
23  not okay with some of the things.  That's why she
24  wanted to go over it with her lawyers to agreement
25  for where they could come to agreement with Ronnie.

Page 51

1       MR. CATANZARITE:  Okay.
2  BY MR. CATANZARITE:
3    Q  So I'm going to go back to the specifics.
4  What did she specifically say, if anything, about
5  the ten percent?
6    A  Um, I believe she wasn't okay with that.
7    Q  Well, when you say someone's not okay with
8  it, they're not okay with what the ten percent
9  applies to?  Is that what she was not okay with?
10    A  Yes, I think so, yes.  She wasn't okay with
11  that.
12    Q  Okay.  So she was okay to using ten percent
13  but not what it applied to.  Is that your
14  understanding?
15    A  No.  I don't know exactly what it was.  Just
16  said she had issues with the ten percent of the --
17    Q  All right.  Did she think the number was
18  less than ten percent, did she think the number was
19  no ten percent, did she think it was five percent,
20  eight percent?  Did she say anything?
21    A  I think that she just wasn't okay with it,
22  period.  I don't know.  She was just -- she was okay
23  with not the ten percent.
24    Q  Okay.  So -- so now tell me -- tell me what
25  reporting did you -- you or Gloria have with Ronnie

Page 52

1  about Gloria's supposed disagreement with the ten
2  percent.
3    A  I don't think that that was spoken to Ronnie
4  at all.  Like I said, it was spoken with our
5  lawyers, and she wasn't okay with it.
6    Q  Okay.  So now let's go -- let's go back to
7  did she ever -- did she report to you that she ever
8  had anyone who -- who she had entered into a
9  contractual agreement that offered a percentage of
10  profits?
11    A  I don't -- I'm not sure about that.
12    Q  Okay.  Are you aware of anyone that works
13  for the company -- any executive that works for the
14  company that had a percentage of profits?
15    A  No, I'm not.
16    Q  Okay.  Is that because your mother would
17  never agree to such an agreement?
18    A  I'm not sure.  Just for this specific, the
19  ten percent, she was not okay with that.  I'm not
20  sure about prior or -- just I know that she referred
21  to something that she wasn't okay with that.
22       That's, like I said, she spoke to her
23  lawyers, and I think that they had come to
24  agreement.  I'm not sure what that was, but she was
25  not okay with the ten percent.  No, she wasn't.

Page 53

1    Q  Okay.  So now what I'm asking is you
2  understood as you handed this letter to your mother
3  that Ronnie and Phyllis understood that Ronnie was
4  received ten percent of profits; correct?
5    A  I think I learned that after.
6    Q  Okay.
7    A  Or the discussion, like I said.
8    Q  Okay.  So did anyone report to Ronnie that
9  there's a disagreement as to the ten percent?
10    A  I'm not sure.
11    Q  Okay.  Now, your mother -- would it be fair
12  to say your mother is strong but fair?
13    A  Um, yeah.  Yes.
14    Q  Would your mother go back on her word?  I
15  mean, if she agreed to something or if Rick had
16  agreed to something on her behalf, would she try to
17  change it after someone has put a year or more at
18  service to the company which she --
19       MR. CHO:  Objection.  Lacks foundation.
20  Incomplete hypothetical.  Calls for speculation.
21  Answer if you know.
22       THE WITNESS:  Can you repeat that?
23       MR. CATANZARITE:  Kieu, can you read it
24  back?
25       THE REPORTER:  Would your mother go back on



Page 54

1    her word? I mean, if she agreed to something or if
2    Rick had agreed to something on her behalf, would
3    she try to change it after someone has put a year or
4    more at service to the company which she -- and it
5    got cut off with the objection.
6         THE WITNESS: I think you'd have to ask her
7    that.
8         MR. CATANZARITE: Okay.
9         THE WITNESS: I don't think -- first of all,
10   Rick would have no authority to do that.
11   BY MR. CATANZARITE:
12        Q    Why do you say that?
13        A    Because she's -- she had the last say so.
14   That's why they knew that she needed to sign this.
15        Q    Who's the they knew?
16        A    Phyllis, Ronnie.
17        Q    They knew what?
18        A    That my mom had to be okay with this and
19   sign it.
20        Q    Well, it doesn't have Gloria on here as the
21   signature.
22        A    Well, they gave it to me and they would say
23   can you please have your mother sign this.
24        Q    Okay.
25        MR. CHO: Hey, Ken --

Page 55

1         THE WITNESS: Multiple times.
2         MR. CHO: Hold on. Hold on a second. Ken,
3    it's been about an hour seven minutes. When you
4    think it's appropriate, I'd like a short break.
5         MR. CATANZARITE: Sure. Give me a couple
6    minutes on this subject, and then we'll take a
7    break, if that's okay with the witness.
8         MR. CHO: Yeah, that's fine.
9         MR. CATANZARITE: Is that okay with you,
10   Robin? Is that okay with you, Robin, a few more
11   minutes on this subject?
12        THE WITNESS: Yeah, that's fine.
13        MR. CATANZARITE: Okay. Thank you.
14   BY MR. CATANZARITE:
15        Q    So I want to understand about this document
16   and the process. You say Rick didn't have the
17   authority. What authority -- why do you say that if
18   Rick is talking to Ronnie Jordan? You understood he
19   was talking to Ronnie Jordan; correct?
20        A    Yes.
21        Q    Okay. And you understand that you were
22   trying to recruit Jordan to be CEO and president of
23   the company; correct?
24        A    Yes.
25        Q    Okay. So you -- he was -- he, Rick, was

Page 56

1    communicating with Ronnie. Was your mother
2    communicating with Ronnie directly?
3         A    I don't believe so. I can't recall.
4         Q    All right. And so Rick's communicating with
5    Ronnie and getting Ronnie to relocate. You
6    understand Ronnie relocates -- Ronnie becomes
7    employed.
8         You may not understand where he relocated
9    from, that's fair, but he became employed by the
10   company; correct?
11        A    Yes.
12        Q    And you're aware of an announcement that
13   went out because he became employed by the company;
14   correct?
15        A    Yes.
16        Q    Now, when you saw this ten percent referred
17   to in this document, did you all talk with Rick to
18   figure out what he had said?
19        A    I'm not sure. My mom had that conversation.
20   I -- I'm not sure.
21        Q    Is it fair -- at this time, do you recall
22   any conversations you had with Rick or that you
23   overheard anyone have with Rick about the ten
24   percent?
25        A    No, I don't recall.

Page 57

1         Q    Okay.
2         MR. CATANZARITE: Let's take -- is ten
3    minutes okay with you, Stephen?
4         MR. CHO: Yes, that sounds great. Thank
5    you.
6         MR. CATANZARITE: Robin, is that okay with
7    you?
8         THE WITNESS: Yes. Thank you.
9         MR. CATANZARITE: Okay. So let's come back
10   at 10:20, please.
11        THE WITNESS: Okay.
12        THE VIDEOGRAPHER: Going off the record at
13   10:09 a.m.
14        MR. CATANZARITE: Thank you.
15        (Whereupon a short break was taken
16         from the proceedings.)
17        THE VIDEOGRAPHER: The time is 10:24 a.m.
18   We're back on the video record.
19        MR. CATANZARITE: Okay.
20   BY MR. CATANZARITE:
21        Q    Robin, you understand you're still under
22   oath.
23        A    Yes.
24        Q    All right. Robin, tell me when you had this
25   recollection of speaking with Gloria about



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                Pages 58..61
Robin Mowbray, 05/30/2023

---

Page 58

1   Exhibit 4.  And I can put that back up if you need
2   that.  Are you able to see Exhibit 4 again?
3       A   Yes.
4       Q   Okay.  Can you tell me -- I want to be
5   clear.  You didn't talk with Gloria about Rick's
6   discussions with Ronnie, is that correct, concerning
7   his employment?
8       A   Right.  Correct.
9       Q   Okay.  Can you tell me why -- if Rick was
10  hiring Ronnie, why you and Gloria would not talk to
11  Rick?
12      A   I -- I'm not sure if my mom spoke to him
13  about it.  She may have, but -- yeah, I'm not sure.
14  She might have spoken, I'm sure, with him, but I --
15  I wasn't present.
16      Q   Okay.
17      A   Or I might have been.  I can't recall
18  exactly.
19      Q   Okay.  So now let's talk about what you
20  recall about communications that you overheard or --
21  between Ronnie and Gloria.  Do you recall any
22  conversations that you observed between Gloria and
23  Ronnie or Gloria and Phyllis?
24      A   No.  I'm sorry.  I didn't ever recall -- I
25  don't recall those.

---

Page 59

1       Q   Okay.  Do you recall in May of 2019
2   purchasing a house on Lucas Lane?
3       A   Yes.
4       Q   And when I say you, I mean Mowbray's --
5   MT -- I wrote this down and I -- oh, MWP, Mowbray's
6   Waterman Property.  Forgive me.  MWP.  So MWP bought
7   Lucas Lane.  What's Lucas Lane?
8       A   It's one of our residence that we had
9   purchased for Ronnie and Phyllis to live in during
10  their employment.
11      Q   Okay.  And did you deliver that house to
12  Ronnie and Phyllis with your mother present?
13      A   I believe that I went to sign it because it
14  was under the LLC, so I was able to sign that.  She
15  didn't have to.
16      Q   Do you recall your mother -- do you recall
17  your mother ever being at Lucas Lane?
18      A   I don't believe she ever went there, no.
19      Q   Okay.
20      A   We might have drove past it or something,
21  but I don't -- I don't -- yeah, I don't recall.
22      Q   Do you recall your mother visiting Ronnie
23  with Ronnie and Phyllis at her house?
24      A   They might have came.  I don't know if I
25  recall the specifics, but I'm sure they did come --

---

Page 60

1       Q   Okay.
2       A   -- to her house.
3       Q   On how many occasions did Ronnie and Phyllis
4   come to your mother's house when you were present?
5       A   I can't really recall exactly how many.
6       Q   Can you tell me your first recollection of
7   the year that Ronnie and Phyllis came to your
8   mother's house?  Was it the holiday season,
9   Thanksgiving, Christmas 2018?
10      A   It could have been, but I don't remember
11  exactly the time and day that they came, what times
12  those were that -- yeah, I don't -- I don't really
13  recall the dates.
14      Q   Okay.  Do you recall Ronnie and Phyllis
15  being at various holiday gatherings at your mother's
16  house?
17      A   They could have been.
18      Q   Okay.  When you say could have been, does
19  that mean you recall that they were there, but you
20  can't recall the specifics?
21      A   Yeah, I can't recall the specifics exactly
22  when they were at our house.
23      Q   Okay.  Is it fair to say that -- that you
24  and Rick and Ricky and Gloria considered Ronnie and
25  Phyllis part of the family?

---

Page 61

1       A   Um, yeah, I -- did my mom feel that way?
2   I'm sure that we had more -- because, you know, I
3   was in the office day to day, so probably -- you
4   know, I probably felt that, but yes, they were nice
5   people.  Yes, of course, yeah.
6       Q   Okay.  And -- and in the time period from
7   Ronnie's hire until the time when Rick is let go in
8   January of 2020, is it fair to say things were going
9   well?
10      A   Um, yes.
11      Q   Okay.  Is it fair to say things were going
12  better than they ever had for MTS?
13      A   Around that time, I believe we were doing
14  good, yes.
15      Q   Okay.  I know you were doing well, but my
16  question is a little more refined.  Is it fair to
17  say that in 2019 and 2020 and 2021 that MTS was
18  going better -- doing better than it ever had?
19      A   We were doing good, yes.  Yes, we were doing
20  good.  Like I said, I didn't -- I couldn't tell you
21  about financials.  I wasn't part of that.  Like I
22  really -- I feel like yes, we were doing good, we
23  were doing good.
24      Q   In other words, fair to say that the family
25  was -- was receiving distributions, your mother,



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 20 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 62..65
Robin Mowbray, 05/30/2023

Page 62

1  from the company in millions of dollars per year;
2  correct?
3     A  Like I said, I'm not sure about all that.
4  Like, I'm not -- yeah, I don't know.  I wouldn't say
5  that we were getting millions.  I wouldn't say that.
6  You know, it costs a lot to run a business, so I
7  wouldn't say that she was getting millions of
8  dollars, no.
9     Q  Okay.  Do you have a recollection about what
10 the finances were in 2019 and 2020?
11    A  To be honest, you know, I'd say no.  I know
12 that we were paying our bills, we were, you know,
13 okay.  But to tell you the financial situation, I
14 couldn't tell you the dollar amount.  I wasn't
15 involved in that.  We have, like I said, people that
16 took care of that for us.
17    Q  Let me show you Exhibit 2.
18       (Whereupon Exhibit 2 was marked for
19       identification.)
20    Q  Can you see Exhibit 2 on your screen?
21    A  Yes.
22    Q  Okay.  So Exhibit 2 on your screen, this is
23 a -- let's see.  I think it's a six-page document.
24 Unfortunately, I didn't -- I didn't -- I didn't -- I
25 didn't paginate it.

Page 63

1        It says right here we need to generate 6.5 M
2  per month to break even.  Do you see that?
3     A  Yes.
4     Q  And -- and does that refresh your
5  recollection that in 2018, 2017 by -- by this list
6  here that -- in 2017 that you needed 6.5 million of
7  receipts per month to break even?
8     A  Well, me seeing this right now is showing
9  me, but like I said, I didn't take care of our
10 finances back then.  But you showing me now, I can
11 can see that that's how much we needed.
12    Q  Okay.  But I -- it would be unfair for me to
13 ask you to tell you about it right now.  Do you have
14 a recollection of knowing that back in April 2018?
15    A  I don't.
16    Q  Okay.
17    A  I don't.
18    Q  Here's another report for 2018.  And you'll
19 see here that at the bottom here, it talks about
20 January through May of 2018 and talks about total
21 revenues of $25,839,000 versus expense monthly rents
22 of $28,727,000.
23       Does that refresh your recollection of how
24 the company was doing in April of 20 -- as of
25 May 2018?

Page 64

1     A  Like I said, no, it doesn't.  I don't recall
2  this.  I -- I couldn't tell you anything about our
3  finances back then.  I really don't recall.  I
4  didn't -- like I said, I don't -- I don't know how
5  to read these.  I -- I don't know.  Sorry.
6     Q  You don't know how to read these?
7     A  Yeah, I don't.  We had CPAs and accountants.
8     Q  Okay.  So this one shows that as of April of
9  20 -- April 30th of 2018, the company had lost,
10 according to this record, $4,480,000.  Do you see
11 that?
12    A  Yes.
13    Q  Okay.  Now, so assuming that's the case, do
14 you recall discussing bringing in -- the need to
15 bring in Ronnie because the company was doing
16 poorly?
17    A  I don't remember that's the reason why we
18 brought him in, like I said.
19    Q  Okay.  Do you recall -- after Rick was
20 fired, do you recall a conversation where you were
21 on the phone with Ronnie and you handed the phone to
22 your mother?
23    A  You could remind me of what was said.  I
24 mean, I don't --
25    Q  I'll do my best.  Do you recall Gloria

Page 65

1  saying to Ronnie that he had to promise her he would
2  never leave Mowbray's?
3     A  Um, she -- she might have said that, yes.
4     Q  Okay.  All right.  Well, you were in her
5  presence and could hear it -- hear what she was
6  saying, could you not?
7     A  I could, sir, but you're talking about --
8  I'm so sorry -- years ago.  This was -- you said it
9  was 2019?
10    Q  No, no.  I'll be precise.  I'll refine the
11 question for you.  This is -- placing this, this is
12 after Rick Mowbray is discharged.  And I believe
13 that was -- I'll tell you from the records I've
14 looked at -- and you may have a different
15 recollection -- is January 23rd, 2020.  But it's
16 January 2020.
17       This is a conversation that occurs between
18 yourself and Ronnie after Rick is discharged and
19 your mother gets on the phone with Ronnie and --
20 because there's, apparently, something going on
21 about Rick wants to come back and people don't want
22 him to come back and Ronnie offers to leave.
23       Do you recall that?
24    A  You know what?  I do not recall that.  I do
25 not recall that Rick wanted to come back.  I'm so



Page 66

1  sorry. Yeah, I do not recall that.
2      Q   Okay. Do you recall hearing Gloria say to
3  Ronnie in a phone conversation where you hand your
4  phone to -- you're on the phone with Ronnie and you
5  hand the phone to Gloria where she wants to
6  emphasize to Ronnie that -- and says to him you must
7  promise me that you'll never leave Mowbray's.
8      A   That -- that could have -- that could have
9  happened, yes, but I don't recall that. But I'm
10 sure that -- I could see, yeah, that she said that.
11     Q   Why do you say you could see she could say
12 that?
13     A   Because, you know, his -- you know, they --
14 just say that, you know, they were nice people and
15 that -- that she could say that. You know, I mean,
16 I think that -- yeah, Rick's rants, she probably
17 felt bad about that, you know. I could see that she
18 said that, but I really don't recall the specifics
19 of her saying that. I don't recall that.
20     Q   You said something -- something about she
21 might have said something, and I didn't catch the
22 full response, something that she said. Can you
23 repeat that?
24     A   Just like I said, she might have felt bad
25 for the rants that, you know, he would text Ronnie,

Page 67

1  you know, and I feel that, you know, she probably
2  just felt bad about that.
3      Q   Okay. So in other words, Rick's long text
4  messages to shall we say quite a few folks --
5      A   Yes.
6      Q   -- and -- and your mother was on those text
7  messages, as well, wasn't she.
8      A   She probably was, but I doubt that she read
9  them. He would send hundreds and hundreds, so I'm
10 sure she was.
11     Q   Okay. All right. I've seen some. Yes.
12 Okay. So let me show you another document. I'm
13 going to -- this is -- let me share screen. I'm
14 going to mark this as exhibit --
15         THE REPORTER: I'm sorry. Eight?
16         MR. CATANZARITE: H. H. We're going to
17 have some letters and some numbers. I'm not trying
18 to confuse everyone, but some of these are documents
19 that were produced by your lawyers, so I'm going to
20 keep the same labeling for convenience purposes.
21         (Whereupon Exhibit H was marked for
22         identification.)
23 BY MR. CATANZARITE:
24     Q   Do you -- did you have -- do you recall
25 having looked at the document production from MTS?

Page 68

1  Let me see if I can -- I'm trying to make it
2  smaller.
3          Do you -- do you recall receiving or
4  reviewing documents that were produced by -- by MTS
5  recently as part of this case, balance sheets for
6  MTS as of December 31st, 2018?
7      A   You know, sir, I was given, like, 1200
8  documents. And I probably did see this, but like I
9  said, I'm so bad at math that I really didn't look
10 at these. I'm sorry.
11     Q   Let me -- let's just look at this document
12 which is the profit and loss for January through
13 December 2018. It shows a gross -- it says total
14 income of $92,621. Do you see that?
15     A   Yes.
16     Q   Okay. And it shows a profit of -- net
17 ordinary income, it says net ordinary income here is
18 $1,684,000. Do you see that?
19     A   Yes.
20     Q   All right. So in 2018 after Ronnie is
21 brought on board, there's a net income from
22 operations of roughly $1.684 million. Do you see
23 that?
24     A   Yes.
25     Q   Do you recall we earlier looked at a

Page 69

1  document that showed as of April of 2018 that the
2  period -- that the company had lost $4,480,000
3  through the first four months; correct?
4      A   Yes.
5      Q   All right. So in -- in the sense, bringing
6  Ronnie on board is pretty darn good for the company
7  for Mowbray's so far; correct?
8      A   Um, yeah. Yes.
9      Q   Now I'm going to go to December 31st, 2019.
10 And to put this in perspective, Rick is fired right
11 after this year concludes. He's fired in January of
12 2020.
13         Do you recall how much total revenue and
14 profits Mowbray's had in January -- from 2019?
15     A   No, I don't.
16     Q   Okay. I'm going to show you that in --
17 well, I'll first show you the total revenue. So in
18 January to December 2019, total income was
19 $214,828,924. Do you see that?
20     A   Yes.
21     Q   Okay. So double what 2018 was; correct?
22     A   Uh-huh, yes.
23     Q   And the profits from operations were -- net
24 ordinary income was $13,748,498; correct?
25     A   Yes.

 is now LEXITAS™

Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 22 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 70..73
Robin Mowbray, 05/30/2023

Page 70

1    Q    Okay.  Now, if we look at what the
2  distributions were -- and that's on page --
3         MR. CATANZARITE:  Forgive me, Kieu.  I
4  should have said.  That's on page TOMTS -- MTS 3231
5  is the page with the profits on it, net ordinary
6  income $13,748,000.  Revenue is shown on page 3230.
7  BY MR. CATANZARITE:
8    Q    And I want to show you something right here.
9  This is distributions.  So total distributions,
10  according to this, distributions were $4,000,250
11  [sic] --
12   A    Uh-huh.
13   Q    -- to your mother.  Do you see that?
14   A    I don't think that was to my mother.  I'm
15  not a CPA, but I'm sure that was definitely not in
16  her bank account.  So like I said, I'm not a CPA.
17  Single corp, there's a lot of distributions.  I
18  don't understand it, but yeah, I see that.
19   Q    Okay.
20   A    But I'll tell you that was not in her bank
21  account.
22   Q    Well, how much was in her bank account that
23  you recall?
24   A    There was no $4 million.  I'll tell you
25  that.

Page 71

1    Q    How many millions was it?
2    A    No millions.  It was no millions.  I could
3  tell you that.
4    Q    How can you say that?
5    A    Because I know.  Because I could.  I could
6  tell you that.  Well, I couldn't tell you exactly,
7  but I -- (unintelligible)
8         THE REPORTER:  I'm sorry.  You cut out at
9  the end there.
10        THE WITNESS:  Like I said, I'm not a CPA,
11  but that wasn't -- there's taxes.  It goes back to
12  the business.  Like I said, I'm not a CPA.  And this
13  is -- I'm not sure about -- this is my mother's.  I
14  don't know where -- where -- what we're trying to
15  get at.
16  BY MR. CATANZARITE:
17   Q    Well, we were talking about distributions
18  earlier.
19   A    Right, and you said that this was given to
20  my mother.  Like I said, I'm not a CPA, and I don't
21  think that this was a check given for $4 million to
22  my mother.  You'd have to talk to our CPA about
23  that.  You'd have to depose him, but yeah.
24   Q    Okay.  Well, there's another account that
25  says distribution that says $2,767,478.  Do you see

Page 72

1  that?
2    A    Yes.
3    Q    I mean, you understand that distributions
4  are transfers from the company to the shareholder;
5  correct?
6    A    But it's -- it's more that goes into that.
7  It's -- yeah, it's just -- there's a lot that goes
8  into it.  Like I said, I'm not a CPA.  You'd have to
9  talk to him about that.  It's not like it's a check
10  given to my mom.  There's other assets, like I said.
11   Q    But you would agree with me that according
12  to this, the distributions were $7 million; correct?
13   A    That -- yeah, I -- I guess so.
14   Q    Okay.  Now, let's go to 2020.  In 2020, do
15  you recall -- now, 2020 is the year in which Rick is
16  discharged the end of January, Ronnie continues in
17  his role, and sometime during the year, he's asked
18  to step down; correct?
19   A    Yes.
20   Q    Do you recall what type of year 2020 was?
21   A    I don't recall the exact time, no.
22   Q    Was it, again, double what 2019 had been?
23   A    I don't recall.
24   Q    You recall 2019 was $220 million; correct?
25   A    Right.  What you showed me, yes.

