# Exhibit 17



# First American Title Insurance Company
## National Commercial Services
3281 E Guasti Road, Suite 440 • Ontario, CA 91761

*Office Phone:* (909)510-6200 *Office Fax:* (877)461-2088

## Buyer's Final Settlement Statement

**File No:** NCS-1001753-ONT1
**Escrow Officer:** Kelly Simoneau/KS
**Settlement Date:** 07/08/2020
**Disbursement Date:** 07/08/2020

**Property:**
686 East Mill Street, San Bernardino, CA 92408

**Buyer:**
Mowbray Waterman Property, LLC
1845 S. Business Drive, Suite 215, San Bernardino, CA 92408

**Seller:**

| | |
|---|---|
| Lanco Exchange, Inc. as Qualified Intermediary for Laura M. Cook , Trustee of The Laura M. Cook Trust dated August 9, 1996<br>19125 Norwood Terrace, Irvine, CA 92603 | Lanco Exchange, Inc. as Qualified Intermediary for David W. Schmid, Trustee of The 2001 David W. Schmid Trust dated November 27, 20<br>1092 Country Hills Drive, Santa Ana, CA 92705 |
| David W. Schmid , Trustee of The Daniel Walter Schmid Trust dated March 10, 1997<br>1092 Country Hills Drive, Santa Ana, CA 92705 | David W. Schmid , Trustee of The William Robert Schmid Trust dated December 30,<br>1092 Country Hills Drive, Santa Ana, CA 92705 |
| David W. Schmid, Trustee of The Andrew David Schmid Trust dated February 6, 2001<br>1092 Country Hills Drive, Santa Ana, CA 92705 | |

**Lender:**
Bank of The Sierra
21 East Carrillo St., Suite 160, Santa Barbara, CA 93101

| Description | Buyer Charge | Buyer Credit |
|---|---:|---:|
| **Consideration** | | |
| **Total Consideration** | 4,600,000.00 | |
| | | |
| **Deposits In Escrow** | | |
| Receipt No. 3038559 on 07/08/2020 by The Original Mowbrays Tree Servicing, FBO Mowbray's Waterman Property, | | 1,721,000.00 |
| Receipt No. 3037839 on 02/13/2020 by The Original Mowbray's Tree Service, Inc. | | 50,000.00 |
| Receipt No. 3038497 on 06/25/2020 by The Original's Mowbray's Tree Servicing, FBO Mowbray Waterman Property | | 50,000.00 |
| | | |
| **Adjustments** | | |
| OPEX | | 5,766.21 |
| | | |
| **Prorations** | | |

Settlement Statement Page 1 of 2
Print Date: 07/08/2020, 5:55 PM

## *Buyer's Final Settlement Statement*

**Settlement Date:** 07/08/2020  **File No:** NCS-1001753-ONT1
**Officer:** Kelly Simoneau/KS

| Description | Buyer Charge | Buyer Credit |
|---|---:|---:|
| County Taxes 0136 391 21 0 000 07/01/20 to 07/08/20 @$19,305.13/semi | | 858.01 |
| Rents 07/08/20 to 07/31/20 @$36,782.00/mo | | 27,289.87 |
| | | |
| **New Loan(s)** | | |
| **Lender: Bank of The Sierra** | | |
| Loan Amount | | 2,990,000.00 |
| Loan Fee - Remaining Due | 8,760.00 | |
| Appraisal Review POC-B $400.00 | | |
| Environmental POC-B $450.00 | | |
| Appraisal Fee POC-B $2,950.00 | | |
| Loan Fee POC  POC-B $6,190.00 | | |
| Flood Fee POC-B $10.00 | | |
| | | |
| **Title/Escrow Charges** | | |
| Closing-Escrow Fee 1/2 of total fee to First American Title Insurance Company National Commercial Services | 2,360.00 | |
| Policy-Extended ALTA 2006 Lender's to First American Title Insurance Company National Commercial Services | 598.00 | |
| Record Loan Documents | 82.00 | |
| | | |
| **Disbursements Paid** | | |
| **Miscellaneous Disbursement** | | |
| Notary Fee to Sherri C Lebron | 300.00 | |
| | | |
| **Cash ( From) (X To) Buyer** | 221,281.67 | |
| | | |
| **Totals** | 4,839,147.88 | 4,839,147.88 |