# Exhibit 20

**SOFA, Part 13, No. 30**

Mowbray's - Payments, distributions, or withdrawals credited or given to insiders within 1 year before filing

| Date | Customer/Vendor | Address | Description | Beneficiaries or Recipient | Payment |
|---|---|---|---|---|---|
| 6/21/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| 6/28/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.26 |
| 7/5/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| 7/12/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,593.25 |
| 7/19/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.27 |
| 7/26/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.24 |
| 8/2/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,593.26 |
| 8/9/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.26 |
| 8/16/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.24 |
| 8/23/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.26 |
| 8/30/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| 9/6/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,593.26 |
| 9/13/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| 9/20/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.26 |
| 9/27/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| 10/4/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,593.25 |
| 10/11/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.26 |
| 10/18/2024 | Mowbray, Robin E | On File | Compensation | Mowbray, Robin E | 1,583.25 |
| | | | | **Mowbray, Robin E Total** | **111,248.74** |
| 10/25/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 146,315.04 |
| 10/31/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 200,738.70 |
| 11/1/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 144,224.38 |
| 11/8/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 123,765.38 |
| 11/15/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 121,299.24 |
| 11/21/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 126,414.51 |
| 11/28/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 168,430.04 |
| 11/29/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 80,344.38 |
| 12/4/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 7,899.51 |
| 12/4/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 14,354.83 |
| 12/6/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 150,044.10 |
| 12/11/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 5,846.14 |
| 12/13/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 157,291.60 |
| 12/14/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 21,523.61 |
| 12/20/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 4,071.50 |
| 12/20/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 141,071.98 |
| 12/27/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 121,205.43 |
| 12/29/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 18,802.50 |
| 12/29/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 20,236.73 |
| 12/29/2023 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 43,186.46 |
| 1/3/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 98,770.05 |
| 1/9/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 149,135.47 |
| 1/10/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 66,571.04 |
| 1/17/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 83,415.30 |
| 1/17/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 224,590.65 |
| 1/18/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 17,863.45 |
| 1/24/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 70,276.15 |
| 1/25/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 48,048.31 |
| 1/31/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 71,722.19 |
| 2/5/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 2,814.13 |
| 2/7/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 72,253.87 |
| 2/13/2024 | Phoenix Traffic Management Inc | On File | Phoenix Traffic Management Services | Phoenix Traffic Management Inc | 161,000.00 |
| | | | | **Phoenix Traffic Management Inc Total** | **2,883,526.67** |
| 10/26/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 220,000.00 |
| 11/2/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 270,444.88 |
| 11/9/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 321,662.97 |
| 11/14/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 269,722.57 |
| 11/16/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 235,259.37 |
| 11/21/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 225,179.41 |
| 11/22/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 90,016.19 |
| 11/28/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 245,128.07 |
| 12/5/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 221,078.90 |
| 12/12/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 548,962.21 |
| 12/20/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 290,878.14 |
| 12/21/2023 | Pino Tree Service, Inc | On File | Subcontractor Payments | Pino Tree Service, Inc | 319,739.18 |
| 12/26/2023 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 248,000.00 |
| 1/3/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 178,917.08 |

**SOFA, Part 13, No. 30**

Mowbray's - Payments, distributions, or withdrawals credited or given to insiders within 1 year before filing

| Date | Customer/Vendor | Address | Description | Beneficiaries or Recipient | Payment |
|---|---|---|---|---|---|
| 1/9/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 465,782.74 |
| 1/16/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 248,130.62 |
| 1/23/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 200,000.00 |
| 1/30/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 293,164.27 |
| 2/7/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 233,703.64 |
| 2/13/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 503,662.90 |
| 2/21/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 231,730.94 |
| 2/27/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 265,000.00 |
| 2/29/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 214,443.40 |
| 3/5/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 349,000.00 |
| 3/12/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 552,000.00 |
| 3/19/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 386,000.00 |
| 3/26/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 577,282.76 |
| 4/2/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 392,866.16 |
| 4/10/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 420,000.00 |
| 4/23/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 250,000.00 |
| 4/30/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 650,000.00 |
| 5/7/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 460,000.00 |
| 5/14/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 185,500.00 |
| 5/21/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 406,000.00 |
| 5/28/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 495,000.00 |
| 6/4/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 110,000.00 |
| 6/11/2024 | Pino Tree Service, Inc | On File | Loan to Pino Tree Service | Pino Tree Service, Inc | 590,000.00 |
| | | | | **Pino Tree Service, Inc Total** | **12,164,256.40** |
| 10/20/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,004.15 |
| 10/27/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,469.75 |
| 11/3/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,305.50 |
| 11/10/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,295.52 |
| 11/17/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,295.52 |
| 11/24/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,038.85 |
| 12/1/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 836.07 |
| 12/8/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,092.50 |
| 12/15/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 836.07 |
| 12/22/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,067.01 |
| 12/29/2023 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 836.08 |
| 1/5/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 837.10 |
| 1/12/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 847.12 |
| 1/19/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 1,043.08 |
| 1/26/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 837.11 |
| 2/2/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 964.04 |
| 2/9/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 847.11 |
| 2/16/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.38 |
| 2/23/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 3/1/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 3/8/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.38 |
| 3/15/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.38 |
| 3/22/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.36 |
| 3/29/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.38 |
| 4/5/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.36 |
| 4/12/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.38 |
| 4/19/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 4/26/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.36 |
| 5/3/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.39 |
| 5/10/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.36 |
| 5/17/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.38 |
| 5/24/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 5/31/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 6/7/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 6/14/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.38 |
| 6/21/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 6/28/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 7/5/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 7/12/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.38 |
| 7/19/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 7/26/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 931.37 |
| 8/2/2024 | Prieto, Kayla | On File | Compensation | Prieto, Kayla | 941.37 |