MICHAEL B. LUBIC (SBN 122591)
CONNOR J. MEGGS (SBN 336159)
RACHEL BERMAN (SBN 352237)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California  90067
Telephone:  (310) 552-5000
Facsimile:   (310) 552-5001
Email:  michael.lubic@klgates.com
          connor.meggs@klgates.com
          rachel.berman@klgates.com

Attorneys for PNC Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>      Debtor and Debtor in Possession. | Case No. 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**PNC BANK'S REPLY IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION TO APPOINT TRUSTEE AND SUBSTANTIVELY CONSOLIDATE NON-DEBTOR ENTITIES**<br><br><br>Date:  March 5, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 5B<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

Secured Creditor PNC Bank, N.A. ("PNC") hereby submits its Reply in Support of Debtor's Opposition [Dkt. No. 314] to the Motion to Appoint a Chapter 11 Trustee and Substantively Consolidate Non-Debtor Entities [Dkt. No. 286] (the "Motion") as follows:

## INTRODUCTION

The Motion should be denied.  The Motion appears to have been filed prematurely and without adequate investigation.  As this Court knows, it is highly unusual to file these kinds of motions without a forensic investigation and expert testimony.  The Motion describes transactions with affiliates but does not provide any meaningful evidence that the transactions were inappropriate or were not made in exchange for reasonably equivalent value.  It asserts that it is possible that the Debtor's wholly-owned subsidiary, Pino Tree Service ("PTS"), could potentially make fraudulent transfers for the benefit of insiders, but does not provide any meaningful evidence that any inappropriate transfers have been made or that adequate controls are not in place to prevent such transfers.

The mere possibility that something improper may have happened, or may in the future happen, is not evidence and is not sufficient cause for the relief sought.  The appointment of a chapter 11 trustee and substantive consolidation of non-debtor entities are drastic remedies.  These remedies would impair value and harm creditors.  Further, as discussed below, these drastic remedies are not needed to address Movant's concerns because any concerns of the Movant or the Court can be addressed by other means.

## A CHAPTER 11 TRUSTEE SHOULD NOT BE APPOINTED

The appointment of a chapter 11 trustee would be harmful to the Debtor.  Pursuant to the Stipulation Authorizing Use of Cash Collateral [Dkt. No. 255] (the "Stipulation") previously approved by this Court [Dkt. No. 268], the appointment of a trustee is an Event of Default which would terminate the estate's authorization to use cash collateral. Stipulation, ¶10(a).  Accordingly, in the event that this Court is inclined to appoint a trustee, it should simply convert the case to one under chapter 7.

**NON-DEBTOR ENTITIES SHOULD NOT BE SUBSTANTIVELY CONSOLIDATED**

A. PTS Should Not Be Consolidated

The Debtor has been doing quite well during the pendency of its bankruptcy case. Substantive consolidation would risk upsetting the apple cart. In particular, PNC is concerned that consolidation of PTS would jeopardize PTS's relationship with its primary customer, SCE, which would destroy substantial value. Indeed, if PNC was not seriously concerned about the potential of harming PTS's relationship with SCE, it would be supporting substantive consolidation because PNC's would benefit from the extension of its PTS's receivables from SCE.

B. MWP Should Not Be Consolidated

In order to induce PNC to make its loan to the Debtor, PNC required guaranties from both Robin Mowbray and MWP. PNC relied on the separateness of MWP and expected that it would be paid by MWP prior to any creditors of other affiliated entities. Further, PNC expected that any equity in MWP would inure to the benefit of MWP's owners, including Robin Mowbray. If MWP is consolidated into the Debtor, the value of its guaranties would be impaired.

**THERE ARE LESS DRASTIC REMEDIES AVAILABLE**

Any concerns of the Movant may be better addressed without the drastic remedies sought in the Motion. If there were no third-party CRO in place, an appropriate remedy might be the appointment of a limited purpose examiner to investigate transactions with affiliates. However, here there is a third-party CRO, Mr. Weiss of Force 10. Mr. Weiss has already examined various transactions and has provided substantial documentation and testimony with respect to the transactions.

Mr. Weiss could provide a report regarding anything of concern to the Movant or this Court. PNC suggests that Mr. Weiss file a report on the following:

1. Any compensation paid to insiders by PTS during the pendency of the Debtor's bankruptcy case;

2. A description of the controls in place at PTS that would prevent it from making transfers outside the ordinary course of business, including transfers to insiders for less than reasonably equivalent value;

3.     Confirmation that charges by Phoenix Traffic Management to PTS are passed through to SCE in full and are not a way to siphon money out of PTS; and

4.     A representation that, in the event that he discovers any material impropriety by the Debtor or PTS during the pendency of the Debtor's bankruptcy case, he will promptly inform the Court.

## **CONCLUSION**

Based on the foregoing, the Motion should be denied or, in the alternative, the hearing on the Motion should be continued until the filing of the report described above.

Respectfully submitted,

Michael B. Lubic
Connor J. Meggs
Rachel Berman
K&L GATES LLP

Dated: February 26, 2025          By:  /s/ Michael B. Lubic
                                                        Michael B. Lubic
Attorneys for PNC Bank, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled **PNC BANK'S REPLY IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION TO APPOINT TRUSTEE AND SUBSTANTIVELY CONSOLIDATE NON-DEBTOR ENTITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 26, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
- **Jessica L Giannetta**    jessica@giannettaenrico.com, melanie@giannettaenrico.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 26, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Force Ten Partners LLC<br>5271 California Ste 270<br>Irvine, CA 92617 | Raines Feldman Littrell LLP<br>3200 Park Center Dr Ste 250<br>Costa Mesa, CA 92626 | Brian Weiss<br>5271 California Ste 270<br>Irvine, CA 92617 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 26, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2025 | Jonathan Randolph | /s/ Jonathan Randolph |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued

- **Valery Loumber**   valloumlegal@gmail.com
- **Michael B Lubic**   michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**   jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Robert S Marticello**   rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Estela O Pino**   epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**   don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**   tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**   msimon@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Ahren A Tiller**   ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Mandy Youngblood**   csbk@gmfinancial.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

**SERVED BY UNITED STATES MAIL**: continued

| | |
|---|---|
| Grobstein Teeple LLP<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd Ste 245<br>Lake Forest, CA 92630 | **Hilco Valuation Services LLC**<br>Attn: Eric Kaup, EVP, CCO<br>5 Revere Dr, Ste 300<br>Northbrook, IL 60062 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**