PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG (State Bar No. 223803)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
411 W. 4th St., Suite 7160
Santa Ana, CA 92701
Phone (714) 338-3400
Fax (714) 338-3421
Queenie.K.Ng@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,**

Debtor.

CASE NUMBER: 8:24-bk-12674 TA

CHAPTER 11

**NOTICE OF APPOINTMENT OF EXAMINER**

Pursuant to the Order of this Court entered on March 14, 2025 (the "Order") [Docket # 362], directing the United States Trustee to appoint an examiner in the above-captioned case, the United States Trustee hereby appoints Don Fife to serve as the examiner for the purposes set forth in the Order. This appointment is made on March 18, 2025.

/s/ Peter C. Anderson
PETER C. ANDERSON
UNITED STATES TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPOINTMENT OF EXAMINER**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 18, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) **March 18, 2025 ,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 18, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2025 | Queenie Ng | /s/ Queenie Ng |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Amitkumar Sharma | Ally Bank | amit.sharma@aisinfo.com |
| Marshall Goldberg | Altec Capital | mgoldberg@glassgoldberg.com |
| Alan Hochheiser | AmTrust North America | ahochheiser@mauricewutscher.com |
| Sharon Weiss | Bank of America, N.A. | sharon.weiss@bclplaw.com |
| Jessica Giannetta | Bank of the Sierra | jessica@giannettaenrico.com |
| Mandy Youngblood | | csbk@gmfinancial.com |
| Kenneth Catanzarite | | kcatanzarite@catanzarite.com |
| Raffi Khatchadourian | | raffi@hemar-rousso.com |
| Thomas Shuck | Pathward, N.A. | tshuck@pmcos.com |
| Roye Zur | Mowbray Waterman | rzur@elkinskalt.com |
| Amitkumar Sharma | Ford Motor Credit | amit.sharma@aisinfo.com |
| Donald Reid | Ana Lidia Gomez | don@donreidlaw.com |
| Ahren Tiller | | ahren.tiller@blc-sd.com |
| Valery Loumber | Guifen He & Ping Liu | valloumlegal@gmail.com |
| James MacLeod | John Deere Construction | jmacleod@dunninglaw.com |
| Kenneth Catanzarite | Ronnie Jordan | kcatanzarite@catanzarite.com |
| Estela Pino | Pamela Metcalf-Kunellis | epino@epinolaw.com |
| Michael Lubic | PNC Bank, N.A. | michael.lubic@klgates.com |
| Roye Zur | Phoenix Traffic Management | rzur@elkinskalt.com |
| Jeffrey Shinbrot | Pino Tree Service Inc. | jeffrey@shinbrotfirm.com |
| Donald Reid | Jaime Rodriguez | don@donreidlaw.com |
| David Meadows | Southern California Edison | david@davidwmeadowslaw.com |
| Robert Marticello | Debtor's Attorney | rmarticello@raineslaw.com |
| Michael Simon | | msimon@raineslaw.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

Debtor:

**The Original Mowbray's Tree Service, Inc.**
Brian Weiss, CRO
c/o Force Ten Partners, LLC
5271 California Ave. Suite 270
Irvine, CA 92617

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**Grobstein Teeple LLP**
23832 Rockfield Blvd Ste 245
Lake Forest, CA 92630

**Hilco Valuation Services LLC**
Attn: Eric Kaup, EVP, CCO
5 Revere Dr, Ste 300
Northbrook, IL 60062

3. **SERVED BY (state method for each person served):**

   **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

   Judge's Copy

   Honorable Theodor Albert  – bin on the 5th Floor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**