| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RAINES FELDMAN LITTRELL LLP<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@raineslaw.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@raineslaw.com<br>4675 MacArthur Ct, Suite 1550<br>Newport Beach, CA 92660<br>Telephone: (310) 440-4100<br>Facsimile: (310) 499-4877<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* The Original Mowbray's Tree Service, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12674-TA<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Debtor's Motion for Entry of Order Authorizing Continued Use of Cash Collateral</u>

   b. Date of filing of motion: <u>4/8/2025</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:

   The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), requests authorization to continue to use cash collateral in accordance with the 13-week budget attached to the Motion as Exhibit 1 and pursuant to the terms set forth in the Motion.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

    b.   Identify the parties affected by the relief requested in the motion:

        PNC Bank, the only creditor holding a lien in the Debtor's cash.

    c.   State the reasons necessitating a hearing on shortened time:

        The Debtor is currently authorized to use cash collateral through April 18, 2025.  The Debtor required additional time to finalize its proposed budget and confirm certain of the expenses therein.  Due to the timing of the proposed budget's completion and in order to avoid a disruption to the Debtor's operations and the resulting revenues to be generated from such, the Debtor requires a hering on shortened notice.

        The Debtor requires court approval to use cash collateral by April 23, 2025 to pay payroll in the ordinary course of business.  Accordingly, the Debtor requests a hearing by April 22, 2025.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 4/8/2025

Raines Feldman Littrell LLP
Printed name of law firm

/s/ Robert S. Marticello
Signature of individual Movant or attorney for Movant

Robert S. Marticello
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

|   |   |   |
|---|---|---|
| 1 | **RAINES FELDMAN LITTRELL LLP** | |
|   | Robert S. Marticello, State Bar No. 244256 | |
| 2 | *rmarticello@raineslaw.com* | |
|   | Michael L. Simon, State Bar No. 300822 | |
| 3 | *msimon@raineslaw.com* | |
|   | 4675 MacArthur Ct, Suite 1550 | |
| 4 | Newport Beach, CA 92660 | |
|   | Telephone:    (310) 440-4100 | |
| 5 | Facsimile:     (310) 499-4877 | |
| 6 | Counsel for The Original Mowbray's Tree Service, | |
|   | Inc., Debtor and Debtor-In-Possession | |
| 7 | | |

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SANTA ANA DIVISION**

| | | |
|---|---|---|
| 11 | In re: | Case No: 8:24-bk-12674-TA |
| 12 | THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., | Chapter 11 |
| 13 | | **DECLARATION OF ROBERT S. MARTICELLO IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL** |
| 14 | Debtor and Debtor-in-Possession. | |
| 15 | | |
| 16 | | |
| 17 | | |

19  **DECLARATION OF ROBERT S. MARTICELLO**

20  I, Robert S. Marticello, declare as follows:

21  1.    I am an attorney with Raines Feldman Littrell LLP, counsel of record for The

22  Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-

23  captioned case (the "**Debtor**").  I know each of the following facts to be true of my own

24  personal knowledge except as otherwise stated and, if called as a witness, I could and would

25  competently testify with respect thereto.  I make this declaration in support of the *Application*

26  *for Order Shortening Time for Notice of Hearing on Debtor's Motion for Entry of Order*

27  *Authorizing Continued Use of Cash Collateral* (the "**Application**").  Unless otherwise defined

28  in this declaration, all terms on the Application are incorporated by this reference.

1

DECLARATION

10505186.1

2. Concurrently with the filing of this declaration, the Debtor is filing the *Debtor's Motion for Entry of an Order Authorizing Debtor Continued Use of Collateral* (the "**Motion**"). By the Motion, the Debtor requests authorization to continue to use cash collateral in accordance with the 13-week budget attached to the Motion as **Exhibit 1** (as may be amended and supplemented, the "**Budget**") and pursuant to the proposed order granting the Motion attached to the Motion as **Exhibit 2**.

3. I believe that good cause exists to set the hearing on the Motion on shortened notice as set forth in the Application. As detailed in the Application and Motion, the Debtor previously obtained Court authority to use cash collateral through April 18, 2025, in accordance with the budget attached to the order authorizing such cash collateral use. The Debtor required additional time to finalize its proposed budget. Due to the timing of the proposed budget's completion and in order to avoid a disruption to the Debtor's operations, the Debtor requires a hearing on shortened notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of April, 2025, at Newport Beach, California.

*/s/ Robert S. Marticello*
ROBERT S. MARTICELLO

2
DECLARATION

10505186.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**4675 MacArthur Ct, Suite 1550, Newport Beach, CA 92660.**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/8/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **4/8/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **4/8/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **4/8/2025** | Ja'Nita Fisher | */s/ Ja'Nita Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Kenneth J Catanzarite**  kcatanzarite@catanzarite.com
   - **Jessica L Giannetta**  jessica@giannettaenrico.com, melanie@giannettaenrico.com
   - **Marshall F Goldberg**  mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
   - **Alan Craig Hochheiser**  ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   - **Raffi Khatchadourian**  raffi@hemar-rousso.com
   - **Valery Loumber**  valloumlegal@gmail.com
   - **Michael B Lubic**  michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
   - **James MacLeod**  jmacleod@dunninglaw.com, nancy@dunninglaw.com
   - **Robert S Marticello**  rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
   - **David W. Meadows**  david@davidwmeadowslaw.com
   - **Karen S. Naylor**  Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
   - **Queenie K Ng**  queenie.k.ng@usdoj.gov
   - **Estela O Pino**  epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
   - **Donald W Reid**  don@donreidlaw.com, 5969661420@filings.docketbird.com
   - **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **Amitkumar Sharma**  amit.sharma@aisinfo.com
   - **Jeffrey S Shinbrot**  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
   - **Thomas E Shuck**  tshuck@pmcos.com, efilings@pmcos.com
   - **Michael Simon**  msimon@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
   - **Ahren A Tiller**  ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
   - **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
   - **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
   - **Mandy Youngblood**  csbk@gmfinancial.com
   - **Roye Zur**  rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**