**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
4675 MacArthur Ct., Suite 1550
Newport Beach, CA 92660
Telephone:     (310) 440-4100
Facsimile:     (949) 247-3998

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation<br><br>Debtor and Debtor-in-Possession. | Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>**STIPULATION AUTHORIZING USE OF CASH COLLATERAL**<br><br>**Hearing:**<br>**Date:**   May 28, 2025<br>**Time:**   10:00 a.m.<br>**Place:**  Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case ("**Debtor**"), and PNC Bank, N.A. ("**PNC**" and together with the Debtor, the "**Parties**"), by and through their counsel, enter into this stipulation ("**Stipulation**") and respectfully represent as follows:

## RECITALS

A. On October 18, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

B. The Parties previously entered into a *Stipulation Authorizing Use of Cash Collateral* [Docket No. 255] (the "**Cash Collateral Stipulation**"), which was approved by order of this Court [Docket No. 268] (the "**Cash Collateral Order**"). The Cash Collateral Order authorized the Debtor to use cash collateral on a final basis on the terms and conditions of the Cash Collateral Stipulation in accordance with the budget attached thereto as Exhibit 2. Such budget ended April 18, 2025.

C. On April 8, 2025, the Debtor filed the *Debtor's Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 394] (the "**Motion**").[1]

D. On April 23, 2025, the Court entered an order [Docket No. 421] (the "**April Cash Collateral Order**") approving a stipulation between the Parties that continued the hearing on the Motion to May 27, 2025 [Docket No. 419] and authorized the Debtor to use cash collateral in accordance with the terms set forth in the April Cash Collateral Order.

E. The Parties have reached an agreement on the Debtor's continued use of Cash Collateral on a final basis on the terms and conditions below.

## STIPULATION

Based on the foregoing recitals, the Parties agree as follows:

1. The Debtor is authorized to use Cash Collateral in accordance with the budget attached hereto as **Exhibit 1** (the "**Revised Budget**") through and including the end of the period covered by the Revised Budget on the terms and conditions of the Cash Collateral Stipulation as such terms and conditions are modified by this Stipulation.

2. The terms and conditions set forth in the Cash Collateral Stipulation shall remain in effect except as expressly modified herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Cash Collateral Stipulation.

3. The Revised Budget shall be considered a "Budget" as such term is defined in the Cash Collateral Stipulation.

4. Paragraph 5 in the Cash Collateral Stipulation shall be replaced in its entirety with the following:

<u>Milestones</u>. The Debtor will comply with the following milestones (collectively, the "**Milestones**," and each, a "**Milestone**"):

    a. An order by the Court approving the Debtor's disclosure statement shall be entered by July 31, 2025; and

    b. An order by the Court confirming the Debtor's chapter 11 plan shall be entered by September 30, 2025.

    c. Each Milestone herein can be extended by mutual consent of the Debtor and PNC. In addition, each Milestone herein can be extended by the Debtor for up to 30 days in its sole discretion upon written notice to PNC's counsel.

5. The order entered in the Chapter 11 Case appointing an examiner shall not constitute an Event of Default.

DATED: May 23, 2025       **RAINES FELDMAN LITTRELL, LLP**

By: */s/ Robert S. Marticello*
Robert S. Marticello
Michael L. Simon
Attorneys for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-in-Possession

DATED: May 23, 2025          **K&L GATES LLP**

By: _____
    Michael B. Lubic
    Attorneys for PNC Bank, N.A.

