**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
4675 MacArthur Ct., Suite 1550
Newport Beach, CA 92660
Telephone:    (310) 440-4100
Facsimile:     (949) 247-3998

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**FILED & ENTERED**

**MAY 27 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation<br><br>                Debtor and<br>            Debtor-in-Possession. | Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND APPROVING STIPULATION AUTHORIZING USE OF CASH COLLATERAL AND VACATING HEARING**<br><br>**Hearing:**<br>**Date:**   May 28, 2025<br>**Time:**  10:00 a.m.<br>**Place:**  Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

      The Court has considered the *Debtor's Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral* [Docket No. 394] (the "Motion") filed by The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case ("Debtor"), all papers submitted in support thereof, and the *Stipulation Authorizing Use*

1

ORDER

*of Cash Collateral* [Docket No. 459] (the "Stipulation") between the Debtor and PNC Bank, N.A., and for good cause shown, finds that a hearing is not necessary, and orders as follows:

    1.    The Motion is granted as provided herein;

    2.    The Stipulation is approved in its entirety;

    3.    The Debtor is authorized to use cash collateral in accordance with the budget attached hereto as **Exhibit 1** on a final basis pursuant to the terms and conditions of the Stipulation; and,

    4.    The May 28, 2025 hearing is vacated.

###

Date: May 27, 2025

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT 1

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 4/25/2025 | Week 2 Ended 5/2/2025 | Week 3 Ended 5/9/2025 | Week 4 Ended 5/16/2025 | Week 5 Ended 5/23/2025 | Week 6 Ended 5/30/2025 | Week 7 Ended 6/6/2025 | Week 8 Ended 6/13/2025 | Week 9 Ended 6/20/2025 | Week 10 Ended 6/27/2025 | Week 11 Ended 7/4/2025 | Week 12 Ended 7/11/2025 | Week 13 Ended 7/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Tree Service Collections | 209,010 | 229,010 | 229,011 | 229,011 | 229,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 249,012 | 3,117,150 |
| Pino/Phoenix Mgmt. Fees, Interest Income, Leases | 228,375 | 188,810 | 188,810 | 188,810 | 188,810 | 188,810 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 2,758,870 |
| Pino/Phoenix Line of Credit | 61,250 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 795,000 |
| **Total Receipts** | **498,635** | **478,820** | **478,821** | **478,821** | **478,822** | **498,822** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **536,897** | **6,671,020** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 170,607 | 170,346 | 170,423 | 170,568 | 170,627 | 170,576 | 175,317 | 175,037 | 175,159 | 175,211 | 175,444 | 175,321 | 175,247 | 2,249,883 |
| Health Insurance | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | - | - | - | 84,955 | 339,820 |
| Worker's Comp | - | - | 43,323 | - | - | - | 54,153 | - | - | - | 44,622 | - | - | 142,098 |
| Union Dues | - | - | 39,562 | 28,000 | - | - | 49,452 | - | - | - | 40,748 | - | - | 157,762 |
| Occupancy | 19,571 | - | - | - | - | 19,571 | - | - | - | - | 19,571 | - | - | 58,713 |
| Insurance | 872,322 | - | - | 58,292 | 416,965 | - | - | - | - | 416,965 | - | - | - | 1,764,544 |
| Utilities | 7,986 | 7,975 | 9,058 | 15,450 | 7,868 | 7,894 | 8,972 | 16,249 | 8,781 | 8,701 | 8,980 | 16,261 | 8,754 | 132,930 |
| Repair and Maintenance | 10,506 | 10,509 | 10,591 | 10,432 | 10,508 | 10,590 | 10,678 | 10,507 | 10,506 | 10,587 | 10,432 | 10,508 | 10,519 | 136,874 |
| Office Supplies | 5,512 | 5,766 | 5,538 | 5,563 | 5,574 | 5,594 | 5,862 | 5,635 | 30,632 | 5,569 | 5,782 | 5,569 | 48,571 | 141,167 |
| Vehicles Expenses | 131,175 | 41,237 | 41,173 | 41,253 | 41,393 | 41,277 | 41,419 | 41,557 | 41,719 | 41,767 | 41,929 | 41,365 | 41,386 | 628,651 |
