Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Karen Sue Naylor (State Bar No. 144273)
karen@ringstadlaw.com
RINGSTAD & SANDERS LLP
4910 Birch Street, Suite 120
Newport Beach, CA 92660
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Donald T. Fife, Examiner

**FILED & ENTERED**

**JUN 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>　　　　Debtor. | Case No. 8:24-bk-12674 SC<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF EXAMINER'S REPORT**<br><br>(No Hearing Required)<br>[Local Bankruptcy Rule 9017-1] |

//
//
//
//
//
//
//
//
//

Based Upon the Stipulation to Extend Deadline for Submission of Examiner's Report, and good cause appearing therefor, it is hereby

ORDERED:

1. The deadline for the Examiner to submit his report is hereby extended from June 16, 2025 to July 14, 2025;

2. The hearings on the Debtor's proposed Disclosure Statement and the status conference are hereby continued from July 2, 2025 at 1:30 p.m., to August 6, 2025 at 1:30 p.m.

###

Date: June 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge