**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
4675 MacArthur Ct, Suite 1550
Newport Beach, CA 92660
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**FILED & ENTERED**

**JUL 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No: 8:24-bk-12674-TA<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL**<br><br>**Hearing:**<br>**Date:** July 17, 2025<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

The Court has considered the *Motion for Entry of Order Authorizing Continued Use of Cash Collateral* (the "**Motion**") filed by The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), all papers submitted in support thereof, and the *Stipulation Authorizing Use of Cash Collateral* [Docket No. 531] (the "**Stipulation**") between the Debtor and PNC Bank, N.A., and for good cause shown, finds that a hearing is not necessary and orders as follows:

1. The Motion is granted as provided herein;

2. The Stipulation is approved in its entirety;

3. The Debtor is authorized to use cash collateral in accordance with the budget attached hereto as **Exhibit 1** on a final basis pursuant to the terms and conditions of the Stipulation; and

4. The July 17, 2025 hearing is vacated.

###

Date: July 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

ORDER GRANTING MOTION FOR ENTRY OF ORDER
AUTHORIZING CONTINUED USE OF CASH COLLATERAL

| The Original Mowbray's Tree Service Inc. Weekly Cash Flow | Week 1 Ended 7/25/2025 | Week 2 Ended 8/1/2025 | Week 3 Ended 8/8/2025 | Week 4 Ended 8/15/2025 | Week 5 Ended 8/22/2025 | Week 6 Ended 8/29/2025 | Week 7 Ended 9/5/2025 | Week 8 Ended 9/12/2025 | Week 9 Ended 9/19/2025 | Week 10 Ended 9/26/2025 | Week 11 Ended 10/3/2025 | Week 12 Ended 10/10/2025 | Week 13 Ended 10/17/2025 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | |
| Tree Service Collections | 217,000 | 269,500 | 217,000 | 248,500 | 217,000 | 238,000 | 217,000 | 217,000 | 217,000 | 217,000 | 217,000 | 217,000 | 157,000 | 2,866,000 |
| Pino/Phoenix Mgmt. Fees, Interest Income, Leases | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 184,750 | 2,401,750 |
| Pino/Phoenix Line of Credit | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 61,250 | 796,250 |
| **Total Receipts** | **463,000** | **515,500** | **463,000** | **494,500** | **463,000** | **484,000** | **463,000** | **463,000** | **463,000** | **463,000** | **463,000** | **463,000** | **403,000** | **6,064,000** |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 129,816 | 160,784 | 129,809 | 148,394 | 129,809 | 142,200 | 129,810 | 129,810 | 129,810 | 129,810 | 129,810 | 129,811 | 129,811 | 1,749,484 |
| Health Insurance | - | - | - | - | 84,955 | - | - | - | - | 84,955 | - | - | - | 169,910 |
| Worker's Comp | - | - | - | 40,942 | - | - | - | - | 30,823 | - | - | - | 36,331 | 108,095 |
| Union Dues | - | - | - | 42,133 | - | - | - | - | 31,719 | - | - | - | 37,387 | 111,238 |
| Occupancy | - | 6,011 | - | - | - | - | 6,011 | - | - | - | 6,011 | - | - | 18,033 |
| Insurance | 878,213 | - | - | - | - | 354,601 | - | - | - | 148,078 | - | - | (578,990) | 801,901 |
| Utilities | 3,061 | 10,805 | 2,917 | 2,939 | 3,078 | 3,226 | 10,946 | 3,072 | 3,101 | 3,251 | 10,859 | 2,976 | 3,003 | 63,233 |
| Repair and Maintenance | 11,061 | 11,261 | 11,061 | 14,861 | 11,061 | 11,061 | 11,261 | 11,061 | 11,061 | 14,861 | 11,261 | 11,261 | 11,061 | 152,195 |
| Office Supplies | 5,466 | 5,800 | 5,267 | 5,321 | 5,342 | 5,593 | 5,277 | 5,322 | 5,369 | 5,357 | 5,597 | 5,353 | 5,406 | 70,470 |
| Vehicles Expenses | 36,235 | 36,342 | 36,510 | 36,689 | 36,858 | 37,015 | 36,535 | 36,073 | 36,222 | 36,314 | 34,480 | 34,301 | 34,466 | 468,041 |
