Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Karen Sue Naylor (State Bar No. 144273)
karen@ringstadlaw.com
**RINGSTAD & SANDERS LLP**
23101 Lake Center Dr., Suite 355
Lake Forest, CA 92660
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Donald T. Fife,
Chapter 11 Examiner,

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE., INC., a Delaware corporation.<br><br>Debtor and Debtor in Possession | Case No. 8:24-bk-12674-SC<br><br>**REPORT OF CHAPTER 11 EXAMINER, DONALD T. FIFE** |

Donald T. Fife, in his capacity as duly appointed Examiner of the Chapter 11 Estate of The Original Mowbray's Tree Service, Inc., hereby respectfully submits the following Report of the Chapter 11 Examiner.

## I.

## INTRODUCTION

This case was commenced by the filing of a petition under Chapter 11 of the Bankruptcy Code on October 18, 2024 by The Original Mowbray's Tree Service, Inc., a Delaware Corporation (the "Debtor"). By this Court's Order (1) Denying Motion of Jaime Rodriguez and

Ana Lidia Gomez to Appoint a Chapter 11 Trustee…and (2) Directing the United States Trustee to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c) (the "Examiner Order") entered on March 14, 2025 as ECF No. 362, the United States Trustee ("UST") was directed to appoint an Examiner under Section 1104(c).   On March 18, 2025, an Order was entered authorizing the appointment of Donald T. Fife as Chapter 11 Examiner ("Examiner"). On May 5, 2025, an Order was entered authorizing the Examiner to Employ the firm of Ringstad and Sanders as counsel to the Examiner ("Examiner Counsel").   The Examiner Order directed the Examiner to investigate and report on the allegations made in the following pleadings:

    **a.**  The *Motion of Jaime Rodriguez and Ana Lidia Gomez's [sic] to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. Section 1104(a); and Motion to Substantively Consolidate Pino Tree Services, Inc., Mowbray Waterman Property, LLC, and Phoenix Traffic Management Inc. With the debtor's Bankruptcy Case* (the "Motion") [ECF No. 286];

    **b.**  The *Debtor's Opposition to Jaime Rodriguez and Ana Lidia Gomez's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. Section 1104(A); and Motion to Substantively Consolidate Pino Tree Service, Inc., Mowbray Waterman Property LLC, and Phoenix Traffic Management, Inc. With the Debtor's Bankruptcy Case* (the "Debtor Opposition") [ECF No. 314];

    **c.**  The *Oppositions of Pino Tree Service* [ECF No. 308], *Mowbray Waterman Property, LLC, and Phoenix Traffic Management, Inc.* [ECF No. 312], *Bank of Sierra* (the Non-Debtor Oppositions") [ECF No. 310];

    **d.**  The replies to the Opposition filed by the Movants (the "Replies") [ECF Nos. 338-340, 342] and the joinder filed by Pathward, N.A. ("the "Joinder") [ECF No. 347].

The Examiner was further directed to investigate the following matters and file a report with respect to:

    **a.**  The existence of possible avoidance actions held by the Debtor's estate and the practical advisability of bringing such avoidance actions;

**b.** The allegations concerning substantive consolidation in the Motion, the Debtor Opposition, the Non-Debtor Oppositions, the Replies, and Joinder;

**c.** Whether, post-petition, the Debtor's current management structure is operating solely in the interest of the Debtor's estate and not unduly benefitting affiliated entities including: (1) Pino Tree Service, Inc., (2) Mowbray Waterman Property, LLC, and (3) Phoenix Traffic Management, Inc. (collectively referred to as the "Affiliates");

**d.** The use of the vehicles and equipment leased or financed by the Debtor, including vehicles subject to agreements with Pathward, N.A[1], as between the Debtor and the Affiliates or any third parties.

In preparation for this Report, Examiner and Examiner Counsel met with and interviewed several representatives of the Debtor and Affiliates including:

Brian Wess, Chief Restructuring Officer

Richard Mowbray, CEO of the Debtor

Robin Mowbray, Chairwomen of the Debtor, Owner of the Debtor

Ruben Sainos, Chief Financial Officer

Jacobus Pino, Chief Executive Officer, Pino Tree Service

Brandon Brown, Director of Operations, Pino Tree Service

Tony Ramirez, Fleet Manager for the Debtor

Joseph Horzen, Outside CPA, Partner of SorenMcAdam, LLP

In addition, discussions were held by the Examiner and/or Examiner Counsel with the following:

Robert S. Marticello, counsel for the Debtor

---

[1] The Examiner notes that according to the withdrawal of Pathward's Motion for Relief from the Automatic Stay (ECF No. 509), and the representations made in Debtor's Amended Joint Status Report (ECF No. 513), Pathward and the Debtor have reached an agreement on the treatment of Pathward's secured claim in the case. In order to avoid adversely affecting any negotiated resolution, this Report will not include any discussion of the treatment of Pathward's claim or the use of the vehicles which it leases to the Debtor.

Ahren Tiller, counsel for Creditors Rodriguez and Gomez

Thomas Shuck, counsel for Pathward, N.A.

Roye Zur, counsel for Phoenix Traffic Management, Robin Mowbray, and Mowbray Waterman Property

Jeffrey Shinbrot, counsel for Pino Tree Service, Inc.

Kenneth Catanzarite, counsel for Ronnie Jordan

The Examiner requested and obtained numerous documents pertaining to the Debtor and the Affiliates. Among the key documents reviewed by the Examiner were the following:

- Debtor Reviewed Financial Statements for the years 12/31/20, 12/31/21, 12/31/22, 12/31/23

- Pino Compilation Report for the period 07/21/22 through 12/31/22

- Pino Stock Purchase Agreement

- Phoenix Corporate Tax Returns for 2022 and 2023

- Pino Corporate Tax Returns for 2020, 2021, 2022

- Mowbrays Waterman Properties Tax Returns for 2020, 2021, 2022, 2023

- Detail of Stockholder Distributions for 2020, 2021, 2022

- Insider 4-Year Disbursements

- Debtor Detailed Depreciation Schedule at December 31, 2022

- Hilco Report and detail of appraisal

- Robin Mowbray Individual Tax Returns for the Years 2020, 2021, 2022 and 2023

- Debtor prepared schedules re: equipment disposal, inter-company allocation, insurance allocation

- Insurance documents for the Debtor and Pino

- Correspondence from Counsel and the Debtor – primarily R. Sainos, B Weiss.

- Notes from the Debtor to the Affiliates

- Various Pleadings including but not limited to the Schedules, Statement of Financial Affairs, and Monthly Operating Reports for the Debtor, MWP, and

Robin Mowbray, the Debtor's proposed Chapter 11 Plan of Reorganization,
Disclosure Statement, Liquidation Analysis, Projections and other Exhibits; the
Motion filed by creditors Rodriguez and Gomez to Appoint a Chapter 11 Trustee
and to Substantively Consolidate Pino Tree Services, Inc., Mowbray Waterman
Property, LLC and Phoenix Traffic Management, Inc. with the Debtor's
Bankruptcy Case, and various pleadings supporting and opposing that Motion;
and, the Order Appointing the Examiner, and other pleadings relevant to the
Examiner's investigation.

All representatives of the Debtor and the Debtor's Affiliates were cooperative and open.
All information that was requested by either the Examiner or Examiner's Counsel was provided
in a timely fashion.  All interviews conducted by the Examiner (with the exception of the
interviews of the Pino Tree Service representatives) were performed without counsel in
attendance. Although counsel for Pino Tree Service was in attendance with both the interviews
with Mr. Pino and Mr. Brown (conducted separately), there was not a single instance where
counsel for Pino Tree Service instructed either to not answer a question.

## II.

## THE DEBTOR AND THE AFFILIATED ENTITIES

### A. Description of the Debtor.

The Debtor was formed in 1972 by Gloria and John Mowbray and provides vegetation
management services for public and private entities. The services provided by the Debtor include
manual and mechanical clearing, integrated vegetation management, storm and emergency,
right-of-way maintenance, and high-hazard tree removal and crane services. The Debtor provides
tree-trimming around power lines, clearing vegetation, removal of debris, and assisting with
damage remediation in response to natural disasters. Historically, utility companies have been
the Debtor's primary clients, including PG&E and Southern California Edison ("SCE"). Services
are also provided to governmental agencies and cooperatives. The Debtor currently provides
service in California, North Carolina and Florida. At its peak, the Debtor had net revenues of

approximately $470 million and net income of approximately $69.2 million (for the year ended December 31, 2020, as per the Debtor's Reviewed Financial Statements).

The Debtor is an S-Corporation and is 100% owned by Robin Mowbray, the youngest daughter of Gloria and John Mowbray. Ms. Mowbray is currently the Chairwoman of the Board.

**B. The Affiliated Entities.**

**1. PINO TREE SERVICE, INC.**

Pino Tree Service, Inc. ("Pino") was started by Jacobus Pino in 2010 (as per Pino's pre-acquisition tax return). Pino provided similar services as the Debtor and was a subcontractor used by the Debtor from time to time. In May of 2022, the Debtor purchased all of the outstanding shares of Pino from Jacobus Pino for the total consideration of $1.5 million. The purchase price was paid by $750,000 in cash and the balance was a note payable (the balance of this note at the Petition Date per the Debtor's Schedules was $167,673.76). The acquisition was accounted for as a business acquisition and the acquisition method of accounting was applied. The net identifiable assets acquired were valued at $30,002 and Goodwill was valued at $1,469,998.

Jacobus Pino is currently the CEO for Pino. Since the acquisition of Pino by the Debtor, the Debtor's CPA firm, SorenMcAdam, LLP has performed a Review of the consolidated operations of Pino and the Debtor with the elimination of Inter-Company activity.

The Debtor provided a line of credit to Pino subsequent to the acquisition to assist Pino with growth and working capital requirements. As of the Petition Date, Pino owed the Debtor $10,321,046.44 on the line of credit.

**2. PHOENIX TRAFFIC MANAGEMENT, INC.**

Phoenix Traffic Management, Inc ("Phoenix"), an S-Corporation, was formed in 2021 and is 100% owned by Robin Mowbray. Phoenix provides traffic management services and primarily acts as a subcontractor. Currently, Phoenix primarily has two customers – Pino and another non-related entity.

Prior to the bankruptcy filing, the Debtor made a loan to Phoenix by making a combination of advances to fund Phoenix's operating expense and rent for equipment.

### 3. MOWBRAY WATERMAN PROPERTY, LLC

Mowbray Waterman Property, LLC ("MWP"), formed in 2020, is a real estate holding company that owns and leases real property, including the corporate offices of the Debtor. Robin Mowbray owns 51% of MWP and the Gloria Mowbray Separate Property Trust owns the balance of 49%.

MWP was funded by unsecured loans that were made by the Debtor that had a balance of $3,889,126.31 at the Petition Date. The Debtor also provided a guarantee on a secured loan obtained by MWP.

MWP filed a Chapter 11 bankruptcy on February 19, 2025 (Case No. 8:25-bk-10542-SC).

## II.

## QUESTIONS POSED FOR EXAMINATION

Numerous allegations have been made against the Debtor within the Motion and related pleadings and through direct communication with the Examiner and Examiner's counsel. The Examiner has attempted to identify the key issues as identified by the Court in the Examiner Order and by review of the allegations made in the pleadings identified by the Examiner Order. The Examiner and Examiner's counsel have attempted to address these allegations and issues through discussions with Debtor representatives and the review and analysis of financial and other information. These allegations and requests include the following:

- **QUESTION 1: Whether the Debtor's bankruptcy estate should be substantively consolidated with Pino, Phoenix and MWP (the "Affiliates") on the basis that the Debtor has failed to incorporate corporate formalities and does not properly account for transactions with Affiliates;**

- **QUESTION 2: Whether the Debtor has charged well above market rates for services from Phoenix to the Debtor;**

- **QUESTION 3: Whether the Debtor's operations are so "commingled" with the Affiliates that it is impossible to accurately ascertain the Debtor's true financial condition;**

- **QUESTION 4: Whether the Debtor had a "concerted plan" to transfer all of its assets and revenue streams from the Debtor to the Affiliates;**

- **QUESTION 5: Whether the Debtor directed Pino to be the company to bid and receive the SCE contract;**

- **QUESTION 6: Whether the Debtor may have the possibility of obtaining an ERC credit;**

- **QUESTION 7: Whether funds are exchanged from the Debtor and MWP for rent – or only "credits" are provided;**

- **QUESTION 8: Whether MWP properties are equitable properties of the bankruptcy estate;**

- **QUESTION 9: Whether a Chapter 11 Trustee should be appointed;**

- **QUESTION 10: Whether Robin Mowbray has a conflict of interest in pursuing any action on preferential payments and/or fraudulent transfers to the Affiliates while being 100% owner of the Affiliates;**

- **QUESTION 11: Whether a substantial reduction in vehicles and equipment has occurred from December 31, 2022, to the date of the Hilco Valuation Report (included as part of the Debtor's Plan of Reorganization) without proper accounting and reconciliation; whether the value provided by Hilco in the**

**Liquidation Analysis is too low and whether Vehicles and Equipment are significantly undervalued in the Debtor's Liquidation Analysis;**

- **QUESTION 12: Whether the Debtor's Plan of Reorganization excludes the operations of Pino and the values included in the Debtor's Liquidation Analysis for other assets are significantly undervalued..**

## III.

## ANALYSIS OF THE ALLEGATIONS AND QUESTIONS

The Examiner has investigated and hereby reports on the following:

**QUESTION 1: <u>Whether the Debtor Should be Substantively Consolidated with the Affiliates</u>.**

Substantive consolidation is an equitable remedy that has been applied in some bankruptcy cases to ensure the equitable treatment of creditors. *See, In re Bonham*, 229 F.3d 750, 763-65 (9th Cir. 2000)("*Bonham*"). *In Bonham,* the Ninth Circuit adopted an independent test which requires the consideration of two factors: (1) whether creditors dealt with the entities as a single economic unit and did not rely on their separate identity in extending credit; or (2) whether the affairs of the debtor are so entangled that consolidation would benefit all creditors. (Cit. Om.) The presence of *either* factor is a sufficient basis to order substantive consolidation.

Here, there does not appear to be sufficient evidence to find the presence of either factor, at least between the Debtor and Pino. There is no evidence that creditors have relied upon the combined credit of the Debtor and Pino in advancing credit.[2] As is described herein, the Debtor and Pino have carefully accounted for the use by Pino of both equipment and manpower of

---

[2] However, it should be noted that Pino's rapid growth can be attributed, at least in part, to the availability to Pino of the Debtor's large inventory of vehicles and equipment which Pino rents from the Debtor. That inventory was obtained through the reliance by lenders and lessors on the credit of the Debtor. The Debtor has also provided a substantial loan to Pino to provide Pino with the capitalization needed for its rapid growth.

Mowbray's by Pino.  No unusual difficulty would be likely in "disentangling" their financial affairs.

Moreover, the central purpose of substantive consolidation is to ensure the equitable treatment of creditors.  As is described herein, the Examiner believes that the substantive consolidation of Pino into Mowbray's would be harmful to the interests of the creditors and could result in the cancellation of some existing contracts of Pino.

Several factors are commonly considered in analyzing whether substantive consolidation is justified including:

- The absence of corporate formalities;
- Common ownership or control;
- Poor or nonexistent corporate records;
- Joint marketing or branding;
- Intercompany transfers without proper documentation and not dealt with at arm's length;
- Insurance coverage is not separated by entity;
- The inability to separate affiliated corporations' assets and liabilities;
- Creditors and outsiders look at the Affiliated companies as "one' as compared to different companies.

### The Substantive Consolidation of Pino

Pino is a wholly owned subsidiary of the Debtor. The companies have different CEO's (Richard Mowbray for the Debtor and Jacobus Pino for Pino). Both companies have distinct and separate insurance policies (with the exception of healthcare insurance discussed below). In the industry, both companies appear to be recognized as separate entities as both the Debtor and Pino frequently bid on the same jobs. Pino has a separate office and has a separate office within the Debtor's corporate office. Both the Debtor and Pino have separate accounting systems though both do share the same CFO – Ruben Sainos.

In addition to Mr. Sainos, Pino uses the services of a number of other employees of the Debtor including the Fleet Director, Fleet Manager, Corporate Secretary, Group Director, IT Specialist, Gas Card Administrator, Traffic Control Billing Support, Procurement, HR Manager, and Payroll Specialist.

Each month, an analysis is performed, and an allocation is generated for the above listed employees (or officer). Payment is then made by Pino for the calculated amount. An estimated total salary cost for the month is the starting point for each employee. The Debtor then makes an estimate of how much of the employees' time for that month was spent performing work for Pino. The allocation is calculated based on the total revenue of Pino as a percentage of the total revenue of the Debtor, Pino and Phoenix. Once this amount is calculated, a 25% charge is added for employer taxes and other benefits, and the cumulative amount is charged to Pino from the Debtor.

