**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Michael L. Simon (State Bar No. 300822)
*msimon@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>     Debtor and Debtor-In-Possession. | Case No: 8:24-bk-12674-SC<br><br>Chapter 11<br><br>**DEBTOR'S LIMITED OPPOSITION TO DEBRA RENEE DANNER'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**<br><br>**Hearing Information:**<br>Date:    August 20, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), hereby submits this limited opposition to the *Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 585] (the "**Motion**") filed by Debra Renee Danner (the "**Movant**").

1

## I.  LIMITED OPPOSITION

By the Motion, the Movant requests relief from stay pursuant to 11 U.S.C. § 362(d)(1) to commence and litigate to judgment an action in the U.S. District Court for the Western District of North Carolina related to an accident involving the Movant in Watauga County, North Carolina.  The Debtor submits that it was not at fault for the accident and that the Debtor is not liable for the accident.  With that in mind, the Debtor does not oppose stay relief solely to allow the Movant to proceed with the action in the U.S. District Court for the Western District of North Carolina to judgment, but not to enforce any judgment against the Debtor or property of the Debtor's estate, which was not requested in the Motion, so long as any and all of the Debtor's rights regarding any other issues, including, without limitation, the allowance and payment of any resulting claim in this case or under the Debtor's plan, are expressly reserved.  The Debtor requests that the order granting the Motion provide the following language:

> This order is without prejudice to the Debtor's rights, defenses, arguments, and objections in all respects as to any matter other than stay relief under 11 U.S.C. § 362(d)(1) and the waiver of the 14-day stay under Fed. R. Bankr. Pro. 4001(a)(3).

Respectfully submitted,

DATED:  August 6, 2025

**RAINES FELDMAN LITTRELL LLP**

By:  */s/ Michael L. Simon*
ROBERT S. MARTICELLO
MICHAEL L. SIMON
*Counsel to the Debtor and Debtor-In-Possession*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S LIMITED OPPOSITION TO DEBRA RENEE DANNER'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 6, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delvery**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2025 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Jeffrey W Broker**     jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**     kcatanzarite@catanzarite.com
- **Lauren N Gans**     lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**     jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**     rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**     mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**     bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**     raffi@hemar-rousso.com
- **Valery Loumber**     valloumlegal@gmail.com
- **Michael B Lubic**     michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**     jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Kathleen P March**     kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**     rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Karen S. Naylor**     Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**     epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**     don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**     amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**     tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**     msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Ahren A Tiller**     ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**     csbk@gmfinancial.com
- **Roye Zur**     rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**