**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
rmarticello@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

FILED & ENTERED

AUG 11 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No: 8:24-bk-12674-SC<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>**Status Conference:**<br>Date:    August 6, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 5C<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

On August 6, 2025, at 1:30 p.m., in the above-captioned chapter 11 case of The Original Mowbray's Tree Service, Inc., the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), the above-captioned Court held a case status conference and hearings on the following matters:

(1) Approval of the Debtor's *Disclosure Statement Describing Chapter 11 Plan of Reorganization* [Docket No. 363], as amended (the "**Disclosure Statement**"); and

(2) The *Motion By Creditor Ronnie Jordan for Order Terminating Debtor's Periods of Exclusivity for the Filing of a Plan and Obtaining Acceptance Thereof, So As to*

*Permit the Filing of a Competing Plan By Jordan's Mowbray Acquisition LLC* [Docket No. 540] (the "**Motion to Terminate Exclusivity**").

Appearances were as noted on the record. As set forth on the record at the status conference and the hearings on the Disclosure Statement and the Motion to Terminate Exclusivity,

**IT IS HEREBY ORDERED** that:

1. The status conference and the hearings on the Disclosure Statement and the Motion to Terminate Exclusivity are each continued to September 10, 2025, at 1:30 p.m.;

2. The Debtor's deadline to file a first amended disclosure statement and first amended plan of reorganization is August 13, 2025; and

3. The deadline to file and serve objections to the Debtor's first amended disclosure statement is September 3, 2025.

4. A status report is due 14 days in advance.

###

Date: August 11, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2
ORDER