ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
  lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Mowbray Waterman Property, LLC, Debtor and Debtor-in-Possession

**FILED & ENTERED**

**OCT 03 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**ORDER:**<br><br>**(1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 17332 MILLWOOD DR., VISALIA, CA, PURSUANT TO 11 U.S.C. § 363(b) AND (f);**<br><br>**(2) APPROVING OVERBID PROCEDURES;**<br><br>**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m); AND**<br><br>**(4) AUTHORIZING PAYMENT OF REAL ESTATE BROKER'S COMMISSION AND ORDINARY COSTS OF SALE**<br><br>**Hearing (via ZoomGov):**<br>Date:    October 2, 2025<br>Time:    11:00 a.m.<br>Place:    Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and Debtor-in-Possession. | |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and Debtor-in-Possession. | |
| ☐    Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br><br>☒    Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐    Affects ROBIN ELAINE MOWBRAY<br><br>☐    Affects All Debtors | |

5712298

SALE ORDER

On October 2, 2025, the above-captioned Court held a hearing on the *Motion for Order: (1) Authorizing Sale of Real Property Located at 17332 Millwood Drive, Visalia, CA Pursuant to 11 U.S.C. § 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchasers Pursuant To 11 U.S.C. § 363(m); and (4) Authorizing Payment of Real Estate Broker's Commission and Ordinary Costs of Sale* (the "Motion")[1] [Docket No. 111 in Case No. 8:25-bk-10542-SC] filed by debtor and debtor-in-possession Mowbray Waterman Property, LLC (the "Debtor").  Appearances were as noted on the record.  All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

Having considered the Motion and all papers filed in support of the Motion; finding that service and notice were proper and that no further or additional notice need be given; having considered the statements and arguments of counsel on the record at the hearing on the Motion, and for the reasons of the Court stated on the record, the Court finds good cause to enter the following order:

**IT IS ORDERED** that:

1. The Motion is granted.

2. The overbid procedures set forth in the Motion are approved.

3. The Debtor is authorized and directed to sell the real property located at 17332 Millwood Dr., Visalia, CA 93292, Assessor's Parcel Number 110-040-020-000, and as described in Exhibit "1" hereto (the "Property"), to Javier Salazar Nunez and Omar Salaza (collectively, "Buyer") for $371,000.00.  The sale shall be free and clear of any and all liens and interests pursuant to 11 U.S.C. § 363(b) and (f).

4. The Buyer hereby is determined to be a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

5. If the Buyer fails to timely close the sale of the Property, then the Deposit is forfeited to the Debtor as provided in the Agreement and the Addendum thereto.

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

5712298

2

SALE ORDER

6. The Reorganized Debtor is authorized and directed to pay directly from escrow upon the closing of the sale of the Property the following:

    a. The Broker's commission to the listing broker, and any cooperating broker as set forth in the Motion;

    b. Taxes, including any capital gains taxes, secured by the Property or due and owing by the Debtor upon the sale of the Property; and

    c. Ordinary costs of sale of the Property from the proceeds of sale.

7. The Buyer's bid is non-contingent and irrevocable, subject only to the entry of this Order.

8. The sale of the Property is "as-is" and "where-is" with all faults and without warranty, representation, or recourse whatsoever.

9. The Debtor is authorized and directed to execute any documents and take any actions reasonably necessary to consummate the sale of the Property as set forth herein.

10. The stay of the order granting the Motion imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules is waived.

###

Date: October 3, 2025

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT 1

# LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Tulare, State of California, described as follows:

Tract 1:

Parcel 1 of Parcel Map No. PPM 98-045, in the unincorporated area, County of Tulare, State of California, as evidenced by Tentative Parcel Map Resolution No. 98106 recorded December 28, 1998 as Instrument No. 98-0096192, in the Office of the County Recorder of said County and being more particularly described as follows:

Portion of the Northwest quarter of the Southwest quarter of Section 5, Township 18 South, Range 26 East Mount Diablo Meridian, County of Tulare, State of California, described as follows:

Commencing at the Northeast corner of said Northwest quarter; thence South 00°21'45" East along the East line of said Northwest quarter a distance of 44.48 feet to the Southerly Right of Way of State Route 216 (Millwood Road); thence leaving said East line South 57°39'49" West along said right of way a distance of 531.38 feet to the true Point of Beginning; thence leaving said right of way South 00°27'19" West a distance of 117.82 feet; thence South 89°08'53" East a distance of 78.20 feet; thence South 00°51'07" West a distance of 129.97 feet; thence North 89°06'48" West a distance of 278.01 feet; thence North 00°57'41" West a distance of 115.13 feet to the Southerly Right of Way of State Route 216 (Millwood Road); thence North 57°39'49" East along said Southerly right of way a distance of 242.14 feet to the Point of Beginning.

Tract 2:

Along with and subject to a 12 foot wide easement for ingress and egress over and across a portion of the Northwest quarter of the Southwest quarter of Section 5, Township 18 South, Range 26 East, Mount Diablo Meridian, County of Tulare, State of California, the centerline of said easement described as follows:

Commencing at the Northeast corner of said Northwest quarter; thence South 00°21'45" East along the East line of said Northwest quarter a distance of 44.48 feet to the Southerly Right of Way of State Route 216 (Millwood Road); thence leaving said East line South 57°39'49" West along said right of way a distance of 531.38 feet to the true Point of Beginning of said easement; thence leaving said right of way South 00°27'19" West a distance of 117.82 feet; thence South 89°08'53" East a distance of 78.20 feet; thence South 00°51'07" West a distance of 129.97 feet; thence North 89°06'48" West a distance of 278.01 feet; thence North 00°57'41" West a distance of 115.13 feet to the Southerly Right of Way of State Route 216 (Millwood Road) and terminus of said easement.

APN: 110-040-020-000