ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
  lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

**FILED & ENTERED**

**OCT 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No.: 8:24-bk-12674-SC<br><br>Chapter: 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC) |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and Debtor-in-Possession. | **ORDER DENYING MOTION:**<br><br>**(1) AUTHORIZING THE DEBTOR TO EMPLOY CERTAIN PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS;**<br><br>**(2) ESTABLISHING PROCEDURES TO EMPLOY ADDITIONAL ORDINARY COURSE PROFESSIONALS AS NECESSARY; AND** |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and Debtor-in-Possession. | |
| ☐    Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br><br>☑    Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐    Affects ROBIN ELAINE MOWBRAY<br><br>☐    Affects All Debtors | **(3) AUTHORIZING THE DEBTOR TO COMPENSATE AND REIMBURSE ORDINARY COURSE PROFESSIONALS**<br><br>Hon. Scott C. Clarkson<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

    The Court having read and considered the *Motion for Entry of an Order (1) Authorizing the Debtor to Employ Certain Professionals in the Ordinary Course of Business and (2) Establishing Procedures To Employ Additional Ordinary Course Professionals as Necessary; and (3)*

1

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

*Authorizing the Debtor to Compensate and Reimburse Ordinary Course Professional* (the "Motion")[1] [Docket No. 99, in Case No. 8:25-bk-10542-SC] and the Supplement to the Motion [Docket No. 944, in Case No. 8:24-bk-12674-SC] filed by Mowbray Waterman Property, LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case; the docket as a whole, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED.

2. The request does not comport with the requirements of professional employment and compensation in a Chapter 11 case.

###

Date: October 22, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms used and not defined herein have the meanings ascribed in the Motion.