**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
4675 MacArthur Ct, Suite 1550
Newport Beach, CA 92660
Telephone:   (310) 440-4100
Facsimile:    (310) 691-1943

Counsel for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>        Debtor and Debtor-in-Possession.<br><br>In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>        Debtor and Debtor-in-Possession.<br><br>In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>        Debtor and Debtor-in-Possession.<br><br>☒  Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br><br>☐  Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐  Affects ROBIN ELAINE MOWBRAY<br><br>☐  Affects All Debtors | Case No.: 8:24-bk-12674-SC<br><br>Chapter: 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**DECLARATION AND STATEMENT OF DISINTERESTEDNESS OF DEVIN NORRIS IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING:**<br><br>**(1) SALE OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND**<br>**(2) EMPLOYMENT OF RICHIE BROS. AUCTIONEERS (AMERICA) INC. AS AUCTIONEER**<br><br>**Hearing Information:**<br>**Date:**   To be determined<br>**Time:**   To be deteremined<br>**Place:**   Courtroom 5C<br>           411 West Fourth Street,<br>           Santa Ana, CA 92701 |

1

# DECLARATION AND STATEMENT OF DISINTERESTEDNESS
# OF DEVIN NORRIS

I, Devin Norris, declare as follows:

1. I make this declaration in support of the *Debtor's Motion for Order Authorizing: (1) Sale of Personal Property Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Employment of Richie Bros. Auctioneers (America) Inc. as Auctioneer* (the "**Motion**"). I make this declaration based on my personal knowledge of the matters set forth herein.

2. I am the National Director of Finance and Insolvency of Ritchie Bros. Auctioneers (Canada) Ltd., an affiliate of Ritchie Bros. Auctioneers (America) Inc. ("**Ritchie Brothers**"). Ritchie Brothers is a full-service, auction, liquidation, and asset advisory firm, and has expertise in numerous areas, including the equipment sought to be liquidated through the Motion. Ritchie Brothers is a large auctioneer of commercial assets and vehicles. It sells billions of dollars of equipment each year, frequently in the bankruptcy context. Ritchie Brothers' recent experience includes serving as the debtors' auctioneer and co-sales agent in the Yellow Corporation bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (lead case no. 23-11069), in which Ritchie Brothers executed private sales and auctions for approximately 60,000 units of trucks, trailers, and miscellaneous equipment located across the United States and Canada at over 200 terminal locations.

3. I have been employed by Ritchie Brothers or one of its affiliates since 2015.

4. Ritchie Brothers is prepared to render auction services to The Original Mowbray's Tree Service, Inc. (the "**Debtor**") in accordance with the agreement attached to the Motion as **Exhibit 1** (the "**Agreement**"). More specifically, under the Agreement, Ritchie Brothers is to auction certain equipment on or about December 18, 2025 (the "**Auction**"). Ritchie Brothers is prepared to begin marketing the equipment to be auctioned under the Agreement upon the Court's approval of the Agreement. In my opinion, based on the results of prior auctions executed by Ritchie Brothers and the particular equipment to be auctioned under the Agreement, 21-days is an appropriate amount of time to market the equipment in order to maximize its sale price at the Auction.

5.　　To the best of my knowledge, information, and belief, Ritchie Brothers does not hold or represent an interest adverse to the estate. To the best of my knowledge, information and belief, Ritchie Brothers is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, Ritchie Brothers conducted a conflicts search based on a list of interested parties attached hereto as Schedule 1. Ritchie Brothers conducted a reasonable and diligent investigation of the interested parties identified on Schedule 1 and determined that Ritchie Brothers has no connection with the Debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee or this Court. It is possible that the parties identified in Schedule 1 are entities that Ritchie Brothers may at some point have conducted transactions with, either selling items to or for these entities; however, these transactions would be unrelated to the Debtor's bankruptcy case. Ritchie Brothers is not engaged with any of these companies in a capacity related to this bankruptcy case and does not have an interest that would be materially adverse to the Debtor's estate.

6.　　Because of the magnitude of the entire creditor list in this case, it is possible that Ritchie Brothers may represent or may have represented other creditors of the Debtor, but Ritchie Brothers does not represent any such creditor in connection with this case. Ritchie Brothers may presently serve or may have in the past served as a professional person in other matters, wholly unrelated to the Debtor or this case, in which other attorneys, accountants and other professionals of the Debtor, creditors, or other parties in interest may have also served or serve as professional persons. Based on Ritchie Brothers' internal conflicts procedures and review of any results in connection therewith, except as set forth above, Ritchie Brothers represents that, to the best of its knowledge, Ritchie Brothers knows of no fact or situation that would represent a conflict of interest for Ritchie Brothers with regard to the Debtor. Ritchie Brothers has no connection with any of the parties enumerated in Bankruptcy Rule 2014(a), except as provided in paragraph 5.

