**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Michael L. Simon (State Bar No. 300822)
*msimon@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for The Original Mowbray's Tree Service, Inc., Debtor and Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>    Debtor and Debtor-in-Possession.<br><br>In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and Debtor-in-Possession.<br><br>In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and Debtor-in-Possession.<br><br>☒   Affects THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.<br><br>☐   Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐   Affects ROBIN ELAINE MOWBRAY<br><br>☐   Affects All Debtors | Case No.: 8:24-bk-12674-SC<br><br>Chapter: 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**EIGHTH NOTICE OF INTENT TO SELL DE MINIMIS ASSETS** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that The Original Mowbray's Tree Service, Inc., the affected debtor and debtor-in-possession in the above-captioned jointly-administered cases (the "**Debtor**"), hereby files this *Eighth Notice of Intent to Sell De Minimis Assets* pursuant to the order [Docket No. 387] granting the *Motion for an Order Approving Expedited Procedures for the Sale of De Minimis Assets Pursuant to 11 U.S.C. § 363* [Docket No. 266] (the "**Motion**").[1]

**PLEASE TAKE FURTHER NOTICE** that the de minimis asset set forth below is proposed to be sold directly to a third party (the "**Proposed Sale**"):

| Type of De Minimis Asset | Purchaser/Insider Status | Anticipated Sale Price[2] | Agreement |
|---|---|---|---|
| CH329<br>2018 Vermeer BC 1000XL<br>VIN: 1VRY11198J1027025 ·<br>SE701283 | Angel Carrera<br><br>Non-insider. | $24,000.00 plus taxes | There is no purchase agreement. |

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Proposed Sale must be filed and served on the Debtor so that it is received on or before 5:00 p.m. (prevailing Pacific time) within 14 days of service of this notice. Absent a timely objection, the Debtor will be authorized to consummate the Proposed Sale and take such action as necessary to close the transaction and collect the proceeds of such sale.

Dated: December 15, 2025         **RAINES FELDMAN LITTRELL LLP**

By:  */s/ Michael L. Simon*
     ROBERT S. MARTICELLO
     MICHAEL L. SIMON
     Counsel for Debtor and Debtor-in-Possession

---

[1] Capitalized terms used but not defined herein have the meanings ascribed in the Motion.

[2] The sale price does not include sales tax.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **EIGHTH NOTICE OF INTENT TO SELL DE MINIMIS ASSETS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 15, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 15, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2025 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shraddha Bharatia**     notices@becket-lee.com
- **Jeffrey W Broker**     jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**     kcatanzarite@catanzarite.com
- **Lauren N Gans**     lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**     jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**     rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**     mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**     bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**     raffi@hemar-rousso.com
- **Valery Loumber**     valloumlegal@gmail.com
- **Michael B Lubic**     michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**     jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**     kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**     rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Karen S. Naylor**     Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**     epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**     don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**     amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**     tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**     msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**     derek@dsimpsonlegal.com
- **Ahren A Tiller**     ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**     csbk@gmfinancial.com
- **Roye Zur**     rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

Federal Express

| | | |
|---|---|---|
| The Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5130<br>Santa Ana, CA 92701-4593 | Queenie K Ng<br>411 West Fourth St., Suite 7160<br>Santa Ana, CA 9270 | Michael B. Lubic<br>K&L GATES LLP<br>10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, California 90067 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**