| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>  rzur@elkinskalt.com<br>LAUREN N. GANS, State Bar No. 247542<br>  lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>Attorneys for Mowbray Waterman Property, LLC, Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>DEC 19 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>   Debtor and Debtor-in-Possession. | Lead Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**ORDER:**<br><br>**(1) AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 386 S. ALLEN ST., SAN BERNARDINO, CA, PURSUANT TO 11 U.S.C. § 363(b) AND (f);**<br><br>**(2) APPROVING OVERBID PROCEDURES;**<br><br>**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m); AND**<br><br>**(4) AUTHORIZING PROPOSED PAYMENT OF PROCEEDS OF SALE**<br><br>**Hearing (via ZoomGov):**<br>Date:    December 17, 2025<br>Time:    1:30 p.m.<br>Place:    Courtroom 5C<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>   Debtor and Debtor-in-Possession. | |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>   Debtor and Debtor-in-Possession. | |
| ☐   Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br>☒   Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☐   Affects ROBIN ELAINE MOWBRAY<br>☐   Affects All Debtors | |

8023738

SALE ORDER

On December 17, 2025, the above-captioned Court held a hearing on the *Motion for Order: (1) Authorizing Sale of Real Property Located at 386 S. Allen St., San Bernardino, CA Pursuant to 11 U.S.C. § 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchasers Pursuant To 11 U.S.C. § 363(m); and (4) Authorizing Proposed Payment of Proceeds of Sale* (the "Motion")[1] [Docket No. 1201] filed by debtor and debtor-in-possession Mowbray Waterman Property, LLC (the "Debtor").  Appearances were as noted on the record.  All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

Having considered the Motion and all papers filed in support of the Motion; finding that service and notice were proper and that no further or additional notice need be given; having considered the statements and arguments of counsel on the record at the hearing on the Motion, and for the reasons of the Court stated on the record, the Court finds good cause to enter the following order:

**IT IS ORDERED** that:

1. The Motion is granted.

2. The overbid procedures set forth in the Motion are approved.

3. The Debtor is authorized and directed to sell the real property located at 386 S. Allen St., San Bernardino, CA 92408 (APNs 0136-251-28, 02136-251-29, 0136-251-30, 0136-251-31, 0136-251-40), and as described in Exhibit "1" hereto (the "Property"), to Boone Trucking, Inc., or its assignee ("Buyer"), for $1,950,000.00.  The sale shall be free and clear of any and all liens and interests pursuant to 11 U.S.C. § 363(b) and (f).

4. The Buyer hereby is determined to be a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

5. If the Buyer fails to timely close the sale of the Property, then the Deposit is forfeited to the Debtor as provided in the Agreement and the Addendum thereto.

6. The Debtor is authorized and directed to pay directly from escrow upon the closing

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

of the sale of the Property the following:

  a. The Broker's commission to the listing broker, and any cooperating broker as set forth in the Motion;

  b. Taxes secured by the Property;

  c. Ordinary and reasonable costs of sale of the Property from the proceeds of sale; and

  d. The net proceeds to PNC Bank, N.A., on account of its secured claim.

7. The Buyer's bid is non-contingent and irrevocable, subject only to the entry of this Order.

8. The sale of the Property is "as-is" and "where-is" with all faults and without warranty, representation, or recourse whatsoever.

9. The Debtor is authorized and directed to execute any documents and take any actions reasonably necessary to consummate the sale of the Property as set forth herein.

10. The stay of the order granting the Motion imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules is waived.

###

Date: December 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT 1

# LEGAL DESCRIPTION

The Land referred to herein below is situated in the City of San Bernardino, County of San Bernardino, State of California, and is described as follows:

Parcel No. 1:

Lot 6 and The South 50 feet of Lots 12, 13, 14 and 15, Block "D", of SHAY'S HALF ACRES NO. 2, in the City of San Bernardino, County of San Bernardino, State of California, as per plat recorded in Book 23 of Maps, Page(s) 60 records of said county, and that portion of Dorothy Street, now vacated, lying between the North and South boundary lines of said Lot 6, extended West to the East line of the right of way of the Atchison, Topeka and Santa Fe Railroad: also that portion of Block 8, of the RANCHO SAN BERNARDINO, in the City of San Bernardino, as per plat recorded in Book 23 of Maps, Page(s) 60, records of said county, described as follows:

Beginning at a point 579.30 feet North of the Southeast corner of said Block 8; thence North 50 feet along the West line of Allen Street; Thence West 402.13 feet; more or less, to the East line of the right of way of the Atchison, Topeka and Santa Fe Railway; thence Southeasterly along said right of way line to the Northwest corner of Lot 7, in Block "E" of SHAY'S HALF ACRES no. 2, recorded in Book 23 of Maps, Page 60, records of said county; Thence East 395.21 feet to the Point of Beginning; being that parcel of land, as shown on plat recorded in Book 23 of Maps, Page(s) 60, records of said county, as Martin Street and portion of Dorothy Street.

Note: said Martin Street and portion of Dorothy Street were vacated by Ordinance No. 1305 of the Common Council of the City of San Bernardino, recorded October 8, 1926 in Book 146, Page(s) 200, Official Records.

Parcel No. 2:

Lot 5 and a portion of Lots 12, 13, 14 and 15 in Block "D" of SHAY'S A HALF ACRES NO. 2, and a portion of Dorothy Street abandoned, in the City of San Bernardino, County of San Bernardino, State of California, as per plat recorded in Book 23 of Maps, Page(s) 60, records of said county, described as a whole as follows:

Beginning at a point 679.30 feet North of the Southeast corner of Block 8, RANCHO SAN BERNARDINO, as per plat recorded in Book 7 of Maps, Page(s) 2, record of said county; Thence North along the West line of Allen Street 50 feet; Thence West 409.58 feet, more or less, to the East line of the right of way of the Atchison, Topeka and Santa Fe Railroad; thence Southeasterly along said right of way line to a point due West of the Point of Beginning; thence East to the Point of Beginning.

Parcel No. 3:

Lot 4 and that portion of Lots 12, 13, 14 and 15, Block "D", SHAYS HALF ACRES NO. 2, in the County of San Bernardino, State of California, as per plat recorded in Book 23 of Maps, Page(s) 60, records of said county, and that portion of Dorothy Street, as shown on said map, described as follows:

Beginning at a point on the West line of Allen Street, which point is 729.30 feet North of the Southeast corner of Block 8 of the RANCHO SAN BERNARDINO; thence North 50 feet along the West line of Allen Street; Thence West 424.48 feet, more or less, to the Easterly line of the Atchison, Topeka and Santa Fe Railroad right of way; thence Southeasterly along said right of way line to a point due West of the Point of Beginning; thence East 417.03 feet, more or less, to the Point of Beginning.

For conveyancing purposes only: APN 0136-251-28-0-000 (Affects Parcel No. 2);
0136-251-29-0-000 (Affects Lot 6 of Parcel No. 1);
0136-251-30-0-000 (Affects Portion of Parcel No. 1);
0136-251-31-0-000 (Affects Portion of Parcel No. 1); and
0136-251-40-0-000 (Affects Parcel No. 3)

8023739