**Fill in this information to identify the case:**

Debtor Name  The Orginal Mowbray's Tree Service, Inc.

United States Bankruptcy Court for the:  Central                District of  CA
                                                                            (State)

Case number:  8:24-bk-12674-SC

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of  09/30/2025  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

The Orginal Mowbray's Tree Service, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Pino Tree Service, Inc. | 100% member | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report,* along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  The Orginal Mowbray's Tree Service, Inc.          Case number 8:24-bk-12674-SC

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| For non-individual Debtors: | |
|---|---|
| | ✗ _____ |
| | Signature of Authorized Individual |
| | **Brian Weiss, Chief Restructuring Officer** |
| | Printed name of Authorized Individual |
| | Date 01/08/2026 |
| | MM / DD / YYYY |

| For individual Debtors: | | |
|---|---|---|
| | ✗ _____ | ✗ _____ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name   The Orginal Mowbray's Tree Service, Inc.                    Case number   8:24-bk-12674-SC

**Exhibit A: Financial Statements for** Pino Tree Service, Inc.

Debtor Name  The Orginal Mowbray's Tree Service, Inc.          Case number  8:24-bk-12674-SC

---

**Exhibit A-1: Balance Sheet for** Pino Tree Service, Inc. **as of** 09/30/2025

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Exhibit A-1**

| PINO TREE SERVICE, INC. | | |
| --- | --- | --- |
| *Balance Sheet* | **Q4 2024** | **Q3 2025** |
| **Assets** | | |
| Current Assets | | |
| Cash & Cash Equivalents | 3,094,093 | 7,364,721 |
| Accounts Receivable | 15,752,939 | 11,722,150 |
| Other Current Assets | 734,509 | 778,974 |
| Total Current Assets | 19,581,541 | 19,865,845 |
| Fixed Assets | 373,282 | 374,512 |
| **Total Assets** | **19,954,823** | **20,240,357** |
| **Liabilities** | | |
| Current Liabilities | | |
| Accounts Payable | 2,920,747 | 2,773,584 |
| Credit Cards | 44,176 | 42,492 |
| Intercompany Note Payable | 5,953,923 | 4,121,412 |
| Other Current Liabilities | 951,340 | 2,171,960 |
| Total Current Liabilities | 9,870,186 | 9,109,447 |
| Long Term Liabilities | 165,553 | 182,095 |
| **Total Liabilities** | 10,035,738 | 9,291,542 |
| **Equity** | 9,919,084 | 10,948,815 |
| **Total Liabilities & Equity** | **19,954,823** | **20,240,357** |

Source: Internal, unaudited financial reporting

Debtor Name  The Orginal Mowbray's Tree Service, Inc.          Case number 8:24-bk-12674-SC

**Exhibit A-2: Statement of Income (*Loss*) for** Pino Tree Service, Inc. **for period ending** 09/30/2025

[Provide a statement of income (*loss*) for the following periods:

  (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-2**

| PINO TREE SERVICE, INC. *Statement of Income (Loss)* | Q2 2025 | Q3 2025 |
|---|---|---|
| **Revenue** | | |
| Tree Service Income | 10,215,771 | 16,692,248 |
| **Total Revenue** | **10,215,771** | **16,692,248** |
| | | |
| **Expenses** | | |
| Salaries and Wages | 5,830,475 | 8,044,683 |
| Vehicle & Equipment Exp | 2,740,705 | 3,027,285 |
| Insurance Expense | 1,031,075 | 1,167,676 |
| Other Operating Exp | 323,347 | 364,561 |
| Outside Services [1] | 719,082 | 661,421 |
| Office Expenses | 43,850 | 48,061 |
| Travel, Lodging, Meals | 37,750 | 75,951 |
| Interest Expense | 74,607 | 53,323 |
| **Total Expenses** | **10,800,890** | **13,442,959** |
| | | |
| **Operating Income** | **(585,118)** | **3,249,289** |
| | | |
| **Other Expense (Income)** | - | - |
| **Depreciation Expense** | - | - |
| | | |
| **Net Income** | **(585,118)** | **3,249,289** |

Source:  Internal, unaudited financial reporting

[1] The amount of Outside Services shown for Q2 and Q3 2025 include management fees owed to debtor The Original Mowbray's Tree Service, Inc. and amounts owed to Phoenix Traffic Management, LLC for traffic management services.  The amount reflected is on an accrual basis.

