**FILED & ENTERED**

**JAN 27 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>      Debtor and Debtor-in-Possession. | Lead Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**ORDER SUSTAINING OBJECTIONS TO CLAIMS 7-1 AND 10-1 [DKS. 1273 AND 1263]** |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>      Debtor and Debtor-in-Possession. | **Vacated Hearings:**<br>Date:     January 28, 2026<br>Time:    9:00 AM<br>Place:   Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>      Debtor and Debtor-in-Possession. | |
| ☐  Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br>☒  Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☒  Affects ROBIN ELAINE MOWBRAY<br>☐  Affects All Debtors | |

The Court has considered the (1) *Motion for Order Disallowing, Subordinating, and Estimating Proof of Claim No. 10-1* in the individual case of Robin Elaine Mowbray [Dk. 1273], and (2) a parallel *Motion for Order Disallowing, Subordinating, and Estimating Proof of Claim No. 7-1* in the case of Mowbray Waterman Property, LLC [Dk. 1263] filed by Creditor Ronnie Jordan (collectively, the "Jordan Objections"). Both Proof of Claim No. 10-1 and Proof of Claim No. 7-1 were filed by Jaime Rodriguez and Ana Lidia Gomez (the "Rodriguez Creditors") and assert claims in excess of $90 million based on a state court tort judgment arising from a 2019 motor vehicle accident. The Court has determined that a hearing is not required and, and after considering the Jordan Objections and the docket as a whole, hereby SUSTAINS the Jordan Objections and VACATES the January 28, 2026 hearing.

The Rodriguez Creditors have failed, as a matter of law, to establish any enforceable right to payment against either debtor under 11 U.S.C. § 502(b)(1). The Rodriguez claims attach and rely exclusively on a judgment entered against The Original Mowbray's Tree Service, Inc. and Jonathan Armando Gonzalez-Varillas, neither of whom is a debtor in either bankruptcy case. Neither Robin Elaine Mowbray nor Mowbray Waterman Property, LLC is a named judgment debtor, and neither was found liable in the underlying state court litigation. The alternative theories advanced in opposition either belong exclusively to the estate, have already been rejected in state court, or fail to satisfy the legal requirements for imposing liability on a non-judgment debtor.

Accordingly, the Jordan Objections are SUSTAINED. The January 28, 2026 hearings are vacated.

**IT IS SO ORDERED.**

Date: January 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2