**FILED & ENTERED**

**JAN 27 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>   Debtor and Debtor-in-Possession. | Lead Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC)<br><br>**ORDER DENYING MOTION TO DISMISS [DK. 1397]** |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>   Debtor and Debtor-in-Possession. | **Vacated Hearing:**<br>Date:  January 28, 2026<br>Time:  9:00 AM<br>Place:  Courtroom 5C<br>     411 West Fourth Street<br>     Santa Ana, CA 92701 |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>   Debtor and Debtor-in-Possession. | |
| ☒ Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br><br>☐ Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐ Affects ROBIN ELAINE MOWBRAY<br><br>☐ Affects All Debtors | |

1 | The Court has considered the *Motion Of Ronnie Jordan For Order Dismissing Bankruptcy Case Of The Original Mowbray's Tree Service Inc. Pursuant To 11 U.S.C. Section 1112(b)(4)(F)* filed January 26, 2026 [Dk. 1397] ("Motion"), the docket as a whole, and finding that a hearing is not necessary, hereby DENIES the Motion and VACATES the January 28, 2026 hearing.

**IT IS SO ORDERED.**

###

Date: January 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge