(SPACE BELOW FOR FILING STAMP ONLY)

**JESSICA L. GIANNETTA 234220**
**GIANNETTA LAW CORPORATION**
7522 N. Colonial Ave., Suite 100
Fresno, California 93711
Telephone:    (559) 214-0622
Facsimile:    (559) 364-3638
jessica@giannettalawcorp.com

Attorney for    BANK OF THE SIERRA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>    Debtor and<br>    Debtor-In-Possession. | Case No.   8:24-bk-12674-SC<br><br>Jointly administered with:<br><br>Case No.   8:25-bk-10542-SC<br>Case No.   8:25-bk-10543-SC<br><br>Chapter 11 |
| In re<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and<br>    Debtor-In-Possession. | **NOTICE OF WITHDRAWAL OF BANK OF THE SIERRA'S OPPOSITION AND OBJECTION TO SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| In re<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and<br>    Debtor-In-Possession. | Date:    February 18, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 5C<br>             411 W. Fourth Street<br>             Santa Ana, CA 92701<br><br>Judge:   Hon. Scott C. Clarkson |
| ☐ Affects THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.<br>☐ Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☐ Affects ROBIN ELAINE MOWBRAY<br>☒ Affects all Debtors | Hon. Scott C. Clarkson |

///

///

///

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, TO THE DEBTORS AND DEBTORS-IN-POSSESSION AND THEIR ATTORNEYS OF RECORD, AND TO ALL PARTIES IN INTEREST:

BANK OF THE SIERRA, a California corporation ("BOTS"), by and through its attorney of record, Jessica L. Giannetta of Giannetta Law Corporation, hereby withdraws its opposition and objection to plan confirmation filed in the above-captioned matter on January 14, 2026 as Docket No. 1372, entitled "Bank of the Sierra's Opposition and Objection to Second Amended Joint Chapter 11 Plan of Reorganization." After filing the foregoing opposition and objection, BOTS was able to reach a resolution with the debtors regarding consensual plan terms, which resolution is correctly reflected in the proposed Modified Second Amended Joint Chapter 11 Plan of Reorganization attached as Exhibit 1 to the Index of Exhibits in Support of Debtors' (1) Motion to Approve Non-Material Modifications to the Second Amended Joint Chapter 11 Plan of Organization; (2) Memorandum in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization; and (3) Omnibus Response to Objections to Confirmation (Docket No. 1436)[1].

Dated: January 14, 2026

GIANNETTA LAW CORPORATION

By  /s/ Jessica L. Giannetta
JESSICA L. GIANNETTA,
Attorneys for BANK OF THE SIERRA

---

[1] Notwithstanding the withdrawal of its opposition and objection, BOTS will request at the plan confirmation hearing that a typo under paragraph D. of Class 17 be corrected from "PNC" to "Sierra Bank."