ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
  lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>    Debtor and<br>    Debtor-In-Possession. | Case No.  8:24-bk-12674-SC<br><br>Jointly administered with:<br><br>Case No.  8:25-bk-10542-SC<br>Case No.  8:25-bk-10543-SC<br><br>Chapter 11<br><br>**DECLARATION OF RUBEN SAINOS IN SUPPORT OF CONFIRMATION OF THE SECOND MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**<u>Continued Confirmation Hearing:</u>**<br>Date:    March 4, 2026<br>Time:    1:30 p.m.<br>Place:    Courtroom 5C<br>           411 W. 4th St.<br>           Santa Ana, CA 92701<br><br>Hon. Scott C. Clarkson |
| In re<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and<br>    Debtor-In-Possession. | |
| In re<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and<br>    Debtor-In-Possession. | |
| ☐ Affects THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.<br>☐ Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☐ Affects ROBIN ELAINE MOWBRAY<br>☒ Affects all Debtors | |

8071206

## DECLARATION OF RUBEN SAINOS

I, Ruben Sainos, declare:

1. I am the Chief Financial Officer ("CFO") of The Original Mowbray's Tree Service, Inc. ("MTS"), one of the debtors and debtors in possession in the above-captioned jointly-administered cases. I have served in such capacity since October 2023. In addition to my position as MTS's CFO, and given that MTS and MWP are family-owned businesses, I actively assist Robin Mowbray, who is the majority owner of both entities, in managing the financial affairs of Mowbray Waterman Property, LLC ("MWP"), which is a property holding company that does not have any employees. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto.

2. I have a Master's in Business Administration (MBA), and a Bachelor of Science (BS) in Accounting, and have served in senior financial and accounting positions, including Controller, Director of Finance, Vice President of Finance, and Chief Financial Officer, for various businesses for over twenty (20) years. This includes joining several businesses that were in financial distress, such as MTS, at the time I became employed. Since joining MTS as its CFO and assisting with MWP, I have been very involved in their respective business affairs, financial affairs, and efforts to restructure their operations. Specifically, I am the individual primarily responsible for keeping MWP's books and records. I have communicated continuously with brokers employed by MWP and have been heavily involved in MWP's efforts to sell its real properties. As a result, I am familiar with MWP's operations, business affairs, books and records, assets (including real properties), and liabilities. Except as otherwise indicated herein, all facts set forth in this Declaration are based on (a) my personal knowledge of MWP's operations and finances, and/or my review of MWP's books and records, or relevant documents, (b) information I received from MWP, its advisors and real estate brokers, and/or (c) my opinion based upon my experience.

3. With the input and assistance of counsel for MWP, Roye Zur of Elkins Kalt Weintraub Reuben Gartside LLP, I prepared the liquidation analysis for MWP (the "MWP Liquidation Analysis"), which estimates the realizable liquidation value of MWP's assets and the

resulting distributions to creditors if MWP was liquidated in a hypothetical Chapter 7 of the Bankruptcy Code. A true and correct copy of the MWP Liquidation Analysis is attached to the Disclosure Statement Index [Docket No. 892] as Exhibit 5.

4. As stated in the notes to the MWP Liquidation Analysis, the values for MWP's real properties are based on offers received by MWP for such properties, if any, or publicly available sales data. Such values are largely the same values set forth in the "Claims Analysis" prepared by Force Ten Partners attached as Exhibit 11 to the *Index of Exhibits In Support of the Second Amended Joint Disclosure Statement Describing Second Amended Joint Chapter 11 Plan of Reorganization* (the "Disclosure Statement Index") [Docket No. 892]. Indeed, the value attributed to the Elder Creek Property (defined below) by Force Ten Partners in Exhibit 11 is $275,000 lower than the value attributed to that property in the MWP Liquidation Analysis.

5. As set forth in the MWP Liquidation Analysis, I estimated the value of MWP's real property located at 686 E. Mill St., San Bernardino, CA 92408 (the "Mill St. Property") at $4,600,000. This value equates to approximately $136.20 per square foot. This value is based, in large part, on the listing price of the real property adjacent to the Mill St. Property – 606 E. Mill St., San Bernardino, CA 92408 – which is listed for $3,800,000 (or $103.64 per square foot), as reflected in the online listing on LoopNet (https://www.loopnet.com/Listing/606-E-Mill-St-San-Bernardino-CA/38845702/). This property is slightly larger than the Mill St. Property (by approximately 3,000 square feet) and has been on the market for over 18 months. Additionally, I have personally observed that this property has been occupied by multiple homeless individuals and vandalized. I believe this set of circumstances has depressed the value of the Mill St. Property.

