ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  *rzur@elkinskalt.com*
LAUREN N. GANS, State Bar No. 247542
  *lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.,<br><br>　　　　Debtor and<br>　　　　Debtor-In-Possession. | Case No.   8:24-bk-12674-SC<br><br>Jointly administered with:<br><br>Case No.   8:25-bk-10542-SC<br>Case No.   8:25-bk-10543-SC<br><br>Chapter 11 |
| In re<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>　　　　Debtor and<br>　　　　Debtor-In-Possession. | **DECLARATION OF ROYE ZUR IN SUPPORT OF CONFIRMATION OF THE SECOND MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| In re<br><br>ROBIN ELAINE MOWBRAY,<br><br>　　　　Debtor and<br>　　　　Debtor-In-Possession. | **Continued Confirmation Hearing:**<br>Date:　　March 4, 2026<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 5C<br>　　　　411 W. 4th St.<br>　　　　Santa Ana, CA 92701<br><br>Hon. Scott C. Clarkson |
| ☐ Affects THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.<br>☐ Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☐ Affects ROBIN ELAINE MOWBRAY<br>☒ Affects all Debtors | |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

8071387

1

### DECLARATION OF ROYE ZUR

2      I, Roye Zur, declare:

3      1.    I am an attorney admitted to practice in the State of California and before this Court.

4  I am a partner at the law firm Elkins Kalt Weintraub Reuben Gartside LLP (the "Firm"), counsel

5  for Mowbray Waterman Property, LLC ("MWP"), and Robin Elaine Mowbray ("Robin"), two of

6  the debtors and debtors in possession in the above-captioned jointly-administered Chapter 11 cases.

7  I know each of the following facts to be true of my own personal knowledge, except as otherwise

8  stated and, if called as a witness, I could and would competently testify with respect thereto.

9      2.    I have been a bankruptcy attorney for approximately 15 years.  Before beginning my

10  career in private practice, I served as a judicial law clerk for the Honorable Maureen A. Tighe,

11  United States Bankruptcy Judge.  During my career in private practice, I have represented numerous

12  interested parties in Chapter 11 and Chapter 7 cases.  In particular, I have represented numerous

13  debtors-in-possession in Chapter 11 cases and trustees in both Chapter 11 and Chapter 7 cases.

14      3.    I assisted Ruben Sainos, the Chief Financial Officer of The Original Mowbray's Tree

15  Service, Inc. ("MTS"), in preparing the liquidation analysis for MWP (the "MWP Liquidation

16  Analysis") and the liquidation analysis for Robin (the "RM Liquidation Analysis"), which are

17  attached as Exhibits 5 and 6, respectively, to the *Index of Exhibits In Support of the Second Amended*

18  *Joint Disclosure Statement Describing Second Amended Joint Chapter 11 Plan of Reorganization*

19  [Docket No. 892].

20      4.    In assisting Mr. Sainos in preparing the MWP Liquidation Analysis, I used

21  information provided to me by Mr. Sainos regarding the values of MWP's real properties, the

22  amount owed to MWP by MTS, and the amounts owed to PNC Bank, N.A., and Bank of the Sierra,

23  information available in the claims register for MWP for the claim amounts for the California

24  Franchise Tax Board and the County of Sacramento, as well as estimates of Chapter 7 and Chapter

25  11 administrative costs.  The estimate of Chapter 11 professional fees was based on fees and costs

26  incurred by the Firm as of the preparation of the MWP Liquidation Analysis and my estimate of the

27  amount of time anticipated to be spent in this case thereafter and prior to the estimated Plan Effective

28  Date based on my knowledge of the case.  The estimates of Chapter 7 costs were based on my

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

estimate of the anticipated professional fees and costs for counsel in a hypothetical Chapter 7 case for MWP (based on my knowledge of the case), and a calculation of the anticipated compensation to a Chapter 7 trustee based on the formula set forth in 11 U.S.C. § 326 and values of the assets set forth in the MWP Liquidation Analysis.

5.    In preparing the RM Liquidation Analysis with Mr. Sainos's assistance, I used information available from Robin's Monthly Operating Reports regarding her cash on hand; information available from Robin's Schedules filed in this case regarding the value of Robin's real property located at 34086 Avenue H, Yucaipa, CA 92399, funds in Robin's retirement account, and the face amount of a promissory note from MTS to Robin; as well as information in the proof of claim filed Robin's case by the Internal Revenue Service.  I estimated the value of Robin's Tesla automobile using Kelley Blue Book.  My estimate of Chapter 11 professional fees was based on fees and costs incurred by the Firm as of the preparation of the RM Liquidation Analysis and my estimate of the amount of time anticipated to be spent in this case thereafter and prior to the estimated Plan Effective Date based on my knowledge of the case.  My estimates of Chapter 7 costs were based on my estimate of the anticipated professional fees and costs for counsel in a hypothetical Chapter 7 case for Robin (based on my knowledge of the case), and a calculation of the anticipated compensation to a Chapter 7 trustee based on the formula set forth in 11 U.S.C. § 326 and values of the assets set forth in the RM Liquidation Analysis.

6.    The remaining assumptions under the MWP Liquidation Analysis and the RM Liquidation Analysis are based are as set forth in those analyses.  I believe those assumptions are reasonable and appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2026, at Los Angeles, California.

Roye Zur

Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

8071387

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **DECLARATION OF ROYE ZUR IN SUPPORT OF CONFIRMATION OF THE SECOND MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**    jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**    bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Valery Loumber**    valloumlegal@gmail.com
- **Michael B Lubic**    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**    jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**    rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**    don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**    tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**    derek@dsimpsonlegal.com
- **Stephen Sommers**    ssommers@justice4you.com
- **Ahren A Tiller**    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**    csbk@gmfinancial.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Roye Zur**    rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2026 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.