FILED & ENTERED

APR 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>    Debtor and Debtor-in-Possession. | Lead Case No. 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC) |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>    Debtor and Debtor-in-Possession. | **ORDER ADVANCING HEARINGS ON:**<br>**(1) DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY AND EMPLOYMENT OF RITCHIE BROS. AUCTIONEERS (AMERICA) INC. AS AUCTIONEER [DK. 1526]; AND**<br>**(2) EMERGENCY MOTION OF CREDITOR RONNIE JORDAN FOR STAY PENDING APPEAL OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION [DK. 1510]** |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>    Debtor and Debtor-in-Possession. | |
| ☐  Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br><br>☐  Affects MOWBRAY WATERMAN PROPERTY, LLC<br><br>☐  Affects ROBIN ELAINE MOWBRAY<br><br>☒  Affects All Debtors | **Vacated Hearing:**<br>Date:     April 9, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701<br><br>**Advanced Hearing:**<br>Date:     April 9, 2026<br>Time:    11:00 a.m.<br>Place:   Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

The Court finds good cause to ADVANCE the April 9, 2026 hearings at 1:30 p.m. on the *Debtor's Motion for Order Authorizing: (1) Sale of Personal Property Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Employment of Ritche Bros. Auctioneers (America) Inc. as Auctioneer* filed on April 6, 2026 [Dk. 1526] and the *Emergency Motion of Creditor Ronnie Jordan for Stay Pending Appeal of Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization* filed March 23, 2026 [Dk. 1510] to be heard instead on April 9, 2026 at **11:00 a.m.** The 1:30 p.m. hearings are thus VACATED.

**IT IS SO ORDERED.**

###

Date: April 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge

5712298

2

ORDER ADVANCING HEARINGS