**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:  (310) 440-4100
Facsimile:  (310) 691-1943

Attorneys for The Original Mowbray's Tree Service,
Inc., Reorganized Debtor

**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Roye Zur, State Bar No. 273875
*rzur@elkinskalt.com*
Lauren N. Gans, State Bar No. 247542
*lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Mowbray Waterman Property,
LLC, and Robin Elaine Mowbray, Reorganized
Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE, INC., a Delaware corporation,<br><br>Reorganized Debtor. | Case No.: 8:24-bk-12674-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:25-bk-10542-SC and 8:25-bk-10543-SC) |
| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>Reorganized Debtor. | **DEBTORS' POST-CONFIRMATION STATUS REPORT**<br><br>**Post-Confirmation Status Conference**:<br>Date:      July 15, 2026 |
| In re:<br><br>ROBIN ELAINE MOWBRAY,<br><br>Reorganized Debtor. | Time:      1:30 p.m.<br>Location:   Courtroom 5C<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |
| ☐   Affects THE ORIGINAL MOWBRAY TREE SERVICE, INC.<br>☐   Affects MOWBRAY WATERMAN PROPERTY, LLC<br>☐   Affects ROBIN ELAINE MOWBRAY<br>☒   Affects All Debtors | |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

The Original Mowbray Tree Service, Inc. ("**MTS**"), Mowbray Waterman Property, LLC ("**MWP**"), and Robin Elaine Mowbray ("**Robin Mowbray**" and together with MTS and MWP, the "**Reorganized Debtors**") hereby submit this post-confirmation status report. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

## I.      CASE STATUS

On October 18, 2024, MTS filed a voluntary chapter 11 petition.  MWP and Robin Mowbray each filed voluntary Chapter 11 petitions on February 19, 2025.  On March 20, 2026, the Court entered its *Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1504] (the "**Confirmation Order**"), confirming the Reorganized Debtors' *Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1479] (the "**Plan**").  The effective date of the Plan occurred on April 10, 2026 (the "**Effective Date**").  (*See* Notice of Effective Date [Docket No. 1543].)

Post-confirmation, MTS has continued operations in the ordinary course of business. MTS has approximately $9,000,000 of cash on hand and approximately $2,500,000 in accounts receivable outstanding.  As such, MTS has more in assets than it projected for the second quarter of 2026 in its projections attached to the Plan (the "**Plan Projections**").  (*See* Plan, Ex 1 at 5 of 18.)  Prior to the Effective Date, the Court approved the sale of certain equipment through an auction.  That auction generated gross proceeds of $4,140,404.  From this sum, MTS made payments to the applicable equipment lenders.

There are two pending appeals by Ronnie Jordan ("**Jordan**").  First, Jordan has appealed the Court's order estimating his claim in each of the Reorganized Debtors' cases at $0.00 [Docket No. 1412].  The Reorganized Debtors are filing their responsive brief on the same day as this report.  Second, Jordan has appealed the Confirmation Order.  The Reorganized Debtors' responsive brief is due on July 10, 2026.

Pathward, NA (**"Pathward"**), filed a motion to compel payment of an amount that it claims is due under the Plan.  MTS opposed the motion because MTS believes that it has paid the amount required by the Plan to Pathward in full.  The Court ordered the parties to mediation, which they did with the Honorable Meredith Jury (Ret.) on June 22, 2026.  The parties did not reach a settlement on that date.  However, the parties continued settlement communications through Judge Jury after the mediation and, as of Sunday, June 28, 2026, reached a compromise in principle.  The parties memorialized their agreement in a stipulation that resolves Pathward's motion and the disputes therein and related to the Plan.  The stipulation was executed on July 1, 2026.

## II.   PAYMENTS UNDER THE PLAN

From the Reorganized Debtors' perspective, any payments required by the Plan thus far have been made.  MTS made the payments required by the Plan to the creditors in each of the thirteen Classes of secured claims in the Plan.  This includes lump sum payments to both PNC and Pathward.  MTS has also made the required payments to the Union (an unsecured creditor).  MWP has made the payments required by the Plan to Sierra Bank.  Under the Plan, payments for the Classes of Allowed General Unsecured Claims with respect to each Reorganized Debtor are not yet required.