Page 73

1    Q    And 2019 -- 2018, it was $92 million;
2  correct?
3    A    I guess that's what you're showing me, yes.
4    Q    And then if we go to 2020 -- in 2020 on page
5  3234 of Exhibit H, the revenue total income is
6  $470,525,295; correct?
7    A    Yes.
8    Q    It's double 2019 which was 220,000 which
9  doubled 2018 which was 90 -- 92 -- I'm sorry.  Did I
10  say -- I'm going to rephrase the question.  My
11  apologies, Robin.
12        Anyway, $470 million is double 2020 which
13  was -- $470 million -- I'll restart.  New question.
14  $470 million in 2020 was more than double 2019 which
15  was $220 million; correct?
16   A    Yes.
17   Q    And 2019 was double the $92 million in 2018;
18  correct?
19   A    Yes.
20   Q    And the profits -- let's look at the
21  profits.  The profits in 2020, the net operating
22  income, which appears on page 3235 was $69,630,755;
23  correct?
24   A    That's what it looks like, yes.
25   Q    Okay.  And -- and if we go back and look at



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 23 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                     Pages 74..77
Robin Mowbray, 05/30/2023

Page 74

1    our distributions which appears on page 3233, the
2    distributions were -- says $3,453,623 to Gloria tax
3    and another $3,593,978 to Robin tax.
4        A   Yes.
5        Q   Okay.  Can you tell me, if you know, were
6    you a shareholder as of 2020?
7        A   I wasn't a shareholder.  I think I just --
8    they had -- I think I had a percentage of the
9    company, but I don't think I was a shareholder.  I
10   think I just had a percentage, but I don't believe I
11   was a shareholder.  But I'm -- I don't think I was.
12       Q   Well, according to this, if I add up the two
13   Gloria tax and Robin tax distributions and divide it
14   by -- divide it by the distribution you received,
15   you would be a 51 percent shareholder.
16           Do you recall being a 51 percent shareholder
17   in 2020?
18       A   I don't think a shareholder is different
19   from the percentage of the company.  Yeah, I
20   don't -- but -- I don't -- I don't -- you have to
21   ask our corporate attorney.  I don't think that's --
22   I don't understand all that, but -- but yeah.
23           Like I said, you have to talk to our CPA how
24   this is all distributed, the S corp and all that,
25   because distributions is not like I think I got a

Page 75

1    check for this.  It probably went back to the
2    company.  I mean, I don't -- you have to, like I
3    said, talk to our CPA.
4        Q   Okay.  Let's talk about the move into the
5    office -- the new office.  Where's the new office
6    located?
7        A   It's in San Bernardino.
8        Q   What street is it on?
9        A   It's on Mill Street.
10       Q   Okay.  And where -- where was it before it
11   moved to Mill Street?
12       A   It was on Business Center Drive in San
13   Bernardino.
14       Q   Okay.  Now, do you recall when that office
15   opened formally?
16       A   Like I said, I'm so bad with years and
17   dates.  I think -- what did we say it was, 2020?
18       Q   Okay.  Do you recall if Ronnie was asked to
19   step down before the office opened?
20       A   I don't recall.  I'm thinking that maybe he
21   was there, but then COVID and about that time where
22   they're working from home.  I don't --
23       Q   Okay.  Well, I want to orient you a little
24   bit.  I won't mislead you, I promise.  COVID started
25   in March of 2020; correct?

Page 76

1        A   I think so.
2        Q   Okay.  So in -- if I tell you that Ronnie
3    was asked to step down in October 2020, does that
4    reconcile with what your recall is?
5        A   I thought they were at the office, but like
6    I said, I don't recall.
7        Q   Let's look at the -- let's see.  This is
8    Exhibit I which is Ronnie's employment agreement.
9    Hang on a second.  I want to make sure this is the
10   right one with the date on it.  Yeah.  Okay.  This
11   is -- I'm going to show you Exhibit I.
12           (Whereupon Exhibit I was marked for
13           identification.)
14       Q   I'm going to put it on the screen for you.
15   Can you see Exhibit I on the screen now?
16       A   Yes.
17       Q   All right.  So this is an employment
18   agreement.  It says it's entered into as of
19   January 1, 2020.  Did you ever read this document?
20       A   To be honest, I really didn't.
21       Q   Okay.  And so I want to go to the end of
22   this document and -- because there's some signature
23   line here.  You see that this is -- this appears to
24   be signed by Ronnie on -- after paragraph 29, and
25   then we have -- can you make out that signature that

Page 77

1    appears on --
2        A   Yeah, that's my signature.  Like I said, I
3    probably went over it with my lawyers.  But like I
4    said, my lawyers prepared this and --
5        Q   Well, don't tell me anything your lawyers
6    said.  I'm just looking for the timing.  So if I go
7    back to this, it's -- there's an SC, Stephen.  Is
8    that Stephen Cho?  Do you know?
9        A   Yes.
10       Q   Okay.  And it says Wednesday, September 16th
11   at 6:56 p.m.  Does that refresh your recollection of
12   when your signed page was sent over to Ronnie?
13       A   I guess this is showing that it's around
14   that time.
15       Q   Okay.  And I'm going to go show you another
16   document.  I want to show you Exhibit I.  This is
17   Exhibit I.  Can you see that on the screen?
18       A   Yes.
19           THE REPORTER:  Counsel, you have two Exhibit
20   I's.
21           MR. CATANZARITE:  That wouldn't be very
22   good, would it?  I have two Exhibit I's?  Oh, I'm
23   sorry.  I may have -- I may have mislabeled that.
24   Hold on a second.  Exhibit I was the employment
25   agreement.



Page 78

1    This, I will relabel to be -- I'm going to
2 relabel this to be Exhibit 7.  I'm going to first
3 close this and reopen it.
4    (Whereupon Exhibit 7 was marked for
5       identification.)
6 BY MR. CATANZARITE:
7    Q   Do you see Exhibit 7 now?
8    A   Yes.
9    Q   Okay.  Exhibit 7 is -- I'll identify as a
10 Robin Mowbray e-mail to Ronnie Jordan, Phyllis
11 Jordan, and Richard Mowbray dated 4/24/20.  Do you
12 see that?
13    A   Yes.
14    Q   Okay.  So this -- this document describes an
15 earlier e-mail or a later e-mail from Alan Phaing,
16 and we'll get -- well come to that.  But this
17 document says on 4/15/20 that -- 4/24/20 that
18 certain things were changed in an employment
19 agreement.
20       Do you see that?
21    A   Yes.
22    Q   Okay.  Do you recall what was changed?
23    A   Um, at this -- I didn't -- I guess it's
24 saying that had to make some changes.  The contract
25 does count.  The future, including increases and

Page 79

1 premiums -- future, yeah, PG&E work -- so this is
2 Rick -- yeah, this is -- I don't recall, but this is
3 refreshing my memory.
4    Q   What was the status of PG&E at that time?
5    A   Um, I don't recall.  I remember that work
6 was slow.  I don't know exactly what was going on,
7 but I think --
8    Q   Okay.  Did they file bankruptcy in January
9 of 2020 --
10    A   Yes.
11    Q   -- if you know?
12    A   Yes.
13    Q   Okay.  So there was a problem with PG&E
14 because --
15    A   That's right.  Yes.
16    Q   All right.  So -- so the concern is -- part
17 of the concern for having this contract was what was
18 going on with PG&E; is that correct?
19    A   Yes.
20    Q   Okay.  In other words -- I put it back on
21 the screen -- was there a concern that there would
22 be a downturn in PG&E work and that you might not
23 get paid?
24    A   Yes.
25    Q   However, if we look at -- if we look at the

Page 80

1 financials for 2020, PG&E work doesn't seem to
2 have -- the problem with PG&E doesn't seem to have
3 hurt the $470 million of revenue; correct?
4    A   I don't recall.  I don't know if we were
5 getting payments.  I don't -- I don't -- like I
6 said, I don't know how to read these.  I'm not an
7 accountant or CPA.
8    Q   Okay.  If we look at exhibit -- again,
9 Exhibit I which is the financial statements -- or
10 Exhibit H which is the financial statements, the
11 revenue in 2019, the net income was $13,748,000;
12 correct?
13    A   That's what it appears to be, yes.
14    Q   Okay.  And distributions were substantial;
15 correct?  Do you recall that, $7 million?
16    A   Yeah, that's what it says.
17    Q   Okay.  On page 3229.  How much was Ronnie,
18 if you know, expecting his ten percent would --
19 would be in 2019?
20       MR. CHO:  Objection.  Calls for speculation.
21 Lacks foundation.  If you know, go ahead and answer.
22       THE WITNESS:  I don't know.  I don't know.
23       MR. CATANZARITE:  I'll withdraw the
24 question.  That would be speculation.
25 ///

Page 81

1 BY MR. CATANZARITE:
2    Q   Did you -- did you have an understanding as
3 to what ten percent, if payable to Ronnie, would
4 have amounted to?
5    A   I wasn't sure, no.
6    Q   Okay.  In 2020, without -- had ten percent
7 been payable to Ronnie Jordan, what would that have
8 amounted to?
9    A   Are you saying ten percent of the net
10 income?
11    Q   Yes.
12    A   Are you asking me what ten percent of that
13 is?  I guess it's $7 million.  Like I said, I'm so
14 bad at math.  I don't know.
15    Q   Well, I think --
16       (Simultaneously speaking.  Not reportable.)
17       THE REPORTER:  I didn't get that last part.
18       THE WITNESS:  I couldn't tell you.  Like I
19 said, I --
20       MR. CATANZARITE:  Let me -- let me rephrase.
21       THE WITNESS:  You want me to get a
22 calculator and put ten percent of this?  I can do
23 that for you.
24 BY MR. CATANZARITE:
25    Q   Well, you were right.  You said about



Page 82

1   $7 million; correct?
2       A   Okay.  Okay.  Yes.
3       Q   All right.  In other words, $69,630,755 is
4   roughly $70 million; right?
5       A   Yes.
6       Q   Ten percent of $70 million is $7 million;
7   correct?
8       A   Yeah, but I don't -- I don't know if that
9   was an agreement of the ten percent at that time.
10  Like I said, my mother was not in agreement with
11  that.  So --
12      Q   Right.  So if we look at this agreement
13  which is Exhibit 4 --
14      A   Uh-huh.
15      Q   -- ten percent of -- of what purports to be
16  in this one-page document -- and I understand that
17  your mother disagreed with it and that others
18  disagreed with it.  That would be -- the ten percent
19  was of the profits; correct?
20      A   If you're saying ten percent of profits,
21  yeah, I guess -- yeah, I guess.
22      Q   All right.  Now, Ronnie had already been
23  there since May of 2018; correct?
24      A   I believe so.
25      Q   And the employment agreement that is offered

Page 83

1   to him is -- is effective January 1st of 2020;
2   correct?
3       A   I believe so.
4       Q   Okay.  So Ronnie compensated for 2018 and
5   2019.
6       A   I believe this isn't signed.  The agreement
7   was signed -- what's the date of this?
8       Q   Well, it's -- we don't have the date of when
9   Ronnie signs it, but it's signed by you and
10  transmitted by Mr. Cho to Ronnie on September 16th
11  of 2020.
12      A   Okay.  So I think that's when it was signed,
13  2020.
14      Q   Okay.  Okay.  So was there any discussion
15  about, gee, we better get a different agreement
16  signed because we're going to owe Ronnie about
17  $7 million?
18      A   No.
19      Q   Was there ever any discussion about we
20  better get a different agreement signed because ten
21  percent would be millions of dollars due to Ronnie
22  for '18 and '19?
23      A   No.
24      Q   Okay.  Was that ever discussed at all what
25  ten percent of 2018 and 2019 profits would be?

Page 84

1       A   Not with me, no.
2       Q   Okay.  So if we looked at the typed version
3   of the document, you estimated that you received
4   this document, you say, roughly six months to a year
5   before you moved into the new office; correct?
6       A   Like I said, I don't recall the exact date.
7   I just remember we were at the other office, and
8   I -- I can't give you an exact date when I received
9   this.
10      Q   Okay.  And so Ronnie -- and if the -- if I
11  tell you the new office relocation was Jan -- was
12  October 2020, that means that you received this
13  document to be delivered to Gloria and discussed it
14  with her as you described somewhere between
15  October 2019 and roughly April 2020; correct?
16      A   Could have been, yes.
17      Q   Okay.  And if we look at this April 2020 --
18  I want to get to this April 2020 agreement again.
19  Do you see April 2020?
20      A   Yes.
21      Q   That's April 24th of 2020.  So is -- what I
22  want -- I want to see is if I can refine, perhaps,
23  your recollection of when you saw the May 28th
24  typewritten document, the one page.
25          Is it your recollection that the -- the

Page 85

1   May 28, 2008, Exhibit 4 was handed to you to give to
2   Gloria in April of 2020 -- approximately April about
3   six months before the office move?
4       A   Like I said, I can't remember the exact
5   date.  I -- I just don't know.
6       Q   Okay.
7       A   I don't know when it was.  If it was before
8   that, I just don't know.
9       Q   Yeah, the reason -- the reason I'm asking
10  these questions is because there's -- there's no
11  discussion of an employment agreement for Ronnie
12  tendered before this document that's sent sometime
13  in April 2020; is that correct?
14      A   I believe so.
15      Q   Okay.  And -- and --
16      A   I'm not certain.
17      Q   And you guys know at the time, meaning you
18  and your mom and Rick -- well, Rick -- you don't
19  discuss -- I'll withdraw the question.  New and
20  fresh question.
21          Is it your testimony that you have no
22  recollection of ever discussing with Rick Mowbray
23  the ten percent bonus that Ronnie is asking about in
24  his May 28, 2008, typewritten page?
25      A   Yeah, I don't recall.  I don't recall ever



Page 86

1  having a discussion with Rick.
2      Q   Okay.  And can you tell me why no one talked
3  to Rick?  Why didn't you or Gloria talk to Rick
4  about this?
5      A   I'm not sure if my mom talked to him about
6  this.  Me personally, I don't recall talking about
7  this to Rick.  My mom could have.
8      Q   Okay.  Got it.  Okay.  I want to ask you
9  about the announcement that Rick makes.  This is
10  in -- Exhibit 6.  I've put Exhibit 6 on the screen.
11         (Whereupon Exhibit 6 was marked for
12         identification.)
13     Q   Can you see it?
14     A   Yes.
15     Q   All right.  Now, Rick Mowbray announces to
16  all Mowbray's employees Ronnie's coming on board.
17  Do you have a recollection of this announcement?
18     A   Um --
19     Q   Three pages --
20     A   I believe I might have looked over this --
21  this -- this weekend when I was given some of these
22  documents.
23     Q   Did you review it at the time it was posted
24  to all of the employees?
25     A   I might have.

Page 87

1      Q   Okay.  This is Bates -- plaintiff's Bates
2  page number 445 through 47.
3      A   Uh-huh.
4      Q   Do you have a recollection of reading this
5  beginning to end at the time Rick posted it?
6      A   I might have.
7      Q   Did you disagree with any of it?
8      A   I don't know.  I don't -- I would have to
9  read it again.
10     Q   Did your -- to your knowledge, did your
11  mother, Gloria, read this posting?
12     A   I'm not sure.
13     Q   Okay.  Can you tell me why Rick made this
14  posting?
15     A   I'm not sure.
16     Q   You sort of laughed as you said that.
17     A   He would do a lot of -- yeah, he would do a
18  lot of posting and all that.
19     Q   Okay.  But, I mean, did -- did Mowbray's --
20  MTS take issue with anything that Rick said in this
21  announcement?
22     A   I would have to read it right now, sir,
23  and -- and go back.  At the time, I don't know.  I
24  would have to read it right now.
25     Q   Well, let me ask you a question -- a little

Page 88

1  bit different question.  Had you -- had you realized
2  that Rick posted this when he shouldn't have, it
3  would have been withdrawn or replaced by somebody
4  else writing a correction; is that correct?
5      A   I just -- I think this is pretty much
6  summoned up to announce that he's coming to work for
7  us.
8      Q   Okay.
9      A   I think -- nobody had an issue with Ronnie
10  coming to work with us.  No, not at all.
11     Q   Okay.  That's what I was getting at.
12     A   Yes.
13     Q   So this was a favorable affirmation, so to
14  speak, or verification that Ronnie was coming to
15  work for MTS by this announcement to all of its
16  employees by Rick; correct?
17     A   I don't know if anybody else -- I don't
18  recall if anybody else made an announcement, but
19  this is definitely from Rick, yes.  I don't recall
20  if anybody else made an announcement, but this was,
21  yeah, made by Rick, yes.
22     Q   Have -- have you -- have you ever heard the
23  term buzz -- that there was a buzz about something?
24     A   Yeah, I've heard that term.
25     Q   Okay.  Would this -- would it be fair to say

Page 89

1  that this posting and announcement created a buzz at
2  MTS?
3      A   No, I wouldn't say that, no.  I don't -- I
4  don't -- a buzz, no.  I think it was just saying
5  that Ronnie's going to be CEO.
6      Q   Okay.  Would it be fair to say that there
7  was an excitement about Ronnie coming to work for
8  MTS?
9      A   From Rick, yeah, I could see definitely.  I
10  think I was seeing that they had a work relationship
11  before, so he was definitely, yeah, excited about
12  it.
13     Q   Well, would it be fair to say that Mowbray's
14  itself -- the company itself, yourself, Gloria,
15  Denise that there was an excitement about Ronnie
16  coming to work for MTS?
17     A   Um, sure.  Yes, sure.
18     Q   And, in fact, that hire, the hire of Ronnie
19  Jordan, resulted in positive revenues for 2018 in
20  $92 million; correct?
21     A   I don't know if I would say that, sir.  Like
22  you said, the men are out there in the field are the
23  ones that do the work, are the ones that -- we've
24  had contracts in place.  We've had Edison contracts
25  in place for years.



Page 90

1    But he was pay very big part of it.  Yes, he
2  knew this business, but I wouldn't say it was all
3  contributed to that.
4    Q   Okay.  And in -- in 2019, MTS does
5  $220 million in revenue.  Do you give Ronnie Jordan
6  any credit for that?
7    A   Yes, I would give some credit, yes, but I
8  would say there was other attributes, too, also.
9    Q   And in 2020 with Ronnie working through and
10  not, quote, stepping down until October of 2020,
11  there's $470 million of revenue.  Do you give him
12  any credit for that?
13    A   I would say a lot of people had contributed
14  to that, yes.
15    Q   Okay.  And I'm not saying, nor do we imply
16  by my questions that Ronnie was the only one doing
17  anything.  I'm talking about an executive who's a
18  leader and who galvanizes the team and who has
19  connections with utility companies and takes
20  Mowbray's to a doubling of revenue from '18 to '19
21  and '19 to '20.
22    Is there not excitement about that?
23    A   I wouldn't say all that, but it was -- like
24  I said, I wouldn't -- I wouldn't recall that.
25    Q   And then what happens after he steps down?

Page 91

1    A   What do you mean by that?
2    Q   What happens to that $470 million revenue
3  achieved at 2020?  What happens in 2021?
4    A   I'm not sure what -- I'm not sure -- like I
5  said, I'm not -- the financials, what are you
6  referring to?
7    Q   Okay.  So we doubled from '18 to '19 $92
8  million to $220 million.  True so far?
9    A   Yeah, well, we didn't get a lot of -- we
10  didn't get a lot of area in PG&E.  There's a lot of
11  things that contributed to that.  We got -- the Bay
12  Area was just the worst.
13    There was a lot of -- a lot of things that
14  happened between that time.  But like I said,
15  financials, you have to talk to Alan Phaing.  He was
16  our accountant.  A lot of things that contribute to,
17  you know --
18    Q   You're not --
19    (Simultaneously speaking.  Not reportable.)
20    THE REPORTER:  Sorry.  One second.  You're
21  talking at the same time.
22    THE WITNESS:  We had a -- we had a very bad
23  accident in Edison where they -- (unintelligible)
24    THE REPORTER:  I'm sorry.  I didn't hear.
25  I'm sorry.  Ms. Mowbray, if you can give me a

Page 92

1  second, please.  I'm not hearing you clearly.  If
2  you can slow down and repeat your answer.
3    THE WITNESS:  If you're saying what happened
4  to 2021, there was a bad accident that happened that
5  really affected us, Mowbray's.  There's a lot of
6  things that happened between that time.
7  BY MR. CATANZARITE:
8    Q   But is it fair to say --
9    A   So we had to pay more money for insurances.
10  There was a lot of different things that happened in
11  this -- in this type of business.
12    Q   Can you tell me by range or estimate what
13  the revenue was in 2021?
14    A   No, I couldn't tell you.
15    Q   Okay.  Can you tell by range or estimate
16  what the revenue was in 2022?
17    A   No, I couldn't tell you -- (unintelligible)
18    Q   Okay.
19    THE REPORTER:  I'm sorry.  One second.  I
20  didn't get the last part of the answer.
21    THE WITNESS:  I couldn't tell you offhand.
22  No, I couldn't tell you this, no.
23    MR. CATANZARITE:  Okay.
24  BY MR. CATANZARITE:
25    Q   Well, let me show you.  Let me see if it

Page 93

1  helps you.  Do you see -- let me go to 2021.  Let's
2  go to 2021.  Okay.  2021 revenue was -- do you see
3  it says total sales on this page $284,079?
4    A   Yes.
5    Q   I'm sorry.  I miss -- misspoke.  I'll
6  rephrase the question.  Do you see the total sales
7  were $284,079,290?
8    A   Yes.
9    Q   And that's on page 3238.  And on page 323 --
10  3240, income was $31 million -- $31,052,850.  Do you
11  see that?
12    A   Yes, I see that.
13    Q   Okay.  So revenue declined and profits
14  declined; correct?
15    A   Yes.
16    Q   And in 2022, you lost money; correct?
17    A   Yes.
18    Q   Okay.  So -- and are you going to attribute
19  that to happenstance in the business and unfortunate
20  injury?
21    A   Yes.
22    Q   In other words, you're not going to
23  attribute it to the change in management.
24    A   No.
25    Q   So Ricky who was how old in January of 2021?



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    Pages 94..97
Robin Mowbray, 05/30/2023

Page 94

1    A  I'm not sure.  What does that have to do
2  anything?  An age?  Maybe 35.
3    Q  Okay.
4    A  34.
5    Q  And so Ricky takes over in the end of 2020,
6  a $470 million year that Mr. Jordan had led, and
7  immediately, the decline is material; correct?
8    A  There's a lot of attributes that happened
9  around that time, sir.
10    Q  And then in 2022, there's a massive loss;
11  correct?
12    A  Yes.
13    Q  Okay.  And he -- he, Ricky, is not to blame
14  for any of that decline and loss?
15    A  No blame at all.
16    Q  Okay.  You as a shareholder, you're happy
17  with that result?
18    A  Well, sir, like I said, this business is
19  very bad.  We've had accidents, we've had deaths,
20  and we've had a loss in -- we didn't get a lot of
21  areas.  And PG&E, we had the Bay Area.  There's a
22  lot of attributes.
23       So I'd say, yeah, there's a lot that goes
24  into this business, and it's just not one person
25  that contributes to making it or breaking it.