# EXHIBIT 1

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 4/25/2025 | Week 2 Ended 5/2/2025 | Week 3 Ended 5/9/2025 | Week 4 Ended 5/16/2025 | Week 5 Ended 5/23/2025 | Week 6 Ended 5/30/2025 | Week 7 Ended 6/6/2025 | Week 8 Ended 6/13/2025 | Week 9 Ended 6/20/2025 | Week 10 Ended 6/27/2025 | Week 11 Ended 7/4/2025 | Week 12 Ended 7/11/2025 | Week 13 Ended 7/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Tree Service Collections | 209,010 | 229,010 | 229,011 | 229,011 | 229,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 3,117,150 |
| Pino/Phoenix Mgmt. Fees, Interest Income, Leases | 228,375 | 188,810 | 188,810 | 188,810 | 188,810 | 188,810 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 2,758,870 |
| Pino/Phoenix Line of Credit | 61,250 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 795,000 |
| **Total Receipts** | **498,635** | **478,820** | **478,821** | **478,821** | **478,822** | **498,822** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **6,671,020** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 170,607 | 170,346 | 170,423 | 170,568 | 170,627 | 170,576 | 175,317 | 175,037 | 175,159 | 175,211 | 175,444 | 175,321 | 175,247 | 2,249,883 |
| Health Insurance | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | 339,820 |
| Worker's Comp | - | - | 43,323 | - | - | - | 54,153 | - | - | - | 44,622 | - | - | 142,098 |
| Union Dues | - | - | 39,562 | 28,000 | - | - | 49,452 | - | - | - | 40,748 | - | - | 157,762 |
| Occupancy | 19,571 | - | - | - | - | 19,571 | - | - | - | - | 19,571 | - | - | 58,713 |
| Insurance | 872,322 | - | - | 58,292 | 416,965 | - | - | - | - | 416,965 | - | - | - | 1,764,544 |
| Utilities | 7,986 | 7,975 | 9,058 | 15,450 | 7,868 | 7,894 | 8,972 | 16,249 | 8,781 | 8,701 | 8,980 | 16,261 | 8,754 | 132,930 |
| Repair and Maintenance | 10,506 | 10,509 | 10,591 | 10,432 | 10,508 | 10,590 | 10,678 | 10,507 | 10,506 | 10,587 | 10,432 | 10,508 | 10,519 | 136,874 |
| Office Supplies | 5,512 | 5,766 | 5,538 | 5,563 | 5,574 | 5,594 | 5,862 | 5,635 | 30,632 | 5,569 | 5,782 | 5,569 | 48,571 | 141,167 |
| Vehicles Expenses | 131,175 | 41,237 | 41,173 | 41,253 | 41,393 | 41,277 | 41,419 | 41,557 | 41,719 | 41,767 | 41,929 | 41,365 | 41,386 | 628,651 |
| OC Professionals | 3,120 | 3,235 | 13,859 | 60,924 | 2,945 | 12,549 | 4,159 | 2,921 | 12,522 | 3,131 | 3,247 | 13,555 | 3,072 | 139,240 |
| Tools and Supplies | 48,495 | 48,466 | 48,462 | 48,463 | 48,419 | 48,425 | 48,431 | 48,436 | 48,441 | 48,446 | 48,451 | 48,455 | 48,454 | 629,843 |
| Property Taxes - Real | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Expenses | - | 4,000 | - | - | - | - | 4,000 | - | - | - | 4,000 | - | - | 12,000 |
| Other | 11,388 | 11,387 | 11,486 | 11,592 | 11,706 | 11,828 | 11,959 | 12,099 | 12,248 | 12,410 | 12,572 | 11,739 | 11,784 | 154,199 |
| **Total Operating Disbursements** | **1,365,638** | **302,920** | **393,474** | **450,537** | **800,962** | **328,305** | **414,403** | **312,440** | **424,963** | **722,786** | **415,779** | **322,774** | **432,742** | **6,687,724** |