| OC Professionals | 3,120 | 3,235 | 13,859 | 60,924 | 2,945 | 12,549 | 4,159 | 2,921 | 12,522 | 3,131 | 3,247 | 13,555 | 3,072 | 139,240 |
| Tools and Supplies | 48,495 | 48,466 | 48,462 | 48,463 | 48,419 | 48,425 | 48,431 | 48,436 | 48,441 | 48,446 | 48,451 | 48,455 | 48,454 | 629,843 |
| Property Taxes - Real | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Expenses | - | 4,000 | - | - | - | - | 4,000 | - | - | - | 4,000 | - | - | 12,000 |
| Other | 11,388 | 11,387 | 11,486 | 11,592 | 11,706 | 11,828 | 11,959 | 12,099 | 12,248 | 12,410 | 12,572 | 11,739 | 11,784 | 154,199 |
| **Total Operating Disbursements** | **1,365,638** | **302,920** | **393,474** | **450,537** | **800,962** | **328,305** | **414,403** | **312,440** | **424,963** | **722,786** | **415,779** | **322,774** | **432,742** | **6,687,724** |
| **Operating Cash Flow** | **(867,003)** | **175,900** | **85,347** | **28,284** | **(322,140)** | **170,517** | **122,494** | **224,457** | **111,934** | **(185,889)** | **121,118** | **214,123** | **104,155** | **(16,704)** |
| **Cumulative Operating Cash Flow** | **(867,003)** | **(691,103)** | **(605,757)** | **(577,472)** | **(899,612)** | **(729,095)** | **(606,601)** | **(382,144)** | **(270,210)** | **(456,100)** | **(334,982)** | **(120,859)** | **(16,704)** | **(16,704)** |
| *Financing* | | | | | | | | | | | | | | |
| PNC Adequate Protection | - | 150,000 | - | - | 200,000 | 350,000 | - | - | - | - | 350,000 | - | - | 1,050,000 |
| Equipment Loans | 1,000,423 | 143,535 | 26,245 | 50,444 | 15,885 | 27,986 | 122,938 | 54,991 | 20,756 | 14,249 | 134,992 | 23,998 | 51,879 | 1,688,323 |
| Equipment Rentals | - | 44,603 | - | - | - | - | 44,603 | - | - | - | 44,603 | - | - | 133,809 |
| **Total Financing** | **1,000,423** | **338,138** | **26,245** | **50,444** | **215,885** | **377,986** | **167,541** | **54,991** | **20,756** | **14,249** | **529,595** | **23,998** | **51,879** | **2,872,132** |
| **Cash Flow After Financing** | **(1,867,427)** | **(162,238)** | **59,102** | **(22,160)** | **(538,025)** | **(207,470)** | **(45,047)** | **169,466** | **91,178** | **(200,139)** | **(408,477)** | **190,125** | **52,276** | **(2,888,837)** |
| **Cumulative Cash Flow After Financing** | **(1,867,427)** | **(2,029,665)** | **(1,970,563)** | **(1,992,723)** | **(2,530,748)** | **(2,738,217)** | **(2,783,265)** | **(2,613,799)** | **(2,522,621)** | **(2,722,760)** | **(3,131,237)** | **(2,941,112)** | **(2,888,837)** | **(2,888,837)** |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Force Ten Partners (CRO) | 203,503 | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 428,503 |
| Raines Feldman (Debtor's Counsel) | 375,000 | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 600,000 |
| Grobstein Teeple | 50,000 | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 80,000 |
| Examiner Fees | - | - | - | - | - | - | - | - | - | - | - | - | 150,000 | 150,000 |
| United States Trustee | 58,149 | - | - | - | - | - | - | - | - | - | - | - | - | 58,149 |
| **Total Restructuring Disbursements** | **686,652** | **160,000** | **-** | **-** | **-** | **-** | **160,000** | **-** | **-** | **-** | **160,000** | **-** | **150,000** | **1,316,652** |
| **Beginning Cash Balance** | 12,541,435 | 9,987,356 | 9,665,118 | 9,724,220 | 9,702,060 | 9,164,035 | 8,956,566 | 8,751,518 | 8,920,984 | 9,012,162 | 8,812,023 | 8,243,546 | 8,433,671 | 12,541,435 |
| Net Change in Cash | (2,554,079) | (322,238) | 59,102 | (22,160) | (538,025) | (207,470) | (205,047) | 169,466 | 91,178 | (200,139) | (568,477) | 190,125 | (97,724) | (4,205,489) |
| **Ending Cash Balance** | **9,987,356** | **9,665,118** | **9,724,220** | **9,702,060** | **9,164,035** | **8,956,566** | **8,751,518** | **8,920,984** | **9,012,162** | **8,812,023** | **8,243,546** | **8,433,671** | **8,335,946** | **8,335,946** |