| OC Professionals | 10,315 | 6,552 | 6,805 | 7,077 | 7,368 | 10,380 | 8,015 | 6,852 | 7,127 | 10,122 | 7,738 | 8,076 | 7,072 | 103,498 |
| Tools and Supplies | 36,936 | 36,909 | 36,996 | 37,087 | 37,106 | 37,028 | 37,130 | 37,008 | 37,109 | 37,023 | 36,963 | 36,971 | 37,068 | 481,334 |
| Property Taxes - Personal | - | - | - | - | - | 135,000 | - | - | - | - | - | - | - | 135,000 |
| Bank Expenses | - | 1,650 | - | - | - | - | 1,650 | - | - | - | 1,650 | - | - | 4,950 |
| Other | 12,350 | 12,422 | 12,498 | 12,577 | 12,659 | 12,745 | 12,834 | 12,667 | 12,753 | 12,843 | 12,936 | 12,794 | 12,885 | 164,963 |
| **Total Operating Disbursements** | **1,144,453** | **288,536** | **241,862** | **348,020** | **341,237** | **748,848** | **259,469** | **241,865** | **390,048** | **397,660** | **257,306** | **241,542** | **(264,500)** | **4,636,346** |
| **Operating Cash Flow** | **(681,453)** | **226,964** | **221,138** | **146,480** | **121,763** | **(264,848)** | **203,531** | **221,135** | **72,952** | **65,340** | **205,694** | **221,458** | **667,500** | **1,427,654** |
| **Cumulative Operating Cash Flow** | **(681,453)** | **(454,489)** | **(233,351)** | **(86,872)** | **34,891** | **(229,957)** | **(26,426)** | **194,709** | **267,661** | **333,001** | **538,696** | **760,154** | **1,427,654** | **1,427,654** |
| *Financing* | | | | | | | | | | | | | | |
| PNC Adequate Protection/Principal Paydowns | - | 350,000 | - | - | - | - | 350,000 | - | - | - | 350,000 | - | - | 1,050,000 |
| Equipment Adequate Protection | 325,015 | 295,036 | - | - | - | - | 302,538 | - | - | - | 509,548 | - | - | 1,432,137 |
| **Total Financing** | **325,015** | **645,036** | **-** | **-** | **-** | **-** | **652,538** | **-** | **-** | **-** | **859,548** | **-** | **-** | **2,482,137** |
| **Cash Flow After Financing** | **(1,006,468)** | **(418,073)** | **221,138** | **146,480** | **121,763** | **(264,848)** | **(449,007)** | **221,135** | **72,952** | **65,340** | **(653,853)** | **221,458** | **667,500** | **(1,054,483)** |
| **Cumulative Cash Flow After Financing** | **(1,006,468)** | **(1,424,540)** | **(1,203,403)** | **(1,056,923)** | **(935,160)** | **(1,200,008)** | **(1,649,015)** | **(1,427,880)** | **(1,354,928)** | **(1,289,588)** | **(1,943,441)** | **(1,721,983)** | **(1,054,483)** | **(1,054,483)** |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Force Ten Partners (CRO) | - | - | 250,000 | - | - | - | 100,000 | - | - | - | 100,000 | - | - | 450,000 |
| Raines Feldman (Debtor's Counsel) | - | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | - | - | 225,000 |
| Grobstein Teeple | - | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | - | - | 30,000 |
| Examiner Fees | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 | 250,000 |
| United States Trustee | 62,452 | - | - | - | - | - | - | - | - | - | - | - | 67,344 | 129,796 |
| **Total Restructuring Disbursements** | **62,452** | **-** | **335,000** | **-** | **-** | **-** | **185,000** | **-** | **-** | **-** | **185,000** | **-** | **317,344** | **1,084,796** |
| Beginning Cash Balance | 10,285,492 | 9,216,571 | 8,798,499 | 8,684,636 | 8,831,116 | 8,952,879 | 8,688,031 | 8,054,024 | 8,275,159 | 8,348,111 | 8,413,452 | 7,574,598 | 7,796,056 | 10,285,492 |
| Net Change in Cash | (1,068,920) | (418,073) | (113,862) | 146,480 | 121,763 | (264,848) | (634,007) | 221,135 | 72,952 | 65,340 | (838,853) | 221,458 | 350,156 | (2,139,279) |
| **Ending Cash Balance** | **9,216,571** | **8,798,499** | **8,684,636** | **8,831,116** | **8,952,879** | **8,688,031** | **8,054,024** | **8,275,159** | **8,348,111** | **8,413,452** | **7,574,598** | **7,796,056** | **8,146,213** | **8,146,213** |