***Examiner's Conclusion: Although there is no perfect way to calculate the charge, the Debtor's method of allocation is reasonable although it would appear that the charge for the Corporate Secretary and Group Director may be somewhat high resulting in a slight overcharge to Pino.***

The Debtor has healthcare policies (Kaiser, Eyemed, and Metlife) that include all employees of the Debtor and Pino. Each month, the Debtor identifies the Pino employees and charges Pino the monthly health care cost by issuing an invoice for the calculated amount.

***Examiner's Conclusion: This method of allocation of health care costs from the Debtor to Pino is reasonable.***

The Debtor has an extensive inventory of vehicles and equipment that was obtained during the years when its operations were significantly greater. As Pino obtained new jobs, Pino required much of the equipment that was already in the inventory of the Debtor and sitting unused due to the loss or expiration of some of the contracts of the Debtor. The Debtor and Pino entered into a Master Vehicle and Equipment Lease whereby Pino leases idle equipment of the Debtor that Pino needs for its current jobs.

When Pino requires a vehicle or a piece of equipment for a job, a request is made to the Debtor. The Debtor's Fleet Manager is informed of the need for the item. The Fleet Manager reviews the condition of the requested equipment and will formulate a monthly price based on the current fair market value of the property. The Fleet Manager may contact other equipment providers and/or conduct a search to come up with the monthly rent. Once the monthly rent is established, a 10% surcharge is added.

The Examiner was provided the schedule of vehicles and equipment that was being leased by Pino for the month of May 2025 and the accompanying charge. An independent analysis was performed on many of the assets that are being leased to ascertain the reasonableness of the pricing.

*Examiner's Conclusion: Based on this review and analysis, it was determined that the rates being charged from the Debtor to Pino were reasonable.*

Certain overhead items and software are shared by the Debtor and Pino at the Debtor's corporate offices. These items include: Verizon telephone, Verizon IT& Hardware, Temas Integration, AppRIver, Adobe, Tech Works, Samsare GPS, and Fleetio Database. These expenses are allocated based on actual usage (i.e., the GPS charge is increased as Pino uses more vehicles) and a monthly charge from the Debtor to Pino is invoiced.

*Examiner's Conclusion: The Examiner was provided a detailed spreadsheet of all the allocated charges for the year 2024 and for partial 2025 and it is determined that the allocation is reasonable.*

The Debtor maintains certain supplies and other items that are used by Pino. These items include rakes, batteries, chain saws, first aid kits, and other small tools and items. A list is maintained for all the items that Pino uses (items as small as $2.00 gloves are accounted for and itemized). As an example, the total costs of items for one month were approximately $8,000. This list of items is provided to Pino each month and an invoice is provided. The Debtor provides these items to Pino at its cost.

***Examiner's Conclusion:  The Debtor's policy of identifying all small tools and other items and requesting reimbursement at its cost is determined to be reasonable.***

The Debtor retains an outside CPA firm, SorenMcAdam, a well-respected firm in Redlands, California, (the "CPA Firm"), that has provided a Review of the Debtor for the past several years (SorenMcAdam also prepared the Debtor's Federal and State tax returns). Subsequent to the acquisition of Pino, the Reviewed Financial Statements include a Consolidating Income Statement, Consolidating Balance Sheet, and Consolidating Statement of Operations. Each one of these financial statements provides the operations of the Debtor and Pino separately, with eliminations, and combined totals. If the CPA Firm was not able to reasonably conclude that the Debtor's and Pino operations were accounted for separately and accurately, the CPA firm would not have provided an opinion on these statements in the Reviewed Report.  The Examiner has seen no basis for determining that each of the Debtor's and Pino's operations were not adequately identified and segregated in the consolidating financial statements.

The identification of the income for each entity is readily identifiable – whichever has the contract with the customer recognizes the income. The identification of the majority of the expenses is readily identifiable – substantially all of the employees working on the site are clearly either Debtor or Pino employees. The identification of assets is readily identifiable – the bulk of the assets are in the name of the Debtor and can be clearly identified. The identification of liabilities is readily identified – invoices and payables are provided to the specific entity that used the product or service.

It should be noted that the Examiner does not believe that substantive consolidation of Pino is in the best interest of either the Debtor, Pino, or the Creditors. If the Debtor and Pino were Substantively Consolidated, bidding for contracts could only be undertaken by the Debtor. Currently, the Debtor has two chances of being successful for each potential job – a bid from the Debtor and a bid from Pino. Substantive consolidation would lessen the chances of successful bids.  Furthermore, Pino's recent success in bidding on jobs appears to be related, at least in part,

to a sterling safety record that could be adversely affected by substantive consolidation with Mowbray's. Mowbray's safety rating was adversely impacted by an on-the-job fatality that occurred in 2022. Its poor safety rating has negatively affected its ability to obtain contracts with SCE.[3] Substantive consolidation with Mowbray's could thus negatively impact Pino's safety record, and Pino's ability to bid on certain contracts.

If the Debtor and Pino were substantively consolidated, the costs of insurance, workers compensation, and unemployment insurance would increase as the lower rates currently available to Pino would no longer be available upon consolidation.

It has become clear to the Examiner from this evaluation that there are two distinct cultures and history within both Debtor and Pino. It is not clear how these two cultures, particularly at the management level, would coexist if the entities were substantively consolidated.

***Examiner's Conclusion:  Although some of the factors for substantive consolidation are met between the Debtor and Pino (common ownership, common CFO), the Examiner does not believe substantive consolidation is warranted as many of the factors are not met. Further, the Examiner has determined that substantive consolidation of Pino with Mowbray could potentially have an adverse impact upon Pino's ability to bid for new contracts with SCE.  If ownership of Pino and its potential profit are adequately valued in a plan of reorganization, and the benefit thereof preserved for creditors, then it would appear that no significant benefit would accrue to creditors by the substantive consolidation of Pino with Mowbray's.***

**QUESTION 2: Whether the Debtor was charged well above market rates for services from Phoenix Traffic Management ("Phoenix") to the Debtor.**

---

[3]  The Examiner has seen evidence that Mowbray's safety rating should improve if it suffers no similar incidents for a period of three years following the November 2022 fatality, and that SCE would then more favorably view bids from Mowbray's for new contracts.

Phoenix currently has two significant contracts that comprise the majority of its revenues – one with Pino and one with a non-affiliated company. The contract with Pino is provided on a subcontract basis as part of the Pino contract with SCE.

As discussed before, Phoenix provides traffic management services, primarily as a subcontractor. As part of the bidding process, the primary contractor will obtain the traffic management bid and include the traffic management bid as part of its own overall bid. The traffic management bid is a separate and distinct part of the overall bid. If the traffic management bid is significantly above market value, the likelihood of the primary contractor being successful in its bid is greatly reduced. Additionally, the hiring company may request that the traffic management part of the contract be reduced if that aspect is clearly above market value.

When Pino was compiling its bid to obtain the contract with SCE, it obtained two bids for the traffic management work – one from Phoenix and one from a primary competitor with offices in San Bernardino.

A comparison of the two bids demonstrates that the competitor was higher in all team categories.  The chart below lists the percentage by which the rates bid by Phoenix were lower than the rates bid by the competitor:

| Crew | Phoenix Rates Cheaper | | |
|---|---|---|---|
| | Normal | Overtime | Premium |
| One Man Crew | 26.3% | 26.1% | 32.0% |
| Two Man Crew | 3.0% | 6.5% | 20.8% |
| Three Man Crew | 9.1% | 12.4% | 25.9% |
| Four Man Crew | 17.5% | 20.3% | 32.6% |
| 1 Man Labor | 20.7% | 46.4% | 47.1% |

***Examiner's Conclusion:  The rates charged by Phoenix to Pino are subject to substantial review in the bidding process. If Phoenix overcharged for its services to Pino, it is***

*likely the customer either would not accept the bid or ask that the traffic management aspect of the bid be reduced.*

*Additionally, two bids were received in the procuring of the SCE contract by Pino – one from Phoenix and one from a local competitor. Phoenix's bid was substantially lower than the competitor.*

*Based on the above, it does not appear that Phoenix is overcharging for its services to Pino.  It should be noted that although there is no evidence of overcharging, it is recommended that the operations of the dealing between Phoenix, Pino and the Debtor are monitored closely going forward and throughout the term of any Plan of Reorganization.*

**QUESTION 3: Whether the Debtor's and Pino's operations are so "commingled" that it is impossible to accurately ascertain the Debtor's true financial condition.**

As previously addressed, the Debtor makes reasonable allocations for inter-company activity between the Debtor, Pino, and Phoenix. Income and expenses are readily identified as are assets and liabilities. The financial statements prepared by the Debtor, Pino and Phoenix provide a fair picture for each entity.

*Examiner's Conclusion:  The Debtor's operations as well as the operations of Pino and Phoenix are not so "commingled" that it is impossible to ascertain the true financial condition of each entity.*

**QUESTION 4: Whether the Debtor had a "concerted plan" to transfer all of its assets and revenue streams from the Debtor to the Affiliates**

At first glance, the historical activity of the Debtor and Pino arouses suspicion. When the Debtor acquired Pino in 2022, the Debtor was the much larger entity with revenues in excess of $232 million while Pino's revenues were approximately $2.7 million. By the end of 2024, according to the Debtor's Plan of Reorganization (the "Plan") filed on March 14, 2024 [Doc 363], the Debtor's revenue for 2024 were approximately $39.9 million (includes approximately

$8 million of management fees from Pino and Phoenix), while Pino's revenues were approximately $57.9 million.

The "accusation" purports that the Debtor directly transferred its revenue to Pino during this period. After reviewing and analyzing the Debtor's operations during this period and conducting several interviews with the Debtor's and Pino's principals, the Examiner does not believe there was a "concerted plan" to transfer the assets and revenue streams of the Debtor to Pino.

When an entity plans to transfer its assets and/or revenues from one entity to another (a traditional "Bust Out" scheme), the intent of the perpetrator is to transfer all of the assets from the initial entity to an unrelated entity – therefore making it more difficult to recover the transferred assets. If the Debtor's true intent was to transfer its assets and revenue stream and to defraud its Creditors, the Debtor would not have used a 100% wholly-owned entity whose operations and projected cash flow are included in the Debtor's Plan to pay its Creditors.

The acquisition of Pino by the Debtor in 2022 was a business decision by the Debtor (which, in hindsight, was a decision that may have saved the Debtor from a Chapter 7 liquidation instead of a Chapter 11 reorganization). Pino had worked with the Debtor as a sub-contractor on several jobs prior to the acquisition and had established itself as a reliable and reputable sub-contractor. Pino had also established a solid reputation within the industry and with SCE.

It is not uncommon in the industry for large tree-service companies to acquire sub-contractors as many of the sub-contractors may end up bidding against the general contractor for future work. An additional benefit of having a wholly-owned subsidiary is that separate and different bids may be submitted by the related parties– thus increasing the chances of success. The acquisition of Pino by the Debtor provided an additional bidder on the SCE contract (and one with a better safety record) thereby increasing the odds of success.

The accusation has been made that the Debtor "directly diverted the bid so that Pino would receive the bid." The Examiner does not believe this to be the case.

The bidding procedures at the Debtor and Pino are performed and submitted separately. Mr. Pino and Mr. Brown have stated that they prepare the bids without knowledge of what the Debtor is providing in its bids. The Examiner finds both Mr. Pino and Mr. Bown to be credible and believes that to be the case. A comparison of the Debtor's spreadsheets used in preparing its bids for the SCE contracts and the Pino spreadsheets used in preparing its bids demonstrates that each entity has its own methodology and process that are quite distinct from each other – something to be expected if the bids were in fact prepared separately.

There were a total of 15 districts within the SCE contract where both the Debtor and Pino provided bids. Of these 15 bids, Pino had higher bids in ten of the districts and the Debtor had higher bids in 5 of the districts. Pino was awarded five of the districts – in three of the districts Pino had the higher bid while in two of the districts Pino had the lower price.

One of the key reasons that the Debtor may have not earned any of the bids is that its safety record was burdened by an on-the-job fatality that occurred in late 2022.  As a result, the Debtor's safety rating was below the minimum standards of SCE, which is likely at least part of the reason that the Debtor was not awarded any contracts by SCE in the last round of bidding. The Examiner has seen correspondence from SCE that indicates a likelihood that the Debtor's safety rating will improve in late 2025 when the work fatality ages "off the books."

On the other hand, Pino has a robust employee safety training and maintenance program and enjoys a high safety rating that has boosted its appeal to SCE and perhaps other customers. Its laudable safety record may be partially responsible for the company's rapid growth.

It should also be noted in the recent SCE bidding there were most likely multiple bids made by several contractors for each district – probably exceeding 10 per district. It would have been extremely short-sighted of the Debtor to artificially inflate its own bids thinking the bid would automatically go to Pino.  In fact, Pino was only awarded 5 of the districts yet made proposals on 15 of the districts.

One other issue regarding the purported "concerted plan" is the timing and amount of the Jaime Rodriguez and Linda Gomez claim (the "Rodriguez Claim"). Although the underlying

accident occurred on December 14, 2019, the jury verdict in the amount of over $84 million was awarded in July of 2024. Even though the Debtor was aware of the lawsuit several years ago, it did not anticipate that such a large judgment would be awarded. The Debtor was in fact hopeful that it could settle the lawsuit outside of bankruptcy or pay the verdict assuming it was going to be under $10 million. Prior to the date of the verdict, there does not appear to be any meaningful reason for a "concerted effort" to transfer assets.

*Examiner's Conclusion:  The Examiner does not believe there was a "concerted plan" by the Debtor to transfer its assets and revenue streams to the Affiliates.*

### QUESTION 5: Whether the Debtor directed Pino to be the company to bid and receive the SCE contract.

As previously discussed, the Debtor had a lower price on ten of the districts that were bid and a higher price on five of the districts that were bid.  The SCE contracts in all likelihood attracted multiple bidders for each district as these contracts encompassed significant work and revenues for each successful bidder. The Debtor certainly has no control over the bids of third-party competitors.  Allegations that the Debtor could "direct the bid" thus appear to be unfounded and short sighted. Furthermore, Pino is a wholly-owned subsidiary of the Debtor so any success of Pino would result in a benefit to the Debtor. This allegation would have more credibility if the entity that received the bid was unaffiliated with the Debtor, or at minimum was not owned by the Debtor.

*Examiner's Conclusion:  The Examiner does not believe that there was any effort by the Debtor to direct the SCE contract to Pino.*

### QUESTION 6: Whether the Debtor may have the possibility of obtaining an ERC credit.

The Debtor's CPA informed the Debtor in March of 2025 that the Debtor does not qualify for an ERC credit as the conditions of qualification were not met (the Debtor's revenues in 2020

and 2021 were actually higher than 2019; the Debtor was never closed during the applicable time).

**_Examiner's Conclusion:  The Examiner does not believe the Debtor qualified for the ERC credit._**

**QUESTION 7: Whether funds were exchanged from the Debtor and MWP for rent or only "credits" are provided.**

MWP is a Limited Liability Company that is 51% owned by Robin Mowbray and 49% by the Gloria Mowbray Separate Property Trust. MWP filed a Chapter 11 bankruptcy on February 19, 2025 (Case No. 8:25-bk-10542-SC).

In July of 2020, MWP purchased the office headquarters of the Debtor located at 686 Mill Street in San Bernardino, California (the "Mill Street Property") for the gross sales price of $4.6 million. The purchase was financed by a loan from the Debtor in the amount of $1,821,000, and a secured note with the Bank of Sierra (guaranteed by the Debtor) in the amount of $2,990,000.

The Debtor leases certain property from MWP including:

> The Mill Street Property at $10,400 per month
>
> A parking yard for $3,000 per month
>
> A parking lot in Visalia for $1,000 per month

The Debtor's total monthly lease for these properties is $14,400.

Prior to the filing of the MWP bankruptcy, the Debtor would meet its rent obligation with MWP by reducing the accounts receivable (at the Petition Date, MWP owed the Debtor $3,889,126.31) as opposed to an actual cash payment from the Debtor to MWP.

MWP leases the Mill Street Property to two tenants – the Debtor and San Bernardino County. San Bernardino County leases approximately 19,532 square feet and pays $35,124 per month (approximately $1.80 per square foot per month). The Debtor leases approximately 10,000 square feet and "pays" $10,400 per month (approximately $1.04 per square foot per month) as a credit against the loan. Although the property leased by San Bernardino may be

considered somewhat more desirable as it is on the first floor, the rent paid by the Debtor seems to be under current market.