7. Ritchie Brothers is not a creditor, equity security holder, or insider of the Debtor.

8. Ritchie Brothers is not and was not an investment banker for any outstanding security of the Debtor.

9. Ritchie Brothers has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an auditor/attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10. Ritchie Brothers is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer, or employee of the Debtor or of any investment banker for any security of the Debtor.

11. To the best of my knowledge, none of Ritchie Brothers' partners, agents, or employees is related to the bankruptcy judge in this Case.

12. I understand that the sole source of Ritchie Brothers' compensation shall be the sale proceeds generated by the Auction, in accordance with the Agreement and this Court's authorization. No party in interest had agreed to compensate Ritchie Brothers for either services rendered or expenses incurred in connection with this case.

13. No agreement or understanding exists between Ritchie Brothers and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the Debtor's case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __14th__ day of November, 2025

_____
DEVIN NORRIS

# SCHEDULE 1

**Schedule 1**

<u>Debtors</u>

The Original Mowbray's Tree Service, Inc. ("MTS")

Mowbray Waterman Property, LLC ("MWP")

Robin Elaine Mowbray ("Mowbray")

<u>Affiliates</u>

Pino Tree Services, Inc.

Phoenix Traffic Management, Inc.

Mowbray Waterman Property, LLC

Gloria Mowbray Separate Property Trust

<u>Professionals</u>

Raines Feldman Littrell LLP, general bankruptcy counsel to MTS

Grobstein Teeple LLP

Force Ten Partners, LLC

Examiner – Donald Fife

Elkins Kalt Weintraub Reuben Gartside, LLC, general bankruptcy counsel to MWP and Mowbray

<u>Secured Creditors</u>

Albach Finanz AG

Ally Bank

Altec Capital Services, LLC

Balboa Capital

Banc of America Leasing & Capital

Bank of America, N.A.

Bank of the Sierra

Berkshire Hathaway Homestate

Enterprise Fleet Management, Inc.

Enterprise FM Trust

FNB

Ford Motor Credit Company, LLC

GM Financial

Hanmi Bank

IBEW Local #47

Jacobus Pino

John Deere Construction & Forestry

John Deere Financial

Pathward, National Association

PNC Bank, N.A.

Samsara Capital Finance

Starr Indemnity Liability Co

U.S. Bank Equipment Finance


<u>20 Largest MTS</u>

Amtrust Financial Services, Inc.

Burtronics Business Systems

City of Los Angeles

Fastrak Violation Processing Dept

First Insurance Funding Corporation

Florida Dept. of Transportation

Grainger

Kansas Turnpike Authority

Linebarger Goggan Blair & Sampson

Marline Lease Servicing

Mobile Mini – William Scotsman

North Texas Tollway Authority

Oklahoma Turnpike Authority

Pape Machinery

Peerless Network

Premium Assignment Corporation dba IPFS

The Goodyear Tax and Rubber Co

The Toll Roads

Velocity Track Center

Vestis

Litigation Claims

Andriana Varela Gomez

Ashok Charan

Borjoquez Alverez

Brian Amriz, et al.

Carlos Marroquin

Clara Navarret Sartiaguin

De Lage Landen Financial Services, Inc.

Debra Danner

Edgard Gomez

Elizabeth Keenan

Erasmo Ambriz Ortega

Eric Taylor

Flexible Funding Ltd.

Florida Farm Bureau General Ins. Co. aso Timothy E. Ashcraft

Jaime Rodriguez, et al.

Jimia and James Philippsen

John K. Trotter, Jr. Trustee of the PG&E Fire Victim Trust

Juan Flores Hernandez

Juan Marroquin

Kenneth Dotson

Laura Mendez

Marin Valdovinos Bravo

Pamela Metcalf-Kunnellis

Ping Liu, Et al.

Richard Kittel et al.

Roger Cummings

Roger Stern

Ronnie D. Jordan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION AND STATEMENT OF DISINTERESTEDNESS OF DEVIN NORRIS IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING: (1) SALE OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND (2) EMPLOYMENT OF RICHIE BROS AUCTIONEERS (AMERICA) AS AUCTIONEER**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 17, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 17, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2025 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shraddha Bharatia**   notices@becket-lee.com
- **Jeffrey W Broker**   jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**   kcatanzarite@catanzarite.com
- **Lauren N Gans**   lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**   jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**   mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**   bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**   raffi@hemar-rousso.com
- **Valery Loumber**   valloumlegal@gmail.com
- **Michael B Lubic**   michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**   jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**   cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**   rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Karen S. Naylor**   Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**   epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**   don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**   tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**   msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**   derek@dsimpsonlegal.com
- **Ahren A Tiller**   ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**   csbk@gmfinancial.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**