Debtor Name  The Orginal Mowbray's Tree Service, Inc.                    Case number  8:24-bk-12674-SC

---

**Exhibit A-3: Statement of Cash Flows for** Pino Tree Service, Inc. **for period ending** 09/30/2025

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a.the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-3**

| PINO TREE SERVICE, INC. | | |
|---|---|---|
| *Statement of Cash Flows* | **Q2 2025** | **Q3 2025** |
| Net Income | (585,118) | 3,249,289 |
| Depreciation | - | - |
| Change in Working Capital | (150,441) | (2,535,004) |
| **Cash from Operations** | **(735,559)** | **714,285** |
| Capital Expenditures | (123) | (1,107) |
| **Cash from Investing** | **(123)** | **(1,107)** |
| Debt Repayments | (20,674) | (20,966) |
| Change in IC Note Payable | (758,003) | (427,591) |
| **Cash from Financing** | **(778,676)** | **(448,557)** |
| **Net Cash Flows** | **(1,514,358)** | **264,621** |
| Beginning Cash | 8,614,458 | 7,100,100 |
| **Ending Cash** | **7,100,100** | **7,364,721** |

Source:  Internal, unaudited financial reporting

Debtor Name  The Orginal Mowbray's Tree Service, Inc.

Case number  8:24-bk-12674-SC

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** [Pino Tree Service, Inc. **for period ending** 09/30/2025

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a.the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit A-4**

| PINO TREE SERVICE, INC. | | |
|---|---|---|
| *Statement of Changes in Shareholders' / Partners' Equity (Deficit)* | **Q2 2025** | **Q3 2025** |
| Beginning Equity | 8,284,645 | 7,699,526 |
| Net Income | (585,118) | 3,249,289 |
| Distributions | - | - |
| **Ending Equity** | **7,699,526** | **10,948,815** |

Source:  Internal, unaudited financial reporting

Debtor Name  The Orginal Mowbray's Tree Service, Inc.                    Case number 8:24-bk-12674-SC

**Exhibit B: Description of Operations for** [Pino Tree Service, Inc.

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**Exhibit B**

## PINO TREE SERVICE, INC.
*Description of Operations*

Pino Tree Service, Inc. ("PTS") is a fully owned subsidiary of debtor The Original Mowbray's Tree Service, Inc.  PTS provides vegetation management and tree cutting services.

Debtor Name  The Orginal Mowbray's Tree Service, Inc.          Case number  8:24-bk-12674-SC

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**Exhibit C**

### PINO TREE SERVICE, INC.
*Description of Intercompany Claims*

Pino Tree Service, Inc. ("PTS") is the sole Controlled Non-Debtor Entity of debtor The Original Mowbray's Tree Service, Inc. (the "Debtor"), and as such there are no claims between PTS and any other Controlled Non-Debtor Entity of the Debtor.  The Debtor holds a claim against PTS in the amount of $4,121,411.96 as of September 30, 2025, as reflected on the balance sheet attached as Exhibit A-1 pursuant to a line of credit by the Debtor to PTS for operations.

Debtor Name  The Orginal Mowbray's Tree Service, Inc.                    Case number  8:24-bk-12674-SC

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes
have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor
Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled
Non-Debtor Entity.

Describe the source of this information.]

**Exhibit D**

## PINO TREE SERVICE, INC.
*Allocation of Tax Liabilities and Assets*

Pino Tree Service, Inc. is the only Controlled Non-Debtor entity of debtor The Original Mowbray's Tree Service, Inc. and so there are no other Controlled Non-Debtor entities with which to allocate any tax attributes.

Debtor Name  The Orginal Mowbray's Tree Service, Inc.          Case number  8:24-bk-12674-SC

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**Exhibit E**

| **PINO TREE SERVICE, INC.** |
| --- |
| *Description of Payments of Administrative Expenses Owed by a Debtor* |

Pino Tree Service, Inc has not paid, and has not incurred any obligation to pay, any claims, administrative expenses, or professional fees that have been or could be asserted against debtor The Original Mowbray's Tree Service, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **PERIODIC REPORT REGARDING VALUE, OPERATION, AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTOR'S ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**    jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**    rgoe@goeforlaw.com,
  kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**    bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Valery Loumber**    valloumlegal@gmail.com
- **Michael B Lubic**    michael.lubic@klgates.com,
  jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**    jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**    rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**    don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**    tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**    derek@dsimpsonlegal.com
- **Ahren A Tiller**    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-
  sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-
  sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**    csbk@gmfinancial.com
- **Roye Zur**    rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**