6. As set forth in the MWP Liquidation Analysis, the estimated value of MWP's real property located at 386 S. Allen St., San Bernardino, CA 92408 (the "Allen St. Property") was $2,200,000. As noted in the MWP Liquidation Analysis, this value was based on the listing price and marketing history of the Allen St. Property. The value assumed in the MWP Liquidation Analysis for the Allen St. Property has since proven to be slightly higher than the actual market value, as the Allen St. Property was sold for $1,950,000 in December 2025.

7. As set forth in the MWP Liquidation Analysis, the estimated value of MWP's real

property located at 9546 Elder Creek Rd., Sacramento, CA 95829 (the "Elder Creek Property") was $2,200,000. As noted in the MWP Liquidation Analysis, this value was based on the listing price and marketing history of the Elder Creek Property, which has been on the market for approximately three years. Although the Elder Creek Property is listed for $2,600,000, MWP has not received offers in that amount. In estimating the value of the Elder Creek Property, I also considered that, prior to MWP's bankruptcy filing (in or about January 2025), MWP received an offer of $1,925,000 for the property, but that buyer ultimately withdrew from escrow. The most recent offer received by MWP for the Elder Creek Property is $900,000.

8.  As set forth in the MWP Liquidation Analysis, the estimated value of MWP's real property located at 17332 Millwood Dr., Visalia, CA 93292 (the "Millwood Property") was $371,000. As noted in the MWP Liquidation Analysis, this value was based on an offer in the same amount that had been accepted by MWP prior to preparation of the MWP Liquidation Analysis. The sale of the Millwood Property for $371,000 was approved by the Court and closed in November 2025.

9.  As set forth in the MWP Liquidation Analysis, the estimated value of MWP's real property located at 171 S. Waterman Ave., San Bernardino, CA 92408 (the "Waterman Yard Property") was $346,000, a value reflected in MWP's books and records. The Waterman Yard Property comprises three parcels of unimproved land utilized by MTS and two affiliated entities (Phoenix Traffic Management, Inc. and Pino Tree Service, Inc.) as a parking yard. It is adjacent to multiple other parcels not owned by MWP, some of which contain building improvements.

10. The remaining assumptions upon which the MWP Liquidation Analysis is based accompany the MWP Liquidation Analysis, and are based on my review of MWP's books and records and information provided to me by Mr. Zur. I believe those assumptions are reasonable and appropriate.

11. As stated in the MWP Liquidation Analysis, the amount of the debt for PNC was capped at the amount of the two real properties that serve or served as its collateral, the Elder Creek Property and the Allen St. Property, and the amount of the debt for Bank of the Sierra consists of principal and accrued interest (as of the estimated Effective Date of the Plan) and does not include

1  any fees to which Bank of Sierra may otherwise be entitled.

2      12.    I assisted Mr. Zur in preparing the liquidation analysis for Robin Mowbray (the "RM Liquidation Analysis"), which estimates the realizable liquidation value of Robin Mowbray's non-exempt assets and the resulting distributions to creditors if Robin Mowbray's estate was liquidated in a hypothetical Chapter 7 of the Bankruptcy Code. A true and correct copy of the RM Liquidation Analysis is attached to the Disclosure Statement Index [Docket No. 892] as Exhibit 6.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 27, 2026, at San Bernardino, California.

_____
Ruben Sainos

8071206

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **DECLARATION OF RUBEN SAINOS IN SUPPORT OF CONFIRMATION OF THE SECOND MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**    jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**    bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Valery Loumber**    valloumlegal@gmail.com
- **Michael B Lubic**    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**    jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**    rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**    don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**    tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**    derek@dsimpsonlegal.com
- **Stephen Sommers**    ssommers@justice4you.com
- **Ahren A Tiller**    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**    csbk@gmfinancial.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **Roye Zur**    rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2026 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**