The deadline for any party to file a motion with the Court for the allowance and payment of an Administrative Claim, including, without limitation, a Professional Fee Claim passed, *i.e.*, sixty days after the Effective Date (June 9, 2026).  The filed applications for allowance and payment of Professional Fee Claims are set for hearing on July 14, 2026.

## III.   OTHER PLAN IMPLEMENTATION

The Plan provides for the creation of the Plan Trust upon the Effective Date.  The Plan identifies Jeremy Richards of Keller Benvenuti Kim as the Plan Trustee.  Mr. Richards intends to retain his firm as his counsel (in particular, Jane Kim of Keller Benvenuti Kim).  The Plan required the Initial Trust Payment of $50,000 for the initial costs of the

3

administration of the Plan Trust.  (*See* Plan at 52:27.)  The Plan Trustee raised a concern that such amount would be inadequate in light of the scope of the services he is to provide under the Plan.  MTS and the Plan Trustee have, through their respective counsel, reached an acceptable accommodation.  The Plan Trustee developed a budget for his expected fees and costs, and MTS has agreed to that budget (subject to confirming the need and cost of D&O or similar insurance coverage for the Plan Trust).  The budget provides for $162,500 in 2026, $110,000 in 2027, and $135,000 in 2028 and each year thereafter.  MTS proposed a schedule for the payment of these requested sums.  MTS's Plan Projections did budget additional funding for the Plan Trust above the Initial Upfront Payment (albeit in a lesser amount).  (*See* Plan, Ex. 1 at 1-2 of 18.)  With the funding of the Plan Trust resolved (subject to the resolution of the insurance question), the Plan Trustee and MTS are to finalize the Trust Agreement and certain other administrative matters being discussed among the parties and their respective counsel.

MTS dismissed its appeal of the judgment obtained by the Rodriguez Plaintiffs.  Such dismissal was required by the Plan within fifteen days of the Effective Date.  (*See* Plan at 58.)  MTS funded the initial $200,000 required for the Danner Reserve.  (*See* Plan at 6.)

## IV.    CLAIMS ADMINISTRATION

The Claim Objection Deadline, *i.e.*, the deadline for any party-in-interest to file motions or to commence adversary proceedings to object to Claims, to estimate Claims, and/or to subordinate Claims pursuant to 11 U.S.C. § 510, is the one-year anniversary of the Effective Date (*i.e.*, April 10, 2027).  The Claim Objection Deadline may be extended for "cause" by motion filed before the deadline (as extended).  The Reorganized Debtors expect to coordinate any Claim Objections with the Plan Trustee.

## V.    CONCLUSION

Based on the foregoing, the Reorganized Debtors suggest that the Court conclude the status conference or continue it for 120 to 180 days.

Respectfully submitted,

DATED:  July 1, 2026            **RAINES FELDMAN LITTRELL LLP**

By:  _____*/s/ Robert S. Marticello*_____
        ROBERT S. MARTICELLO
        Counsel for The Original Mowbray's Tree
        Service, Inc., Reorganized Debtor

DATED:  July 1, 2026            **ELKINS KALT WEINTRAUB REUBEN
                                GARTSIDE LLP**

By:  _____
        ROYE SUR
        LAUREN N. GANS
        Attorneys for Mowbray Waterman Property,
        LLC, and Robin Elaine Mowbray, Reorganized
        Debtors

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' POST-CONFIRMATION STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF**

- **Shraddha Bharatia**    notices@becket-lee.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Kenneth J Catanzarite**    kcatanzarite@catanzarite.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Jessica L Giannetta**    jessica@giannettalawcorp.com, melanie@giannettaenrico.com
- **Abelard J Godoy**    jgodoy@justice4you.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Merdaud Jafarnia**    bkca@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Valery Loumber**    valloumlegal@gmail.com
- **Michael B Lubic**    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **James MacLeod**    jmacleod@dunninglaw.com, nancy@dunninglaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Robert S Marticello**    rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott**    smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **William P Mullins**    wmullins@skanemills.com, dmorales@mbmlawcorp.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Donald W Reid**    don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Thomas E Shuck**    tshuck@pmcos.com, efilings@pmcos.com
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Derek A Simpson**    derek@dsimpsonlegal.com
- **Ahren A Tiller**    ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **Mandy Youngblood**    csbk@gmfinancial.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**