Page 95

1    Q  Okay.  Are you still in business today?
2    A  Yes.
3    Q  Okay.  Are you in business through Pino Tree
4  Service?
5    A  No.
6    Q  Do you own Pino Tree Service?
7    A  I don't think that's -- what is that
8  relevant to what this case is?  They're a
9  subcontractor of ours.
10    Q  Okay.  But my question's a little bit
11  different.  Do you -- does Robin Mowbray own Pino
12  Tree Service?
13    A  I don't see what that has to do with this at
14  all.
15    Q  Are you unable to answer the question,
16  Ms. Mowbray?
17    A  Yes, I am.  I don't feel comfortable in
18  answering that question.  Yes, I don't feel
19  comfortable.
20    Q  What makes you uncomfortable about that
21  question?
22    A  Because I think it's irrelevant.
23    Q  Other than that --
24    A  It's irrelevant.
25    Q  Okay.  But you're -- you see, your lawyer

Page 96

1  makes relevancy objections or will tell you not
2  to -- not to answer a question.  This is a
3  deposition, so I'm entitled to ask you.
4       And I'm going to show you Pino Tree Service
5  the -- this is a Secretary of State filing for Pino
6  Tree Service marked as Exhibit 8 filed 9/7/22.
7       (Whereupon Exhibit 8 was marked for
8       identification.)
9    Q  Type of business, tree service.  Jacobus De
10  Pino is the chief executive, you are the secretary,
11  and Phaing is the CFO?
12       Do you see that?
13    A  Yes.
14    Q  And you're the owner; correct?
15    A  Yeah.  They're a very small company.  So
16  like I said, I don't see how this is relevant to
17  anything that we're talking about, but -- I guess
18  you have it right there.
19    Q  Okay.  And I'm going to show you Exhibit 9.
20       (Whereupon Exhibit 9 was marked for
21       identification.)
22    Q  This shows Robin Mowbray as the director --
23  sole director.  Do you see that?
24    A  I do see that.  Like I said, I don't know
25  how this is relevant, but I see that, yes.

Page 97

1    Q  Well, my question -- my next question to you
2  is, Ms. Mowbray, are -- are you moving the business
3  of MTS into Pino because of adverse financial
4  consequences at MTS?
5    A  No, sir.  No, sir.
6    Q  Can you tell me why you became the owner and
7  acquired Pino Tree Service?
8    A  I think it's just our agreement that we have
9  Pino.  He was having financial difficulties, and I
10  think you just need to ask him those questions,
11  really.
12    Q  Okay.  How much did you pay Pino for this
13  stock?
14    A  I'm not sure.
15    Q  Give me a range or estimate, please.
16    A  I don't have it.  I'm not -- I think it's
17  still in negotiations, so I'm not aware.  You'd have
18  to ask our financial or accountant.  You can ask
19  Alan.
20    Q  Okay.  So you can't tell me whether you paid
21  a dollar or a million dollars.
22    A  No, I couldn't.
23    Q  Okay.
24       MR. CHO:  It's been about an hour, Ken.
25  When you think it's appropriate, I'd like another



Page 98

1  ten-minute break.
2        MR. CATANZARITE:  That will be good.  Let's
3  do -- come back at 11:31.
4        MR. CHO:  Sounds good.
5        MR. CATANZARITE:  Thank you.
6        THE VIDEOGRAPHER:  Going off the record at
7  11:22 a.m.
8        (Whereupon a short break was taken
9        from the proceedings.)
10        THE VIDEOGRAPHER:  The time is 11:40 a.m.
11  We're back on the video record.
12        MR. CATANZARITE:  So, Robin, you were -- you
13  asked me something before we went back on the
14  record.  Would you state it for the record, please.
15        THE WITNESS:  Yes, please.  I'm so sorry.
16  I've been sick this whole weekend, and I just -- I
17  feel nauseous.  I can't concentrate.  I just want to
18  be able to give you my best testimony.  If we could
19  reschedule.
20        MR. CATANZARITE:  And thank you for that,
21  Robin.  We hope you get well.
22        THE WITNESS:  Thank you.
23        MR. CATANZARITE:  Your lawyer Stephen and I
24  discussed at the break that we would trail you after
25  Ricky's deposition --

Page 99

1        THE WITNESS:  Sure.
2        MR. CATANZARITE:  -- which is set for
3  June 7th beginning at 9:00 a.m.  We'll do it by
4  video again, and you could stand by and go back on 2
5  to 3 o'clock.
6        THE WITNESS:  Sure.
7        MR. CATANZARITE:  And we'll try to stay
8  late.  Kieu, will you be doing that depo?
9        THE REPORTER:  No.  I will be out of town,
10  actually.
11        MR. CATANZARITE:  Okay.  So we'll ask --
12  we'll ask the court reporter if they can give us
13  someone who can stay late.  We don't want them to
14  have to run out at 5:00, if that's okay.
15        Stephen, is that okay with you -- I know you
16  have young children -- to stay late?
17        MR. CHO:  Yes.
18        MR. CATANZARITE:  Will that work for you?
19        MR. CHO:  It works on that day.
20        MR. CATANZARITE:  Okay.  All right.  Okay.
21  So with that, we're going to conclude the record as
22  it is so far.  This will be part one, and we'll
23  reconvene part two on the 7th.
24        And, Kieu, if you could give the page
25  number -- the last page number to your bosses over

Page 100

1  there so that they know where we begin; all right?
2        THE WITNESS:  Thank you so much.  Thank you.
3        MR. CATANZARITE:  You're welcome.  Thank
4  you.  All right.  Thank you, Elizabeth.
5        MR. CHO:  I just need the transcript.  I
6  will not need the video.
7        THE VIDEOGRAPHER:  Thank you.  Sorry.  This
8  concludes the deposition of Robin Mowbray.  Going
9  off the record at 11:42 a.m.
10        (Deposition proceeding concluded at 11:42 a.m.)
11                    -o0o-

Page 101

1                REPORTER'S CERTIFICATION
2
3        I, KIEU PHAM, a Certified Shorthand
4  Reporter, in and for the State of California, do
5  hereby certify:
6        That the foregoing witness was by me duly
7  sworn; that the deposition was then taken before me
8  at the time and place herein set forth; that the
9  testimony and proceedings were reported
10  stenographically by me and later transcribed into
11  typewriting under my direction; that the foregoing
12  is a true record of the testimony and proceedings
13  taken at that time.
14
15
16        IN WITNESS WHEREOF, I have subscribed my
17  name this 13th day of June, 2023.
18
19
20
21        _____
22        Kieu Pham, CSR NO. 13667
23  (The foregoing certification of this transcript does
    not apply to any reproduction of the same by any
24  means, unless under the direct control and/or
    supervision of the certifying reporter.)
25



Page 102

1            DECLARATION UNDER PENALTY OF PERJURY

2

3    Assignment No. 445868

4    Case Caption: Jordan v. The Original Mowbray's Tree

5                  Service, Inc., et al.

6

7            I declare under penalty of perjury that I

8    have read the entire transcript of my Deposition

9    taken in the above captioned matter or the same has

10   been read to me, and the same is true and accurate,

11   save and except for changes and/or corrections, if

12   any, as indicated by me on the DEPOSITION ERRATA

13   SHEET hereof, with the understanding that I offer

14   these changes as if still under oath.

15           Signed on the _____ day of _____,

16   20_____.

17

18   _____

19   ROBIN MOWBRAY

20

21

22

23

24

25

Page 103

1              DEPOSITION ERRATA SHEET

2    Page No._____ Line No._____ Change to:_____

3    _____

4    Reason for change: _____

5    Page No._____ Line No._____ Change to:_____

6    _____

7    Reason for change: _____

8    Page No._____ Line No._____ Change to:_____

9    _____

10   Reason for change: _____

11   Page No._____ Line No._____ Change to:_____

12   _____

13   Reason for change: _____

14   Page No._____ Line No._____ Change to:_____

15   _____

16   Reason for change: _____

17   Page No._____ Line No._____ Change to:_____

18   _____

19   Reason for change: _____

20   Page No._____ Line No._____ Change to:_____

21   _____

22   Reason for change: _____

23

24   SIGNATURE:_____DATE_____

25              ROBIN MOWBRAY



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 31 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                              104
Robin Mowbray, 05/30/2023                        Index: $1,684,000..2

## $

**$1,684,000**
68:18

**$1.684**
68:22

**$13,748,000**
70:6 80:11

**$13,748,498**
69:24

**$2,767,478**
71:25

**$214,828,924**
69:19

**$220**
72:24 73:15 90:5 91:8

**$25,839,000**
63:21

**$28,727,000**
63:22

**$284,079**
93:3

**$284,079,290**
93:7

**$3,453,623**
74:2

**$3,593,978**
74:3

**$31**
93:10

**$31,052,850**
93:10

**$4**
70:24 71:21

**$4,000,250**
70:10

**$4,480,000**
64:10 69:2

**$470**
73:12,13,14 80:3 90:11
91:2 94:6

**$470,525,295**
73:6

**$6**
33:18

**$69,630,755**
73:22 82:3

**$7**
72:12 80:15 81:13 82:1,6
83:17

**$70**
82:4,6

**$92**
73:1,17 89:20 91:7

**$92,621**
68:14

## -

**-o0o-**
100:11

## 1

**1**
76:19

**100**
13:5 14:7,9

**10:09**
57:13

**10:20**
57:10

**10:24**
57:17

**11:22**
98:7

**11:31**
98:3

**11:40**
98:10

**11:42**
100:9,10

**12/31/2017**
30:17

**1200**
68:7

**16th**
77:10 83:10

**18**
83:22 90:20 91:7

**19**
83:22 90:20,21 91:7

**1974**
11:3

**1992**
8:4

**1993**
8:11 15:3 46:12

**1st**
12:3,21 15:7 83:1

## 2

**2**
62:17,18,20,22 99:4



**20**
43:8 63:24 64:9 90:21

**2000**
19:7

**2002**
11:23 15:20,23 29:14

**2007**
17:22 18:15

**2008**
17:22 85:1,24

**2010**
18:23

**2011**
18:1

**2013**
19:7,9,14 20:19

**2017**
32:17,25 63:5,6

**2018**
16:11,12 23:16 24:11,14
25:8 26:6,9,13,17,23,25
27:23 28:25 29:6,9,15
30:11,13,20,25 31:6,17
33:11,14,16 42:15,22
46:8 48:16 60:9 63:5,14,
18,20,25 64:9 68:6,13,20
69:1,21 73:1,9,17 82:23
83:4,25 89:19

**2019**
39:7 43:8 59:1 61:17
62:10 65:9 69:9,14,18
72:22,24 73:1,8,14,17
80:11,19 83:5,25 84:15
90:4

**2020**
19:10 20:20 39:13 43:10
61:8,17 62:10 65:15,16

69:12 72:14,15,20 73:4,
12,14,21 74:6,17 75:17,
25 76:3,19 79:9 80:1
81:6 83:1,11,13 84:12,
15,17,18,19,21 85:2,13
90:9,10 91:3 94:5

**2021**
12:3,21 15:8 61:17 91:3
92:4,13 93:1,2,25

**2022**
92:16 93:16 94:10

**2023**
4:2,12

**220,000**
73:8

**23rd**
65:15

**24th**
84:21

**28**
42:15 48:16 85:1,24

**28th**
43:25 84:23

**29**
76:24

---

**3**

**3**
99:5

**30**
4:2,12

**30th**
64:9

**31st**
68:6 69:9

**3229**
80:17

**323**
93:9

**3230**
70:6

**3231**
70:4

**3233**
74:1

**3234**
73:5

**3235**
73:22

**3238**
93:9

**3240**
93:10

**34**
94:4

**35**
94:2

---

**4**

**4**
42:9,10,14 43:25 45:6
48:14 58:1,2 82:13 85:1

**4/15/20**
78:17

**4/24/20**
78:11,17

**445**
87:2

**47**
87:2



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 33 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    106
Robin Mowbray, 05/30/2023                         Index: 49..activity

**49**
 11:18

---

**5**

---

**51**
 74:15,16

**52**
 11:17

**53**
 11:17

**56**
 11:15

**59**
 11:13

**5:00**
 99:14

---

**6**

---

**6**
 11:3 86:10,11

**6.5**
 63:1,6

**6:56**
 77:11

---

**7**

---

**7**
 78:2,4,7,9

**7th**
 99:3,23

---

**8**

---

**8**

---

 18:15 96:6,7

---

**9**

---

**9**
 96:19,20

**9/7/22**
 96:6

**90**
 73:9

**92**
 8:13 73:9

**9:00**
 99:3

**9:02**
 4:12

---

**A**

---

**a.m.**
 4:12 57:13,17 98:7,10
 99:3 100:9,10

**abbreviation**
 10:1

**able**
 40:4 44:10 58:2 59:14
 98:18

**about**
 5:3,23 8:20 11:16,17
 16:4,17 17:9 18:14 21:13
 22:3 23:2 27:5,7,10
 30:10 33:13 36:20 37:4
 40:11 45:8,12,15,17,23
 48:6,10,23 49:3,6,9
 50:10,12 51:4 52:1,11,20
 55:3,15 56:23 57:25
 58:5,13,19,20 61:21
 62:3,9 63:13,19,20 64:2

 65:7,21 66:17,20 67:2
 71:13,17,22 72:9 75:4
 81:25 83:15,16,19 85:2,
 23 86:4,5,6,9 88:23 89:7,
 11,15 90:17,22 95:20
 96:17 97:24

**accident**
 14:24 15:2,5 91:23 92:4

**accidents**
 94:19

**according**
 64:10 70:10 72:11 74:12

**account**
 70:16,21,22 71:24

**accountant**
 29:13 31:19 80:7 91:16
 97:18

**accountants**
 64:7

**accounting**
 8:18 31:22 32:10,11

**accounts**
 22:14 24:11 31:24

**accurate**
 34:1

**achieved**
 91:3

**acquired**
 97:7

**active**
 14:24

**activities**
 9:15

**activity**
 29:11



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    107
Robin Mowbray, 05/30/2023                           Index: actually..and

**actually**
12:13 99:10

**add**
74:12

**administer**
20:14

**administrative**
20:11

**admonitions**
5:23

**adopt**
33:25

**Advancedone**
4:16

**adverse**
97:3

**adversely**
7:15

**affect**
36:6

**affected**
92:5

**affirmation**
88:13

**affixed**
23:25 24:4

**after**
13:19 17:9 18:16,18,24
19:5 28:13 53:5,17 54:3
64:19 65:12,18 68:20
69:11 76:24 90:25 98:24

**again**
58:2 72:22 80:8 84:18
87:9 99:4

**age**

94:2

**ages**
11:10,16

**ago**
5:18 65:8

**agree**
33:20 49:22 52:17 72:11

**agreed**
39:19 53:15,16 54:1,2

**agreement**
42:15 45:18 48:13 50:13,
24,25 52:9,17,24 76:8,18
77:25 78:19 82:9,10,12,
25 83:6,15,20 84:18
85:11 97:8

**ahead**
80:21

**Alan**
31:14,21 32:7,16,21,22
33:18 47:17,19,22 48:6
78:15 91:15 97:19

**Alan's**
32:15

**all**
4:20 5:22 9:4 10:21
15:19 17:3 19:24 21:4,24
23:6,18,21 27:17,22
29:13 30:23 31:20 33:2
38:5,15,20 39:21 41:9
42:2 45:11 46:11 51:17
52:4 54:9 56:4,17 57:24
62:3 65:4 67:11 68:20
69:5 74:22,24 76:17
79:16 82:3,22 83:24
86:15,16,24 87:18 88:10,
15 90:2,23 94:15 95:14
99:20 100:1,4

**already**
35:14 82:22

**also**
9:7,19 18:9,12 20:23
21:8 36:21 38:20 41:12,
19 47:3 90:8

**always**
23:21 35:7

**am**
4:14 95:17

**amount**
62:14

**amounted**
81:4,8

**an**
24:16,19 25:12 26:3
29:1,5 30:1 34:15 43:22
44:20 52:17 55:3 56:12
76:17 77:7 78:14,18 80:6
81:2 82:9 84:8 85:11
88:9,18,20 89:7,15 90:17
94:2 97:24

**analysis**
32:17 33:13,18

**and**
4:18,23 5:4,19,23 6:9
7:11,19 8:5,9 9:2,7,17,
19,21 10:16,21 11:2,4,8,
9,15,16,18,24 12:2,4,9,
17 13:3,20,23 14:14,17,
21,24 15:4,22 16:2,5,16,
17,22,25 17:1,2,7,16,19
18:19,21 19:8,12,13,20
20:6,13,14 21:16,17,21
22:1,6,7,23 23:3 24:18
27:17 28:15 29:15,19
30:2,6,12,19 31:18,20,
21,24,25 32:2,5,9,10




Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 35 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    108
Robin Mowbray, 05/30/2023                        Index: and/or..area

33:9 34:7,14,18,20 35:2,
19,22 36:6,13,19,20
37:1,4,22 38:4,11,12,15,
17 39:19,22,25 40:12,15,
23,25 41:12,18 42:12,16,
17 43:6 44:4 45:3,7,11,
18 46:12,14,16,24 47:9,
12,13 48:24 49:2,5,18
50:5,12 52:5,23 53:3
54:4,18,22 55:6,16,21,22
56:4,5,12 58:1,10,21,22,
23 59:4,5,9,11,12,23
60:3,7,11,14,24 61:6,17
62:10 63:4,18,20 64:7,21
65:5,12,14,18,19,21,22
66:4,6,14,21 67:1,6,9,17
68:8,12,16 69:10,13,23
70:2,8 71:12,19,20 72:17
73:1,4,17,20,25 74:3,13,
24 75:10,16 76:21,22,24
77:4,10,15 78:3,11,16,25
79:22 80:14,21 81:22
82:16,17,25 83:4,9,22,25
84:7,10,13,15,17 85:15,
17,18,19 86:2 87:18,23
89:1,18 90:4,9,15,18,19,
21,25 92:2 93:9,13,16,
18,19 94:5,6,10,13,14,
20,21,24 96:4,11,14,19
97:6,9 98:16,20,23 99:4,
7,22,24

**and/or**
43:15,16 44:1 45:7

**announce**
88:6

**announcement**
56:12 86:9,17 87:21
88:15,18,20 89:1

**announces**
86:15

**another**
9:7 21:22 24:21 44:11
63:18 67:12 71:24 74:3
77:15 97:25

**answer**
48:20 50:21 53:21 80:21
92:2,20 95:15 96:2

**answering**
95:18

**anticipation**
7:2

**any**
6:13 7:23 8:5,14,17,22,
25 12:11,20 13:6 15:8,13
22:9 23:1 24:13 25:7
30:23 31:11 33:16 35:1
36:23 40:19 46:21 47:18,
25 48:5 52:13 56:22
58:21 83:14,19 87:7
90:6,12 94:14

**anybody**
12:24 88:17,18,20

**anyone**
7:6 12:21 29:10 30:23
31:3 32:16,21,22,23
33:11 52:8,12 53:8 56:23

**anything**
45:22,23 46:21 49:5,8,21
51:4,20 64:2 77:5 87:20
90:17 94:2 96:17

**Anyway**
73:12

**apartment**
26:3

**apologies**
73:11

**apparently**

65:20

**appearing**
4:21

**appears**
48:13 73:22 74:1 76:23
77:1 80:13

**application**
24:5

**applied**
51:13

**applies**
51:9

**appreciate**
36:1,2

**appropriate**
55:4 97:25

**approximate**
11:10

**approximately**
43:23 44:12 85:2

**April**
12:3,21 15:7 29:6,9
30:12 31:17 63:14,24
64:8,9 69:1 84:15,17,18,
19,21 85:2,13

**are**
4:5,15 5:3,10,11 13:12,
20,23 17:4 20:6,10 21:8
22:9 29:20,22,25 30:4
32:5 35:16,18 36:2 37:8
40:4,5 44:19 45:23 50:6
52:12 58:2 67:18 72:4
81:9,12 89:22,23 91:5
93:18 95:1,3,15 96:10
97:2

**area**
21:4 91:10,12 94:21



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    109
Robin Mowbray, 05/30/2023                         Index: areas..Bates

**areas**
  94:21

**Arizona**
  34:14

**around**
  8:11 16:11,12 17:22
  18:1,23 22:6 23:6 26:23
  27:14 28:3 61:13 75:21
  77:13 94:9

**arrangement**
  39:18

**as**
  6:2 8:25 9:4,9 12:5,7,9
  13:18 14:18 16:23 20:1
  24:17 27:23 28:22 30:17
  41:6 42:7,9,13,14 44:19
  53:2,9 54:20 63:24 64:8
  67:7,14 68:5,6 69:1 74:6
  76:18 78:9 81:2 84:14
  87:16 94:16 96:6,22
  99:21

**ask**
  30:10 41:25 44:4 54:6
  63:13 74:21 86:8 87:25
  96:3 97:10,18 99:11,12

**asked**
  38:11 41:7 72:17 75:18
  76:3 98:13

**asking**
  5:12 39:23,25 41:9,24
  44:7 53:1 81:12 85:9,23

**aspects**
  20:2

**assembled**
  31:23

**assets**
  30:5 72:10

**assuming**
  64:13

**at**
  4:12 6:2 7:15,18 8:15
  11:25 13:11,18 14:14
  15:14,16,17 16:3 17:8,11
  18:4,9 19:8 22:8 23:1
  26:19 28:13 29:3,16,17
  30:19 31:21 32:3 33:16
  34:17,23 35:13 38:21
  40:15 42:4 44:3 45:8,25
  46:24 48:9 52:4 53:17
  54:4 56:21 57:10,12
  59:17,23 60:15,22 63:19
  65:14 67:25 68:9,10,11,
  25 70:1 71:8,15 73:20,25
  76:5,7 77:11 78:23 79:4,
  25 80:8 81:14 82:9,12
  83:24 84:2,7,17 85:17
  86:23 87:5,23 88:10,11
  89:1 91:3,21 94:15 95:13
  97:4 98:3,6,24 99:3,14
  100:9,10

**attorney**
  4:19 74:21

**attorneys**
  37:23,25 38:3,14,16,21

**attribute**
  93:18,23

**attributes**
  90:8 94:8,22

**audibly**
  48:20

**audio**
  50:19

**authority**
  24:10 54:10 55:17

**authorized**
  42:17

**availability**
  21:13 22:1

**aware**
  17:7 37:12,13 45:3 52:12
  56:12 97:17

**away**
  19:1

---

**B**

**back**
  16:20 28:24 48:12 51:3
  52:6 53:14,24,25 57:9,18
  58:1 63:10,14 64:3
  65:21,22,25 71:11 73:25
  75:1 77:7 79:20 87:23
  98:3,11,13 99:4

**background**
  33:9

**bad**
  11:16 19:3 66:17,24 67:2
  68:9 75:16 81:14 91:22
  92:4

**balance**
  30:5,16 32:9 68:5

**bank**
  24:11 70:16,20,22

**bankruptcy**
  79:8

**bark**
  17:5,8,11 28:9

**basis**
  32:25

**Bates**
  87:1




**Bay**
91:11 94:21

**be**
5:4,24 7:10 8:11 17:2
23:24 24:4 29:14 35:21
38:13,17 42:5 44:10,18,
19 47:14 53:11 54:18
55:22 58:4 62:11 63:12
65:10 74:15 76:20,24
77:21 78:1,2 79:22
80:13,19,24 82:15,18
83:21,25 84:13 88:25
89:5,6,13 98:2,18 99:8,9,
22