| **Operating Cash Flow** | **(867,003)** | **175,900** | **85,347** | **28,284** | **(322,140)** | **170,517** | **122,494** | **224,457** | **111,934** | **(185,889)** | **121,118** | **214,123** | **104,155** | **(16,704)** |
| **Cumulative Operating Cash Flow** | **(867,003)** | **(691,103)** | **(605,757)** | **(577,472)** | **(899,612)** | **(729,095)** | **(606,601)** | **(382,144)** | **(270,210)** | **(456,100)** | **(334,982)** | **(120,859)** | **(16,704)** | **(16,704)** |
| *Financing* | | | | | | | | | | | | | | |
| PNC Adequate Protection | - | 150,000 | - | - | 200,000 | 350,000 | - | - | - | - | 350,000 | - | - | 1,050,000 |
| Equipment Loans | 1,000,423 | 143,535 | 26,245 | 50,444 | 15,885 | 27,986 | 122,938 | 54,991 | 20,756 | 14,249 | 134,992 | 23,998 | 51,879 | 1,688,323 |
| Equipment Rentals | - | 44,603 | - | - | - | - | 44,603 | - | - | - | 44,603 | - | - | 133,809 |
| **Total Financing** | **1,000,423** | **338,138** | **26,245** | **50,444** | **215,885** | **377,986** | **167,541** | **54,991** | **20,756** | **14,249** | **529,595** | **23,998** | **51,879** | **2,872,132** |
| **Cash Flow After Financing** | **(1,867,427)** | **(162,238)** | **59,102** | **(22,160)** | **(538,025)** | **(207,470)** | **(45,047)** | **169,466** | **91,178** | **(200,139)** | **(408,477)** | **190,125** | **52,276** | **(2,888,837)** |
| **Cumulative Cash Flow After Financing** | **(1,867,427)** | **(2,029,665)** | **(1,970,563)** | **(1,992,723)** | **(2,530,748)** | **(2,738,217)** | **(2,783,265)** | **(2,613,799)** | **(2,522,621)** | **(2,722,760)** | **(3,131,237)** | **(2,941,112)** | **(2,888,837)** | **(2,888,837)** |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Force Ten Partners (CRO) | 203,503 | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 428,503 |
| Raines Feldman (Debtor's Counsel) | 375,000 | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 600,000 |
| Grobstein Teeple | 50,000 | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 80,000 |
| Examiner Fees | - | - | - | - | - | - | - | - | - | - | - | - | 150,000 | 150,000 |
| United States Trustee | 58,149 | - | - | - | - | - | - | - | - | - | - | - | - | 58,149 |
| **Total Restructuring Disbursements** | **686,652** | **160,000** | **-** | **-** | **-** | **-** | **160,000** | **-** | **-** | **-** | **160,000** | **-** | **150,000** | **1,316,652** |
| | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | **12,541,435** | **9,987,356** | **9,665,118** | **9,724,220** | **9,702,060** | **9,164,035** | **8,956,566** | **8,751,518** | **8,920,984** | **9,012,162** | **8,812,023** | **8,243,546** | **8,433,671** | **12,541,435** |
| Net Change in Cash | (2,554,079) | (322,238) | 59,102 | (22,160) | (538,025) | (207,470) | (205,047) | 169,466 | 91,178 | (200,139) | (568,477) | 190,125 | (97,724) | (4,205,489) |
| **Ending Cash Balance** | **9,987,356** | **9,665,118** | **9,724,220** | **9,702,060** | **9,164,035** | **8,956,566** | **8,751,518** | **8,920,984** | **9,012,162** | **8,812,023** | **8,243,546** | **8,433,671** | **8,335,946** | **8,335,946** |