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 4/25/2025 | Week 2 Ended 5/2/2025 | Week 3 Ended 5/9/2025 | Week 4 Ended 5/16/2025 | Week 5 Ended 5/23/2025 | Week 6 Ended 5/30/2025 | Week 7 Ended 6/6/2025 | Week 8 Ended 6/13/2025 | Week 9 Ended 6/20/2025 | Week 10 Ended 6/27/2025 | Week 11 Ended 7/4/2025 | Week 12 Ended 7/11/2025 | Week 13 Ended 7/18/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Collateral Package* | | | | | | | | | | | | | | |
| Cash | 9,987,356 | 9,665,118 | 9,724,220 | 9,702,060 | 9,164,035 | 8,956,566 | 8,751,518 | 8,920,984 | 9,012,162 | 8,812,023 | 8,243,546 | 8,433,671 | 8,335,946 | 8,335,946 |
| Accounts Receivable | 2,998,855 | 3,018,855 | 3,038,855 | 3,068,855 | 3,098,855 | 3,108,855 | 3,118,855 | 3,128,855 | 3,138,855 | 3,148,855 | 3,158,855 | 3,168,855 | 3,178,855 | 3,178,855 |
| FF&E (Net Book Value) | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 | 334,343 |
| Pledged Allen Street Property (net, non debtor) | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 | 1,762,500 |
| Pledged Sacramento Property (net, non debtor) | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
|  | 16,583,055 | 16,280,817 | 16,359,919 | 16,367,759 | 15,859,734 | 15,662,264 | 15,467,217 | 15,646,682 | 15,747,860 | 15,557,722 | 14,999,245 | 15,199,369 | 15,111,645 | 15,111,645 |
| *PNC Debt* | | | | | | | | | | | | | | |
| Beginning | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 7,038,464 | 6,838,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,638,464 | 6,438,464 | 6,438,464 | 7,038,464 |
| (+) Interest Principal | - | 150,000 | - | - | - | 150,000 | - | - | - | - | 150,000 | - | - | 450,000 |
| (-) Payments | - | (150,000) | - | - | (200,000) | (350,000) | - | - | - | - | (350,000) | - | - | (1,050,000) |
| **Ending Balance** | **7,038,464** | **7,038,464** | **7,038,464** | **7,038,464** | **6,838,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,638,464** | **6,438,464** | **6,438,464** | **6,438,464** | **6,438,464** |
| *Accounts Receivable Roll Forward* | | | | | | | | | | | | | | |
| **Accounts Receivable - Beginning Balance** | **2,988,855** | **2,998,855** | **3,018,855** | **3,038,855** | **3,068,855** | **3,098,855** | **3,108,855** | **3,118,855** | **3,128,855** | **3,138,855** | **3,148,855** | **3,158,855** | **3,168,855** | **2,988,855** |
| (+) Sales - Tree Services | 219,010 | 249,010 | 249,011 | 259,011 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 259,012 | 3,307,150 |
| (+) Sales - Pino/Phx Mgmt. Fees, Interest Income, Leases | 228,375 | 188,810 | 188,810 | 188,810 | 188,810 | 188,810 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 226,635 | 2,758,870 |
| (-) Collections - Tree Services | (209,010) | (229,010) | (229,011) | (229,011) | (229,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (249,012) | (3,117,150) |
| (-) Collections - Pino/Phx Mgmt. Fees, Interest Income, Leases | (228,375) | (188,810) | (188,810) | (188,810) | (188,810) | (188,810) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (226,635) | (2,758,870) |
| **Accounts Receivable - Ending Balance** | **2,998,855** | **3,018,855** | **3,038,855** | **3,068,855** | **3,098,855** | **3,108,855** | **3,118,855** | **3,128,855** | **3,138,855** | **3,148,855** | **3,158,855** | **3,168,855** | **3,178,855** | **3,178,855** |