*Examiner's Conclusion:  From an accounting standpoint, the accounting treatment of the reduction of the accounts receivable for the monthly rents is an acceptable method to account for the transaction.  However, as discussed herein, the funding of the acquisition of properties by Mowbray's as line of credit or loan to MWP which is "repaid" by rent credits, is a factor that may be considered in determining whether MWP should be substantively consolidated with Mowbray's.*

### QUESTION 8: Whether MWP Properties are equitable properties of the bankruptcy estate.

According to the MWP LLC tax return,  MWP was formed in 2020. By the end of December 31, 2020, MWP's Balance Sheet reflected the ownership of the following assets:

Mill Street Property

171 S. Waterman Avenue, San Bernardino ("Waterman Property")

Land, San Bernardino

Investment in Property

As previously discussed, the Mill Street Property was acquired in July of 2020 for $4.6 million with a loan from the Debtor of $1.821 million and a secured loan from Bank of Sierra in the amount of $2.99 million. The Waterman Property includes only the vacant land adjacent to the 171 S. Waterman Avenue property. The Examiner has been informed that the actual owner of the 171 S. Waterman Avenue property is John Mowbray, and that the inclusion of the 171 S. Waterman Avenue property in the MWP tax return is an error. The Investment in Property listed on the Balance Sheet is a property that is located at 1515 Lucas Lane, Redlands, California that was subsequently sold by Ronnie Jordan, the former CEO of the Debtor.

The 2020 tax return reflects a Capital Contribution by Robin Mowbray in the amount of $722,973 and a Capital Contribution by the Gloria Mowbray Trust of $694,621 (presumably this was the estimated fair market value of the properties contributed).

During 2021, MWP continued to rent the properties to the Debtor and reduced the payable to the Debtor from $1,537,960 at the end of 2020 to $1,290,134 at the end of 2021 as payment for rent. No additional properties were acquired during the 2021 year. Capital Contributions in 2021 by Gloria Mowbray were $18,073 and by Robin Mowbray were $18,810. No Capital Distributions are reflected in the 2021 tax return.

During 2022 three additional properties were acquired by MWP:

| | |
|---|---|
| 386 Allen Street, San Bernardino, Land | $2,166,000 |
| 9546 Elder Creed, Land | $2,222,536 |
| 17332 Millwood | $  375,630 |
| Total | $4,764,166 |

The loan from the Debtor to MWP was increased from $1,290,134 at the end of 2021 to $5,001,933 at the end of 2022, an increase of $3,711,799. Capital Contributions made by the Gloria Mowbray Separate Trust and Robin Mowbray were $185,444 and $193,183, respectively. The balance of the purchase of the properties acquired in 2022 was funded by operations and existing cash. The Detor funded approximately 78% of the purchase price of the properties acquired in 2022 with the increase in the loan.

No properties were acquired during 2023. The loan decreased from $5,001,933 to $4,839,517 – presumably from the "rent credit" provided every month from MWP to the Debtor. No Capital Contributions by either Member are reflected in MWP's tax returns. Robin Mowbry received Capital Distributions of $281,906 and the Gloria Mowbray Separate Trust received a Capital Distribution of $38,767.

By the filing of the MWP bankruptcy petition on February 19, 2025, the outstanding balance of the loan from the Debtor to MWP was scheduled at $3,865,009.

The loans from Mowbray to MWP were "documented" in a rudimentary one-page, two paragraph "Loan Agreement" dated December 31, 2020, months after the initial $1.821 million loan made by the Debtor to MWP in July, 2020.  The Loan Agreement merely recites that the Debtor will loan $1,559,718.33 to MWP; the loan will bear interest at 4.5% per annum; and the Debtor will commence repayment of the loan on December 31, 2020.  No specifics are provided in the Loan Agreement about the manner of repayment of the loan.  The Examiner was not provided with any amendments of the Loan Agreement reflecting the increase in the loan from $1,290,134 at the end of 2021 to $5,001,933 at the end of 2022.

*Examiner's Conclusion: A strong argument can be made for substantive consolidation of MWP with the Debtor.  MWP's acquisition of real estate was largely funded by the Debtor. Other than the lease with the County of San Bernardino, the principal "customer" of MWP is the Debtor.  MWP owes to the Debtor the funds that were provided to enable MWP to purchase the properties, so prior to the commencement of the bankruptcy case, instead of the Debtor paying rent to MWP, the "rent" was an offset to the amount owed to the Debtor from MWP.  The landlord-tenant relationship between the two entities thus appears to be largely a fictitious transaction existing on paper.  To the extent that the properties appreciate in value, a strong argument can be made that the appreciation should belong to the Debtor's estate and its creditors, not MWP.*

*There also would appear to be few if any adverse consequences to either MWP or its creditors or the Debtor and its creditors by substantively consolidating the two entities.  The Examiner therefore believes that substantive consolidation of MWP with the estate of the Debtor should be given strong consideration.*

## QUESTION 9: Whether a Chapter 11 Trustee should be appointed.

In performance of his duties, the Examiner and counsel for the Examiner closely analyzed the then-pending proposed Chapter 11 Plan filed by the Debtor and engaged in discussions with Debtor's counsel concerning certain terms of the Plan, including provisions relating to the

contributions from and valuation of the Affiliates.  As those discussions continued, Debtor's counsel expressed a willingness to consider revisions to the Plan relating to some of the Examiner's concerns.  Counsel for the Examiner also discussed with counsel for the largest creditor the creditor's concerns about the pending plan.  As discussions with counsel for both the Debtor and the largest creditor continued, both parties requested that the Examiner's counsel continue assisting in the effort to achieve a consensus on plan terms.  As a result of these discussions, the Examiner believes that the Debtor is willing and prepared to amend the Plan in a manner that will significantly benefit the general unsecured creditors of the Estate.

The progress toward a more equitable, and possibly consensual Chapter 11 plan is one of the factors that leads the Examiner to conclude that the appointment of a Chapter 11 Trustee is unnecessary and would not necessarily lead to a better result for the creditors, and in particular the general unsecured creditors, of the Estate.

Other factors suggest that the appointment of a Chapter 11 Trustee is not necessary at this time.  As discussed herein, the Examiner has not determined that the Debtor is promoting the interests of the Affiliates at the expense of the Creditors of the Estate.  There appears to be adequate controls on accounting to keep the financial affairs of each of the Debtor and the Affiliated Entities separate.

Due to the close relationship between the Debtor and the Affiliated Entities, it may be advisable to have a neutral continue to monitor the developments of the case, and the transactions between the Debtor and the Affiliated Entities through plan confirmation.  It would also appear to be advisable that a neutral continue to monitor the affairs of the Debtor and the Affiliated Entities post-plan confirmation and continuing until all plan payments have been completed.

***Examiner's Conclusion:  There does not appear to be a sufficient basis to appoint a Chapter 11 Trustee at this time for the reasons set forth herein.***

//

//

**QUESTION 10: Whether Robin Mowbray has a conflict of interest in pursuing an action on preferential payments and or fraudulent transfers to the Affiliates while being 100% owner of the Affiliates. Additionally, what is the practical advisability of bringing such possible actions.**

Robin Mowbray owns 100% of the Debtor, 100% of Phoenix and 51% of MWP. Robin Mowbray filed a Chapter 11 bankruptcy on February 19, 2025 (Case No. 8:25-bk-10543-SC).

Robin Mowbray and several related individuals and related entities have received substantial payments during the 4-year period prior to the Petition Date. The Debtor has identified over $93.3 million of payments made to potential insiders during the past four years.

The Examiner notes that there have been a multitude of transfers between and among insiders that could, arguably, constitute avoidable transfers. However, a majority of those transfers occurred prior to the issuance of the large judgment in favor of the Rodriguez-Gomez creditors. Arguably, the Debtor may not have been insolvent at the time of transfers that occurred prior to the Rodriguez-Gomez jury verdict. If the Debtor was not insolvent at the time of a transfer of property, a finding of a fraudulent transfer would likely require a demonstration of an actual intent to hinder, delay, or defraud creditors, a difficult standard to meet.

In its present form, the plan calls for vesting of potential avoidance actions in a liquidating trust and appointment of a liquidating trustee to investigate, and if appropriate, pursue such claims. This appears to be an appropriate mechanism to preserve those claims for the benefit of creditors. However, the Examiner cautions that it may be appropriate to include a consensual extension of the statute of limitations on such actions and vest the liquidating trust with a fund sufficient to cover the liquidating trustee's costs of investigating and potentially pursuing such claims.[4]

---

[4] The Examiner notes that May 27, 2025 was the deadline to file a complaint to have a debt excepted from Robin Mowbray's discharge under 11 U.S.C. Section 523 (a)(2), (4) or (6). It appears that no creditor, including the Debtor, timely filed a complaint or sought an extension of the deadline. It should also be noted that the claims bar date to file a claim in the Robin Mowbray case is July 14, 2025. *See* ECF No. 56 in Case No. 8:25-bk-10543-SC. To date, no claim has been filed on behalf of the Debtor.

Exhibit "1" attached hereto lists certain transactions that the Examiner believes deserve further investigation to determine whether a potential avoidance action would be advisable.

Many of the payments made on behalf of Robin Mowbray, Gloria Mowbray, and Richard Mowbray, were paid for non-business-related items and charged to Shareholder Distributions. Part of the outside CPA's duties is to analyze distributions made either directly to an Insider or on behalf of the Insiders and identify whether the expenditure is business-related or of a personal nature. If the disbursement was identified as a personal expense (i.e., the purchase of an automobile, improvements to residences, etc.) the CPA firm would classify the disbursement as a Shareholder Distribution. This process is not unusual for closely-held corporations that make distributions for the benefit of a Shareholder as opposed to making a direct payment to the Shareholder.

An analysis of the Debtor's tax returns portrays the Debtor's Shareholder Distribution Account for the years 2020 through 2023. Payments have been separated to show payments that were made for Federal and State taxes and payments that were made for personal expenses (note that the majority of Shareholder Distribution made in 2020 would fall outside the four-year period):

| | 2020 | | |
|---|---|---|---|
| | | Income | |
| Shareholder | Personal | Taxes | Total |
| Robin Mowbray | 2,383,979 | 1,150,000 | 3,533,979 |
| Gloria Mowbray | 2,563,623 | 950,000 | 3,513,623 |
| Total | 4,947,602 | 2,100,000 | 7,047,602 |

| | 2021 | | | |
|---|---|---|---|---|
| | | Income | Pay for | |
| Shareholder | Personal | Taxes | Stock | Total |
| Robin Mowbray | (299,080) | 18,431,754 | 3,465,391 | 21,598,065 |
| Gloria Mowbray | 2,546,603 | 9,937,675 | 0 | 12,484,278 |
| Total | 2,247,523 | 28,369,429 | 3,465,391 | 34,082,343 |

| | 2022 | | |
|---|---|---|---|
| | | Income | Pay for | |
| Shareholder | Personal | Taxes | Stock | Total |
| Robin Mowbray | 908,933 | 5,640,953 | 5,272,760 | 11,822,646 |
| Gloria Mowbray | 0 | 0 | 0 | 0 |
| Total | 908,933 | 5,640,953 | 5,272,760 | 11,822,646 |

| | 2023 | |
|---|---|---|
| Shareholder | Personal | Total |
| Robin Mowbray | 477,704 | 477,704 |
| Gloria Mowbray | 0 | 0 |
| Total | 477,704 | 477,704 |

For the period 2020 thorough 2023, the total received by the Shareholders Gloria and Robn Mowbray as Shareholder Distributions may be summarized as follows:

| | | Income | Pay for | |
|---|---|---|---|---|
| | Personal | Taxes | Stock | Total |
| Robin Mowbray | 3,471,536 | 25,222,707 | 8,738,151 | 37,432,394 |
| Gloria Mowbray | 5,110,226 | 10,887,675 | 0 | 15,997,901 |
| Total | 8,581,762 | 36,110,382 | 8,738,151 | 53,430,295 |

According to the Debtor's 2021 tax return, Robin Mowbray purchased the outstanding shares of stock of the Debtor from Gloria Mowbray on April 2, 2021 (the date of Gloria Mowbray's death). The "Pay for Stock" category in the charts above is apparently payment for this transaction.

To the extent that any or all of the payments made to either Robin or Glora Mowbray during the four-year period prior to the Petition Date are considered fraudulent transfers, collectability may be an issue as Gloria Mowbray is deceased and Robin Mowbray is currently in a Chapter 11 bankruptcy proceeding.

Another potentially expensive hurdle to any avoidance action would be the complexity in establishing insolvency at different points in time. According to the Debtor's Reviewed Financial Statements for the Year Ended December 31, 2021, Net Income was $24,573,612 and Assets exceeded Liabilities by $71,066,066. Certainly, an allowance would most likely be required for the claim of Rodriguez and Gomez but the quantification of the claim at different point of time would not be easy. And even if the full Rodriguez/Gomez claim were allowed as a liability in an insolvency analysis, it is not clear that the Debtor would be insolvent if valued at the time on a going concern basis.

Insolvency would be easier to establish in 2022 when the Debtor reported a Net Loss for the calendar year ended December 31, 2022 of $33,760,298 as per the Reviewed Financial Statements, but Assets exceeded Liabilities by $25,483,122. Several valuations (most likely very expensive) would be required to figure out the point at which the Debtor became insolvent, assuming it did become insolvent during this period. A debate between valuation experts on both sides would surely be exhausting, time-consuming, and quite expensive.

At least presently, the Debtor's Plan proposal for the creation of a "liquidating trust" and "liquidating trustee" appears to be appropriate. The Plan Trust assets will include any Insider Avoidance Actions and it will be up to the Plan Trustee's discretion to initiate and pursue any Insider Avoidance Actions. Although one individual stated during an interview, "It is likely this process could take years with little benefit to the Creditors," the proposed method of preserving and pursuing potential avoidance actions in a chapter 11 plan is not unusual in the experience of the Examiner and the Examiner's counsel.

In reviewing the docket of Robin Mowbray's and her Schedules, the Examiner notes that she has not yet filed a Plan of Reorganization and thus there is no indication of what funds or assets will be pledged to the Plan. However, the Examiner would note the following:

1. Payments were made from the Debtor for the benefit of real property located at 960 Sunset Hills Lane, Redlands, CA, (the property where Robin resides according to her Schedules). Based on the Examiner's investigation, title may be held by the Estate of

Gloria Mowbray of which the Examiner understands Robin may be a beneficiary. The Examiner believes there is substantial equity in this property.

2. Payments were made from the Debtor for the benefit of real property located at 12688 Highview Lane, Redlands, CA which also may be held by the Estate of Gloria Mowbray of which Robin may be a beneficiary. The Examiner believes there is substantial equity in this property.

3. Payments were made from the Debtor for the benefit of real property located at 12706 Highview Lane, Redlands, CA. Title to the property is vested in the Gloria Mowbray Separate Property Trust. According to Robin's Schedules, she is the Trustee and second beneficiary of the Gloria Mowbray Separate Property Trust. The Examiner believes there is substantial equity in this property.

4. Payments were made from the Debtor for the benefit of real property located at 34086 Avenue H, Yucaipa, CA in which Robin Mowbray lists a joint tenancy interest with her sibling in her Schedules and asserts a homestead exemption in this property despite admittedly not residing in this property on the date of the bankruptcy filing. The UST has filed an objection to the homestead exemption which is pending. Based on the Examiner's investigation, this property is titled in the name of Robin and the Randal E. Mowbray Revocable Living Trust dated August 21, 2023 and is free and clear of liens and thus is also a potential valuable asset of her estate.

5. Payments were made from the Debtor for the benefit of real property located at 2000 Mesa View Dr. Redlands, CA. Title to the property is vested in Gloria Mowbray, Trustee of the Gloria Mowbray Separate Trust dated January 4, 2001. According to Robin's Schedules, she is the Trustee and second beneficiary of the Gloria Mowbray Separate Property Trust. It is unclear if the Gloria Mowbray Separate Trust dated January 4, 2001 is the same as the Gloria Mowbray Separate Property Trust of which Robin is the Trustee and second beneficiary. Based on the Examiner's investigation, there is substantial equity in this property.

6.  Robin lists an interest in life insurance, and it is unclear if the policy is term or whole life and if so, whether there is cash value in the policy.

7.  Robin lists interests in not only the Debtor, but also MWP and Phoenix Traffic Management.

8.  Finally, Robin lists as an asset a promissory note from the Debtor for over $5.8 million for a tax refund loaned.  The Examiner questions this asset and potential claim against the Debtor as the Debtor was paying her taxes so presumably the refund should be credited to the Debtor for the amount it paid for taxes.  The Examiner notes that the Debtor listed Robin as a creditor in the amount of $5,836,127.84 in its Schedules and did not list the claim as contingent, unliquidated or disputed.