**became**
16:5 56:9,13 97:6

**because**
21:4 33:24,25 40:8 52:16
54:13 56:13 59:13 61:2
64:15 65:20 66:13 71:5
74:25 76:22 79:14 83:16,
20 85:10 95:22 97:3

**become**
9:21

**becomes**
56:6

**becoming**
10:24

**been**
14:24 22:6 23:14 27:14
28:3 39:9 40:8 55:3
58:17 60:10,17,18 72:22
81:7 82:22 84:16 88:3
97:24 98:16

**beetle**
17:5,8,11 28:10

**before**
5:13 10:5,13,25 12:12,21

14:14 15:18 28:25 39:4,
10 40:11 43:3,23 44:17
75:10,19 84:5 85:3,7,12
89:11 98:13

**began**
21:6

**begin**
100:1

**beginning**
4:19 87:5 99:3

**behalf**
53:16 54:2

**being**
28:13 31:10 38:6 41:7
59:17 60:15 74:16

**belief**
13:10

**believe**
11:23 13:8,25 15:10
16:5,25 17:15,21 18:1,16
19:11,15 22:2 23:6 24:6,
12,21,22 25:6,9,17 27:21
31:1 32:6 34:16 35:9
39:3,14 41:11 42:4 43:8
44:24 50:22 51:6 56:3
59:13,18 61:13 65:12
74:10 82:24 83:3,6 85:14
86:20

**believed**
21:12

**beneficiaries**
13:23

**benefit**
14:18

**Bernardino**
4:11 75:7,13

**best**
6:4,10 7:24 43:23 44:20,
21 46:3 64:25 98:18

**better**
61:12,18 83:15,20

**between**
6:8 29:14 58:21,22 65:17
84:14 91:14 92:6

**beyond**
8:6

**big**
90:1

**bill**
20:13

**billing**
35:19

**bills**
32:25 62:12

**birth**
11:2

**bit**
75:24 88:1 95:10

**blame**
94:13,15

**board**
36:11 40:20 68:21 69:6
86:16

**bonus**
85:23

**bosses**
99:25

**both**
18:14

**bottom**
63:19



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 38 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    111
Robin Mowbray, 05/30/2023                    Index: bought..Catanzarite

**bought**
59:6

**break**
55:4,7 57:15 63:2,7 98:1, 8,24

**break-even**
32:17,23 33:13,18

**breaking**
94:25

**brief**
5:24

**bring**
35:2 44:4 64:15

**bringing**
40:3 64:14 69:5

**brother**
6:25 11:17 16:16,24 17:3 26:16,20 27:4 36:11

**brought**
36:10 37:21 38:9,11 64:18 68:21

**building**
39:3

**business**
27:15 28:4 34:25 35:1,2 46:25 47:12 48:24 62:6 71:12 75:12 90:2 92:11 93:19 94:18,24 95:1,3 96:9 97:2

**but**
5:4 8:7 9:24 15:25 17:14 18:16 23:14,24 24:7 27:18 29:8,17 31:10 33:8 35:10,22,25 36:16,24 37:15 42:24 43:22 46:1,4 48:3 49:13 50:2 51:13 52:24 53:12 56:9 58:13,

14 59:21,25 60:10,19 61:4,15 62:13 63:9,10,12 65:7,15 66:9,18 67:8,18 68:8 70:15,18,20 71:7, 11,23 72:6,11 74:9,10, 11,20,22 75:21 76:5 77:3 78:16 79:2,7 82:8 83:9 87:19 88:18,20 90:1,2,7, 23 91:14 92:8 95:10,25 96:17,25

**buzz**
88:23 89:1,4

**by**
4:7 5:9 10:8,16,19,21 13:17 16:22 21:6 27:24 28:11,13 33:18 35:17 37:8 38:13 39:19 41:2 42:18 44:10 47:9 51:2 54:11 55:14 56:9,13 57:20 63:5 67:19,23 68:4 70:7 71:16 74:14 76:24 78:6 81:1,24 83:9,10 88:3,15,16,21 90:16 91:1 92:7,12,15,24 99:3,4

---

## C

**calculator**
81:22

**California**
4:10 24:22 25:6,11,12 34:15

**call**
9:3 42:13

**called**
6:22 9:7 13:14 17:4 28:8 30:1,5

**Calls**
53:20 80:20

**came**
28:12 50:13 59:24 60:7, 11

**can**
11:8 33:3 36:2,24 37:1 38:24 39:6 40:4,11,12, 13,19,21 41:3 42:6,19 43:1 44:16 48:2 53:22,23 54:23 58:1,4,9 60:6 62:20 63:10,11 66:22 68:1 71:4 74:5 76:15,25 77:17 81:22 84:22 86:2, 13 87:13 91:25 92:2,12, 15 97:6,18 99:12,13

**can't**
7:23 28:18 29:18 31:10 39:4 43:20,21,22 44:2,3, 5,8,15 46:1,4 48:9 56:3 58:17 60:5,20,21 84:8 85:4 97:20 98:17

**care**
21:17,18 29:13 31:20 33:1 46:13,17,22 62:16 63:9

**case**
4:11 64:13 68:5 95:8

**cash**
47:12

**Catanzarite**
4:20,21 5:9 28:11 40:17, 21 41:2 42:12,18 51:1,2 53:23 54:8,11 55:5,9,13, 14 57:2,6,9,14,19,20 67:16,23 70:3,7 71:16 77:21 78:6 80:23 81:1, 20,24 92:7,23,24 98:2,5, 12,20,23 99:2,7,11,18,20 100:3



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 39 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    112
Robin Mowbray, 05/30/2023                    Index: catch..concerning

**catch**
66:21

**Center**
75:12

**CEO**
9:19 16:2 17:2 34:13
55:22 89:5

**certain**
36:12 48:2 78:18 85:16

**CFO**
96:11

**change**
7:14 16:4 53:17 54:3
93:23

**changed**
15:25 43:13 78:18,22

**changes**
78:24

**characterize**
46:7

**charge**
36:16,17 41:21

**chat**
40:18

**check**
24:1 71:21 72:9 75:1

**checks**
23:16,18,22 24:8,13

**chief**
16:6 96:10

**children**
11:5,9 99:16

**Cho**
4:22 38:4,17 40:15,19
45:7 53:19 54:25 55:2,8

**Christmas**
60:9

**city**
25:11,15 32:5

**CIVSB2201281**
4:11

**cleanup**
36:13

**clear**
29:14 58:5

**clearly**
92:1

**close**
21:16,21 78:3

**collections**
32:18,24

**collective**
31:23

**come**
31:25 48:12 50:25 52:23
57:9 59:25 60:4 65:21,
22,25 78:16 98:3

**comes**
35:20

**comfortable**
95:17,19

**coming**
34:6 86:16 88:6,10,14
89:7,16

**comment**
7:15

**common**

57:4 77:8 80:20 83:10
97:24 98:4 99:17,19
100:5

**communicating**
56:1,2,4

**communication**
48:6

**communications**
58:20

**companies**
90:19

**company**
9:7 11:21 14:22 15:11,
21,23 17:10,14,16,17,18,
19 18:10 20:7,11,15
22:8,18 24:21,23 32:24
34:8 38:20 43:7 52:13,14
53:18 54:4 55:23 56:10,
13 62:1 63:24 64:9,15
69:2,6 72:4 74:9,19 75:2
89:14 96:15

**company's**
15:19

**compensated**
83:4

**compensation**
37:9 39:18

**complete**
8:8

**comptroller**
48:25

**concentrate**
98:17

**concern**
79:16,17,21

**concerning**
29:10 58:6

12:17 15:21

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 40 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                113
Robin Mowbray, 05/30/2023                      Index: conclude..courses

**conclude**
99:21

**concluded**
100:10

**concludes**
7:10 69:11 100:8

**condition**
29:2,6 30:11,17 31:5

**conference**
4:17

**confuse**
67:18

**connections**
90:19

**consequences**
97:4

**considered**
60:24

**contained**
45:23

**continues**
72:16

**continuously**
19:8

**contract**
35:7,10,13 37:16,18,19
38:6,7,25 39:12,16,17
50:13 78:24 79:17

**contractor**
8:25

**contractor's**
9:23

**contracts**
20:3,13 35:14 89:24

**contractual**

52:9

**contrary**
46:14

**contribute**
91:16

**contributed**
90:3,13 91:11

**contributes**
94:25

**controller**
31:19

**convenience**
67:20

**conversation**
56:19 64:20 65:17 66:3

**conversations**
22:9 47:17,18,22 48:5
50:9,15 56:22 58:22

**convey**
50:7

**copy**
7:10

**corp**
70:17 74:24

**corporate**
22:17,20 23:4 74:21

**corporation**
14:1,2,8,10,13

**correct**
10:14,22 12:22,23 14:15,
25 15:24 16:6 20:8,15
21:14,19,22 22:21,24
23:11 24:5 32:13 35:4
36:7,20 38:18,22 41:16,
19,25 43:16 44:1,13
45:9,20 46:5,14,18,22

47:1,4,7 48:18,25 49:3
53:4 55:19,23 56:10,14
58:6,8 62:2 69:3,7,21,24
72:5,12,18,24 73:2,6,15,
18,23 75:25 79:18 80:3,
12,15 82:1,7,19,23 83:2
84:5,15 85:13 88:4,16
89:20 93:14,16 94:7,11
96:14

**correction**
88:4

**corrections**
7:11

**costs**
62:6

**could**
21:1 23:14,24 34:9 35:21
36:1 42:23 44:18,19
47:13 50:25 60:10,17,18
64:23 65:5,6,7 66:8,10,
11,15,17 71:2,5 84:16
86:7 89:9 98:18 99:4,24

**couldn't**
30:14 47:14 61:20 62:14
64:2 71:6 81:18 92:14,
17,21,22 97:22

**counsel**
4:17 7:5 77:19

**count**
78:25

**county**
4:10 25:24,25

**couple**
55:5

**course**
61:5

**courses**



AdvancedONE LEGAL    is now    LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 41 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    114
Robin Mowbray, 05/30/2023                    Index: court..didn't

8:17,18

**court**
4:10,15,24 99:12

**cover**
34:9

**COVID**
39:10 75:21,24

**CPA**
32:2 70:15,16 71:10,12,
20,22 72:8 74:23 75:3
80:7

**CPAS**
32:3,11 64:7

**created**
89:1

**credit**
90:6,7,12

**current**
9:19

**cut**
50:19 54:5 71:8

**cutting**
20:6 36:3,13

---

**D**

---

**dad**
14:21

**darn**
69:6

**data**
31:24

**date**
9:24 11:2 16:10 26:25
27:3 42:24 43:21,22
44:2,5,7,9 76:10 83:7,8

84:6,8 85:5

**dated**
78:11

**dates**
60:13 75:17

**day**
60:11 61:3 99:19

**De**
96:9

**death**
12:12 13:11 15:7,17

**deaths**
94:19

**December**
68:6,13 69:9,18

**decided**
16:19 17:2

**deciding**
34:7

**declaration**
6:17,19

**decline**
94:7,14

**declined**
93:13,14

**defendant**
4:23

**definitely**
36:8 70:15 88:19 89:9,11

**deliver**
59:11

**delivered**
84:13

**Denise**
18:8,9,20 89:15

**depo**
99:8

**depose**
71:23

**deposition**
4:1,6 5:3,13,19,25 6:12
7:10,19 33:7 96:3 98:25
100:8,10

**described**
84:14

**describes**
78:14

**describing**
41:6

**did**
6:24 7:2,6 8:2,5,7,9,14
9:21 12:2,4,11,20 13:3,
14 15:2,4,8 17:10,14,15,
19 18:2,12,14,24 19:17,
25 21:25 22:3,14 24:13,
16,19 25:7,12 26:11,15,
19,22 27:19 28:15,19,22
29:9 30:23 32:16,21,23
33:11,12 34:13,18,20
35:18 42:2,4,6 43:6
44:23,24 45:11,22 47:9,
18,21 49:7 51:4,17,18,
19,20,25 52:7 53:8 56:17
59:11,25 60:3 61:1 67:24
68:8 73:9 75:17 76:19
79:8 81:2 86:23 87:7,10,
19 97:12

**didn't**
28:2 33:1 34:2,4 42:5
49:5,21 50:20 55:16
58:5,24 59:15 61:20
62:24,25 63:9 64:4 66:21
68:9 76:20 78:23 81:17
86:3 91:9,10,24 92:20



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 42 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                      115
Robin Mowbray, 05/30/2023                          Index: died..dollars

94:20

**died**
12:21

**difference**
6:8

**different**
65:14 74:18 83:15,20
88:1 92:10 95:11

**difficult**
46:16

**difficulties**
97:9

**difficulty**
30:24

**direct**
35:10

**directly**
56:2

**director**
15:11 22:18 96:22,23

**directors**
15:13

**disabled**
15:5

**disagree**
87:7

**disagreed**
49:2,6 82:17,18

**disagreement**
52:1 53:9

**Disaster**
28:8

**discharge**
19:9

**discharged**
65:12,18 72:16

**discuss**
7:6 22:1 85:19

**discussed**
50:1 83:24 84:13 98:24

**discussing**
64:14 85:22

**discussion**
23:2 29:1 53:7 83:14,19
85:11 86:1

**discussions**
7:5 24:17 33:13 58:6

**distributed**
74:24

**distribution**
71:25 74:14

**distributions**
61:25 70:2,9,10,17 71:17
72:3,12 74:1,2,13,25
80:14

**divide**
74:13,14

**do**
5:2,6 6:1,5,8,15,20 7:21
8:25 9:2,11,14,25 11:21
14:4,17 16:8,14 17:24
18:19 19:2,3 22:9 25:24
28:12 29:1,5,19 30:11,16
31:3 33:16 36:3 37:19
38:24 40:14 43:18 44:8
45:4 46:16 47:25 48:5
50:6 54:10,12 55:17
56:21 58:21 59:1,16,22
60:14 62:9 63:2,13
64:10,13,19,20,25 65:23,
24 66:1,2,11 67:24 68:3,

14,18,22,25 69:13,19
70:13 71:25 72:14,20
74:16 75:14,18 77:8
78:7,11,20,22 80:15
81:22 84:19 86:17 87:4,
17 89:23 90:5,11,15 91:1
93:1,2,6,10 94:1 95:6,11,
13 96:12,23,24 98:3 99:3

**doctors**
46:14

**document**
40:11,24,25 41:3,5,6,10,
24 42:7,13,20 43:15,19
44:11,13,23 45:6,12,24
48:17 49:6 55:15 56:17
62:23 67:12,25 68:11
69:1 76:19,22 77:16
78:14,17 82:16 84:3,4,
13,24 85:12

**documents**
6:13,15 67:18 68:4,8
86:22

**does**
14:6 27:1 31:8,14 39:13
43:2 60:18 63:4,23 76:3
77:11 78:25 90:4 94:1
95:11

**doesn't**
54:20 64:1 80:1,2

**doing**
35:9 61:13,15,18,19,22,
23 63:24 64:15 90:16
99:8

**dollar**
62:14 97:21

**dollars**
47:7 62:1,8 83:21 97:21



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 43 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                116
Robin Mowbray, 05/30/2023                          Index: don't..equity

**don't**
6:21 9:23 15:14 16:10
17:14,22 18:16 19:22
21:2 23:15 24:15 25:14,
17,21,22 27:2,17 28:17,
18 29:7,8,15,17 30:18
31:1,7,8,12 32:19,20
33:15,24 34:4,5 35:10
37:15 39:2,7,9,10,14,20,
21 42:4,21,23,24 44:14
45:13,25 48:11 49:8,12,
13,14,15 51:15,22 52:3,
11 54:9 56:3,25 58:25
59:18,21,24 60:10,12
62:4 63:15,17 64:1,3,4,5,
6,7,17,24 65:21 66:9,18,
19 69:15 70:14,18 71:14,
20 72:21,23 74:9,10,11,
18,20,21,22 75:2,20,22
76:6 77:5 79:2,5,6 80:4,
5,6,22 81:14 82:8 83:8
84:6 85:5,7,8,18,25 86:6
87:8,23 88:17,19 89:3,4,
21 95:7,13,17,18 96:16,
24 97:16 99:13

**double**
69:21 72:22 73:8,12,14,
17

**doubled**
73:9 91:7

**doubling**
90:20

**doubt**
67:8

**down**
20:6 59:5 72:18 75:19
76:3 90:10,25 92:2

**downturn**
79:22

**Drive**
75:12

**drove**
59:20

**due**
83:21

**during**
20:19 30:6 59:9 72:17

**duties**
22:15 31:18

---

# E

**e-mail**
40:13 78:10,15

**earlier**
11:21 49:19 68:25 71:18
78:15

**early**
28:25 33:11

**Edison**
35:7 89:24 91:23

**education**
8:2,5,14

**effective**
83:1

**efforts**
8:15

**eight**
51:20 67:15

**either**
34:1

**Elizabeth**
4:14 100:4

**else**
7:7 24:10 36:13 45:22

88:4,17,18,20

**emphasize**
66:6

**employed**
10:8,16,18,21 19:8 56:7,
9,13

**employees**
86:16,24 88:16

**employment**
58:7 59:10 76:8,17 77:24
78:18 82:25 85:11

**encounter**
28:15,18

**end**
71:9 72:16 76:21 87:5
94:5

**enough**
6:24 16:3 31:13 33:3
50:11

**entail**
19:17

**entailed**
20:4

**enter**
20:13

**entered**
52:8 76:18

**enterprise**
14:19

**entire**
20:19

**entitled**
6:4 7:11 96:3

**equity**
30:6



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 44 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                                117
Robin Mowbray, 05/30/2023                          Index: estate..finances

**estate**
47:4

**estimate**
6:5,10 39:6 43:23 44:16,
20,21 92:12,15 97:15

**estimated**
44:12 84:3

**et al**
4:9

**even**
21:3 44:5 63:2,7

**ever**
5:13 12:24 24:13 25:7
26:5,8,11,15 34:19
47:18,21 52:7 58:24
59:17,18 61:12,18 76:19
83:19,24 85:22,25 88:22

**everyone**
36:1 67:18

**everything**
36:13

**exact**
9:24 11:16 16:10 17:23
25:14 27:2 39:2,5 42:24
43:21,22 44:2 72:21
84:6,8 85:4

**exactly**
6:21 28:18 29:7 37:15
39:20 45:13 46:2,5 48:11
51:15 58:18 60:5,11,21
71:6 79:6

**EXAMINATION**
5:8

**example**
22:11

**excited**
27:5,7,10 89:11

**excitement**
27:23 89:7,15 90:22

**Excuse**
20:24

**executive**
16:6 52:13 90:17 96:10

**exhibit**
42:9,10,14 43:25 45:6
48:14 58:1,2 62:17,18,
20,22 67:14,21 73:5
76:8,11,12,15 77:16,17,
19,22,24 78:2,4,7,9 80:8,
9,10 82:13 85:1 86:10,11
96:6,7,19,20

**expecting**
80:18

**expense**
63:21

**expenses**
30:2 34:9 48:24

---

## F

**fact**
89:18

**fair**
6:24 16:3 19:24 21:7
31:13 33:3 36:9 47:6,14
50:11 53:11,12 56:9,21
60:23 61:8,11,16,24
88:25 89:6,13 92:8

**familiar**
17:4 27:1 29:25 30:4
35:16,19 37:8 38:5

**family**
21:16,24 28:4 60:25
61:24

**far**
69:7 91:8 99:22

**fashion**
30:24

**fast**
36:3

**father**
14:23 21:17,18 46:12

**favorable**
88:13

**feel**
50:14 61:1,22 67:1
95:17,18 98:17

**felt**
61:4 66:17,24 67:2

**few**
5:18 6:14 9:24 37:21
38:11 50:3 55:10 67:4

**field**
19:23 20:1,6,12,17 21:5,
8,9 35:17 89:22

**figure**
56:18

**file**
79:8

**filed**
4:9 6:22 96:6

**filing**
96:5

**final**
32:12

**finance**
8:20

**finances**
62:10 63:10 64:3



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 45 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    118
Robin Mowbray, 05/30/2023                   Index: financial..gentlemen

**financial**
29:2,6,10,16,19 30:11,24
31:5,25 32:12 62:13
80:9,10 97:3,9,18

**financials**
31:20 61:21 80:1 91:5,15

**fine**
40:19 55:8,12

**fired**
64:20 69:10,11

**firm**
4:15 32:11

**first**
8:1 19:2,4 24:17 28:15,
17 30:25 43:19,24 45:3
54:9 60:6 69:3,17 78:2

**fiscal**
47:11

**five**
19:6 51:19

**Florida**
25:8

**flows**
47:12

**folks**
41:24 67:4

**following**
8:15

**for**
4:10,21,22 5:12 6:12
9:15,23 10:1 11:19 14:25
17:10,11 18:25 19:3,4,6
22:6,10,14 23:20 24:21
25:4 27:15 29:16 30:2
31:15 32:24 35:7,9 36:11
38:12 39:18 41:18 42:10,
16 44:4,7 45:7 49:20,23

50:20,25 52:13,18 53:20
59:9 61:12 62:16,18
63:12,18 65:11 66:25
67:20,21 68:5,12 69:6,7
71:21 75:1 76:12,14 77:6
78:4 79:17 80:1,20 81:23
83:4,22 85:11 86:11
88:6,15 89:7,16,19,25
90:6,12 92:9 94:14 96:5,
7,20 97:12 98:14,20
99:2,18

**forgive**
9:17 59:6 70:3

**forgot**
6:22 41:13,14

**formal**
8:14 22:20,23

**formally**
75:15

**foundation**
53:19 80:21

**four**
69:3

**Francisco**
25:18

**fresh**
85:20

**from**
4:15 8:3 15:4,22,23 19:9
29:10,16 31:24 40:5,7
43:15 44:1 49:19 56:9
57:16 61:6 62:1 65:13
67:25 68:21 69:14,23
72:4 74:19 75:22 78:15
88:19 89:9 90:20 91:7
98:9

**full**

66:22

**function**
19:12,13 20:11 31:22
32:8

**functions**
32:10 35:3

**further**
8:5

**future**
78:25 79:1

---

### G

**galvanizes**
90:18

**gather**
33:7

**gatherings**
60:15

**gave**
5:24 41:11 54:22

**gee**
83:15

**general**
22:10,13

**generate**
19:25 35:18 63:1

**generates**
20:7

**generating**
32:12 35:17

**gentleman**
31:14 32:1

**gentlemen**
36:19



RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    119
Robin Mowbray, 05/30/2023                          Index: get..had

**get**
20:13 21:25 33:8 71:15
78:16 79:23 81:17,21
83:15,20 84:18 91:9,10
92:20 94:20 98:21

**gets**
21:24 65:19

**getting**
20:3 34:25 56:5 62:5,7
80:5 88:11

**give**
5:3 7:23 11:8 26:25 39:6
42:6 44:16 55:5 84:8
85:1 90:5,7,11 91:25
97:15 98:18 99:12,24

**given**
7:10 37:16,19 38:9 68:7
71:19,21 72:10 86:21

**gives**
6:9

**gleaned**
49:19

**glitch**
50:18

**Gloria**
11:5,9 12:1,2,4,5,11
13:11,21,24 14:14,17
15:8 21:13,25 24:18 27:7
34:7 39:19 41:25 44:23
51:25 54:20 57:25 58:5,
10,21,22,23 60:24 64:25
66:2,5 74:2,13 84:13
85:2 86:3 87:11 89:14