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 4/25/2025 | Week 2 Ended 5/2/2025 | Week 3 Ended 5/9/2025 | Week 4 Ended 5/16/2025 | Week 5 Ended 5/23/2025 | Week 6 Ended 5/30/2025 | Week 7 Ended 6/6/2025 | Week 8 Ended 6/13/2025 | Week 9 Ended 6/20/2025 | Week 10 Ended 6/27/2025 | Week 11 Ended 7/4/2025 | Week 12 Ended 7/11/2025 | Week 13 Ended 7/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Collateral Package* | | | | | | | | | | | | | | |
| Cash | 9,987,356 | 9,665,118 | 9,724,220 | 9,702,060 | 9,164,035 | 8,956,566 | 8,751,518 | 8,920,984 | 9,012,162 | 8,812,023 | 8,243,546 | 8,433,671 | 8,335,946 | 8,335,946 |
| Accounts Receivable | 2,998,855 | 3,018,855 | 3,038,855 | 3,068,855 | 3,098,855 | 3,108,855 | 3,118,855 | 3,128,855 | 3,138,855 | 3,148,855 | 3,158,855 | 3,168,855 | 3,178,855 | 3,178,855 |
| FF&E (Net Book Value) | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 |
| Pledged Allen Street Property (net, non debtor) | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 |
| Pledged Sacramento Property (net, non debtor) | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
|  | 16,583,055 | 16,280,817 | 16,359,919 | 16,367,759 | 15,859,734 | 15,662,264 | 15,467,217 | 15,646,682 | 15,747,860 | 15,557,722 | 14,999,245 | 15,199,369 | 15,111,645 | 15,111,645 |
| *PNC Debt* | | | | | | | | | | | | | | |
| Beginning | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 6,838,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,438,464 | 6,438,464 | 7,038,464 |
| (+) Interest Principal | - | 150,000 | - | - | - | 150,000 | - | - | - | - | 150,000 | - | - | 450,000 |
| (-) Payments | - | (150,000) | - | - | (200,000) | (350,000) | - | - | - | - | (350,000) | - | - | (1,050,000) |
| **Ending Balance** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **6,838,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,438,464** | **6,438,464** | **6,438,464** | **6,438,464** |
| *Accounts Receivable Roll Forward* | | | | | | | | | | | | | | |
| **Accounts Receivable - Beginning Balance** | 2,988,855 | 2,998,855 | 3,018,855 | 3,038,855 | 3,068,855 | 3,098,855 | 3,108,855 | 3,118,855 | 3,128,855 | 3,138,855 | 3,148,855 | 3,158,855 | 3,168,855 | 2,988,855 |
| (+) Sales - Tree Services | 219,010 | 249,010 | 249,011 | 259,011 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 3,307,150 |
| (+) Sales - Pino/Phx Mgmt. Fees, Interest Income, Leases | 228,375 | 188,810 | 188,810 | 188,810 | 188,810 | 188,810 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 2,758,870 |
| (-) Collections - Tree Services | (209,010) | (229,010) | (229,011) | (229,011) | (229,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (3,117,150) |
| (-) Collections - Pino/Phx Mgmt. Fees, Interest Income, Leases | (228,375) | (188,810) | (188,810) | (188,810) | (188,810) | (188,810) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (2,758,870) |
| **Accounts Receivable - Ending Balance** | **2,998,855** | **3,018,855** | **3,038,855** | **3,068,855** | **3,098,855** | **3,108,855** | **3,118,855** | **3,128,855** | **3,138,855** | **3,148,855** | **3,158,855** | **3,168,855** | **3,178,855** | **3,178,855** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4675 MacArthur Ct., Suite 1550, Newport Beach, CA 92660

 **A true and correct copy of the foregoing document entitled (*specify*): STIPULATION AUTHORIZING USE OF CASH COLLATERAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kenneth J Catanzarite**     kcatanzarite@catanzarite.com
- **Jessica L Giannetta**     jessica@giannettaenrico.com, melanie@giannettaenrico.com
- **Marshall F Goldberg**     mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**     bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**     raffi@hemar-rousso.com
- **Valery Loumber**     valloumlegal@gmail.com
- **Michael B Lubic**     michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**     jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Robert S Marticello**     rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Karen S. Naylor**     Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Estela O Pino**     epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**     don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**     amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**     tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**     msimon@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Ahren A Tiller**     ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**     csbk@gmfinancial.com
- **Roye Zur**     rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 23, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/2025 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**