***Examiner's Conclusion:  Based on the amount of payments alone, it would appear there may be substantial avoidance claims against Insiders of the Debtor. Robin Mowbray does in fact have a conflict of interest and should not be the one pursuing these potential claims. The Debtor has proposed in its Plan the formation of a Plan Trust and Plan Trustee to pursue these potential causes of action. The Examiner believes this is a reasonable approach to deal with these potential causes of action. The litigation and expert fees required to pursue and defend these actions are projected to be significant as it will be difficult and time-consuming to establish if and when insolvency occurred. Even if the litigation is successful, collectability may be an issue as one potential defendant is deceased one another defendant is in a Chapter 11 proceeding. A quick and reasonable settlement would be beneficial to all parties involved.***

•  **QUESTION 11: Whether a substantial reduction in vehicles and equipment has occurred from December 31, 2022, to the date of the Hilco Valuation Report (included as part of the Debtor's Plan of Reorganization) without proper accounting and reconciliation; whether the value provided by Hilco in the Liquidation Analysis is too low**

**and whether Vehicles and Equipment are significantly undervalued in the Debtor's**

**Liquidation Analysis;**

The Debtor is the owner and operator of a significant quantity of vehicles and equipment that it uses in its operations. Much of this equipment is heavy equipment that is quite valuable.

The Examiner was provided a detailed "Depreciation Expense Report" from the Debtor's CPA listing the outstanding vehicles and equipment owned by the Debtor as of December 31, 2022 (the "2022 Deprecation Report"). The 2022 Deprecation Report included 1,502 line items with an acquired value of $135,808,734.

As part of the Plan and the Liquidation Analysis included in the Plan, the Debtor retained the valuation firm of Hilco Valuation Services to perform an appraisal of the Debtor's vehicles and equipment as of December 19, 2024 (the "Hilco Report"). Hilco Valuation Services valued 771 line items with an acquired value of $59,788,376. The Hilco Report provided a total Orderly Liquidation Value of $26,814,750 and a Fair Market Value of $35,848,000 for the 771 line items appraised by Hilco.

The Examiner reviewed, reconciled and identified the vehicle and equipment line items that were included in the 2022 Depreciation Report and excluded from the Hilco Report. This reconciliation was provided to the Debtor, who was asked to clarify the disposition of the vehicle and equipment omitted from the Hilco Report.

The Debtor provided various categories in connection with the reconciliation, which are discussed below.

*Properties disposed of by Motion to Reject Lease Filed on November 12, 2024 and Order Entered December 11, 2024*

The Debtor filed a Motion to Reject Certain Leases on November 12, 2024 [ECF No. 166] and an Order was entered on December 11, 2024 [ECF No. 212] rejecting the following leases related to the following vehicles and equipment (for each category, a description of the

property is provided, the purchase value of the property, the date the property was acquired, and the last four digits of the Vehicle Identification Number):

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2021RagnerTechPowerGrab | 201,829 | 04/28/21 | 3600.02 |
| 2021RagnerTechPowerGrab | 201,829 | 04/28/21 | 3600.01 |
| 2020 Morbark Eager Beever 2131 Track Chipper BofA-017 | 137,512 | 10/08/20 | 2279 |
| 2020Bandit18xpTrackChipperBofA-017 | 129,300 | 10/08/20 | 8187 |
| 2020 Dodge Ram 5500 Truck w/ Terex Ut LT40 BofA 021 | 120,188 | 11/13/20 | 6629 |
| 2020 Dodge Ram 5500 Truck w/ Terex Ut LT40 BofA 021 | 120,188 | 11/13/20 | 6372 |
| 2020 Dodge Ram 5500 Truck w/ Terex Ut LT40 BofA 021 | 120,188 | 11/13/20 | 6625 |
| 2020 Dodge Ram 5500 Truck w/ Terex Ut LT40 BofA 021 | 120,188 | 11/13/20 | 9172 |
| 2020 Dodge Ram 5500 Truck w/ Terex Ut LT40 BofA 021 | 120,188 | 11/13/20 | 6622 |

*Legacy assets that remained on the Debtor's Books but should have been written off in prior years*

The Debtor maintained vehicles and equipment on its depreciation schedules even though the assets were disposed of years ago. The majority of the assets in this category are in excess of 10 years of age and would be close to worthless even if the Debtor still maintained the property. These assets include the following:

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 95GMCTopkick#956 | 143,555 | 06/12/07 | NA |
| 2005SterlingLT9500 | 125,000 | 12/02/15 | 603 |
| 2006FlightlinerME-106 | 89,600 | 12/21/15 | 3864 |
| Equipment | 86,200 | 05/01/04 | NA |
| 2004GMCc7500 | 84,219 | 11/06/14 | 6447 |
| CIMCWalkingFloorTrailer | 81,288 | 09/09/21 | 5782 |
| FreightlinerM2 | 79,794 | 11/03/14 | 6755 |
| BucketTruck2000GMC | 71,939 | 02/10/06 | 8546 |
| BucketTruck2000GMC | 70,816 | 02/10/06 | 6534 |
| 2015TrailKing | 65,412 | 08/18/21 | 7488 |
| 2004SterlingActerraLRV-26 | 62,517 | 03/01/15 | 8617 |
| Equipment | 55,051 | 04/01/02 | NA |
| 2001GMCC8500 | 55,000 | 09/16/14 | 4575 |

| | | | |
|---|---|---|---|
| 3Trailers1992&1993-WSP,INC. | 44,500 | 04/24/19 | NA |
| 1980Snowcat | 21,000 | 10/15/19 | 4404 |
| 97GMC#434 | 17,355 | 06/12/07 | NA |
| 97GMC#879 | 14,855 | 06/12/07 | NA |
| 2003FordEconlineE-350 | 14,383 | 09/11/19 | 2425 |
| 95GMCTopkick#709 | 14,315 | 06/12/07 | NA |
| 2001GMCLiftTruck | 9,234 | 03/10/06 | 1080 |
| 2005FordRanger4x4 | 8,878 | 02/19/11 | 2003 |
| 2005ChevySilverado25003/4ton | 7,400 | 06/19/10 | NA |
| 1TonPickup | 6,500 | 04/05/06 | NA |
| 2005FordF1501/2EXTCab | 5,183 | 11/22/10 | 4721 |
| 200FordF25503/4QuadCab | 4,813 | 11/22/10 | 7672 |
| 2004Chevy#090 | 4,415 | 06/12/07 | NA |
| 2000FordRanger#793 | 575 | 06/12/07 | NA |

### *Lost Units – Units that were not located and most likely left on the PG&E project*

The Debtor lost units related to the PG&E project and failed to remove the property from the fixed asset schedule. These assets include the following:

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8690 |
| 2019VermeerBC1000XL | 37,804 | 02/18/19 | 7993 |
| 2015VermeerBC1000XL | 35,104 | 01/15/15 | 1928 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7322 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4405 |
| 2015VermeerBC1000Xl | 31,955 | 11/19/15 | 2903 |
| 2015VermeerBC1000XL | 31,507 | 02/18/16 | 2797 |
| 2015VermeerBC1000XL | 31,324 | 06/22/15 | 2209 |
| 2016VermeerBC1000XL | 30,559 | 10/04/16 | 3946 |
| 2013AEPCFD1217AltecChipper | 24,660 | 03/01/15 | 736 |
| 2013AEPCFD1217AltecChipper | 24,660 | 03/01/15 | 652 |
| 2013AEPCFD1217AltecChipper | 24,660 | 03/01/15 | 671 |
| 2020MultiquipWatertrailer | 8,189 | 07/17/20 | 6352 |

### *Items that are not vehicles or equipment*

Included in the 2022 Depreciation Scheule were fixed assets that weren't specifically vehicles or equipment. These items would include office equipment, software, furniture, and other non-related vehicles and equipment that generally have little to no resale value. These assets include:

| Description | Value | Date | Last 4 |
|---|---|---|---|
| NewOfficeFurniture | 200,521 | 08/12/20 | NA |
| 49Canvas7x7Workstations | 160,875 | 02/01/21 | NA |
| SoftwareimplementationcostsAcumatica | 75,927 | 05/01/21 | NA |
| PNPOfficeFurniture | 40,948 | 04/01/16 | NA |
| PrivateOffice-Seating | 31,157 | 02/01/21 | NA |
| CraneMats#2-PartsforCranes | 18,998 | 07/28/17 | NA |
| CraneMats#1-PartsforCranes | 18,998 | 07/24/17 | NA |
| Used Chipper | 16,088 | 11/30/20 | NA |
| PNPOfficeFurniture | 14,284 | 12/07/16 | NA |
| 2020WalledSidedTrailer | 12,691 | 05/06/20 | 5,299 |
| 2LargeStoragContainers | 7,500 | 10/31/20 | NA |

*Items that were sold or returned to the Creditor before January 1, 2024*

A lengthy list of items that were either directly sold by the Debtor or returned to the Creditor and sold by the Creditor before January 1, 2024 is attached hereto as Exhibit "2."

The Examiner requested evidence of the sale of the seven highest-valued pieces of equipment listed in Exhibit 2. For unencumbered equipment that was sold, the Company provided the sale invoice and the proof of deposit in the Company's bank account. For encumbered property, the Company provided the sales invoice and the correspondence with the secured lender regarding the reduction of the notes related to the sale. No exceptions were identified.

Three sales were identified that were made to Insiders during 2023:

| Insider | Item | Date Purchased | Purchase Cost |
|---|---|---|---|
| Rick Mowbray | Compact Truck Loader | 10/02/15 | $106,262 |

| Phyllis Mowbray | 2020 GMC Yukon | 10/22/19 | $ 84,657 |
| Denise Mowbray | 2021 GMC Yukon | 10/22/19 | $ 84,657 |

To the extent reasonable equivalent value was not provided for these items, the transfers may be avoidable transfers.

*Items that were sold or returned to the Creditor in 2024 (prior to the effective date of December 19, 2024 of the Hilco Report)*

A list of items that were either directly sold by the Debtor or returned to the Creditor in 2024 and sold by the Creditor is attached hereto as Exhibit "3."

The Examiner requested evidence of the sale of the ten highest-valued pieces of equipment listed in Exhibit 3. All ten items were sold by Ritchie Bros. Auctioneers on July 10, 2024. The Company provided the invoice from the Ritchie Bros. auction and a confirmation email from Bank of America, the secured lender, that the proceeds of the sale were applied against the Debtor's equipment notes. No exceptions were identified.

Two sales were identified that were made to Insiders during 2024:

| Insider | Item | Date Purchased | Purchase Cost |
| Kim Mowbray | 2019 GMC Yukon | 07/12/19 | $69,648 |
| Brandon Brown | 2017 Nissan Frontier | 05/02/17 | $28,253 |

*Items that were identified as a total loss due to accidents, theft, or irreparable damage.*

The following items were identified by the Debtor of having a total loss due to accidents, theft, or irreparable damage:

| Description | Value | Date | Last 4 |
| --- | --- | --- | --- |
| 2019FordF-350CrewCab | 66,850 | 11/29/18 | 5595 |
| 2017FordF-2504X4 | 61,783 | 08/16/17 | 4567 |
| Ford-17022022FordF-150-Acct61560068 | 57,284 | 12/22/22 | 3615 |
| 2020FordF150CrewCab | 45,444 | 07/09/20 | 5371 |
| 2019VermeerBC1000XL | 37,800 | 09/13/19 | 9321 |

| | | | |
|---|---|---|---|
| 2020VermeerBc1000XLBofA003 | 37,716 | 01/17/20 | 9929 |
| 2021ChevroletColorado | 32,406 | 10/02/20 | 8386 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3292 |
| Gator855MS4MY20 | 19,748 | 01/05/21 | 30433 |
| Gator855MS4MY20 | 19,748 | 01/05/21 | 30446 |
| 2020FellingTiltTrailer | 16,445 | 08/01/19 | 1718 |
| 2012FordE-350Lsed-BestAutoSales | 12,183 | 04/05/19 | NA |
| 2008FordF2504x4V3/4 | 5,671 | 11/22/10 | 6521 |

### *Items that are Unreconciled*

The following items included in the 2022 Deprecation Schedule could not be identified by the Debtor as there is insufficient information available (i.e., no Vehicle Identification Number) to locate the item (a significant majority of these items were purchased at least eight years ago):

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2015FordF750AltecBucketLR7-60E70 | 150,587 | 05/04/16 | 3937 |
| 2013CAT525CSkidderwithWinch | 105,840 | 05/02/19 | 1589 |
| 2012Int4300LRV-56 | 100,000 | 03/31/16 | 1480 |
| 2017MORBARKM12RX | 78,815 | 04/13/17 | NA |
| 2015289DCTLIER4FinalHrc | 65,910 | 06/22/16 | NA |
| 2016RAM2500 | 61,769 | 07/19/17 | NA |
| 2016Chevy2500HD | 56,919 | 05/02/16 | NA |
| 2016Chevy2500HD | 49,749 | 04/27/16 | NA |
| Depositfor2newgrappletrucks | 42,000 | 09/11/18 | NA |
| RDOVermeerBC1000XL | 32,264 | 02/16/16 | 2937 |
| FeconBullHogg | 26,500 | 04/17/14 | NA |
| 2018ForestRiverTrailer | 25,139 | 09/08/17 | 224 |
| FordF550 | 22,500 | 10/15/14 | NA |
| 2010FordClubWagon | 22,242 | 01/01/22 | NA |
| 2010FordClubWagon | 22,188 | 01/01/12 | NA |
| 2014AEPDC1317 | 21,109 | 05/01/15 | 12 |
| 2014AEPDC1317 | 21,109 | 05/01/15 | 13 |
| 2014FordRanger900Crew(new) | 17,728 | 10/22/13 | NA |
| 2011WoodchuckChipper | 16,129 | 11/06/14 | 115 |
| 2011WoodchuckChipper | 13,964 | 11/06/14 | 376 |
| 2016Trailer | 13,240 | 01/04/16 | NA |
| 2015TrailerForCatMachine | 13,021 | 12/01/15 | NA |

| 2009Cherokee | 11,000 | 06/10/16 | 9316 |
| E35015passangerVan | 9,150 | 02/09/16 | NA |
| GrappleATTSkidsteerSerial3556 | 1,620 | 03/21/14 | 7897 |

*Items that were deemed worthless and written off in 2024*

The following item was deemed worthless, taken to a junkyard, and written off in 2024:

| Description | Value | Date | Last 4 |
| --- | --- | --- | --- |
| 2007ChevTahoe4x4 | 11,337 | 11/22/10 | 7067 |

*Items that were returned to Altech prior to the bankruptcy filing*

The following items were returned to Altech prior to the bankruptcy filing:

| Description | Value | Date | Last 4 |
| --- | --- | --- | --- |
| SDLG-LG938L/SDLG-LG948L | 220,000 | 07/30/20 | 2852/1296 |
| 2013International7400AltecBucketA77-TE-93 | 159,000 | 10/17/19 | 0601 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/06/19 | 1036 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/06/19 | 1016 |
| 2011INT4300BucketLRV-56 | 95,400 | 03/20/17 | 7798 |
| 2011INT4300BucketLRV-56 | 95,400 | 03/02/17 | 8220 |
| 2011INT4300LRV-56 | 95,400 | 01/24/17 | 9657 |
| 2017F750AF1472DumpBody | 81,855 | 05/08/17 | 2562 |
| 2017F750AF1472DumpBody | 81,855 | 05/08/17 | 3525 |
| 2017FordF750AF1472ChipDumpBody | 81,855 | 02/02/17 | 3524 |
| 2015FordF750AltecAF1360 | 74,553 | 08/11/17 | 1220 |

*Items that the Debtor still maintains but were not identified in the Hilco Report*

The following items should have been included in the Hilco Report but were excluded:

| Description | Value | Date | Last 4 |
| --- | --- | --- | --- |
| 2017FordF750AF1472ChipDumpBody | 81,855 | 02/02/17 | 3526 |
| 2016FordF-550Truck | 58,179 | 07/14/17 | 9065 |

| Dipperfox850StempCrusher | 38,465 | 02/24/21 | NA |
| 2014VermeerSC372 | 37,731 | 11/14/14 | 1106 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4410 |
| 3NewMutiquip525GallonWaterTrailers | 19,718 | 06/04/20 | NA |
| LTV6KLightTowerLD | 12,742 | 11/09/21 | 8701 |

The value listed above for the items still maintained by the Debtor but not included in the Hilco Report was the acquisition cost, not current market value. The acquisition cost of the listed items totals $282,124. Noting the age of some of the items listed, it is likely that the liquidation value of these items is well below the acquisition cost.