**Gloria's**
38:16 52:1

**go**
5:22 8:9 16:20 18:14,25

28:15 33:7 50:24 51:3
52:6 53:14,25 61:7 69:9
72:14 73:4,25 76:21
77:6,15 80:21 87:23
93:1,2 99:4

**God**
11:12

**goes**
71:11 72:6,7 94:23

**going**
5:22 25:9 42:9 46:22
47:11 48:24 51:3 57:12
61:8,11,18 65:20 67:13,
14,16,19 69:9,16 73:10
76:11,14 77:15 78:1,2
79:6,18 83:16 89:5
93:18,22 96:4,19 98:6
99:21 100:8

**good**
4:20,22 5:10,11 9:11
27:9,19 61:14,19,20,22,
23 69:6 77:22 98:2,4

**goodness**
41:13

**gosh**
18:22 19:6 41:14

**got**
17:24 18:20,24 19:5
49:18 54:5 74:25 86:8
91:11

**gotta**
35:1

**gotten**
34:19

**graduate**
8:3

**great**

5:12 57:4

**gross**
68:13

**groups**
21:9

**grow**
34:8

**guess**
6:9 21:1,3,5 72:13 73:3
77:13 78:23 81:13 82:21
96:17

**guessing**
6:5

**guy**
20:18 31:23

**guys**
19:23 20:1,6,12 21:5,8
85:17

---

**H**

---

**H-U-E-R-T-A**
37:3

**had**
5:13 8:11,22 22:12,13
24:10 26:5,8,20,22 27:13
28:3 29:8 32:2 34:18
35:7,8,10,13,14 37:21
44:13 45:14,18,19 46:1,4
47:22 49:10,16 50:9,13,
14 51:16 52:8,14,23
53:15 54:2,13,18 56:18,
19,22 57:24 59:8 61:2,
12,18 64:7,9 65:1 69:2,
14 72:22 74:8,10 78:24
81:6 82:22 88:1,9 89:10,
24 90:13 91:22 92:9
94:6,19,20,21



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 47 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    120
Robin Mowbray, 05/30/2023                        Index: half..him

**half**
18:21

**hand**
5:1 44:23 66:3,5

**handed**
45:6,8 53:2 64:21 85:1

**handle**
32:7

**handled**
36:14

**handling**
47:6

**Hang**
76:9

**happened**
66:9 91:14 92:3,4,6,10
94:8

**happens**
38:17 90:25 91:2,3

**happenstance**
93:19

**happy**
94:16

**hard**
94:19

**harder**
40:23

**has**
9:12 14:24 47:24 53:17
54:3 90:18 95:13

**have**
5:12 6:13 8:5,17,22
12:24 13:14 15:9 20:21,
22 22:9,14 23:14 24:12,
16,19 25:12 27:2,19
29:1,5,15,17,24 31:9,12,

23 33:6,16 34:13 35:9
37:1,16,18,22,23,25
38:12,13 39:9,23 40:10
41:25 43:2,14 45:1,7,16
46:4 47:16,18,20 48:2,
10,20 49:9 50:6 51:25
54:6,10,20,23 55:16
56:23 58:13,14,17 59:15,
20,24 60:10,17,18 62:9,
15 63:13 65:3,14 66:8,
21,24 67:17,24 70:4
71:22,23 72:8 74:20,23
75:2 76:25 77:19,22,23
80:2 81:2,4,7 83:8 84:16
85:21 86:7,17,20,25
87:4,6,8,22,24 88:2,3,22
91:15 94:1 96:18 97:8,
16,17 99:14,16

**having**
30:24 34:16 43:14 48:25
67:25 79:17 86:1 97:9

**he**
15:4 16:1,14,15,18
17:21,24 18:4,7,18,24
19:2,5,6,8,15,18,21,22
20:18 21:2 22:3,5 24:21
25:4,9,13 26:16,22,23
27:13,15,19 28:3,9,12
31:15,19,23 32:2 34:14,
17,20 36:15,17 41:21
55:18,25 56:8,9,13,18
65:1 66:25 67:9 75:20
87:17 88:2 89:11 90:1,25
91:15 94:13 97:9

**he's**
9:19 11:11,12,13,17 15:5
22:5,6 27:14,18 28:3
69:11 72:17 88:6

**hear**
25:7 34:2 50:20 65:5

91:24

**heard**
17:9 33:24 34:1 88:22,24

**hearing**
48:2 66:2 92:1

**held**
4:11 13:17

**help**
17:2 34:8

**helps**
93:1

**her**
10:18 12:4,12,13,15
13:3,8,11,18 14:21 15:7,
17 23:23 26:15 28:22
37:22,23,25 38:12,13,15
45:1,14,19 46:17 48:6,25
49:11,17 50:24 52:22
53:14,16 54:1,2,6 59:23
60:2 65:1,4 66:19 70:16,
20,22 84:14

**here**
5:23 6:12 7:3 54:20 63:1,
6,19 68:17 70:8 76:23

**Here's**
63:18

**Hey**
54:25

**high**
8:2,3,6

**him**
16:17,19,25 17:1,2,4,9
18:2,16 21:3 26:8,11
34:21 46:13,21,22 58:12,
14 64:18 65:22 66:6
71:23 72:9 83:1 86:5
90:11 97:10



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 48 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    121
Robin Mowbray, 05/30/2023                                Index: hire..if

hire
16:19 17:2 22:4 34:8
37:8 61:7 89:18

hired
16:1,5,8,14 26:20,22,24
28:13

hires
33:17

hiring
16:17,21,22 22:1 23:2
27:5,8,10,24 58:10

his
7:6 17:18 19:12,16 27:24
28:20 37:10 41:13,14,15
58:7 66:13 72:17 80:18
85:24

hold
8:25 55:2 77:24

holiday
60:8,15

home
40:5,7 46:21 75:22

honest
42:5 62:11 76:20

hope
98:21

hour
55:3 97:24

house
46:14,17 59:2,11,23
60:2,4,8,16,22

houses
49:14

how
5:10,11,15 8:20 9:17
13:3 15:13 17:19 28:15

29:7,24 35:16,18,19,20
36:3 37:4,14 43:18 46:7
49:21 60:3,5 63:11,23
64:4,6 69:13 70:22 71:1,
4 74:23 80:6,17 93:25
96:16,25 97:12

however
7:13 79:25

Huerta
20:22 37:3

hundreds
23:21 67:9

hurt
80:3

husband
10:18 46:17

hypothetical
53:20

─────────────

**I**

I'D
5:18 8:1 16:20 18:23
19:23 20:21,23 40:23
44:21 55:4 62:11 94:23
97:25

I'LL
5:24 40:14,15 42:12
64:25 65:10,13 69:17
70:20,24 73:13 78:9
80:23 85:19 93:5

I'M
5:11,12,22 6:4 9:24 10:2,
10 11:16,18 12:17 13:16
17:13,22 18:22 22:12
23:14 24:25 25:22 27:3
28:6 29:3 30:14 32:19
33:1,22 34:3,6 40:7,8,9

41:14 42:9,22,24 43:12
44:3,7,8,15 47:24 49:20
50:19 51:3 52:11,15,18,
19,24 53:1,10 56:19,20
58:12,13,14,24 59:25
61:2 62:3,4 65:8,25 66:9
67:9,12,13,15,17,19
68:1,9,10 69:9,16 70:14,
15,16 71:8,10,12,13,20
72:8 73:9,10 74:11
75:16,20 76:11,14 77:6,
15,22 78:1,2 80:6 81:13
85:9,16 86:5 87:12,15
90:15,17 91:4,5,24,25
92:1,19 93:5 94:1 96:3,4,
19 97:14,16,17 98:15

I's
77:20,22

I'VE
30:7 40:8 65:13 67:11
86:10 88:24 98:16

identification
42:11 62:19 67:22 76:13
78:5 86:12 96:8,21

identified
42:14

identify
4:18 44:10 78:9

if
5:1 9:3,8,25 11:4,8 15:8,
13 17:14 19:17 21:2 23:1
25:21 26:25 30:20 31:3
33:20 34:1 36:2 39:7,10,
11 40:4,25 44:9,14 46:1
49:2,8,13,20 51:4 53:15,
21 54:1 55:7,17 58:1,9,
12 59:24 68:1 70:1 73:4,
25 74:5,12 75:18 76:2
77:6 79:11,25 80:4,8,18,



21 81:3 82:8,12,20 84:2,
10,17,22 85:7 86:5
88:17,18,20 89:21 91:25
92:1,3,25 98:18 99:12,
14,24

**Ignacio**
20:22 21:1,7 36:20 37:1

**Ignacio's**
37:2

**image**
23:25

**imagine**
46:11

**immediately**
94:7

**imply**
90:15

**in**
4:7,9,25 5:3,19 7:2,17,19
8:4,22 11:23 13:6,8,10,
11,17 14:24 15:3,9,19
16:15,18 18:2,14,16
19:6,10,13,23 20:1,5,6,
10,12,17,18 21:5,8,9,25
23:16,20 24:5,11,13,22
25:8,12,13 26:3,11,16
27:16,17,18,19,23,25
28:3,4 29:6 30:11,19,23,
24 31:4,5,17,22 32:5,11,
16,17,18,25 33:12,14,16,
23 34:14,15,25 35:2,8,
15,17,18,23 36:3,15,17,
22 39:3 41:21 42:19,24
43:2,3,8 45:23 46:8,12,
13,17,20 47:10,19 48:1,
3,7,13,24 56:17 59:1,9
61:3,6,7,17,24 62:1,10,
15 63:5,6,14,24 64:14,
15,18 65:4 66:3 67:3

68:20 69:5,10,11,14,16,
17 70:15,20,22 72:14,15,
16 73:4,14,17,21 74:17
75:7,12,25 76:2,3 78:18
79:8,20,22 80:11,19 81:6
82:3,10,16 85:2,13,23
86:10 87:20 89:18,19,22,
24,25 90:4,5,9 91:3,10,
23 92:10,11,13,16 93:16,
19,22,23,25 94:5,10,20
95:1,3,17 97:17

**Inaudible**
50:18

**incarcerated**
18:5,12

**include**
32:8

**including**
21:8 78:25

**income**
30:1 68:14,17,21 69:18,
24 70:6 73:5,22 80:11
81:10 93:10

**Incomplete**
53:20

**incorporated**
4:9 11:21,22,25 15:19

**increases**
78:25

**individually**
13:6

**industry**
8:23 16:16,19 22:6
27:16,19,20 28:1,3

**injured**
14:23 46:12

**injury**
93:20

**input**
22:10

**insurance**
20:13

**insurances**
92:9

**interest**
13:11

**internal**
32:8

**into**
13:12 32:24 43:7,24
46:21 52:8 72:6,8 75:4
76:18 84:5 94:24 97:3

**invoiced**
35:22

**invoicing**
35:23

**involve**
20:1

**involved**
19:22 35:23 62:15

**irrelevant**
95:22,24

**is**
4:6,15 6:1,21 7:23 8:2
9:4,9,15,17 10:8,11,16,
18 11:2 12:20,22 13:8,10
14:1,25 15:20,23,24
16:6,8,9,21 19:13,24
20:5,11,12,17,18 21:14,
18,22 23:11 24:5 25:23,
24 27:24 29:1 30:20
31:14,17 32:1,12 34:6
35:2 36:9,11,14 38:6,25



Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 50 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    123
Robin Mowbray, 05/30/2023                          Index: isn't..kept

39:17 40:17,25 41:5,15
42:14 43:16,23 44:9
45:5,9,19 46:3 48:23
49:21 51:9,13 52:16
53:1,12 55:9,10,18 56:21
57:2,6,17 58:6 60:23
61:7,8,11,16 62:22 63:8
65:11,12,15,17,18 67:13
68:12,17,20 69:6,10
70:5,6,9 71:13 72:15
73:5,12 74:18,24,25 75:8
76:4,7,8,9,11,17,23 77:7,
13,16 78:9 79:1,2,16,18
80:9,10 81:13 82:3,6,13,
25 83:1 84:21,22,25
85:10,13,21,23 86:9 87:1
88:4,5,19 90:22 92:8
94:7,13,18 95:7,8 96:2,5,
10,11,16,25 97:2 98:10
99:2,15,22

**isn't**
21:7 39:12 83:6

**issue**
34:16 87:20 88:9

**issues**
34:17 46:1,4 49:16 51:16

**it**
5:18 6:17,21 7:11,15 8:8,
11 10:7 11:23,25 13:8
14:1,6 16:11 17:22 18:1,
17 19:24 20:1,2,4 21:7
23:14 25:6,16,17,21
27:2,9 30:15 31:10 32:4,
22 34:1,2,9 35:9,19,20,
21,22 36:9 37:5,12,13,
15,21,22 38:11,13 39:7,
9,10,14,21,22,24,25
40:1,11,12,13,14,15,18,
20,21 41:11,25 42:2,3,4,
14,21,22 43:8 44:4,9,14

45:1,8,12,15,17,18 46:1,
4 49:3,16 50:12,24 51:8,
13,15,19,21 52:4,5
53:11,17,23 54:3,4,19,
20,22 56:21 58:13 59:13,
20 60:8,10,23 61:8,11,
16,18 62:6,25 63:1,12,
13,19 64:1 65:5,8 68:1,
13,16,17 70:5,18 71:1,2,
11 72:8,22 73:1,24
74:13,14 75:1,8,10,12,17
76:10,14,18 77:3,10,22
78:3 79:20 80:13,16
82:17,18 83:9,12 84:13,
25 85:7,21 86:8,13,23
87:5,7,9,22,24 88:2,25
89:4,6,12,13 90:1,2,23
92:8,25 93:3,23 94:25
96:18 97:16 98:14 99:3,
19,22

**it's**
6:22 9:4 11:15,18 13:8
28:8 32:6 34:1 37:3 38:6
40:23 55:3,4 59:8 62:23
65:15 72:6,7,9 73:8 75:7,
9 76:18 77:7,13 78:23
81:13 83:8,9 94:24
95:22,24 97:8,16,24,25

**its**
19:25 32:25 34:9 43:7
88:15

**itself**
89:14

---

## J

**Jacobus**
96:9

**Jan**
84:11

**January**
11:3 19:10 61:8 63:20
65:15,16 68:12 69:11,14,
18 72:16 76:19 79:8 83:1
93:25

**Jesus**
36:21

**join**
28:19

**Jordan**
4:8,21 16:4,22 17:7,11
33:17 34:8 42:16 55:18,
19,22 78:10,11 81:7
89:19 90:5 94:6

**Josh**
41:13,15,18 43:16 44:1

**June**
99:3

**just**
6:17,21 12:1 13:25 14:20
16:2,17,24 19:18 22:5
23:3 26:3 27:13,15 28:2
29:23 31:10,12 35:12
37:22 40:8 44:3 45:13
49:15,16 50:8,22 51:15,
21,22 52:18,20 66:14,24
67:2 68:11 72:7 74:7,10
77:6 84:7 85:5,8 88:5
89:4 91:12 94:24 97:8,10
98:16,17 100:5

---

## K

**keep**
67:20

**Ken**
4:20 54:25 55:2 97:24

**kept**



Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 51 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    124
Robin Mowbray, 05/30/2023                      Index: Kieu..licensed

39:23,25

**Kieu**
4:15 42:12 53:23 70:3
99:8,24

**Kim**
38:4,18 45:7

**kind**
21:3,4

**knew**
16:25 17:1,3 47:11
54:14,15,17 90:2

**know**
9:2,14,25 16:10,14,18
17:13,14 18:17,19 19:2,
4,17,22 20:3,22 21:2
23:24 25:14,21 27:13
28:2,17 29:7,8,19 30:12,
14,16 32:19 33:1,4,5,15
34:1,3,4,20 37:21,23
38:13 39:2,7,9,17,20
40:7,22 42:22,23 44:14
45:25 49:8,12,13,14,15
51:15,22 52:20 53:21
59:24 61:2,4,15 62:4,6,
11,12 64:4,5,6 65:24
66:13,14,15,17,25 67:1
68:7 71:5,14 74:5 77:8
79:6,11 80:4,6,18,21,22
81:14 82:8 85:5,7,8,17
87:8,23 88:17 89:21
91:17 96:24 99:15 100:1

**knowing**
63:14

**knowledge**
16:21 23:8 33:9 87:10

**knowledgeable**
22:5

**known**
16:15 27:15,18

**knows**
22:5

---

## L

**labeling**
67:20

**Lacks**
53:19 80:21

**lady**
46:9,10

**Lane**
59:2,7,17

**laptop**
40:9

**last**
5:17 28:6 37:2,4 41:13,
14 50:20 54:13 81:17
92:20 99:25

**late**
39:12 99:8,13,16

**later**
37:12,14 50:2 78:15

**laughed**
87:16

**lawsuit**
6:23

**lawyer**
95:25 98:23

**lawyers**
45:1,6,14,19 49:11,17
50:10,24 52:5,23 67:19
77:3,4,5

**leader**
90:18

**learn**
26:19,22

**learned**
53:5

**least**
16:3 38:21

**leave**
65:2,22 66:7

**led**
94:6

**ledger**
22:10,14

**less**
51:18

**let**
19:7 29:4 37:22 38:12
40:3,4,14,22,24 61:7
62:17 67:12,13 68:1,11
81:20 87:25 92:25 93:1

**let's**
23:20 28:25 52:6 57:2,9
58:19 62:23 68:11 72:14
73:20 75:4 76:7 93:1
98:2

**letter**
53:2

**letters**
67:17

**liabilities**
30:6

**license**
9:23

**licensed**
9:15


AdvancedONE LEGAL   is now   LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 52 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    125
Robin Mowbray, 05/30/2023                        Index: licenses..massive

**licenses**
8:25 9:12

**like**
8:1 16:20,24 18:17 19:18 21:4 22:15,16 27:14 28:2 29:23 35:1 38:12 39:22, 23 40:24 44:14 45:14 48:8 50:10,14,17 52:4,22 53:7 55:4 61:20,21,22 62:3,4,15 63:9 64:1,4,18 66:24 68:7,8 70:16 71:10,12,20 72:8,9,10 73:24 74:23,25 75:2,16 76:5 77:2,3 80:5 81:13, 18 82:10 84:6 85:4 89:21 90:23 91:4,14 94:18 96:16,24 97:25

**line**
42:16 76:23

**list**
63:5

**little**
61:16 75:23 87:25 95:10

**live**
59:9

**lived**
21:21 26:3 34:14

**living**
24:20 25:4,8,13 34:15

**LLC**
9:8 59:14

**located**
75:6

**location**
43:14

**long**
9:17 17:19 67:3

**look**
37:23,25 42:4 68:9,11 70:1 73:20,25 76:7 79:25 80:8 82:12 84:17

**looked**
29:17 38:13 65:14 67:25 68:25 84:2 86:20

**looking**
29:15 77:6

**looks**
73:24

**loss**
29:24 30:12 32:9 68:12 94:10,14,20

**lost**
64:9 69:2 93:16

**lot**
22:6 27:14 62:6 70:17 72:7 87:17,18 90:13 91:9,10,13,16 92:5,10 94:8,20,22,23

**loved**
46:17

**Lucas**
59:2,7,17

**lump**
35:22

---

## M

**made**
16:1 87:13 88:18,20,21

**main**
20:10 35:12 36:25 38:21

**major**
22:16

**make**
7:11 68:1 76:9,25 78:24

**makes**
86:9 95:20 96:1

**making**
36:12 94:25

**management**
93:23

**manager**
19:15 20:19

**managers**
21:4

**managing**
9:15,22 10:1

**manner**
36:4

**manually**
24:7

**many**
5:15 15:13 60:3,5 71:1

**March**
75:25

**Marcos**
20:22 36:20

**Marcos's**
37:4

**mark**
42:9 67:14

**marked**
42:10 62:18 67:21 76:12 78:4 86:11 96:6,7,20

**married**
18:4,7

**massive**
94:10


AdvancedONE LEGAL is now LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 53 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                            126
Robin Mowbray, 05/30/2023                          Index: material..monthly

**material**
94:7

**math**
68:9 81:14

**matter**
4:7

**may**
4:2,12 7:14,17 12:4,7,9
23:16 24:11,13 25:8
26:5,9,13,17,25 27:23
31:6,9 42:15 43:25 45:7
46:3 48:16 56:8 58:13
59:1 63:20,25 65:14
77:23 82:23 84:23 85:1,
24

**maybe**
15:15 18:17,23 19:7,18
20:4 21:1 41:11,12 50:2
75:20 94:2

**Mcadam**
32:4

**me**
6:9 7:23 9:17 11:8,12,18
13:5,25 16:4,20 19:7
20:24 22:8 29:4 33:3
36:20 37:21 38:11,12
39:6,23 40:3,4,5,10,11,
14,22,24 41:12 42:6
44:4,16 45:4 51:24 54:22
55:5 57:24 58:4,9 59:6
60:6 62:17 63:8,9,10,12,
13 64:23 66:7 67:12,13
68:1,11 70:3 72:11,25
73:3 74:5 77:5 81:12,20,
21 84:1 86:2,6 87:13,25
91:25 92:12,25 93:1
97:6,15,20 98:13

**mean**
14:6 15:16 16:22 20:5

22:15 31:9 35:21 43:2
49:15 50:21 53:15 54:1
59:4 60:19 64:24 66:15
72:3 75:2 87:19 91:1

**meaning**
38:16 85:17

**means**
14:4 84:12

**meet**
28:22

**meeting**
28:12

**memory**
79:3

**men**
89:22

**messages**
6:18 67:4,7

**met**
26:5

**Michael**
38:4,18

**might**
15:15 24:12 27:2 29:17
31:12 39:9 45:1 47:20
48:10 49:9 58:14,17
59:20,24 65:3 66:21,24
79:22 86:20,25 87:6

**Mike**
34:13,18,19

**Mill**
75:9,11

**million**
33:19 63:6 68:22 70:24
71:21 72:12,24 73:1,12,
13,14,15,17 80:3,15

81:13 82:1,4,6 83:17
89:20 90:5,11 91:2,8
93:10 94:6 97:21

**millions**
47:6 62:1,5,7 71:1,2
83:21

**mind**
48:1,4,7

**minority**
14:19

**minutes**
55:3,6,11 57:3

**mislabeled**
77:23

**mislead**
75:24

**miss**
93:5

**misspoke**
93:5

**MLU**
24:24 25:1,2,5

**mom**
12:1 17:1 22:23 23:3,14,
17 30:20 37:17,18,19
39:23 45:3 46:20 54:18
56:19 58:12 61:1 72:10
85:18 86:5,7

**money**
19:25 20:14 29:24 47:13,
14 92:9 93:16

**month**
33:19 63:2,7

**monthly**
32:25 63:21



**months**
5:18 18:17 44:17 69:3
84:4 85:3

**more**
14:20 19:22 20:2 40:24
41:23 50:9 53:17 54:4
55:10 61:2,16 72:6 73:14
92:9

**morning**
4:20,22 5:10

**most**
19:24

**mother**
15:20 16:17 21:17,18
26:12 27:7 31:4 38:9,10,
25 39:24 40:1 41:6,9
44:5 45:8,11,17 46:3,8
47:9,10 48:5,17,23 49:20
52:16 53:2,11,12,14,25
54:23 56:1 59:12,16,17,
22 61:25 64:22 65:19
67:6 70:13,14 71:20,22
82:10,17 87:11