*The Hilco Appraisal Report*

Hilco Valuation Services is a unit of Hilco Global, a multinational financial services holding company. Hilco Global is considered one of the largest distressed investment and advisory companies in the world.

Hilco includes industrial, retail and real estate appraisal services, and is based in the United States, with offices also in the U.K., Canada, Australia, Mexico, South America and Asia. Well recognized for its valuation services, Hilco was an appropriate choice to provide an appraisal of the Debtor's inventory of vehicles and equipment.

The methodology described by Hilco in its report was sound. The assets were appraised using the market approach, which utilizes comparable sales of similar equipment to determine current value. The assets were appraised on both an orderly liquidation value basis and a fair market value basis. This approach provides a useful basis for determining an estimated liquidation value of the Debtor's vehicles and equipment.

**Examiner's Conclusion:** **The Hilco Report appears to provide a reasonable estimate of the liquidation value of the 771 items appraised in the Report. The acquisition value of the items identified above that are still in the Debtor's inventory but were not included in the Hilco Report items totals $282,124, and the liquidation value would likely be far less given the age of these items. The exclusion of these items does not materially affect the values provided in the Hilco Report.**

**The Examiner does not see evidence to conclude that there has been any deliberate effort to conceal items of value, failure to account for items of significant value, or artificially reduce the remaining inventory of vehicles and equipment.**

**QUESTION 12: Whether the Debtor's Plan of Reorganization excludes the operations of Pino and the values included in the Debtor's Liquidation Analysis for other assets are significantly undervalued.**

The Debtor filed its Chapter 11 Plan of Reorganization (the "Plan") on March 14, 2025. As part of the Plan, the Debtor filed its Hypothetical Liquidation Analysis (the "Liquidation Analysis").   The Debtor has also provided with its Plan financial projections forecasting operations over a ten-year period. Included with the projections is a forecast for the operations of Pino during this ten-year projection period. The Debtor has projected that Pino will contribute part of its net income to the Plan over the ten-year period.

The Liquidation Analysis provides a "low" and "high" liquidation value for the "Liquidation Value of Pino Tree Services, Inc." of $0 and $338,000. The Debtor has assumed that the Chapter 7 conversion of the Debtor would result in the corresponding liquidation of Pino.

As previously discussed, Pino is a distinct and separate business with its own clients and management team. Although Pino relies on the Debtor for the lease of equipment and uses certain services and goods from the Debtor, Pino currently pays for the equipment, services and goods. If the Debtor were to be converted to a Chapter 7, it would be expected that the Chapter 7 Trustee would attempt to maximize the value of Pino by maintaining its operations until a sale of Pino on a "Going-Concern" basis could be accomplished. It is anticipated that a Chapter 7 Trustee would continue the leasing of the equipment while negotiating with the secured creditors for the continued use of the equipment. Since Pino currently pays for the services and other goods currently used from the Debtor, it would be expected that the conversion of the Debtor would not result in the liquidation of Pino.

Further, there is a significant possibility that a purchaser of Pino as a going concern would be interested in purchasing at least some of the equipment owned or leased by the Debtor and currently rented to Pino for its use. A negotiated sale of Pino as a going concern could thus also accomplish a Chapter 7 trustee's goal of liquidating for a fair value equipment and vehicles owned by the Debtor, and possibly assuming and assigning unexpired leases of equipment and vehicles.

The dramatic growth and profitability of Pino since its acquisition by Mowbray's would make it an attractive target for acquisition by Mowbray's competitors in this industry, which, when packaged with purchase or acquisition by lease assignment of a key portion of Mowbray's large inventory of equipment and vehicles, could provide a nearly seamless transition to new ownership.

***Examiner's Conclusion:*** **Since a Chapter 7 Trustee would attempt to maximize the value of the estate by maintaining the operations of Pino, a reasonable Going Concern value for Pino should be included in the Liquidation Analysis.**

The Liquidation Analysis provides a "low" and "high' liquidation for the value of Affiliated Notes Receivable. Included in this category is a low and high value of the note receivable from MWP. The outstanding value of the note is $3,702,000 and the Debtor has provided a low value of $130,000 and a high value of $463,000 citing that MWP is currently in bankruptcy.

In its bankruptcy schedules, MWP has scheduled property with an estimated fair market value of approximately $9.8 million and secured debt of approximately $9.6 million. This $9.6 million is comprised of a loan to Bank of Sierra in the amount of approximately $2.6 million and a debt to PNC Bank in the amount of approximately $7 million. The PNC Bank debt is a loan currently held by the Debtor and guaranteed by MWP and is included in the Debtor's Liquidation Analysis under the section "Secured Claims." Under the Liquidation Analysis, PNC Bank would be paid in full through liquidation of the Debtor's Equipment & Autos, thereby eliminating the contingent liability of MWP to PNC. Based on the estimated equity in the

property currently held by MWP, particularly after the satisfaction of the PNC lien through the liquidation of the Debtor's assets, it is reasonable to assume that the Debtor's receivable from MWP would be fully repaid in the event of the liquidation of the Debtor, as the Debtor is the only unsecured creditor scheduled by Mowbray Waterman Property.

**Examiner's Conclusion: Since it appears that PNC Bank would be fully repaid by the liquidation of the Debtor, the Liquidation Analysis should be adjusted to increase the receivable from Mowbray Waterman Property or reduce the PNC Bank secured claim in the Liquidation Analysis.**

Also included in the Affiliated Notes Receivable is a receivable from Phoenix Traffic Management in the amount of $2.462 million. The Debtor has provided a "low" and "high" value on the Phoenix note of $492,000 and $615,000, respectively. The Debtor has discounted this note since it has assumed Pino would be out of business and therefore Phoenix will would also be out of business as Pino accounts for a significant portion of Phoenix Traffic Management's business.

**Examiner's Conclusion: As previously discussed, the Examiner does not believe that a Chapter 7 liquidation of the Debtor would necessarily result in the liquidation of Pino. If Pino would be able to continue as a going concern it is fair to assume that Phoenix would also continue as a going concern. Based on these assumptions, the Liquidation Analysis should provide for a greater return on the Phoenix receivable.**

////

////

////

////

////

////

////

## III.

## SUMMARY OF EXAMINER'S CONCLUSIONS

The Examiner's investigation benefitted from the cooperation and openness of the representatives of the Debtor and Pino whom the Examiner interviewed, as well as the cooperation received from both the Debtor's and Pino's counsel.

For the reasons described herein, the Examiner concluded that substantive consolidation of the Debtor and Pino is not warranted and would not be of benefit to creditors. However, the Examiner believes that substantive consolidation of MWP may be warranted and should be considered by the Debtor and by the Court.

For the reasons set forth herein, the Examiner also concluded that appointment of a Chapter 11 trustee is not currently warranted nor likely to provide a benefit to the creditors.

The Examiner and Examiner's counsel engaged the Debtor's counsel on certain issues concerning the Debtor's pending proposed plan of reorganization including matters pertaining to Pino. Debtor's counsel exhibited a willingness to consider recommendations made by the Examiner and Examiner's counsel for improvement of treatment of creditors under the Plan.

If the Court determines that any issues require closer examination by the Examiner or additional issues should be examined, the Examiner is prepared to undertake those matters.

Respectfully submitted:

Donald T. Fife, Chapter 11 Examiner

Presented by:

Ringstad & Sanders, LLP

Todd C. Ringstad
Counsel for Donald T. Fife
Chapter 11 Examiner

The Original Mowbray's Tree Service
Anlaysis of Insider Payments
Four Year Period Prior to October 18, 2024

| Beneficiary/Recipient | Amount | General Description |
|---|---:|---|
| Denise Mowbray | 138,679.96 | Salary |
| Gloria Mowbray | 12,301,528.95 | Mortgage, Taxes, Other |
| Gloria Mowbray Separate Property Trust | 290,947.62 | Mortgage, Rent |
| Jacobus Pino | 1,340,102.80 | Sellers Note |
| Mowbray Equipment Rental, LLC | 1,000.00 | |
| Mowbray Waterman Property LLC | 91,201.29 | Tax Payments |
| Mowbray, Bradley | 217,379.46 | Salary |
| Mowbray, Issac | 121,771.22 | Salary |
| Mowbray, John | 251,940.62 | Salary |
| Mowbray, Noah | 238,918.52 | Salary |
| Mowbray, Wesley | 262,672.59 | Salary, Car Payments |
| Phoenix Crane Service | 250.00 | |
| Phoenix Traffic Management | 13,525,296.94 | Advances, Services |
| Pino Tree Service | 28,840,081.42 | Loan, Subcontractor Services |
| Ramirez Bonilla, Antonio | 622,825.51 | Salary |
| Ramirez, Alyssa | 93,467.27 | Salary |
| Ramirez, Kayla | 260,618.56 | Salary |
| Ramirez, Maria | 262,267.89 | Salary |
| Ramierz, Rhonda | 228,898.65 | Salary |
| Randal Mowbray | 253,175.39 | Salary |
| Richard & Kim Mowbray | 24,417.28 | House Expense |
| Richard John Mowbray | 2,308,582.50 | Truck Payments, House, Mortgage, Comp |
| Robin and or Gloria | 1,443,533.08 | House Expense |
| Robin Mowbray | 9,496,021.45 | House, Comp, Mortgage, Taxes |
| Robin Mowbray | 20,416,770.08 | Taxes |
| Sainos, Ruben | 214,267.98 | Salary |
| Weinberger, Taylor | 189,583.41 | Salary |
| Total | 93,436,200.44 | |

EXHIBIT 1

Exhibit "1"
Page 43

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2017TerexAC160-5Cranes | 1,410,350 | 09/01/17 | 0423 |
| 2017TerexAC160-5Cranes | 1,323,780 | 09/01/17 | 0310 |
| 2017TerexAC130-5 | 1,323,780 | 10/17/17 | 0313 |
| Diamant2000ChipperBofA-020 | 975,735 | 10/28/20 | 5464 |
| 2016TerexExplorer5500Crane | 869,670 | 12/14/16 | 5242 |
| 2020KenworthT800PallingerEpilsonZCrane | 281,316 | 04/29/19 | 9570 |
| 2020KenworthT880RobotecElite910 | 281,316 | 05/23/19 | 3013 |
| 2019JohnDeere644KLoaderBofA-006 | 274,096 | 03/06/20 | 0141 |
| 2019JohnDeere644KLoaderBofA-006 | 261,663 | 03/06/20 | 8799 |
| 2017KenworthT880GrappleTruck | 255,602 | 12/15/16 | 4659 |
| Volvo2018ShortRadiusCrawlerExcavator | 250,914 | 01/05/21 | NA |
| 2019KenworthT880 | 228,697 | 10/10/18 | 8829 |
| 2019VolvoEC220EL | 221,821 | 06/25/21 | 4161 |
| InternationalBucketTruck4x4 | 215,105 | 07/13/13 | NA |
| LandRover | 209,657 | 03/12/19 | NA |
| OmmeTrackCarrier | 180,560 | 10/02/15 | 8598 |
| SCH0312018VolvoL70Hw/2018Volvo118 | 175,435 | 07/15/22 | 1474 |
| 2003FreightlinerFL112 | 170,638 | 03/10/67 | 326 |
| 2021FordF750Ford059906957 | 167,816 | 02/18/21 | 7936 |
| 2006AltecIntl7400 | 167,130 | 07/01/14 | NA |
| 2015AltechFreightlinerM2-106 | 164,594 | 12/15/13 | 4957 |
| 2018PeterbiltTSeries367 | 163,258 | 07/25/17 | 5376 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 03/02/20 | 6051 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 03/02/20 | 6044 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 03/02/20 | 6050 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/20/20 | 4955 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/24/20 | 4923 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/24/20 | 4951 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/24/20 | 4919 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/24/20 | 4921 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/24/20 | 4920 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/27/20 | 4958 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/29/20 | 4922 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/17/20 | 4962 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/17/20 | 4967 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/17/20 | 4946 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,760 | 04/20/20 | 4972 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 12/12/19 | 1149 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 12/12/19 | 0923 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 12/12/19 | 0941 |

EXHIBIT 2

Page 1 of 12
Exhibit "2"
Page 44

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 12/17/19 | 5119 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 01/14/20 | 4929 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 157,757 | 01/14/20 | 4963 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/06/19 | 1024 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/05/19 | 1031 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/05/19 | 1018 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/15/19 | 1064 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/19/19 | 1095 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 11/19/19 | 1092 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 12/06/19 | 1077 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 157,756 | 01/14/20 | 5718 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 12/31/23 | 3108 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 02/12/20 | 7146 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 02/12/20 | 7154 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/02/20 | 4630 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/02/20 | 4079 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/27/20 | 4961 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/29/20 | 4708 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/29/20 | 4685 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 05/04/20 | 4710 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,635 | 04/08/20 | 4717 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,632 | 01/14/20 | 7144 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,632 | 01/14/20 | 7148 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,632 | 01/14/20 | 7142 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,632 | 01/14/20 | 7155 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 156,632 | 02/24/20 | 7151 |
| SCH0312018VolvoL70Hw/2022volvo118 | 156,435 | 07/15/22 | 2988 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 05/22/20 | 4966 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 05/22/20 | 4970 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 05/22/20 | 4975 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 05/22/20 | 4953 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 05/28/20 | 5157 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 06/01/20 | 5171 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 06/01/20 | 5170 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 06/18/20 | 7443 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 155,575 | 06/26/20 | 7444 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 05/22/20 | 4678 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/05/20 | 4516 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 05/28/20 | 4514 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/01/20 | 4512 |

EXHIBIT 2

Page 2 of 12
Exhibit "2"
Page 45

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/01/20 | 4517 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/01/02 | 4510 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/01/02 | 4511 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 154,457 | 06/02/20 | 4506 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,409 | 10/07/19 | 5717 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,409 | 10/16/19 | 0892 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,409 | 10/16/19 | 0889 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,409 | 10/29/19 | 0900 |
| 2020FreightlinerM2-106AltecBucket | 154,235 | 08/07/19 | 5701 |
| 2020FreightlinerM2-106 | 154,235 | 08/16/19 | 5091 |
| 2020FreightlinerM2-106 | 154,235 | 08/28/19 | 5075 |
| 2020FreightlinerM2-106 | 154,235 | 09/07/19 | 5725 |
| 2020FreightlinerM2-106 | 154,235 | 09/17/19 | 5412 |
| 2020FreightlinerM2-106 | 154,235 | 09/17/19 | 5408 |
| 2020FreightlinerM2-106 | 154,235 | 08/28/19 | 5389 |
| 2020FreightlinerM2-106 | 154,235 | 08/28/19 | 5706 |
| 2020FreightlinerM2-106 | 154,235 | 09/09/19 | 5705 |
| 2020FreightlinerM2-106AltecBucket | 154,235 | 09/09/19 | 5101 |
| 2020FreightlinerM2-106 | 154,235 | 09/09/19 | 5100 |
| 2020FreightlinerM2-106 | 154,235 | 09/13/19 | 5388 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,235 | 10/29/19 | 0763 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 154,235 | 10/29/19 | 0897 |
| 2016FLTM2-106LR7-60E70 | 153,511 | 02/02/17 | 5739 |
| 2017FLTM2-106LR7-60E70 | 153,414 | 02/02/17 | 0874 |
| 2017FLTM2-106LR7-60E70 | 153,414 | 02/02/17 | 5583 |
| 2017FLM2-106BucketLR7-60E70 | 153,414 | 03/02/17 | 0877 |
| 2017FLM2-106BucketLR7-60E70 | 153,414 | 03/02/17 | 0876 |
| 2017FLM2-106BucketLR7-60E70 | 153,414 | 03/14/17 | 0875 |
| 2017FLM2-106AltecBucketLR7-60E70 | 153,414 | 04/04/17 | 0880 |
| 2017FLM2-106AltecBucketLR7-60E70 | 153,414 | 04/04/17 | 0287 |
| 2019FreightlinerM2-106 | 153,109 | 08/07/19 | 3048 |
| 2019FreightlinerM2-106 | 153,109 | 08/28/19 | 4929 |
| 2019FreightlinerM2-106 | 153,109 | 08/28/19 | 4925 |
| 2019FreightlinerM2-106 | 153,109 | 08/28/19 | 4924 |
| 2019FreightlinerM2-106 | 153,109 | 08/28/19 | 4917 |
| 2019FreightlinerM2-106 | 153,109 | 08/28/19 | 4923 |
| 2019FreightlinerM2-106LR760E70 | 152,948 | 04/18/19 | 4912 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 05/06/19 | 4511 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 05/06/19 | 4513 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 05/22/19 | 4514 |