**mother's**
12:25 24:3 48:12,18
60:4,8,15 71:13

**mouth**
27:18 33:23

**move**
25:10 43:7,16,18,24
44:9,13,17 75:4 85:3

**moved**
39:4 43:4 75:11 84:5

**moving**
97:2

**Mowbray**
4:1,7,23 5:10 6:25 9:8,

16,18,21,22 10:6 11:5,6,
11,17 12:1,7,11 13:21,24
14:1 15:9 18:8 65:12
78:10,11 85:22 86:15
91:25 95:11,16 96:22
97:2 100:8

**Mowbray's**
4:8 9:2,3 11:20,22,25
13:11 17:18 18:9,25
19:3,4,9,25 28:13,20
29:3,4 30:11 42:16 59:4,
5 65:2 66:7 69:7,14
86:16 87:19 89:13 90:20
92:5

**Mr**
4:20,22 5:9 10:18 28:11
31:18 40:15,17,19,21
41:2 42:12,18 45:7 51:1,
2 53:19,23 54:8,11,25
55:2,5,8,9,13,14 57:2,4,
6,9,14,19,20 67:16,23
70:3,7 71:16 77:21 78:6
80:20,23 81:1,20,24
83:10 92:7,23,24 94:6
97:24 98:2,4,5,12,20,23
99:2,7,11,17,18,19,20
100:3,5

**Ms**
5:10 91:25 95:16 97:2

**MT**
59:5

**MTS**
9:4,12,19,22 10:5,9,16,
19,21 11:22 12:18,25
13:11 14:1 15:9 17:7,10
29:6,16 30:21,24 31:5,15
33:14 41:19 43:7 47:1
61:12,17 67:25 68:4,6
70:4 87:20 88:15 89:2,8,
16 90:4 97:3,4

**MTS's**
29:11 35:17 38:20

**much**
28:2 29:7,24 37:14 43:18
44:22 63:11 69:13 70:22
80:17 88:5 97:12 100:2

**multiple**
47:3 55:1

**must**
66:6

**MWP**
9:9 59:5,6

**my**
9:20 10:12 11:4,17 12:1
14:21 16:16,17,24 17:1
22:15 23:3,14,17 37:17
39:23,24 40:13 41:13
44:4 45:3 50:19 54:18
56:19 58:12 61:1,15
64:25 70:14 71:13,20,22
72:10 73:10 77:2,3,4
79:3 82:10 86:5,7 90:16
95:10 97:1 98:18

---

**N**

**name**
10:10 37:2,4 41:13,14

**named**
31:14

**names**
11:9

**nauseous**
98:17

**Neal**
34:13,18,20

**need**



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 55 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    128
Robin Mowbray, 05/30/2023                          Index: needed..occurs

40:10 58:1 63:1 64:14
97:10 100:5,6

**needed**
54:14 63:6,11

**negotiations**
97:17

**nephew**
9:20

**net**
68:16,17,21 69:23 70:5
73:21 80:11 81:9

**never**
29:12 42:8 46:12 52:17
65:2 66:7

**new**
43:7,14,24 73:13 75:5
84:5,11 85:19

**next**
97:1

**nice**
61:4 66:14

**nine**
44:17

**no**
7:8,25 8:16,19,21,24 9:1
12:13,14,16 13:2 15:18
18:3 19:1 22:19 23:8,10,
12 24:15 25:17,19 26:1,
7,10,14,18 30:18 34:5
36:15,18 42:8 48:8,9,20
49:21 51:15,19 52:15,25
54:10 56:25 58:24 59:18
62:8,11 64:1 65:10 69:15
70:24 71:2 72:21 81:5
83:18,23 84:1 85:10,21
86:2 88:10 89:3,4 92:14,
17,22 93:24 94:15 95:5

97:5,22 99:9

**nobody**
11:1 88:9

**nor**
90:15

**Northern**
24:22 25:6,11,12

**not**
7:18 8:7 9:2 12:13,15,20
13:16 14:24 15:4 17:13
23:14 32:22 33:22 34:1
36:24 44:7 48:8,9 49:2
50:23 51:7,8,9,13,23
52:11,15,18,19,24,25
53:10 56:8,19,20 58:10,
12,13 62:3,4 65:6,24,25
66:1 67:17 70:15,16,20
71:10,12,13,20 72:8,9
74:25 79:22 80:6 81:16
82:10 84:1 85:16 86:5
87:12,15 88:10 90:10,15,
22 91:4,5,18,19 92:1
93:22 94:1,13,24 96:1,2
97:14,16,17 100:6

**note**
11:20

**nothing**
5:4

**now**
4:5,25 11:19 16:8 21:12
26:19 28:24 32:15 33:11
34:6 37:7 38:24 39:16
48:12 51:24 52:6 53:1,11
56:16 58:19 63:8,10,13
64:13 69:9 70:1 72:14,15
75:14 76:15 78:7 82:22
86:15 87:22,24

**number**

4:11 33:8,24 51:17,18
87:2 99:25

**numbers**
67:17

**nurses**
46:14

**nursing**
8:7,9,15 46:21

---

**O**

---

**o'clock**
99:5

**oath**
6:1 57:22

**objection**
53:19 54:5 80:20

**objections**
96:1

**observation**
47:10

**observed**
58:22

**occasion**
44:24

**occasions**
5:15 60:3

**occur**
15:2

**occurred**
24:18

**occurring**
16:21 24:19 27:24 29:1

**occurs**
23:2 65:17



**October**
76:3 84:12,15 90:10

**of**
4:1,6,7,10 6:2,10,12,25
7:3,10,15,18 9:19,22
10:5 11:2,5,9,24 12:12,
18,25 13:7,18,21,23
14:7,10,13 15:11,17,20,
21,23 16:21,22 17:1,3,7,
8,25 18:20,24 19:5,24
20:4,10,14 21:3,4,9,13,
17,18 22:1,15,18 23:16,
21 24:11,14 25:8 26:6,9,
12,13,16,17,25 27:5,8,
10,14,23,25 28:9 29:1,2,
5,6,9,13,15 30:11,13,17,
21,25 31:5,6,17,20,21,22
32:8,18 33:2,7,8,14 34:7,
10 35:17,19 36:13,17
37:2,12,13 38:21 39:18,
21 40:24 41:21,23 43:2,
14 46:8,13,14,17,22,25
47:3,7,25 48:2,5 49:10,
19 50:7,13,20,23 51:16
52:9,12,14 53:4 54:9
55:22 56:12 57:25 59:1,8
60:6,25 61:5,8,21 62:1,7,
16 63:6,9,14,20,21,22,
23,24 64:8,9,23 66:19
67:18 68:5,6,14,16,22
69:1,11 70:17 72:16,20
73:5 74:6,8,19 75:25
76:18,21 77:11 79:4,9,17
80:3 81:9,12,22 82:6,9,
15,19,20,23 83:1,7,8,11,
21,25 84:3,21,23 85:2,
11,22 86:17,21,24 87:4,
7,16,17,18 88:15 89:18
90:1,10,11,13,20 91:9,
10,13,16 92:5,10,11,20
93:25 94:5,8,14,20,22

95:9 96:5,9 97:3 99:9
100:8

**off**
54:5 57:12 98:6 100:9

**offered**
52:9 82:25

**offers**
65:22

**offhand**
30:15 36:24 92:21

**office**
20:10 42:23 43:1,3,7
61:3 75:5,14,19 76:5
84:5,7,11 85:3

**officer**
9:15,22 10:2 15:8 16:6

**officers**
23:1

**offices**
43:24

**oh**
5:16 16:10 18:22 19:6
26:1 35:13 40:10 41:13
59:5 77:22

**okay**
5:19 6:12,15,24 7:2,9,13,
23 8:1,9,12,17 9:4,5,9,
11,14,17,21,25 10:5,11,
13,18,24 11:2,14,19,24
12:2,4 13:3,10,17,20,23
14:1,11 15:7,11,16 16:3,
8,14,20 17:10,16,19,24
18:2,9,19,24 19:2,8,12
20:17,25 21:12,21 22:3
23:5,8 24:3,13,16 25:20,
23 26:2,5,19 27:4,22
28:24 29:14,22,25 30:4,

10,16,19,23 31:21 32:3,
5,7,15,21 33:3,6,9,10,22
34:3,6,11,25 35:6,16,24
36:9,19,23 37:1,7,13,18,
25 38:5,15,24 39:8,11,
16,25 40:3,14,17 41:5,
15,18,23 42:6,13,19
43:6,9 44:19,25 45:2,5,
16 46:7,24 47:6,18,21,25
48:23 49:10,12,13,18,24,
25 50:4,5,16,23 51:1,6,7,
8,9,10,12,21,22,24 52:5,
6,12,16,19,21,25 53:1,6,
8,11 54:8,18,24 55:7,9,
10,13,21,25 57:1,3,6,9,
11,19 58:4,9,16,19 59:1,
11,19 60:1,14,18,23
61:6,11,15 62:9,13,22
63:12,16 64:8,13,19 65:4
66:2 67:3,11,12 68:16
69:16,21 70:1,19 71:24
72:14 73:25 74:5 75:4,
10,14,18,23 76:2,10,21
77:10,15 78:9,14,22
79:8,13,20 80:8,14,17
81:6 82:2 83:4,12,14,24
84:2,10,17 85:6,15 86:2,
8 87:1,13,19 88:8,11,25
89:6 90:4,15 91:7 92:15,
18,23 93:2,13,18 94:3,
13,16 95:1,3,10,25 96:19
97:12,20,23 99:11,14,15,
20

**old**
93:25

**older**
11:12

**on**
4:5,12,17 5:15 8:18
12:21 13:7 15:7,22



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19    Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 57 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                      130
Robin Mowbray, 05/30/2023                      Index: one..package

23:23,24 24:2,3 26:8,12
32:25 33:25 36:10 37:12,
14 39:21,23 40:8,20,21
44:9,24 47:11 48:24
53:14,16,25 54:2,20
55:2,6,11 57:18 59:2
60:3 62:20,22 64:21
65:19,20 66:4 67:6 68:21
69:6 70:2,4,5,6 73:4,22
74:1 75:8,9,12 76:9,10,
14,15,24 77:1,17,24
78:17 79:6,18,20 80:17
83:10 86:10,16 93:3,9
98:11,13 99:4,19,23

**one**
5:17 11:1 16:3 20:22
21:21 22:15 24:12 34:10
36:15,17 39:4,14,22,25
41:23 42:14,17 43:23
44:12 46:17 48:16 59:8
64:8 76:10 84:24 86:2
90:16 91:20 92:19 94:24
99:22

**one-page**
41:6 45:18 48:13 49:6
82:16

**ones**
20:23 22:16 36:16,25
89:23

**ongoing**
22:9

**only**
33:3 36:15,17 90:16

**opened**
75:15,19

**operate**
17:20

**operating**

21:9 34:9 73:21

**operation**
19:15

**operations**
20:14,18 43:13 47:12
68:22 69:23

**or**
5:20 6:5 7:19 8:13,17 9:2
11:22 13:6 18:15 21:17
29:24 31:3,4,10 32:16,
21,22 33:12 34:1 36:2
38:21 39:6 40:6,11,20
41:23 44:11,14,16 45:8
46:21 47:21 48:20 50:1
51:25 52:20 53:7,15,17
54:1,3 56:22 58:17,20,23
59:20 68:3 78:15 80:7,9
86:3 88:3,14 92:12,15
94:25 96:1 97:15,18,21

**ordinary**
68:17 69:24 70:5

**organize**
19:18

**orient**
75:23

**original**
4:8 9:3 11:1

**other**
7:5,17 8:14 13:10 15:13
20:5,21,23 23:1,20 24:7
31:22 32:10 34:11 35:1,
18 36:16,19 46:20 47:10
48:1 61:24 67:3 72:10
79:20 82:3 84:7 90:8
93:22 95:23

**others**
31:4 34:11 36:23 44:10
82:17

**our**
6:22 29:12 31:19,20 32:2
35:7,12 50:10 52:4 59:8
60:22 62:12 63:9 64:2
71:22 74:1,21,23 75:3
91:16 97:8,18

**ours**
95:9

**out**
17:24 18:20,24 19:5
20:17 48:1,3,7 50:19
56:13,18 71:8 76:25
89:22 99:9,14

**over**
5:22 13:12 24:10 37:24
38:1,13 50:24 77:3,12
86:20 94:5 99:25

**overhear**
33:12

**overheard**
56:23 58:20

**owe**
83:16

**own**
95:6,11

**owner**
14:7,10,13,14,18,19,21
15:10 16:2 47:3 96:14
97:6

---

**P**

---

**p.m.**
77:11

**Pacific**
4:13

**package**



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 58 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                          131
Robin Mowbray, 05/30/2023                              Index: page..poorly

37:9

**page**
39:22,25 42:14 43:25
48:16 70:2,4,5,6 73:4,22
74:1 77:12 80:17 84:24
85:24 87:2 93:3,9 99:24,
25

**pages**
86:19

**paginate**
62:25

**paid**
79:23 97:20

**paragraph**
76:24

**part**
20:4 28:7,9 50:20 60:25
61:21 68:5 79:16 81:17
90:1 92:20 99:22,23

**party**
5:20,21

**pass**
12:2

**passed**
13:3,12

**passing**
13:1,18,19

**past**
59:20

**pay**
20:12 32:25 90:1 92:9
97:12

**payable**
31:24 81:3,7

**paying**
62:12

**payments**
80:5

**payroll**
22:16 23:20 24:1,2,3
31:25

**people**
20:10,21 21:9 23:21 36:2
61:5 62:15 65:21 66:14
90:13

**per**
33:19 62:1 63:2,7

**percent**
13:5 14:7,9 49:24 51:5,8,
12,16,18,19,20,23 52:2,
19,25 53:4,9 56:16,24
74:15,16 80:18 81:3,6,9,
12,22 82:6,9,15,18,20
83:21,25 85:23

**percentage**
52:9,14 74:8,10,19

**perhaps**
44:11 84:22

**period**
20:19 30:2 46:8 51:22
61:6 69:2

**person**
94:24

**personally**
86:6

**perspective**
69:10

**PG&E**
35:10 79:1,4,13,18,22
80:1,2 91:10 94:21

**Phaing**
31:14 32:7 33:18 47:23
78:15 91:15 96:11

**Phaing's**
31:18

**Pham**
4:15

**phone**
26:8,12 64:21 65:19
66:3,4,5

**Phyllis**
28:20 41:12 42:16 43:15
44:1 53:3 54:16 58:23
59:9,12,23 60:3,7,14,25
78:10

**physically**
21:22

**pieces**
47:3

**Pino**
95:3,6,11 96:4,5,10 97:3,
7,9,12

**place**
31:10 35:15 38:24 42:19
44:9 89:24,25

**placing**
65:11

**plaintiff**
4:7,21

**plaintiff's**
87:1

**please**
4:17 5:2 37:2,4 48:21
54:23 57:10 92:1 97:15
98:14,15

**point**
14:14 15:22 26:19 30:19

**poorly**
64:16



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 59 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                      132
Robin Mowbray, 05/30/2023                              Index: position..question

**position**
7:17 19:12,13

**positive**
89:19

**posted**
86:23 87:5 88:2

**posting**
87:11,14,18 89:1

**Prado**
4:14

**precise**
65:10

**premiums**
79:1

**preparation**
32:8

**prepare**
38:10

**prepared**
77:4

**presence**
21:25 26:11,16 31:5
32:16 33:12 47:19 65:5

**present**
58:15 59:12 60:4

**presented**
38:25

**president**
15:10,23 16:1,5 22:23
23:3 46:25 55:22

**presidents**
23:9

**pretty**
69:6 88:5

**prior**

10:24 12:25 15:7 16:25
26:5,9,13,17 29:9 35:8
39:16 43:16,18 44:12
52:20

**prison**
17:21,25 18:2,20,24 19:5

**probably**
5:18 8:11 20:2 26:23
37:16 42:21 49:23 61:3,4
66:16 67:1,8 68:8 75:1
77:3

**problem**
79:13 80:2

**proceeding**
5:3 100:10

**proceedings**
57:16 98:9

**process**
35:16 36:13 55:16

**produced**
67:19 68:4

**production**
67:25

**profit**
29:23 30:12 32:9 68:12,
16

**profitability**
36:6

**profits**
52:10,14 53:4 69:14,23
70:5 73:20,21 82:19,20
83:25 93:13

**project**
17:5,8,12

**promise**
65:1 66:7 75:24

**properly**
36:14

**Property**
9:8 59:6

**provide**
31:11

**purchased**
59:9

**purchasing**
59:2

**purports**
82:15

**purpose**
34:7

**purposes**
6:12 67:20

**pursue**
8:14

**put**
27:17 46:21 53:17 54:3
58:1 69:10 76:14 79:20
81:22 86:10

**putting**
33:22

**pyramid**
31:22

---

**Q**

**quarter**
30:25

**question**
19:3 29:4 33:25 50:21
61:16 65:11 73:10,13
80:24 85:19,20 87:25
88:1 93:6 95:15,18,21

 is now 

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 60 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                           133
Robin Mowbray, 05/30/2023                         Index: question's..Recovery

96:2 97:1

**question's**
95:10

**questioning**
4:19

**questions**
85:10 90:16 97:10

**quite**
67:4

**quote**
90:10

---

**R**

---

**R-O-D-I-G-U-E-Z**
37:6

**raise**
5:1

**Ramirez**
10:7,8,10,18 11:15 12:9

**Randall**
11:17

**range**
39:6 44:16 92:12,15
97:15

**rants**
66:16,25

**rather**
40:18

**reaction**
48:13

**read**
42:2 53:23 64:5,6 67:8
76:19 80:6 87:9,11,22,24

**reading**
87:4

**real**
47:4

**realized**
88:1

**really**
21:2 29:12 35:22 39:4,20
42:4,5,23,24 43:20 44:2
45:25 48:10,11 49:15
60:5,12 61:22 64:3 66:18
68:9 76:20 92:5 97:11

**reason**
7:23 14:20 64:17 85:9

**reasonable**
10:1

**reasons**
34:12

**recall**
6:15,20,21 9:23 11:22
15:15 16:9 17:23,24
23:15 25:24 28:12,18
29:7,8,18 30:10,14,18
31:1,3,7,8,9 32:19 33:15
34:4,5 36:24 37:15,20
39:4 42:24 43:19,20
45:13 46:1,4 47:25 48:8,
10,11 56:3,21,25 58:17,
20,21,24,25 59:1,16,21,
22,25 60:5,13,14,19,20,
21 64:1,3,14,19,20,25
65:23,24,25 66:1,2,9,18,
19 67:24 68:3,25 69:13
70:23 72:15,20,21,23,24
74:16 75:14,18,20 76:4,6
78:22 79:2,5 80:4,15
84:6 85:25 86:6 88:18,19
90:24

**receipts**
63:7

**receivable**
31:24

**receive**
20:14 29:10,12

**received**
14:18 35:8 42:3,20
43:15,24,25 53:4 74:14
84:3,8,12

**receives**
20:8

**receiving**
43:3 61:25 68:3

**recently**
5:24 68:5

**recollection**
29:15 33:16 39:13 43:2,
14 45:5,16 46:3 48:2
50:7 57:25 60:6 62:9
63:5,14,23 65:15 77:11
84:23,25 85:22 86:17
87:4

**reconcile**
76:4

**reconvene**
99:23

**record**
4:6 57:12,18 64:10 98:6,
11,14 99:21 100:9

**records**
65:13

**recover**
15:4

**recovered**
46:12

**Recovery**
28:9


AdvancedONE LEGAL    is now    LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 61 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    134
Robin Mowbray, 05/30/2023                              Index: recruit..result

**recruit**
  55:22

**Redlands**
  32:6,11

**refer**
  9:4,8 12:4,7,9 16:23

**reference**
  25:7

**referred**
  52:20 56:16

**referring**
  6:20 10:3 12:17 41:1
  91:6

**refine**
  65:10 84:22

**refined**
  61:16

**refresh**
  39:13 63:4,23 77:11

**refreshing**
  79:3

**relabel**
  78:1,2

**relate**
  32:22,23

**related**
  10:11

**relationship**
  89:10

**relevancy**
  96:1

**relevant**
  95:8 96:16,25

**relocate**
  56:5

**relocated**
  56:8

**relocates**
  56:6

**relocation**
  84:11

**remember**
  15:14 25:22 26:3 27:2
  28:17 29:18 33:15 39:2,
  10,20,21 43:21,22 44:3,
  15 60:10 64:17 79:5 84:7
  85:4

**remind**
  64:23

**rents**
  63:21

**reopen**
  78:3

**repeat**
  28:6 53:22 66:23 92:2

**rephrase**
  29:4 73:10 81:20 93:6

**replaced**
  88:3

**report**
  21:3 47:21 52:7 53:8
  63:18

**reportable**
  81:16 91:19

**reported**
  12:24 20:25 21:7,9 31:3
  33:18 48:6

**reporter**
  4:15,25 5:1 28:6 50:19
  53:25 67:15 71:8 77:19
  81:17 91:20,24 92:19

99:9,12

**reporting**
  49:19 51:25

**represent**
  4:18

**reputation**
  27:19,25

**required**
  32:18

**requirements**
  32:24

**reschedule**
  98:19

**research**
  11:4

**residence**
  59:8

**respect**
  11:20 27:24 31:13 32:15
  33:11 37:7

**response**
  6:23 7:14 66:22

**responsibilities**
  31:18

**responsibility**
  22:10,14

**responsible**
  9:14,22 36:11

**restart**
  73:13

**restrictions**
  13:7

**result**
  94:17



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 62 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    135
Robin Mowbray, 05/30/2023                        Index: resulted..said

**resulted**
89:19

**revenue**
20:7 35:17,18 36:7 48:24 69:13,17 70:6 73:5 80:3, 11 90:5,11,20 91:2 92:13,16 93:2,13

**revenues**
30:2 63:21 89:19

**review**
6:24 7:2 45:7 86:23

**reviewed**
6:13,16 45:12,18

**reviewing**
68:4

**revocable**
13:14

**Rhonda**
10:7,10,24,25 11:15 12:9

**Richard**
11:11 12:7 78:11

**Rick**
6:25 11:11 12:7 16:16,25 17:3 18:24 19:4 20:17,25 21:7,10,13,25 24:18 26:16 27:4,24 28:13 31:4 33:17 34:7 36:11 37:8 39:19 42:6 53:15 54:2,10 55:16,18,25 56:17,22,23 58:9,11 60:24 61:7 64:19 65:12,18,21,25 69:10 72:15 79:2 85:18,22 86:1,3,7,9,15 87:5,13,20 88:2,16,19,21 89:9

**Rick's**
17:13,16,17 19:13 56:4 58:5 66:16 67:3

**Ricky**
9:16,18,21 10:5,13 33:7 60:24 93:25 94:5,13

**Ricky's**
10:21 98:25

**right**
5:1,22 10:21 15:19 17:3 19:1,24 21:24 27:17,22 30:23 35:2,5 38:5,7,15, 20 41:9 42:2 45:11 46:11 51:17 56:4 57:24 58:8 63:1,8,13 65:4 67:11 68:20 69:5,10 70:8 71:19 72:25 76:10,17 79:15,16 81:25 82:3,4,12,22 86:15 87:22,24 96:18 99:20 100:1,4