EXHIBIT 2

Page 3 of 12
Exhibit "2"
Page 46

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 05/30/19 | 3056 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 06/04/19 | 4608 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,948 | 08/01/19 | 4926 |
| 2016FLTM2-106LR7-60E70 | 152,589 | 09/23/16 | 1298 |
| 2016FLTM2-106LR7-60E70 | 152,589 | 09/23/16 | 1302 |
| 2016FLTM2-106LR7-60E70 | 152,589 | 09/23/16 | 1300 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 152,199 | 02/12/20 | 5068 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,199 | 02/12/20 | 5813 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 152,199 | 02/24/20 | 5815 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,191 | 04/07/19 | 4443 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,191 | 05/06/19 | 3065 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 152,191 | 05/06/19 | 3064 |
| 2016FLTM2-106LR7-60E70 | 152,153 | 02/02/17 | 5743 |
| 2016FLTM2-106LR7-60E70 | 152,153 | 02/02/17 | 5740 |
| 2016FLTM2-106LR7-60E70 | 152,153 | 02/02/17 | 1306 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 151,259 | 01/14/20 | 4764 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 151,259 | 01/14/20 | 4765 |
| 2015FLTM2-106LR7-30E70 | 151,154 | 03/01/15 | 15 |
| 2015FreightlineM2-106 | 151,154 | 08/04/15 | 1392 |
| 2015FreightlinerM2-106 | 151,154 | 09/01/15 | 1393 |
| TabletsforField | 151,033 | 06/15/18 | NA |
| 2015FordF750AltecBucketLR7-60E70 | 150,587 | 05/04/16 | 8255 |
| 2020FreightlinerM2-106 | 148,747 | 09/09/19 | 5440 |
| 2020FreightlinerM2-106 | 148,672 | 09/17/19 | 5439 |
| 2020FreightlinerM2-106 | 148,672 | 10/07/19 | 5444 |
| 2020FreightlinerM2-106 | 148,670 | 08/16/19 | 5448 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 147,360 | 05/22/19 | 7237 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 147,360 | 05/22/19 | 5446 |
| 2020FreightlinerM2-106AltecBucketLR7-60E70 | 147,360 | 06/04/19 | 5447 |
| 2018FLTM2-106AltecLR7-60E70 | 146,972 | 08/02/18 | 9758 |
| 2017FLTM2-106AltecLR7-60E70 | 146,972 | 08/02/18 | 0305 |
| 2018FLTM2-106AltecLR7-60E70 | 146,972 | 08/02/18 | 9760 |
| 2017FLTM2-106AltecLR7-60E70 | 146,972 | 08/02/18 | 0300 |
| 2019FeightlinerM2-106AltecBucketLR7-60E70 | 146,830 | 02/28/19 | 3281 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,830 | 02/22/19 | 9366 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 146,830 | 04/18/19 | 4666 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 146,829 | 01/29/19 | 3631 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 146,829 | 01/29/19 | 7704 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 146,829 | 01/29/19 | 3388 |
| 2018FeightlinerM2-106AltecBucketLR7-60E70 | 146,630 | 02/08/19 | 4322 |

EXHIBIT 2

Page 4 of 12
Exhibit "2"
Page 47

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 146,628 | 02/22/19 | 4667 |
| 2018FreightlinerM2-106AltecBucketLR7-58 | 146,628 | 02/22/19 | 0504 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,628 | 05/30/19 | 0776 |
| 2018FreightlinerM2-106AltecBucket | 146,171 | 10/10/18 | 0493 |
| 2018FreightlinerM2-106AltecBucket | 146,171 | 10/10/18 | 4336 |
| 2018FreightlinerM2-106AltecBucket | 146,171 | 10/10/18 | 4331 |
| 2018FreightlinerM2-106AltecBucket | 146,171 | 10/10/18 | 0490 |
| 2018FreightlinerM2-106AltecBucket | 146,171 | 10/10/18 | 0481 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 11/26/18 | 0482 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 12/07/18 | 0505 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 12/21/18 | 0494 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 12/21/18 | 4333 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 12/21/18 | 0503 |
| 2019FreightlinerM2-106AltecBucketLR7-60E70 | 145,830 | 02/08/19 | 3385 |
| 2019FordF750AltecBucketLR7-60E70 | 145,319 | 02/08/19 | 1060 |
| 2011FreightlinerBucketTruck | 144,194 | 08/31/12 | NA |
| 2017VolvoL90HWheelLoaderUnit187604 | 138,998 | 09/28/20 | 3970 |
| 2019FreightlinerM2-106AltecBucketLR7-58 | 133,320 | 01/29/19 | 7638 |
| 2019FreightlinerM2-106AltecBucketLR7-58 | 133,320 | 01/29/19 | 0446 |
| 2019FreightlinerM2-106AltecBucketLR7-58 | 127,203 | 01/31/19 | 7703 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 3772 |
| 2018FreightlinerM2-106AltecBucketLR7-58 | 121,257 | 12/21/18 | 0469 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 9174 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6379 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 9179 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6632 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6382 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6621 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6624 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 9176 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 9177 |
| 2020DodgeRam5500Truckw/TerexUtLT40BofA021 | 120,188 | 11/13/20 | 6371 |
| 2022FordF750 | 112,579 | 07/23/21 | 773 |
| 95EachServicePRO4Computers | 109,347 | 10/04/17 | NA |
| 2016FLT | 107,214 | 08/19/20 | 4900 |
| 2015229DXHPCompactTruckLoader | 106,262 | 10/02/15 | 1433 |
| 2009FordF750LSS-60/70-1 | 106,000 | 07/06/15 | 9347 |
| 2008ChevroletC8-AltecLRV-60E70 | 105,000 | 08/04/15 | 8419 |
| 2011INT4300AltecBucketLRV-60-E70 | 105,000 | 12/15/16 | 2041 |
| 2008FordF750LRV-60E70 | 102,600 | 03/01/15 | 7856 |

EXHIBIT 2

Page 5 of 12
Exhibit "2"
Page 48

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2008FordF750LRV-60E70 | 102,600 | 03/01/15 | 6481 |
| 2020Peterbilt567BofA-016 | 101,260 | 10/05/20 | 2741 |
| 2012FLTM2-106LRV-56 | 100,000 | 07/05/16 | 1662 |
| 2008FordF750-LRV-60E70 | 98,500 | 03/31/16 | 6483 |
| 2015VolvoL90HWL/2020VolvoBucket | 96,436 | 08/01/20 | 3225/9652 |
| 2011INT4300LRV56 | 95,400 | 02/02/17 | 6458 |
| 2011INT4300LRV55 | 95,400 | 02/02/17 | 7803 |
| 2011INT4300LRV56 | 95,400 | 02/02/17 | 6459 |
| 2011INT4300LRV56 | 95,400 | 02/02/17 | 6474 |
| 2004Int4300 | 89,888 | 12/12/14 | 7410 |
| 2017MORBARKM12RX | 89,679 | 11/07/17 | NA |
| 2004GMCC750 | 87,231 | 12/12/14 | 8462 |
| 2019DodgeChallenger | 86,000 | 07/19/19 | 6254 |
| 2006FLTM2-106LRV55 | 85,500 | 02/02/17 | 1806 |
| 2020GMCYukon | 84,657 | 10/22/19 | 9169 |
| 2020GMCYukon | 84,657 | 10/22/19 | 9946 |
| 2009Int4300LRV-56 | 84,000 | 03/31/16 | 5188 |
| 2017RAM3500 | 84,000 | 01/25/17 | 7313 |
| 2017FordF750-AF1472ChipDumpBody | 81,546 | 12/15/16 | 2762 |
| 2003FreightlinerM2 | 81,394 | 10/13/14 | 7927 |
| 2017FordF750AltecAF1360 | 80,126 | 06/13/17 | 5438 |
| 2007FLTM2-F230SE | 79,500 | 08/02/16 | 527 |
| 2017ThreeAxleBoomDolly | 77,850 | 06/29/17 | NA |
| 2011FordF-SuperCab | 76,500 | 01/06/17 | 3948 |
| 2017ThreeAxleBoomDolly | 76,500 | 06/14/17 | 0055 |
| 2003INTL4300LRV-60E70 | 76,387 | 01/18/15 | 6534 |
| 2020ChevySilverado2500HD | 76,294 | 09/25/19 | 5805 |
| 2001SterlingM7500-HiranerXT60-70 | 75,625 | 12/12/16 | 5978 |
| 2019FordF-2504X4 | 75,128 | 09/11/19 | 4646 |
| Equipment | 74,776 | 04/01/02 | NA |
| 2019FordF-2504X4 | 73,332 | 11/26/19 | 2389 |
| 2020ChevySilverado2500HD | 72,692 | 11/21/19 | 8542 |
| 2019FordF450 | 72,581 | 05/22/19 | 7581 |
| 2020FordSuperDutyF-250Ford059816026 | 71,846 | 01/05/21 | 9499 |
| 2020CIMC | 71,795 | 04/29/20 | 1075 |
| 2000GMCC8500Forester | 71,588 | 01/07/13 | NA |
| 2019FordF450 | 70,860 | 05/29/19 | 9333 |
| BucketTruck2000GMC | 70,816 | 02/10/06 | 5904 |
| 2016FordF-350 | 70,415 | 01/26/16 | 8450 |
| 2019FordF-250 | 69,912 | 12/03/19 | 4148 |

EXHIBIT 2    Page 6 of 12
Exhibit "2"
Page 49

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2017FordF-2504x4 | 69,793 | 10/11/17 | 1738 |
| 2016FordF-2504X4 | 69,094 | 03/18/16 | 4923 |
| 2007FLTM2-LRV-55 | 69,000 | 03/31/16 | 8876 |
| 2019FordF-2504X4 | 68,544 | 07/01/19 | 4147 |
| 2019FordF-2504X4 | 68,266 | 07/01/19 | 3628 |
| HeavyHaulTrailer1997CozadTrailer | 67,000 | 02/11/21 | 7063 |
| 2019FordF-350CrewCab | 66,850 | 12/06/18 | 5593 |
| 2016FordF-350CrewCab | 66,485 | 01/21/17 | 3766 |
| 2017FordF-250 | 66,274 | 08/18/17 | 2984 |
| 2016FordF-2504X4 | 66,172 | 03/21/17 | 9818 |
| 2017FordSuperDutyF-250 | 65,109 | 01/04/17 | 3463 |
| 2017FordSuperDutyF-250 | 64,867 | 01/19/17 | 8389 |
| 2016FordF-2504X4 | 64,426 | 01/10/17 | 1827 |
| 2009GMCC7500LSS-55-1 | 63,500 | 07/06/15 | 5462 |
| 2012GMCC7500LSS-55-1 | 63,500 | 07/06/15 | 5133 |
| 2010GMCC7042 | 63,500 | 08/04/15 | 5188 |
| 2011GMCC7042 | 63,500 | 08/04/15 | 4919 |
| 2019FordF-2504X4 | 63,071 | 02/16/19 | 2182 |
| 2009GMCC7500LSS-55-IS | 63,000 | 03/31/16 | 5441 |
| 2019FordF-2504X4 | 62,912 | 12/11/19 | 4145 |
| 2019FordF-2504x4 | 62,891 | 08/30/19 | NA |
| 2019FordF-2504X4 | 62,858 | 07/02/19 | 5607 |
| 2017VermeerBC1500 | 62,784 | 11/07/17 | NA |
| 2019FordF-2504X4 | 62,462 | 04/19/19 | 4652 |
| 2019FordF-2504X4 | 62,462 | 04/26/19 | 4650 |
| 2016GMCYukon | 62,214 | 11/06/16 | NA |
| 2020FordSuperDutyF-250Ford059660436 | 62,056 | 01/05/21 | 6179 |
| 2019FordF-2504X4 | 61,759 | 09/18/19 | 6093 |
| 2016MORBARKBeeverM15RChipper | 61,748 | 11/30/16 | 5608 |
| 2020FordSuperDutyF-250 | 61,737 | 11/20/20 | 6169 |
| 2006GMCC5500 | 60,600 | 12/21/15 | 5394 |
| 2020FordSuperDutyF-250Ford059777628 | 59,899 | 01/05/21 | 6172 |
| 2021BrazosSuperScrapperEndDump | 59,322 | 02/08/21 | 4659 |
| 2014VermeerBC1500 | 56,164 | 11/26/14 | 6247 |
| 2020FordSuperDutyF-250 | 55,725 | 10/20/20 | 2397 |
| VermeerBC1500 | 50,861 | 11/05/15 | 6719 |
| VermeerBC1500 | 50,861 | 11/05/15 | 6715 |
| 2013ToyotaSienna(Gloria) | 50,696 | 06/19/18 | NA |
| 2017JeepWranglerUnlimited | 50,121 | 12/14/16 | 3226 |
| 2020FordF-2504X4 | 48,885 | 12/06/19 | 9577 |

EXHIBIT 2

Page 7 of 12
Exhibit "2"
Page 50

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2020ChevroletSilverado2500 | 48,595 | 02/18/20 | 1381 |
| 2020ChevroletSilverado2500 | 48,595 | 02/18/20 | 1371 |
| BucketTruck1996GMCTopkick | 48,542 | 01/19/06 | 0095 |
| 1659-Ford61155833 | 48,339 | 05/25/22 | 3964 |
| 1670-Ford61194323 | 48,339 | 05/25/22 | 9477 |
| 2016ChevroletSilverado | 47,980 | 03/18/16 | 6731 |
| 2019FordF-2504X4 | 47,636 | 09/10/19 | 6567 |
| 2016FordF-150CrewCab | 47,555 | 10/25/16 | 0883 |
| 2016FordF250 | 45,670 | 04/13/16 | 2369 |
| 2008FordF-650 | 45,500 | 03/31/16 | 2796 |
| SkidsteerCatSerial0391 | 45,360 | 03/21/14 | 0391 |
| ToyotaSiennaConversionVehiclew/wheelchairacces: | 45,350 | 10/03/22 | 7971 |
| 2004Int4300LRV60-E70 | 42,025 | 10/28/16 | NA |
| 2016FordF-150CrewCab | 41,335 | 08/26/16 | 3445 |
| 2019MorbarkM12RX | 41,048 | 01/29/19 | 2033 |
| 2019MorbarkM12RX | 41,048 | 01/29/19 | 2098 |
| 2003FordF650 | 40,898 | 11/02/15 | 3007 |
| ThreeAxleBoomDolly | 39,600 | 09/26/17 | NA |
| 2004ChevroletSilverado | 38,546 | 12/10/03 | NA |
| 2017ThreeAxleBoomDolly | 38,250 | 08/11/17 | NA |
| 2019VermeerBC1000XL | 37,804 | 02/18/19 | 8018 |
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8741 |
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8604 |
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8395 |
| 2019VermeerBC1000XL | 37,804 | 08/16/19 | 2908 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9357 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9681 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9642 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9645 |
| 2020VermeerBC1000XL | 37,804 | 12/17/19 | 9823 |
| 2020VermeerBC1000XL | 37,804 | 12/17/19 | 9643 |
| 2019VermeerBC1000XL | 37,800 | 09/13/19 | 9318 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0161 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0225 |
| 2020VermeerBC1000XLBofA-011 | 37,716 | 05/20/20 | 0483 |
| 2020VermeerBC1000XLBofA-011 | 37,716 | 05/20/20 | 0484 |
| 2020VermeerBc1000XLBofA003 | 37,716 | 01/17/20 | 0001 |
| 2020VermeerBc1000XLBofA003 | 37,716 | 01/17/20 | 0000 |
| 2020VermeerBC1000XLBofA004 | 37,716 | 01/17/20 | 0004 |
| 2020VermeerBC1000XLBofA-008 | 37,672 | 04/28/20 | 0229 |

EXHIBIT 2                                    Page 8 of 12
                                             Exhibit "2"
                                             Page 51