**RMO**
10:1,5,13,24,25

**Robin**
4:1,6,23 55:10 57:6,21, 24 73:11 74:3,13 78:10 95:11 96:22 98:12,21 100:8

**Rocklin**
25:21

**Rodriguez**
20:23 37:6

**Roger**
10:8

**role**
22:8 32:16 72:17

**Ronnie**
4:8,21 16:1,4,5,8,22,23 17:7,11 21:14 22:1,4 23:2 24:20 25:7 26:5,13, 17,20,22 27:5,8,10 28:12,19 29:1 33:17 34:8

39:18 41:11 42:16 43:15 44:1 50:14,25 51:25 52:3 53:3,8 54:16 55:18,19 56:1,2,5,6 58:6,10,21,23 59:9,12,22,23 60:3,7,14, 24 64:15,21 65:1,18,19, 22 66:3,4,6,25 68:20 69:6 72:16 75:18 76:2,24 77:12 78:10 80:17 81:3,7 82:22 83:4,9,10,16,21 84:10 85:11,23 88:9,14 89:7,15,18 90:5,9,16

**Ronnie's**
27:25 36:10 37:8,11 61:7 76:8 86:16 89:5

**Roseville**
25:21,23

**roughly**
68:22 82:4 84:4,15

**routinely**
29:9

**run**
62:6 99:14

---

**S**

**Sacramento**
25:16,17 35:14 36:22

**safe**
36:3

**safety**
41:21

**said**
16:24 17:16 27:14 28:2 29:3 31:9,10 39:22,23 44:15 45:13,14,19 48:8 49:8,9,20,21 50:5,8,10, 17 51:16 52:4,22 53:7

 is now **LEXITAS**™

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 63 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE
Robin Mowbray, 05/30/2023
Index: sales..share
136

56:18 61:20 62:3,15 63:9
64:1,4,18,23 65:3,8
66:10,18,20,21,22,24
68:9 70:4,16 71:10,12,
19,20 72:8,10 74:23
75:3,16 76:6 77:2,4,6
80:6 81:13,19,25 82:10
84:6 85:4 87:16,20 89:22
90:24 91:5,14 94:18
96:16,24

**sales**
93:3,6

**same**
6:2 18:14 40:15 45:8,9
46:24 67:20 91:21

**San**
4:10 25:18 75:7,12

**savvy**
47:10 48:23

**saw**
39:17 56:16 84:23

**say**
5:18 6:19 15:16 18:22,23
19:7,21,23,24 20:5,21,23
21:1,5,7,12 22:3,13
23:20 25:11 26:4,25
27:13,18 28:25 30:23
31:8 32:16 33:12 34:19
36:10,15,16 37:13 43:1
44:2,9,21 45:11,22 47:6,
15,21 49:5 50:5 51:4,7,
20 53:12 54:12,13,22
55:16,17 59:4 60:18,23
61:8,11,17,24 62:4,5,7,
11 66:2,11,14,15 67:4
71:4 73:10 75:17 84:4
88:25 89:3,6,13,21 90:2,
8,13,23 92:8 94:23

**saying**
21:6 44:19 50:6 65:1,6
66:19 78:24 81:9 82:20
89:4 90:15 92:3

**says**
40:23 63:1 66:6 68:13,17
71:25 74:2 76:18 77:10
78:17 80:16 93:3

**SC**
77:7

**schedule**
20:12

**school**
8:2,3,6,7,10,15

**screen**
40:22 62:20,22 67:13
76:14,15 77:17 79:21
86:10

**searching**
49:20

**season**
60:8

**second**
50:20 55:2 76:9 77:24
91:20 92:1,19

**secretary**
22:17,20 23:4 96:5,10

**see**
19:7 34:18 40:3,4,24,25
41:3 42:23 43:1 44:11
58:2 62:20,23 63:2,11,19
64:10 66:10,11,17 68:1,
8,14,18,22 69:19 70:13,
18 71:25 76:7,15,23
77:17 78:7,12,20 84:19,
22 86:13 89:9 92:25
93:1,2,6,11,12 95:13,25

96:12,16,23,24,25

**seeing**
43:19 63:8 89:10

**seem**
80:1,2

**seen**
30:7,8 44:13 67:11

**selling**
35:3

**send**
40:12,13,14,15 42:12
67:9

**sending**
40:18

**sense**
69:5

**sent**
45:1 77:12 85:12

**separate**
42:13

**September**
77:10 83:10

**serious**
14:24

**service**
4:9 8:23 9:3 11:20 19:9
24:1 35:3 53:18 54:4
95:4,6,12 96:4,6,9 97:7

**set**
99:2

**seven**
55:3

**shall**
34:19 67:4

**share**


AdvancedONE LEGAL is now LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 64 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                         137
Robin Mowbray, 05/30/2023                              Index: shareholder..so

40:20,21,22 67:13

**shareholder**
12:25 15:20 30:20 72:4
74:6,7,9,11,15,16,18
94:16

**shareholders**
11:24

**shares**
12:21 13:4,17

**she**
10:11,13,16 11:1 12:13,
20,21 13:3,14 14:18,21
15:11,23 16:2 18:12,16,
21 23:18,21 24:7 26:12
27:9 34:15 45:4,12,13,
14,18,19,22 46:1,9,10,
11,13,20,22 47:3,11,13,
14,16,18,21,22,24 48:9
49:2,3,5,6,7,8,9,10,12,
13,15,16,21,23 50:3,5,7,
9,14,22,23 51:4,6,9,10,
12,16,17,18,19,20,21,22
52:5,7,8,19,20,21,22,24,
25 53:15,16,18 54:1,3,4,
13,14 58:13,14 59:14,18
62:7 65:3,5 66:5,10,11,
15,16,17,20,22,24 67:1,
7,8,10

**she's**
10:12 11:15 46:24 47:6
54:13

**sheet**
30:5,16

**sheets**
32:9 68:5

**short**
55:4 57:15 98:8

**should**
7:13 70:4

**shouldn't**
88:2

**show**
29:23 30:2,5 40:10,25
62:17 67:12 69:16,17
70:8 76:11 77:15,16
92:25 96:4,19

**showed**
69:1 72:25

**showing**
63:8,10 73:3 77:13

**shown**
70:6

**shows**
64:8 68:13,16 96:22

**sic**
10:8 37:6 70:11

**sick**
40:8 98:16

**sign**
23:21 24:7,13 37:17,18,
19,22 38:10,12 39:1,24
40:1 41:7,10,25 44:5
54:14,19,23 59:13,14

**signature**
23:23,24,25 24:4,10
42:15 54:21 76:22,25
77:2

**signatures**
42:17

**signed**
23:16,18 39:12,15,17
50:14 76:24 77:12 83:6,
7,9,12,16,20

**signs**
83:9

**simply**
5:20 33:25

**simultaneously**
81:16 91:19

**since**
5:24 8:2 82:23

**single**
14:7,12 70:17

**sir**
65:7 68:7 87:22 89:21
94:9,18 97:5

**sister**
10:12

**situation**
62:13

**six**
44:16,17 84:4 85:3

**six-page**
62:23

**slow**
79:6 92:2

**small**
96:15

**smaller**
68:2

**smoke**
45:17

**SMUD**
35:14

**so**
5:22 9:11 10:13,24 12:17
13:10 14:13,18,22 15:7,
19 16:3,10,16,19,20



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 65 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    138
Robin Mowbray, 05/30/2023                    Index: software..statement

17:1,3,16 18:22 19:6,11
20:17,23 21:5,24 22:20
23:8 24:3,6,15,16 25:22,
23 27:21 28:15,25 29:14,
25 30:10,14 31:2 32:7,19
33:1,2 34:3,6,8,15,16,18
35:12,14 36:1,9 38:5
40:3,7,8,9,10 41:14,15,
23 42:13,19 43:12 44:19,
22 45:5,16 46:20 50:14
51:3,10,12,24 52:6 53:1,
8 54:13 55:15,25 56:3,4
57:9 58:19 59:6,14 61:3
62:6,22 64:8,13 65:8,25
67:3,9,12,19 68:9,20
69:5,7,17,21 70:9,16
72:13 75:16 76:1,2,17,21
77:6 78:14 79:1,13,16
81:13 82:11,12,24 83:3,
4,12,14 84:2,10,21 85:14
88:13 89:11 91:7,8 92:9
93:13,18,25 94:5,23
96:3,15 97:17,20 98:12,
15 99:11,21,22 100:1,2

**software**
24:5

**sole**
13:20 14:10,13,14 15:20
30:20 96:23

**solemnly**
5:2

**some**
6:17 14:18 22:12,13 24:4
26:19 34:16 35:13 38:21
46:1,4 49:10 50:23
67:11,17,18 76:22 78:24
86:21 90:7

**somebody**
88:3

**someone**
31:9 53:17 54:3 99:13

**someone's**
35:1 40:3 51:7

**something**
13:14 17:4 30:1,4 31:9,
10 48:3 49:3 52:21
53:15,16 54:1,2 59:20
65:20 66:20,21,22 70:8
88:23 98:13

**sometime**
19:10 26:23 72:17 85:12

**sometimes**
40:23 48:3

**somewhere**
84:14

**son-in-law**
41:12,15

**Soren**
32:4

**sorry**
10:10 11:12,16 16:10
17:22 18:23 19:3 24:25
25:15,22 27:3 28:6 29:3
30:14 32:19 33:1,5 34:3
39:10 40:7,9 41:14 42:25
43:12 44:3,15 50:19
58:24 64:5 65:8 66:1
67:15 68:10 71:8 73:9
77:23 91:20,24,25 92:19
93:5 98:15 100:7

**sort**
35:19 87:16

**sound**
27:1

**sounds**
57:4 98:4

**speak**
26:11,15 28:16 88:14

**speaking**
57:25 81:16 91:19

**specific**
50:6 52:18

**specifically**
36:17 49:5 51:4

**specifics**
31:11 49:13 51:3 59:25
60:20,21 66:18

**speculating**
6:5

**speculation**
6:9 53:20 80:20,24

**Spell**
37:5

**spelling**
37:1

**spend**
47:13,14

**spoke**
21:13 26:16 52:22 58:12

**spoken**
26:8 52:3,4 58:14

**stand**
48:1,3,7 99:4

**started**
14:21 75:24

**starting**
19:13

**state**
4:18 96:5 98:14

**statement**
6:25 7:6 30:1


AdvancedONE LEGAL is now LEXITAS

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 66 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                        139
Robin Mowbray, 05/30/2023                          Index: statements..tell

**statements**
29:10,16,19 31:25 32:9,
12 80:9,10

**status**
15:8 79:4

**stay**
99:7,13,16

**step**
72:18 75:19 76:3

**Stephen**
4:22 38:4,17 40:17 57:3
77:7,8 98:23 99:15

**stepping**
90:10

**steps**
90:25

**still**
10:8 35:9 57:21 95:1
97:17

**stock**
12:12,14,15,17 15:21
97:13

**street**
75:8,9,11

**strong**
46:10 53:12

**strong-willed**
48:18

**subchapter**
14:2

**subcontractor**
95:9

**subject**
55:6,11

**substantial**

80:14

**substantively**
7:14

**successful**
46:25

**such**
52:17

**sum**
35:22

**summoned**
88:6

**Superior**
4:9

**support**
20:11

**supposed**
52:1

**sure**
9:6,24 13:16 17:13 22:12
40:13 47:24 49:23 52:11,
18,20,24 53:10 55:5
56:19,20 58:12,13,14
59:25 61:2 62:3 66:10
67:10 70:15 71:13 76:9
81:5 86:5 87:12,15 89:17
91:4 94:1 97:14 99:1,6

**swear**
4:25 5:2

**sworn**
6:25 7:6

**system**
24:5

---

**T**

---

**take**

6:2 7:17 21:17 28:24
29:13 33:1 45:16 46:16,
22 55:6 57:2 63:9 87:20

**taken**
4:7 5:13 8:17 57:15 98:8

**takes**
90:19 94:5

**taking**
46:13

**talk**
45:14,19 49:11,16 56:17
58:5,10,19 71:22 72:9
74:23 75:3,4 86:3 91:15

**talked**
34:20 48:10,25 50:12
86:2,5

**talking**
16:17 40:5 44:10 55:18,
19 65:7 71:17 86:6 90:17
91:21 96:17

**talks**
63:19,20

**tax**
74:2,3,13

**taxes**
71:11

**team**
11:4 90:18

**technical**
50:18

**tell**
16:20 22:8 33:3 39:11
40:11 42:6 44:5 49:3
51:24 57:24 58:4,9 60:6
61:20 62:13,14 63:13
64:2 65:13 70:20,24
71:3,6 74:5 76:2 77:5



Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 67 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    140
Robin Mowbray, 05/30/2023                           Index: telling..the

81:18 84:11 86:2 87:13
92:12,14,15,17,21,22
96:1 97:6,20

**telling**
7:18,19

**ten**
11:12 49:24 51:5,8,12,
16,18,19,23 52:1,19,25
53:4,9 56:16,23 57:2
80:18 81:3,6,9,12,22
82:6,9,15,18,20 83:20,25
85:23

**ten-minute**
98:1

**tendered**
85:12

**tendering**
41:24

**term**
88:23,24

**termed**
20:1

**terms**
32:18 45:23

**testified**
33:21

**testimony**
5:2,23 6:9,10 7:3,24
12:20 30:21 85:21 98:18

**text**
6:17 66:25 67:3,6

**than**
7:5 11:12 14:20 40:18
51:18 61:12,18 73:14
95:23

**thank**

4:24 5:12 11:19 12:11
37:7 44:22 55:13 57:4,8,
14 98:5,20,22 100:2,3,4,
7

**Thanksgiving**
60:9

**that**
5:2,19 6:6,9,22 7:2,9,13,
14,17 9:4,5,8,9,12 11:19,
20 12:22,24 13:11 14:4,
17,18,20,25 15:5,14,16,
22,24,25 16:6,9,15,18,24
17:9,10,19 19:13,16,17,
21,24 20:2,7,12,19 21:6,
7,12,14,17,18,21,22
22:5,7 23:6,7,11,25 24:5,
18,23 25:24 26:20,22
27:1,13 28:3,6,15,24
29:3,13 30:18,19,24
31:8,14,21 32:1,3,12,17
33:2,16,17,20,24 34:8,
10,13,14,17 35:8,13
36:2,3,10,11,12,17,24
37:23,25 38:6,9,13,25
39:3,11,12,13,14,16,17,
18 40:14,17 41:3,5,6,10,
11,16 43:2,16 44:8,9,12
45:3,5,9,14,17,18,19,23,
25 47:14,22 48:5,8,13,17
49:6,9,18,19,21,22 50:1,
3,10,22 51:6,9,11,13,21
52:3,7,9,11,12,13,14,16,
19,20,21,23,24 53:3,5,8,
22 54:7,10,12,14,18
55:9,10,17,21 56:12,19,
22 57:4,6 58:1,2,6,20,22
59:8,11,13,14 60:7,11,
12,19,23 61:1,2,4,13,17,
21,24 62:3,5,7,12,15,16
63:2,4,5,6,11,14,19,23
64:8,11 65:1,3,13,17,23,

24,25 66:1,6,7,8,9,10,12,
14,15,16,17,18,19,22,23,
25 67:1,2,8,19 68:4,9,14,
18,23 69:1,2,16,19
70:13,14,15,18,20,22,25
71:3,4,6,11,19,21,23,24,
25 72:1,3,6,7,9,11,13
74:22,24 75:14,20,21
76:2,3,23,25 77:8,11,13,
14,17,21,23 78:12,16,17,
20,24 79:4,5,18,21,22
80:15,24 81:7,12,17,23
82:8,9,11,16,17,18,25
83:24 84:3,12,25 85:8,
13,21,23 86:9 87:16,18,
20 88:2,4,6,14,23,24
89:1,3,5,6,10,13,15,18,
21,23 90:3,6,12,14,16,
22,23,24 91:1,2,11,13,
14,16 92:4,6,10 93:11,
12,19 94:1,6,8,9,14,17,
23,25 95:7,13,18,20,23
96:12,17,23,24,25 97:8
98:2,20,24 99:8,15,18,
19,21 100:1

**that's**
10:2 17:24 23:6 25:23
33:6,20 40:19 41:15 45:4
46:16 49:10,16 50:23
52:22 54:14 55:7,8,12
56:9 63:11 64:13,17
70:2,4 73:3,24 74:21
77:2 79:15 80:13,16
83:12 84:21 85:12 88:11
93:9 95:7 99:14

**the**
4:5,6,7,8,9,10,14,15,17,
19,23,24,25 5:1,2,4,5,6,
17,22 6:1,2,8,23,24 7:9,
10,15,17,18,19 8:22 9:3,
14,19,21,23,24,25 10:1,

 is now 

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19    Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 68 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    141
Robin Mowbray, 05/30/2023                              Index: their..think

5,10,13 11:1,5,8,9,20,22,
24,25 12:17 13:12,17,18,
20,21,23 14:1,7,13,14,
17,21 15:2,10,11,17,19,
20,21,23 16:1,2,5,10,18,
22 17:2,4,8,10,11,23
18:4,14 19:15,22,23
20:1,6,7,10,12,14,17,18
21:5,8,9,13,24 22:1,8,16,
18 23:1,3,4,16,18,25
24:1,4,5,10 25:14,24
26:8,11,12,16 27:2,5,7,
10,14,16,18,19,25 28:3,
6,8,17,25 29:2,4,5 30:2,
11,12,16,20,25 31:5,21,
22,23,25 32:1,3,7,10,11,
23,24 33:13,17 34:7,8,
11,17,23,25 35:2,16,17,
19,23 36:10,12,15,17,19,
25 37:1,8,16 38:6,15,20,
21,24 39:2,3,5,11,17,21
40:15,20,21,23,24,25
41:5,18 42:14,19,24
43:3,6,13,18,20,21,23,
24,25 44:2,5,7,9,15,17,
23 45:8,9,12,17,23
46:13,17,24,25 47:11
48:5,13,16,24 49:10,12,
14,24 50:1,2,7,13,19,20,
22,23 51:3,5,8,16,17,18,
23 52:1,13,18,25 53:7,9,
18,22,25 54:4,5,6,9,13,
15,20 55:1,7,12,16,23
56:9,13,23 57:8,11,12,
16,17,18 59:14,25 60:7,
8,11,13,20,21,25 61:3,6,
7,24 62:1,10,13,14
63:19,24 64:9,13,14,15,
17,21 65:10,13,19 66:4,
5,18,21,25 67:15,20,25
68:12 69:1,2,3,5,6,17,23
70:1,5 71:8,9,10,12 72:4,

12,15,16,17,21 73:5,10,
17,20,21 74:1,8,12,14,
19,24 75:1,4,5,19 76:5,7,
9,10,14,15,21 77:6,17,
19,24 78:24,25 79:4,16,
17,21,25 80:2,3,9,10,11,
22,23 81:9,17,18,21
82:9,18,19,25 83:6,7,8
84:2,3,5,6,7,10,11,23,24,
25 85:3,4,9,17,19,23
86:9,10,23,24 87:5,23
88:22 89:14,18,22,23
90:16,18 91:5,11,12,20,
21,22,24 92:3,13,16,19,
20,21 93:6,19,23 94:5,7,
21 95:15 96:5,10,11,14,
22 97:2,6 98:6,9,10,11,
13,14,15,22,24 99:1,6,9,
12,21,23,24,25 100:2,5,
6,7,8,9

**their**
11:9,16 20:11 41:12 48:4
59:10

**them**
20:13 23:23,24 29:12,17
34:10 35:11 37:22 38:12
47:25 48:1 67:9 99:13

**then**
11:15,17,18 17:11 20:25
32:2 35:22 45:3 50:2,12
55:6 63:10 64:3 73:4
75:21 76:25 90:25 94:10

**then-ceo**
34:17

**there**
7:23 14:20 15:13,14
18:21 19:6 20:23 23:8,13
25:10 31:14 34:15,16
36:16,21 49:20 50:3
59:18 60:19 70:24 71:9

75:21 79:13,21 82:23
83:14,19 88:23 89:6,15,
22 90:8,22 91:13 92:4,10
96:18 100:1

**there's**
9:7 16:3 53:9 65:20
68:21 70:17 71:11,24
72:7,10 76:22 77:7 85:10
90:11 91:10 92:5 94:8,
10,21,23

**these**
22:9 24:17 33:8 41:23
64:5,6 67:18 68:10 80:6
85:10 86:21

**they**
17:1 18:14 21:3 26:3
29:18,22 32:5 35:18,21
37:21 38:11,20 39:22,23,
25 44:4 46:2,5 48:10
50:12,25 52:23 54:14,15,
17,22 59:24,25 60:11,17,
19,22 61:4,12 66:13,14
74:8 76:5 79:8 89:10
91:23 99:12 100:1

**they're**
21:4 29:23 51:8 75:22
95:8 96:15

**thing**
46:16

**things**
33:8 48:3 49:10 50:3,23
61:8,11 78:18 91:11,13,
16 92:6,10

**think**
6:17 14:20 15:25 16:1,
11,15 17:9,21 18:17,21
19:18 20:3 22:15 23:3
24:12,15 25:9 27:9 28:4,
8 34:14 35:10,12,13



Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 69 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    142
Robin Mowbray, 05/30/2023                          Index: thinking..to

36:21 39:9 42:22 49:23
50:1,3,5,9 51:10,17,18,
19,21 52:3,23 53:5 54:6,
9 55:4 62:23 66:16 70:14
71:21 74:7,8,9,10,11,18,
21,25 75:17 76:1 79:7
81:15 83:12 88:5,9 89:4,
10 95:7,22 97:8,10,16,25

**thinking**
42:22 75:20

**this**
4:6 5:3 14:14,21 16:16,
21 22:6 23:2 27:23 28:25
39:4 40:8,9,25 41:24
42:6,9,12,14,20 43:3,15,
19 44:13 45:6 46:8 48:9
49:6 52:18 53:2 54:14,
18,23 55:6,11,15 56:16,
17,21 57:24 59:5 62:22
63:5,8 64:2,8,10 65:8,11,
17 67:13,14 68:5,8,11
69:10,11 70:9,10 71:12,
13,19,21 72:12 74:12,24
75:1 76:7,9,10,17,19,22,
23 77:4,7,13,16 78:1,2,3,
14,16,23 79:1,2,17 81:22
82:12,16 83:6,7 84:4,9,
12,17,18 85:12 86:4,6,7,
9,17,20,21 87:1,4,11,13,
20 88:2,5,13,15,19,20,25
89:1 90:2 92:11,22 93:3
94:18,24 95:8,13 96:2,5,
16,22,25 97:12 98:16
99:22 100:7

**those**
9:15 21:8 30:7,8 35:14
36:24 38:3 50:14 58:25
60:12 67:6 97:10

**thought**
76:5

**three**
5:16 15:15 18:21 86:19

**through**
18:19 24:1,4 33:8 40:18
63:20 68:12 69:3 87:2
90:9 95:3

**time**
4:13 6:2 7:15,18 11:25
13:18 15:14,16,17 17:8,
23 18:4,14 20:19 22:8
23:2,7 29:3 32:3 33:17
34:17,23 35:13 36:10
39:2 40:16 43:18 45:9,25
46:8,24 48:9 56:21 57:17
60:11 61:6,7,13 72:21
75:21 77:14 79:4 82:9
85:17 86:23 87:5,23
91:14,21 92:6 94:9 98:10