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2020VermeerBC1000XLBofA-008 | 37,638 | 04/28/20 | 0380 |
| 2005INTL4200 | 36,723 | 03/01/15 | 2645 |
| 2017MORBARKM12RX | 36,011 | 03/02/17 | 1137 |
| 2020VermeerBC1000XLBofA-008 | 35,672 | 04/28/20 | 0356 |
| 2015VermeerBC1000XL | 35,644 | 07/13/15 | 2250 |
| 2014VermeerBC1000XL | 35,575 | 11/14/14 | 1475 |
| 2020VermeerBC1000XLBofA-011 | 35,561 | 05/20/20 | 0593 |
| 2020VermeerBC1000XLBofA-011 | 35,561 | 05/20/20 | 1503 |
| 2020VermeerBC1000XLBofA-018 | 35,561 | 10/08/20 | 1872 |
| 2020VermeerBc1000XLBofA018 | 35,561 | 10/08/20 | 1875 |
| 2020VermeerBc1000XLBofA018 | 35,561 | 10/08/20 | 1819 |
| 2021ChevroletSilverado1500WorkTruck4x4CrewCab | 35,204 | 10/16/20 | 3003 |
| 2021ChevroletSilverado1500WorkTruck4x4CrewCab | 35,204 | 10/16/20 | 3418 |
| 2021ChevroletSilverado1500WorkTruck4x4CrewCab | 35,204 | 10/16/20 | 3587 |
| 2021ChevroletExpress2500LS | 35,182 | 03/29/20 | 7397 |
| 2015FordF150CrewCab | 34,827 | 08/26/16 | 5949 |
| 2014FordF-150CrewCab | 34,827 | 08/26/16 | 5949 |
| FreightlinerM2 | 34,339 | 12/14/15 | 7048 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 6411 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7024 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7026 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 9144 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4436 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4431 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4454 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4412 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4404 |
| 2018VermeerBC1000XL | 33,376 | 10/23/18 | 7352 |
| 2020Can-amMaverick | 33,000 | 01/07/20 | 0061 |
| 2014VermeerBC1000XL | 32,587 | 09/17/14 | 1472 |
| 2014VermeerBC1000XL | 32,587 | 09/17/14 | 1473 |
| BC1800XLVermeer | 32,519 | 02/06/08 | NA |
| 2011299CSkidsteer | 32,500 | 07/14/17 | 1271 |
| 2014VermeerBC1000XL | 32,404 | 08/25/14 | 1478 |
| 2015VermeerBC1000XL | 32,404 | 06/12/15 | 2311 |
| 2015VermeerBC1000XL | 32,404 | 06/12/15 | 2314 |
| 2018VermeerChipperBC1000XL | 32,250 | 11/26/18 | 6665 |
| 2015VermeerBC1000Xl | 32,047 | 11/17/15 | 2888 |
| 2015VermeerBC1000Xl | 32,047 | 11/17/15 | 2910 |
| 2020Can-amMaverick | 32,000 | 01/07/20 | 0123 |

EXHIBIT 2

Page 9 of 12
Exhibit "2"
Page 52

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2015VermeerBC1000XL | 31,957 | 11/19/15 | 2735 |
| 2015VermeerBC1000Xl | 31,955 | 11/19/15 | 2769 |
| 2015VermeerBC1000Xl | 31,955 | 11/19/15 | 2890 |
| 2019AEPDC1317 | 31,800 | 12/06/19 | 0405 |
| BucketTruck1997GMC7500 | 31,793 | 01/19/06 | 2557 |
| 2015MorbarkBeeverM12RX | 31,609 | 10/25/16 | 1044 |
| 2015MorbarkBeeverM12RX | 31,609 | 10/25/16 | 1045 |
| 2015MorbarkBeeverM12RX | 31,609 | 10/25/16 | 1101 |
| 2015MorbarkBeeverM12RX | 31,609 | 10/25/16 | 1102 |
| 2015MorbarkBeeverM12RX | 31,609 | 10/25/16 | 1103 |
| 2015VermeerBC1000XL | 31,507 | 02/18/16 | 3001 |
| 2015VermeerBC1000XL | 31,324 | 06/22/15 | 1931 |
| 2015VermeerBC1000XL | 31,324 | 06/22/15 | 2272 |
| 2015VermeerBC1000XL | 31,324 | 06/22/15 | 2275 |
| 2015VermeerBC1000XL | 31,324 | 06/26/15 | 2459 |
| 2015VermeerBC1000XL | 31,324 | 06/26/15 | 2530 |
| 2020Can-amMaverick | 31,000 | 01/07/20 | 0071 |
| 2019ChevyColorado | 30,974 | 04/04/19 | 2774 |
| 2016MorbarkBeeverM12RX | 30,897 | 11/30/16 | 1111 |
| 2016MorbarkBeeverM12RX | 30,897 | 11/30/16 | 1112 |
| 2016MORBARKBeeverM12RXChipper | 30,897 | 11/30/16 | 1104 |
| 2015VermeerBC1000XL | 30,894 | 10/20/15 | 2738 |
| 2015VermeerBC1000XL | 30,894 | 10/20/15 | 2750 |
| 2015VermeerBC1000XL | 30,894 | 10/20/15 | 2744 |
| 2015VermeerBC1000XL | 30,894 | 10/20/15 | 2599 |
| 2016VermeerBC1000XL | 30,559 | 10/04/16 | 3939 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4063 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4068 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4051 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4047 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4066 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4221 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4229 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4196 |
| 2021ChevroletExpress2500LS | 30,417 | 11/30/20 | 1908 |
| 2021ChevroletExpress2500LS | 30,417 | 11/23/20 | 2213 |
| 2021ChevroletExpress2500LS | 30,417 | 11/23/20 | 2305 |
| 2021ChevroletExpress2500LS | 30,417 | 11/23/20 | 2676 |
| 2021ChevroletExpress2500LS | 30,417 | 11/30/20 | 2810 |
| 2021ChevroletExpress2500LS | 30,417 | 11/23/20 | 2920 |

EXHIBIT 2

Page 10 of 12
Exhibit "2"
Page 53

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2019ChevyColorado | 30,061 | 07/19/19 | 5581 |
| 2017MORBARKM12RX | 29,881 | 04/13/17 | 1201 |
| 2017MORBARKM12RX | 29,881 | 04/13/17 | 1202 |
| 2017MORBARKM12RX | 29,881 | 04/13/17 | 1199 |
| 2017MORBARKM12RX | 29,881 | 04/13/17 | 1204 |
| 2017MORBARKM12RX | 29,881 | 04/13/17 | 1205 |
| 2017MORBARKM12RX | 29,881 | 07/12/17 | 1200 |
| 2017MORBARKM12RX | 29,881 | 07/12/17 | 1213 |
| 2016MORBARKChipperM12RX | 29,877 | 11/01/16 | 1120 |
| 2016MORBARKChipperM12RX | 29,877 | 11/01/16 | 1121 |
| 2016MORBARKChipperM12RX | 29,877 | 11/01/16 | 1122 |
| 2016MORBARKChipperM12RX | 29,877 | 11/01/16 | 1123 |
| 2016VermeerBC1000XL | 29,874 | 08/02/16 | 3534 |
| 2015VermeerBC1000XL | 29,870 | 02/16/16 | 3216 |
| 2015VermeerBC1000XL | 29,870 | 02/16/16 | 3212 |
| 2015VermeerBC1000XL | 29,870 | 02/16/16 | 3220 |
| 2017VermeerBC1000XL | 29,870 | 02/16/16 | 3208 |
| 2018VermeerBC1000XL | 29,870 | 02/16/16 | 3097 |
| 2019VermeerBC1000XL | 29,870 | 02/16/16 | 3094 |
| 2021VermeerBC1000XL | 29,870 | 02/16/16 | 3059 |
| 2015VermeerBC1000XL | 29,870 | 03/14/16 | 3189 |
| 2015VermeerBC1000XL | 29,870 | 03/14/16 | 3201 |
| 2015VermeerBC1000XL | 29,870 | 03/14/16 | 3199 |
| 2015VermeerBC1000XL | 29,870 | 03/14/16 | 3270 |
| 2016VermeerBC1000XL | 29,870 | 03/31/16 | 3289 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3291 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3294 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3288 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3276 |
| 2016VermeerBC1000XL | 29,870 | 05/04/16 | 3074 |
| 2016MORBARKChipperM12RX | 29,863 | 01/30/17 | 1125 |
| 2016MORBARKChipperM12RX | 29,863 | 01/30/17 | 1117 |
| 2016MORBARKChipperM12RX | 29,863 | 01/30/17 | 1056 |
| 2017MORBARKM12RX | 29,808 | 04/13/17 | NA |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 07/30/20 | 1343 |
| SnowcatModel1500 | 29,500 | 03/13/18 | U-055 |
| 2017VermeerBC1000XL | 29,077 | 08/02/16 | 3295 |
| 2018VermeerBC1000XL | 29,077 | 08/02/16 | 3663 |
| 2019VermeerBC1000XL | 29,077 | 08/02/16 | 3678 |
| 2020VermeerBC1000XL | 29,077 | 08/02/16 | 3675 |

EXHIBIT 2                                          Page 11 of 12
                                                   Exhibit "2"
                                                   Page 54

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Prior to January 1, 2024

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2016VermeerBC1000XL | 29,077 | 09/23/16 | 3503 |
| 2016VermeerBC1000XL | 29,077 | 09/23/16 | 3659 |
| 2017NissanFrontier | 29,042 | 01/31/17 | 3481 |
| 2017NissanFrontier | 28,363 | 06/23/17 | 3710 |
| 2017NissanFrontier | 28,116 | 01/13/17 | 4063 |
| 2017NissanFrontier | 27,686 | 06/09/17 | 6652 |
| 2004GMCC6500 | 26,980 | 03/01/15 | 7550 |
| 2016KiaSoranto | 26,229 | 03/07/16 | 5896 |
| 2006GMCC6500 | 25,356 | 03/01/15 | 2491 |
| 2017NissanFrontier | 25,355 | 12/22/18 | 8310 |
| 2004Intl4300 | 25,000 | 09/16/14 | 1522 |
| 2006GMCC6500 | 24,500 | 07/17/15 | 2032 |
| 2006GMCC6500 | 24,500 | 07/17/15 | 2351 |
| 2006GMCC6500 | 24,500 | 07/17/15 | 1610 |
| 2003VermeerBC1400 | 24,441 | 09/15/14 | 841 |
| 2008CheveroletSilverado | 24,216 | 09/25/14 | 7536 |
| 2009JeepWrangler | 23,633 | 05/08/14 | 453 |
| 2020FordFusions4dr | 21,882 | 07/26/20 | 7417 |
| 2020FordFusions4dr | 21,853 | 07/06/20 | 6769 |
| 2020FordFusions4dr | 21,853 | 07/06/20 | 7421 |
| 2014AEPDC1317 | 21,109 | 05/01/15 | 169 |
| 2004VermeerBrushChipper | 19,028 | 09/26/14 | 5405 |
| 2004CheveroletSilverado | 19,006 | 09/25/14 | 3267 |
| 2015Kawasaki-KAF820JGFL | 18,983 | 02/05/16 | 0358 |
| 2016RockLineRT14-12AirTowTrailer | 16,507 | 11/30/16 | 4301 |
| 2016RockLineRT14-12AirTowTrailer | 16,443 | 11/30/16 | 4289 |
| 2017AirTowTrailerRT14-12 | 16,440 | 03/02/17 | 4426 |
| 2007FordF-150CrewCab | 16,041 | 04/05/11 | NA |
| 2015FordExplorer | 15,892 | 01/09/20 | 9006 |
| 2010FordF150 | 13,240 | 11/09/17 | 2512 |
| LanierMP500 | 11,743 | 09/18/33 | NA |
| 2014F150 | 11,269 | 10/10/18 | 0547 |
| 1998GMCServiceTruck | 10,750 | 05/23/16 | 9596 |
| 2006FordF250XLCab | 10,168 | 11/22/10 | 3133 |
| 2006FordF250XLCab | 7,776 | 11/22/10 | 6738 |
| 2006FordF-150ExtraCab | 5,981 | 04/05/11 | NA |
| 2003ChevSilverado4x41/2 | 4,998 | 11/22/10 | 2007 |
| 2003FordRanger4x4 | 4,875 | 02/19/11 | 8102 |

EXHIBIT 2

Page 12 of 12
Exhibit "2"
Page 55

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| FaelBachGroveGMK3060L | 1,450,000 | 03/12/21 | B009 |
| FaelbachGreenNumber8TreeFeller | 1,374,000 | 03/12/21 | U008 |
| FaelbachGroveGMK3050 | 1,152,001 | 03/12/21 | 2487 |
| AlbachDiamant2000Chipper | 975,735 | 03/12/21 | 5464 |
| SCH035-2022Sennebogen728RMat.Handler | 945,000 | 11/15/22 | 1055 |
| 2020Sennebogen728METreeCareHandler | 924,375 | 07/15/21 | 1006 |
| 2020Sennebogen718ME | 560,000 | 02/16/21 | 2095 |
| 2020Sennebogen718MEBofA-014 | 555,000 | 09/15/20 | 2074 |
| 2020Sennebogen718MEBofA-014 | 555,000 | 09/15/20 | 2072 |
| 2020Sennebogen718MEBofA-013 | 552,000 | 09/02/20 | 2087 |
| 2019SennebogenScrapMaterialHandler | 540,400 | 01/07/20 | NA |
| 2020Sennebogen718MEBofA-015 | 462,835 | 10/07/20 | 2090 |
| Sennebogen718/360AlbachGrapple | 453,472 | 03/12/21 | 2066 |
| 2017FordF750(3) | 436,320 | 11/07/17 | NA |
| 2017FordF750(3) | 436,320 | 11/07/17 | NA |
| 2018KenworthGrappleTruckT880 | 248,617 | 06/09/17 | 3114 |
| KenworthT800 | 246,738 | 12/02/15 | 5567 |
| 2020Peterbilt348BofA-010 | 196,700 | 07/02/20 | 3700 |
| 2015FordF750LR7-60E70 | 155,822 | 09/23/16 | 7965 |
| 2015FordF750LR7-60E70 | 150,462 | 10/04/16 | 8263 |
| 2015FordF750LR7-60E70 | 150,462 | 10/04/16 | 8261 |
| 2018FreightlinerM2-106AltecBucketLR7-60E70 | 146,171 | 12/21/18 | 0502 |
| 2017FLM2-106BucketLR7-58 | 137,828 | 03/02/17 | 0869 |
| 2016FLM2-106BucketLR7-58 | 130,627 | 03/02/17 | 4977 |
| 2016FLTM2-106LR7-60E70 | 130,627 | 02/02/17 | 4901 |
| 2015FordF750BucketLR7-58 | 127,625 | 03/02/17 | 8247 |
| 2018FreightlinerM2-106AltecBucketLR7-58 | 127,003 | 01/29/19 | 0473 |
| 2018FreightlinerM2-106AltecBucketLR7-58 | 127,002 | 02/28/19 | 0479 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 2325 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 2312 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 1397 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 3122 |
| 2016FLTM2-106LR7 | 126,493 | 09/23/16 | 3770 |
| 2016FLTM2-106LR7-58 | 126,493 | 12/15/16 | 8359 |
| 2016FLTM2-106LR7-58 | 126,493 | 12/15/16 | 8364 |
| 2018FreightlinerM2-106AltecBucketLR7-58 | 121,261 | 01/31/19 | 4318 |
| 2012FLTM2-106LRV-55 | 100,000 | 07/05/16 | 1677 |
| 2014FreightlinerM2-106AltecBucketLR7-58 | 100,000 | 08/28/19 | 5966 |
| 2014FreightlinerM2-106AltecBucketLR7-58 | 100,000 | 08/28/19 | 5961 |
| 2020KalynSiebertLowboy | 99,347 | 09/29/20 | 0008 |