**times**
37:21 38:11 55:1 60:11

**timing**
28:25 77:6

**tip**
31:21

**title**
19:16 22:21,23

**to**
5:3,22 6:4,20,23 7:11
8:1,7,9,11 9:4,8 10:3,11,
24 11:20 12:4,7,9,17,21,
24,25 13:5,6 15:7 16:17,
19,20,23 17:2,21 18:7,
22,25 19:2,4,21,24,25
20:2,5,11,12,19,25 21:3,
7,9,21 22:4 23:8 24:1
25:7,9 26:4,5,9,13,17
27:1,17,24 28:12,15,24
29:9,14,23 31:3,4,13
32:15,16,22,23,25 33:8,

11,12,23,24 34:6,7,8
35:3 36:10 37:7,16,18,
19,21,22,23,25 38:9,10,
11,12,13,17,25 39:4,16,
19,23 40:1,5,10,12,13,
15,24 41:1,7,9,11,24,25
42:4,7,9,13 43:13,16,18
44:4,5,8,10,12,16,17,23
45:1,4,6,8,14,19 46:16,
22 47:6,14,21 48:6,12,
13,20 49:10,11,16,17,19,
22 50:7,13,24,25 51:3,9,
12,13 52:3,6,7,17,21,22,
23 53:2,8,9,12,15,16,18
54:1,2,3,4,6,10,14,18,22
55:15,18,19,22 56:5,17
58:2,4,10,12 59:9,11,13,
14,15 60:2,4,7,23 61:3,8,
11,16,24 62:6,11,13
63:1,2,7,12,13 64:5,6,10,
14,21 65:1,21,22,25
66:2,4,5,6 67:4,13,14,16,
18,19 68:1 69:9,10,16,18
70:8,10,13,14 71:11,14,
19,21,22,23 72:4,8,9,10,
12,14,18 73:4,10 74:2,3,
12,20,23 75:1,2,3,11,18,
23 76:3,9,11,14,20,21,23
77:7,12,15,16 78:1,2,10,
16,24 80:1,2,6,13 81:3,4,
7,8,21 82:15 83:1,10,16,
21 84:4,13,18,22 85:1
86:3,5,7,8,15,24 87:5,8,
10,22,24 88:6,10,13,14,
15,25 89:5,6,7,13,16
90:3,14,20,21 91:2,6,7,8,
11,15,16 92:4,8,9 93:1,2,
18,19,22,23 94:1,13,25
95:8,13,15 96:2,3,4,16,
19 97:1,10,18 98:17,18
99:5,7,13,14,16,21,25



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 70 of 75

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                        143
Robin Mowbray, 05/30/2023                      Index: today..Unfortunately

**today**
  5:23 6:5,13 7:3,24 10:16,
  19,22 11:10 15:5 38:17
  95:1

**together**
  21:24,25 34:19 35:20

**told**
  16:4 36:19 48:17

**TOMTS**
  70:4

**too**
  17:1 20:21 90:8

**took**
  6:1 21:18 31:20 62:16

**total**
  63:20 68:13 69:13,17,18
  70:9 73:5 93:3,6

**tough**
  46:10,20

**town**
  99:9

**trail**
  98:24

**training**
  8:18,22

**transcript**
  7:11 100:5

**transfer**
  12:11,20 13:4,7

**transfers**
  72:4

**transmitted**
  83:10

**treasurer**
  23:13

**tree**
  4:8 8:22 9:3 11:20 17:18
  18:10 19:9 35:3 36:12
  95:3,6,12 96:4,6,9 97:7

**trees**
  20:7 35:21 36:3,12

**trial**
  6:2 7:15,18

**trim**
  35:21

**trimming**
  20:6 36:2

**True**
  91:8

**trust**
  13:6,8,9,12,15,17,21,24

**trustee**
  13:12,18,20

**truth**
  5:4,5 7:18,19

**try**
  40:22 53:16 54:3 99:7

**trying**
  44:8 55:22 67:17 68:1
  71:14

**two**
  36:19 42:17 74:12 77:19,
  22 99:23

**type**
  13:7 46:8 72:20 92:11
  96:9

**typed**
  38:6 84:2

**typewritten**
  42:15 43:25 48:16 84:24
  85:24

**U**

**uh-huh**
  10:15 20:25 25:3 29:25
  48:19 69:22 70:12 82:14
  87:3

**um**
  22:12 25:9 27:6,9,15
  45:25 47:20 48:8 49:8,23
  51:6 53:13 61:1,10 65:3
  69:8 78:23 79:5 86:18
  89:17

**unable**
  95:15

**uncomfortable**
  95:20

**under**
  57:21 59:14

**understand**
  6:1,4,6,8 7:9,13,21 8:1
  9:12 10:2 11:4 14:4,17,
  23 15:4,22 21:16 30:21
  33:23 44:8 46:13 49:18
  55:15,21 56:6,8 57:21
  70:18 72:3 74:22 82:16

**understanding**
  24:17,19 25:12 27:23,25
  29:2,5 51:14 81:2

**understood**
  24:18 53:2,3 55:18

**unfair**
  63:12

**unfortunate**
  93:19

**Unfortunately**
  62:24

AdvancedONE LEGAL    is now    LEXITAS

RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                              144
Robin Mowbray, 05/30/2023                           Index: unintelligible..was

**unintelligible**
28:5 71:7 91:23 92:17

**unit**
35:21

**until**
17:21 19:9 37:12,14
39:12 61:7 90:10

**up**
31:25 36:10 38:6 58:1
74:12 88:6

**upon**
7:15

**us**
17:2 38:17 48:17 49:19
62:16 88:7,10 92:5 99:12

**use**
9:25

**used**
50:7

**using**
51:12

**utilities**
35:3 36:14

**utility**
90:19

---

**V**

**various**
24:7 60:15

**vehicles**
49:14 50:2

**Velasquez**
36:22

**verification**
88:14

**versa**
7:20

**version**
84:2

**versus**
4:8 63:21

**very**
9:11 14:24 16:18 21:16
22:5 28:2 46:10 77:21
90:1 91:22 94:19 96:15

**via**
4:11

**vice**
7:20 23:9

**video**
4:5,6 57:18 98:11 99:4
100:6

**videoconference**
4:12

**videographer**
4:5,14,24 57:12,17 98:6,
10 100:7

**visit**
18:2

**visiting**
59:22

---

**W**

**want**
18:22 19:21 26:4 27:17
28:24 29:14 33:8,23,24
48:12 55:15 58:4 65:21
70:8 75:23 76:9,21 77:16
81:21 84:18,22 86:8
98:17 99:13

**wanted**
22:3 45:4 50:24 65:25

**wants**
65:21 66:5

**was**
5:17,18,21 6:17 10:5,7,
10,13,25 11:1,21,22,23,
25 14:14,17,20,21,23
15:11,23,25 16:1,2,4,11,
14,15,16,18 17:11,17,18,
22 18:1,4,7,9,12,17,21
19:6,8,12,15,16,22 20:2,
22,23 22:16,23 23:3,4,8,
13,23,25 24:12,20,21,23
25:4,6,9,13,16,17,21
26:12,23 27:4,7,9,15
28:9 29:2,6 30:12,15,17,
18,24 31:5,17,19,21,23
32:4,22 33:13,18,20
34:7,10,13,15,17,20,25
36:9,15,16,17,20,21
37:15,16,19 39:7,10,14,
17,18,21,22,25 41:7,9,
18,21 42:10,21,22 43:8
44:3,6,14 45:3 46:9,10,
11,12,13,20,22 47:3,9,
10,11 49:13 50:1,3,22
51:9,12,15,17,18,19,22
52:3,4,19,24 53:3 55:19,
25 56:1 57:15 58:9 59:14
60:8 61:3,17,25 62:7,18
63:24 64:15,19,23 65:5,
8,9,13 67:6,8,10,21 68:7
69:18,21,24 70:14,15,20,
22,24 71:1,2,19,21
72:20,22,24 73:1,8,9,13,
14,15,17,22 74:9,11
75:10,12,17,18,21 76:3,
12 77:12,24 78:4,22
79:4,6,13,17,21 80:11,17
82:9,10,19 83:7,12,14,



Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 72 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    145
Robin Mowbray, 05/30/2023                              Index: wasn't..when

19,24 84:11 85:1,7
86:11,21,23 88:11,13,14,
20,23 89:4,7,10,11,15
90:1,2,8,16,23 91:12,13,
15 92:4,10,13,16 93:2,
10,25 96:7,20 97:9 98:8

**wasn't**
34:15 35:23 37:12,13
49:9,12,23 50:3 51:6,10,
21 52:5,21,25 58:15
61:21 62:14 67:7 71:11
74:7 81:5

**Waterman**
9:8 59:6

**way**
40:19 49:21 61:1

**we**
4:5,15 6:22 17:14,15
29:8 32:2 33:6 34:13,16,
19 35:7,8,9,10,13,14,22
39:3,4 42:23 44:9,19
59:8,20 61:2,13,19,22
62:5,12,15 63:1,11 64:7,
17 67:4 68:25 70:1 71:1
73:4,25 75:17 76:25
79:25 80:4,8 82:12 83:8,
15,19 84:2,7,17 90:15
91:7,9,11,22 92:9 94:20,
21 97:8 98:13,18,21,24
99:13 100:1

**we'd**
20:21

**we'll**
9:3 16:23 42:13 44:10,11
55:6 78:16 99:3,7,11,12,
22

**we're**
57:18 67:16 71:14 83:16
96:17 98:11 99:21

**we've**
89:23,24 94:19,20

**web**
4:11

**Wednesday**
77:10

**weekend**
40:8 86:21 98:16

**welcome**
100:3

**well**
16:15 21:6 23:24 28:22
33:6,22 34:13 40:10,14,
23 42:7 43:11 44:2 46:11
51:7 54:20,22 61:9,15
63:8 65:4 67:7 69:17
70:22 71:6,17,24 74:12
75:23 77:5 81:15,25 83:8
85:18 87:25 89:13 91:9
92:25 94:18 97:1 98:21

**well-known**
16:18

**went**
8:7 17:21 18:16,18 19:2,
4 56:13 59:13,18 75:1
77:3 98:13

**were**
5:19 7:19 11:24 12:25
13:17 15:13 17:7 21:3
22:16,18,20 23:1 24:19
26:15 27:10 29:18 32:3,
24 34:11,16 35:9 36:25
38:3,16,20 39:3 41:5,24
42:23 43:2,3 46:2,5
47:12 55:21 60:4,12,19,
22 61:4,8,11,13,15,19,
22,23 62:5,10,12 64:20
65:4 66:14 67:19 68:4

69:23 70:2,10 71:17
72:12 74:2,5 76:5 78:18
80:4,14 81:25 84:7 93:7
98:12

**what**
6:15,19,21,22 8:1,9 10:2
11:2 14:4,6,9 15:8 16:21
17:17 19:12,17,25 20:5
22:3,13 25:11,24 27:22,
24 29:2,5,18,19,22
30:10,12,15,16,18 31:5,
17 32:5,23 33:4,13,20,
23,25 34:4,6,11 37:15
39:17,21 42:23 43:1 44:5
45:4,11,13 46:2,5,8
47:11,12 49:20 50:8
51:4,8,9,13,15,24 52:24
53:1 54:17 55:17 56:18
58:19 60:11 62:9 64:23
65:5,24 69:21 70:1 71:14
72:20,22,25 73:3,24
75:8,17 76:4 78:22 79:4,
6,17 80:13,16 81:3,7,12
82:15 83:24 84:21 88:11
90:25 91:1,2,3,4,5 92:3,
12,16 94:1 95:7,8,13,20

**what's**
27:22 32:17 48:23 59:7
83:7

**when**
5:17 6:19 7:9 8:2 9:21
12:2 13:3 15:2,16,25
16:4,8,9,20 17:24 18:19
19:2,4 22:13 25:11
26:16,22,23 27:18 28:12
30:10 31:8 34:17 37:16,
18 42:2 43:1,3,6 44:4
45:12 47:13,16 50:5,12
51:7 55:3 56:16 57:24
59:4 60:4,18,22 61:7



Case 8:24-bk-12674-TA   Doc 286-20   Filed 02/07/25   Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray   Page 73 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                    146
Robin Mowbray, 05/30/2023                         Index: whenever..working

75:14 77:12 83:8,12
84:8,23 85:7 86:21 88:2
97:25

**whenever**
43:11,13

**where**
24:16,19 25:4 26:15 40:5
44:3 50:25 56:8 64:20
66:3,5 71:14 75:10,21
91:23 100:1

**Where's**
75:5

**whereupon**
42:10 57:15 62:18 67:21
76:12 78:4 86:11 96:7,20
98:8

**whether**
9:2 32:22 97:20

**which**
13:12 20:7 24:23 30:1,5
32:8 38:3 42:19 50:13
53:18 54:4 68:12 72:15
73:8,9,12,14,22 74:1
76:8 80:9,10 82:13 99:2

**while**
22:7 25:4 26:12 27:15

**who**
9:14,17,25 10:5,24 11:8,
24 13:23 16:23 18:7
20:10,25 21:8 23:1,16
24:10 31:23 32:3 33:7
34:20,25 36:9 38:17 41:9
52:8 90:18 93:25 99:13

**who's**
20:18 54:15 90:17

**whole**
5:4 98:16

**whom**
4:18

**why**
14:21 16:14 22:3 27:12
49:10,16 50:23 54:12,14
55:17 58:9,10 64:17
66:11 86:2,3 87:13 97:6

**wife**
28:20

**will**
4:25 5:4 10:2 33:7 36:6
48:3 78:1 96:1 98:2 99:8,
9,18,22 100:6

**with**
4:19 7:5,6 9:4,9 11:19
16:17,25 17:4 19:22
21:13,18,25 24:18 26:8,
11,12,15,17 27:9,23
28:20 29:25 30:4 31:13,
25 32:10,15 33:11,20
34:19,21 35:11,16,19
36:14 37:7,8 38:5,17
40:17 42:15 45:17 46:1,4
47:17,19,22 48:6,25
49:2,7,10,12,13,16,24
50:4,10,23,24,25 51:6,7,
8,9,10,16,21,23,25 52:1,
4,5,19,21,25 54:5,18
55:7,9,10 56:1,2,4,17,22,
23 57:3,6,25 58:5,6,14
59:12,23 64:21 65:19
66:4 70:5 72:11 75:16
76:4,10 77:3 79:13,18
80:2 82:10,17,18 84:1,14
85:22 86:1 87:7,20 88:9,
10 90:9,19 94:17 95:13
99:15,21

**withdraw**
80:23 85:19

**withdrawn**
88:3

**without**
6:5 81:6

**witness**
4:25 5:6,20 28:8 40:23
50:22 53:22 54:6,9 55:1,
7,12 57:8,11 71:10 80:22
81:18,21 91:22 92:3,21
98:15,22 99:1,6 100:2

**witnesses**
48:2

**women's**
14:19

**won't**
75:24

**word**
10:1 53:14 54:1

**words**
7:17 13:10 20:5 23:20
27:17 31:22 33:23 35:1,
18 46:20 47:10 48:1 50:7
61:24 67:3 79:20 82:3
93:22

**work**
17:10 18:25 19:3,4,19
28:13 31:15 32:10 35:9
79:1,5,22 80:1 88:6,10,
15 89:7,10,16,23 99:18

**worked**
16:25

**workers**
35:17

**working**
18:9 24:21 25:4 41:18
75:22 90:9

 is now 

Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 74 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                          147
Robin Mowbray, 05/30/2023                                      Index: works..you

**works**
52:12,13 99:19

**worst**
91:12

**would**
4:17 19:7,18,25 21:2,5
23:21 24:4,7 27:13
29:12,13 30:1,5 31:23
32:2,7,8 33:20 34:14
37:23,25 38:12,13 44:4
46:7 47:14,16 49:2,3
52:16 53:11,14,16,25
54:2,10,22 58:10 63:12
65:1 66:25 67:9 72:11
74:15 77:22 79:21 80:18,
19,24 81:3,7 82:18
83:21,25 87:8,17,22,24
88:3,25 89:6,13,21 90:7,
8,13 98:14,24

**wouldn't**
36:15,16 46:21 62:4,5,7
77:21 89:3 90:2,23,24

**writing**
88:4

**wrote**
59:5

---

**Y**

---

**yeah**
6:18 13:8 14:12 15:25
17:1,14 19:21,22 20:5
21:11 22:7,12 23:6 27:6,
9,11,15 28:18 29:8 31:7,
12 32:2,4,20 34:4 35:8,
25 36:21 40:13 43:13
44:7,21 46:2,11,19 47:8,
16,24 48:11,15 49:1,9,15
50:3 53:13 55:8,12 58:13

59:21 60:12,21 61:1,5
62:4 64:7 66:1,10,16
69:8 70:18 71:23 72:7,13
74:19,22 76:10 77:2
79:1,2 80:16 82:8,21
85:9,25 87:17 88:21,24
89:9,11 91:9 94:23 96:15

**year**
11:22 38:24 39:5 42:19
43:20,23 44:12,14,15,17
53:17 54:3 60:7 62:1
69:11 72:15,17,20 84:4
94:6

**year-to-date**
30:12

**years**
8:9 9:24 11:12,21 14:25
19:7 35:8 65:8 75:16
89:25

**yes**
5:14 6:3,7,11,14 7:1,4,
12,16,22 9:6,10,13 10:4,
12,15,17,20,23 11:7
12:6,8,10,13,19 13:13,
19,22 14:3,5,16 15:1,6,
12 16:7,13 17:6 18:6,11,
13 19:11 20:4,9,16
21:11,15,20,23 22:2,22,
25 23:19,23 24:2,6,9
26:21 27:21 28:14,21,23
29:21 30:3,7,9,22 31:16
32:14 33:21 34:10,22,24
36:5,8 38:2,8,19,23 40:2
41:4,8,17,20,22 42:1
43:5,17 44:21,24 45:10,
21 46:6,15,23 47:2,5,8,
17,24 48:20,22 49:4 50:9
51:10 53:13 55:20,24
56:11,15 57:4,8,23 58:3
59:3 61:4,5,10,14,19,22

62:21 63:3 64:12 65:3
66:9 67:5,11 68:15,19,24
69:4,8,20,22,25 72:2,19,
25 73:3,7,16,19,24 74:4
76:16 77:9,18 78:8,13,21
79:10,12,15,19,24 80:13
81:11 82:2,5 84:16,20
86:14 88:12,19,21 89:17
90:1,7,14 93:4,8,12,15,
17,21 94:12 95:2,17,18
96:13,25 98:15 99:17

**you**
4:18,24 5:1,2,3,10,11,12,
19,24 6:1,4,6,8,13,15,19,
20,24 7:2,6,9,13,14,19,
21,23 8:2,5,9,14,17,22,
25 9:2,4,9,11,14,25 10:2,
11 11:8,19,21 12:11,24
13:6,12,17,20 14:4
15:16,22 16:8,14,18
17:4,7,13,16,24 18:2,19
19:2,3,17 20:1,3,22 21:1,
6,12,17,21 22:9,13,14,
15,18,20 24:13,16,18,19
25:7,11,12,14,24 26:5,8,
11,15,19,22,25 27:1,10,
13,18 28:12,17,22,24
29:1,5,7,8,9,15,19,24,25
30:4,10,11,14,16 31:3,8,
9,10 32:16,19,22,23
33:1,3,4,12,15,16,24,25
34:1,2,3,18,19,20 35:16,
19 36:1,3,19 37:7,8,13,
19 38:9,24 39:2,6,11,16,
17,20 40:4,5,7,10,11,12,
13,15,18,19,22,25 41:3,
5,25 42:2,6,7,13,19,20,
22 43:1,2,3,4,6,14,18,22,
24 44:5,7,8,11,13,16,19,
22,23 45:5,7,16,17 46:4,
7 47:9,21,22,25 48:6




Case 8:24-bk-12674-TA    Doc 286-20    Filed 02/07/25    Entered 02/07/25 16:12:19
Desc Exhibit 16 - 5/30/2023 Deposition of Robin Mowbray    Page 75 of 75
RONNIE JORDAN vs ORIGINAL MOWBRAY'S TREE SERVICE                          148
Robin Mowbray, 05/30/2023                         Index: you'd..yourselves

49:3 50:5,6,7,8 51:7,25
52:7,12 53:1,2,21,22,23
54:12,23 55:3,9,10,13,
16,17,18,21,25 56:5,8,
16,17,21,22 57:3,5,7,8,
14,21,24 58:1,2,4,5,9,10,
19,20,21,22 59:1,4,11,
16,22 60:4,6,14,18,19,23
61:2,3,15,20 62:6,9,11,
12,13,14,17,20 63:2,6,
10,13 64:2,6,10,14,19,
20,21,23,25 65:4,6,8,11,
13,14,23,24 66:2,3,4,6,
11,13,14,15,17,20,22,25
67:1,12,24 68:3,7,14,18,
22,25 69:13,16,17,19
70:8,13,20,23,24 71:3,4,
6,8,19,25 72:3,11,15,20,
24,25 74:5,6,14,15,16,
20,23 75:2,14,18,23,24
76:2,11,14,15,19,23,25
77:8,15,16,17,19 78:7,
11,20,22 79:11,22 80:15,
18,21 81:2,9,12,18,21,
23,25 83:9 84:3,4,5,8,11,
12,14,19,23 85:1,17,18,
21 86:2,3,8,13,17,23
87:4,7,13,16,25 88:1,22
89:22 90:5,11 91:1,5,15,
17,25 92:1,2,12,14,15,
17,21,22,25 93:1,2,6,10,
16,18 94:16 95:1,3,6,11,
15,20,25 96:1,3,4,10,12,
18,19,23 97:1,2,6,10,12,
18,20,25 98:5,12,14,18,
20,21,22,24 99:4,8,15,
18,24 100:2,4,7

**you'd**
54:6 71:22,23 72:8 97:17

**you'll**
6:2 7:10 48:20 63:18

66:7

**you're**
7:18 11:4 14:13 21:16
38:5 41:1 56:12 57:21
65:7 66:4 73:3 82:20
91:18,20 92:3 93:22
94:16 95:25 96:14 100:3

**you've**
16:4 30:8 48:17

**young**
99:16

**youngest**
11:5

**your**
5:1,13,23,24 6:4,10,12,
25 7:3,5,14,19,24 8:2,15
11:2 12:20,25 13:7,10
14:23 15:20 16:21 17:3
21:17,18,25 22:8,23 23:8
24:3 26:12,16,20 27:4,7,
18,22,25 29:23,24 30:5,
6,20,21 31:4 32:16,17
33:9,12,23 35:2,3 36:6,
11 37:18,19 38:9,10,16,
25 39:13 40:1 41:6,9
43:22 45:5,6,8,11,17
46:3,7,12,20 47:9,10,19
48:1,5,7,12,17,23 49:19,
20 51:13 52:16 53:2,11,
12,14,25 54:23 56:1
59:12,16,17,22 60:4,6,7,
15 61:25 62:20,22 63:4,
23 64:22 65:19 66:3
67:6,19 70:13 76:4 77:5,
11,12 82:17 84:23,25
85:18,21 87:10 92:2
95:25 98:23 99:25

**yourself**
65:18 89:14

**yourselves**
4:18

 is now