EXHIBIT 3
Page 1 of 7
Exhibit "3"
Page 56

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2021KalynSiebertLowboy | 96,159 | 01/26/21 | 8787 |
| 2008Int4300AltecBucketLRV-60E70 | 95,000 | 05/04/16 | 7726 |
| CIMCWalkingFloorTrailer | 81,288 | 09/09/21 | 5783 |
| 2016Peterbuilt367 | 80,935 | 12/01/17 | 2816 |
| 2017FordF750AltecAF1360 | 80,126 | 06/13/17 | 5431 |
| 2017FordF750AltecAF1360 | 80,126 | 06/13/17 | 5439 |
| 2017FordF750 | 77,847 | 01/31/19 | 2186 |
| 2020ChevySilverado2500HD | 77,730 | 10/11/19 | 5325 |
| 2020ChevyColorado2500HD | 76,294 | 09/25/19 | 3622 |
| 2020ChevySilverado2500HD | 75,753 | 12/20/19 | 3798 |
| 2020ChevySilverado2500HD | 75,066 | 12/20/19 | 1814 |
| 2017FordF-350CrewCab | 73,192 | 08/02/17 | 9193 |
| 2018FordExpedition | 72,778 | 05/22/18 | 6098 |
| 2020Chevy2500HD | 72,491 | 09/23/19 | 7328 |
| 2020CIMCLiveFloor/WalkingFloor | 70,996 | 06/19/20 | 1077 |
| 2011KenworthW-00 | 70,000 | 05/17/19 | 1537 |
| 2019FordF-250 | 69,708 | 09/20/19 | 4314 |
| 2019GMCYukonXL | 69,648 | 07/12/19 | 3940 |
| 2019FordF-2504X4 | 67,850 | 11/14/19 | 5552 |
| 2012INTL44006X4Flatbed | 66,475 | 03/02/17 | 6066 |
| 2020FordF250 | 65,304 | 01/25/20 | 1980 |
| 2017FordF-2504X4 | 64,985 | 05/11/17 | 5314 |
| 2019FordF-2504x4 | 63,071 | 02/16/19 | NA |
| 2019FordF250 | 62,912 | 01/09/20 | 5556 |
| 2019FordF-2504X4 | 62,912 | 07/23/19 | 7868 |
| 2019FordF-2504X4 | 62,912 | 07/23/19 | 7865 |
| 2019FordF-2504X4 | 62,912 | 07/26/19 | 7866 |
| 2019FordF-2504X4 | 62,462 | 04/22/19 | 4654 |
| 2014KentworthT-370 | 61,027 | 07/24/20 | 9214 |
| 2021FordSuperDutyF-250Ford059873740 | 60,439 | 02/08/21 | 7836 |
| 2020FordSuperDutyF-250Ford059656844 | 59,899 | 01/05/21 | 8473 |
| 2020FordSuperDutyF-250Ford059660500 | 59,899 | 01/05/21 | 2923 |
| 2014KentworthT-370 | 59,506 | 07/24/20 | 9213 |
| 2019FordF-150 | 58,662 | 12/15/16 | 5529 |
| 2014InternationFlatbed | 55,000 | 09/28/18 | 9115 |
| 2020FordSuperDutyF-150 | 54,738 | 10/06/20 | 7234 |
| 2012FreightlinerM2 | 52,163 | 08/20/20 | 8301 |
| 2012Freightliner25'Flatbed | 51,728 | 08/20/20 | 3612 |
| 2012FLTM2-112 | 51,517 | 10/29/18 | 8600 |
| 2012FLTM2-112 | 51,517 | 10/29/18 | 8616 |

EXHIBIT 3                                        Page 2 of 7
Exhibit "3"
Page 57

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| Ford-1690-2022FordF250-61236102 | 48,339 | 07/21/22 | 9466 |
| Ford-1698-2022FordF250-Act61304209 | 48,339 | 07/11/22 | 3970 |
| Ford-1697-2022FordF250-Act61304225 | 48,339 | 07/11/22 | 9198 |
| Ford-1696-2022FordF250-Act61304352 | 48,339 | 07/11/22 | 9486 |
| Ford-1695-2022FordF250-Act61304177 | 48,339 | 07/11/22 | 9492 |
| Ford-1694-2022FordF250-Act61304197 | 48,339 | 07/11/22 | 9195 |
| Ford-1693-2022FordF250-61236114 | 48,339 | 07/21/22 | 9204 |
| Ford-1692-2022FordF250-61235969 | 48,339 | 07/21/22 | 9463 |
| Ford-1691-2022FordF250-61237215 | 48,339 | 07/21/22 | 9465 |
| Ford-1689-2022FordF250-61237226 | 48,339 | 07/21/22 | 9468 |
| Ford-1688-2022FordF250-61236011 | 48,339 | 07/21/22 | 9470 |
| Ford-1687-2022FordF250-61237218 | 48,339 | 07/21/22 | 9471 |
| Ford-1686-2022FordF250-61235531 | 48,339 | 07/21/22 | 9474 |
| Ford-1685-2022FordF250-61237224 | 48,339 | 07/21/22 | 9479 |
| Ford-1684-2022FordF250-61237214 | 48,339 | 07/21/22 | 9480 |
| Ford-1683-2022FordF250-61236057 | 48,339 | 07/21/22 | 9481 |
| Ford-1682-2022FordF250-61237216 | 48,339 | 07/21/22 | 9482 |
| Ford-1681-2022FordF250-61237220 | 48,339 | 07/21/22 | 9487 |
| Ford-1680-2022FordF250-61233073 | 48,339 | 07/21/22 | 9489 |
| Ford-1679-2022FordF250-61237219 | 48,339 | 07/21/22 | 9491 |
| Ford-1678-2022FordF250-61236035 | 48,339 | 07/21/22 | 9495 |
| 1676-Ford61194247 | 48,339 | 05/25/22 | 9480 |
| 1675-Ford61194258 | 48,339 | 05/25/22 | 9483 |
| 1674-Ford61194272 | 48,339 | 05/25/22 | 9484 |
| 1673-Ford61194288 | 48,339 | 05/25/22 | 9488 |
| 1668-Ford61180039 | 48,339 | 05/25/22 | 9485 |
| 1660-Ford61155878 | 48,339 | 05/25/22 | 3975 |
| 1677-Ford61194213 | 48,339 | 05/25/22 | 9493 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 47,055 | 03/04/22 | 3257 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 47,055 | 03/04/22 | 3255 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 47,055 | 03/04/22 | 3253 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 47,055 | 03/04/22 | 3249 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 47,055 | 03/04/22 | 3247 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/14/22 | 3256 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3252 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3251 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3250 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3248 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3246 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3245 |

EXHIBIT 3

Page 3 of 7
Exhibit "3"
Page 58

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3244 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3243 |
| 2022FordF150XLT4x4SuperCrewCab5.5ft | 46,746 | 03/04/22 | 3242 |
| 2022FordF-150 | 41,595 | 03/24/22 | 5382 |
| 2022FordF150XL4x2SuperCab8ft | 41,595 | 02/22/22 | 5383 |
| 2019FordRanger | 41,311 | 09/17/19 | 0467 |
| 2019FordRanger | 40,705 | 01/27/19 | 2180 |
| 2021FordSuperDutyF250SRW | 39,663 | 05/07/21 | 5113 |
| 2021FordSuperDutyF250SRW | 39,663 | 05/07/21 | 5111 |
| 2022FordF-150 | 39,463 | 03/24/22 | 5385 |
| 2022FordF-150 | 39,321 | 03/24/22 | 5384 |
| 2019ChevyColorado | 38,267 | 09/15/19 | 1688 |
| 2019ChevyColorado | 38,267 | 09/15/19 | 0066 |
| 2020ChevroletSilverado1500WorkTruckDouble | 38,045 | 06/29/20 | 0954 |
| 2022FordF150XL4x2SuperCab8ft | 37,823 | 02/18/22 | 5418 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9680 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9564 |
| 2020VermeerBC1000XL | 37,804 | 11/22/19 | 9476 |
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8445 |
| 2019VermeerVC1000XL | 37,804 | 08/06/19 | 8605 |
| 2019VermeerBC1000XL | 37,804 | 03/22/19 | 8177 |
| 2019VermeerBC1000XL | 37,804 | 03/17/19 | 8089 |
| 2019VermeerBC1000XL | 37,804 | 02/18/19 | 8144 |
| 2019VermeerBC1000XL | 37,804 | 02/18/19 | 8100 |
| 2019VermeerBC1000XL | 37,800 | 09/13/19 | 9231 |
| 2019VermeerBC1000XL | 37,800 | 09/13/19 | 9268 |
| 2020VermeerBC1000XLBofA003 | 37,716 | 01/18/20 | 9996 |
| 2020VermeerBc1000XLBofA003 | 37,716 | 01/17/20 | 0002 |
| 2020VermeerBc1000XLBofA003 | 37,716 | 01/17/20 | 9930 |
| 2020VermeerBC1000XLBofA-011 | 37,716 | 05/20/20 | 0489 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0232 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0149 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0151 |
| 2020VermeerBC1000XLBofA-005 | 37,716 | 03/12/20 | 0006 |
| 2021ChevroletSilverado1500WorkTruckDouble | 37,695 | 05/15/20 | 9760 |
| 2020VermeerBC1000XLBofA-008 | 37,672 | 04/28/20 | 0230 |
| 2020VermeerBC1000XLBofA-008 | 37,672 | 04/28/20 | 0233 |
| 2020VermeerBC1000XLBofA-008 | 37,638 | 04/28/20 | 0378 |
| 2022FordF150XL4x2SuperCab8ft | 37,583 | 02/15/22 | 5409 |
| 2022FordF-150 | 37,311 | 03/24/22 | 5406 |

EXHIBIT 3

Page 4 of 7
Exhibit "3"
Page 59

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2022FordF150XL4x2SuperCab8ft | 37,311 | 02/16/22 | 5411 |
| 2022FordF-150 | 37,310 | 03/14/22 | 5407 |
| 2022FordF150XL4x2SuperCab8ft | 37,310 | 02/16/22 | 5410 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/15/22 | 5408 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/16/22 | 5419 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/16/22 | 5412 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/16/22 | 5413 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/18/22 | 5416 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/18/22 | 5415 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/18/22 | 5417 |
| 2022FordF150XL4x2SuperCab8ft | 37,283 | 02/25/22 | 5414 |
| 2020ChevroletColorado | 36,357 | 03/14/20 | 8457 |
| 2020VermeerBC1000XLBofA-008 | 35,639 | 04/28/20 | 0591 |
| 2020ChevyColorado | 35,584 | 11/15/19 | 1607 |
| 2020VermeerBc1000XLBofA018 | 35,561 | 10/08/20 | 1916 |
| 2020VermeerBc1000XLBofA018 | 35,561 | 10/08/20 | 1873 |
| 2020VermeerBC1000XLBofA-018 | 35,561 | 10/08/20 | 1874 |
| 2019FordRanger | 35,457 | 11/27/19 | 2597 |
| 2019ChevyColorado | 35,327 | 07/09/19 | 6772 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 3753 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 2472 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 3001 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 1911 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 3520 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 3460 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 2307 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 1836 |
| 2021ChevroletSilverado1500WorkTruck4x4Cre | 35,204 | 10/16/20 | 2967 |
| 2018VermeerBC1000XLBrushChipper | 34,933 | 11/27/18 | 7247 |
| 2020ChevroletSilverado1500WorkTruckDouble | 34,344 | 05/08/20 | 4242 |
| 2020ChevroletSilverado1500WorkTruckDouble | 34,344 | 05/08/20 | 5531 |
| 2020ChevyColorado | 34,267 | 09/15/19 | 0156 |
| 2019ChevyColorado | 34,243 | 07/09/19 | 9627 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7323 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7321 |
| 2018VermeerBC1000XLBrushChipper | 34,215 | 11/28/18 | 7023 |
| 2020ChevyColorado | 33,737 | 09/16/19 | 2447 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4452 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4435 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4439 |

EXHIBIT 3                                                                 Page 5 of 7
                                                                          Exhibit "3"
                                                                          Page 60

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| VermeerBC1000XL | 33,434 | 04/10/17 | 4407 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4406 |
| VermeerBC1000XL | 33,434 | 04/10/17 | 4453 |
| 2018VermeerBC1000XL | 33,376 | 10/23/18 | 7314 |
| 2021ChevroletColorado | 32,406 | 10/03/20 | 8381 |
| 2021ChevroletColorado | 32,406 | 10/03/20 | 8239 |
| 2018VermeerChipperBC1000XL | 32,250 | 11/26/18 | 6705 |
| 2018VermeerChipperBC1000XL | 32,250 | 11/26/18 | 6579 |
| 2020ChevroletColorado | 31,965 | 06/09/20 | 3645 |
| 2020ChevroletColorado | 31,965 | 05/09/20 | 3523 |
| 2020ChevroletColorado | 31,965 | 06/01/20 | 3435 |
| 2020ChevroletColorado | 31,965 | 05/06/20 | 3574 |
| 2019ChevyColorado | 30,974 | 04/11/19 | 1574 |
| 2018VermeerBC1000XL | 30,488 | 10/01/18 | 6552 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4112 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4188 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4184 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4106 |
| 2016VermeerBC1000XL | 30,488 | 02/02/17 | 4100 |
| 2019ChevyColorado | 30,061 | 07/19/19 | 7116 |
| 2015VermeerBC1000XL | 29,870 | 03/14/16 | 3204 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 08/11/20 | 1386 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 08/11/20 | 1378 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 08/11/20 | 2477 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 08/11/20 | 1367 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 08/11/20 | 1363 |
| 2021ChevroletColoradoWT4x4CrewCab6ftbox | 29,784 | 07/30/20 | 1349 |
| 2019NissanFrontier | 29,685 | 05/09/19 | 1466 |
| 2019NissanFrontier | 29,610 | 05/09/19 | 1742 |
| 2019NissanFrontier | 29,597 | 04/15/19 | 5499 |
| 2019NissanFrontier | 29,547 | 05/09/19 | 0185 |
| 2019NissanFrontier | 29,397 | 07/19/19 | 8851 |
| 2019NissanFrontier | 29,397 | 06/26/19 | 8873 |
| 2019NissanFrontier | 29,397 | 06/26/19 | 6181 |
| 2019NissanFrontier | 29,366 | 08/15/19 | 6081 |
| 2019NissanFrontier | 29,366 | 08/15/19 | 7062 |
| 2019NissanFrontier | 29,366 | 08/15/19 | 7345 |
| 2019NissanFrontier | 29,366 | 08/15/19 | 7782 |
| 2019NissanFrontier | 29,366 | 08/15/19 | 8036 |
| 2017NissanFrontier | 29,323 | 01/13/17 | 3872 |

EXHIBIT 3

Page 6 of 7
Exhibit "3"
Page 61

The Original Mowbray Tree Service, Inc.

Equipment Sold or Returned to Creditor Subsequent to December 31, 2023

| Description | Value | Date | Last 4 |
|---|---|---|---|
| 2017NissanFrontier | 29,042 | 01/12/17 | 5463 |
| 2017NissanFrontier | 29,042 | 01/12/17 | 0322 |
| 2020ChevyColorado | 28,981 | 11/21/19 | 0611 |
| 2017NissanFrontier | 28,729 | 01/12/17 | 1267 |
| 2017NissanFrontier | 28,363 | 01/20/17 | 3020 |
| 2017NissanFrontier | 28,323 | 01/31/17 | 3701 |
| 2017NissanFrontier | 28,253 | 05/12/17 | 8053 |
| 2017NissanFrontier | 28,253 | 05/12/17 | 7675 |
| 2008Reinke48X102-CraneTrailer | 27,110 | 08/28/17 | 0336 |
| DropDeck-1999Wilson-48X102 | 20,139 | 10/27/17 | 3554 |
| 2008UtilityComboFlatbed | 19,018 | 06/27/17 | 6440 |
| 2006WilsonComboFlatbed | 17,931 | 06/27/17 | 0653 |
| 2007FordE-350Van | 13,600 | 05/06/16 | 8108 |
| 1972Fruehauf&1975Trailmobile | 11,624 | 10/25/18 | 0300 |
| WallBuldout | 10,989 | 02/28/07 | NA |
| 2017BigTexDumpTrailer | 7,800 | 07/14/17 | 3264 |
| KonicaBizhub421 | 5,520 | 01/01/13 | NA |
| SanJacintoOfficeRemodeling | 4,230 | 06/22/09 | NA |

EXHIBIT 3

**PROOF OF SERVICE OF DOCUMENT**

       I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630

       A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF CHAPTER 11 EXAMINER, DONALD T. FIFE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

       **1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 14, 2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey W Broker    jbroker@brokerlaw.biz**
- **Kenneth J Catanzarite    kcatanzarite@catanzarite.com**
- **Jessica L Giannetta    jessica@giannettaenrico.com, melanie@giannettaenrico.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com**
- **Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com**
- **Merdaud Jafarnia    bkca@alaw.net, mjafarnia@ecf.inforuptcy.com**
- **Raffi Khatchadourian    raffi@hemar-rousso.com**
- **Valery Loumber    valloumlegal@gmail.com**
- **Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com**
- **James MacLeod    jmacleod@dunninglaw.com, nancy@dunninglaw.com**
- **Robert S Marticello    rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **David W. Meadows    david@davidwmeadowslaw.com**
- **Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com**
- **Queenie K Ng    queenie.k.ng@usdoj.gov, kenneth.m.misken@usdoj.gov**
- **Estela O Pino    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com**
- **Donald W Reid    don@donreidlaw.com, 5969661420@filings.docketbird.com**
- **Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **Amitkumar Sharma    amit.sharma@aisinfo.com**
- **Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com**
- **Thomas E Shuck    tshuck@pmcos.com, efilings@pmcos.com**
- **Michael Simon    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Ahren A Tiller    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com**
- **Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**
- **Mandy Youngblood    csbk@gmfinancial.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **Roye Zur    rzur@elkinskalt.com,**
  **lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse**
  **@elkinskalt.com**

☐ Service information continued on attached page

## 2. SERVED BY UNITED STATES MAIL:

On July 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2025 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**